**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Betty Lou Heston et al., | NO. C 05-03658 JW |
| Plaintiff(s), | **ORDER CONTINUING HEARING DATE FOR MOTION TO DISMISS** |
| v. | |
| City of Salinas et al., | |
| Defendant(s). | |

The motion to dismiss currently scheduled for hearing on March 13, 2006 is continued to March 20, 2006 at 9:00 a.m.

Dated: February 22, 2006      /s/James Ware
                                                       JAMES WARE
                                                       United States District Judge

1 **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2 John Christopher Burton jb@johnburtonlaw.com
Mildred K. O'Linn mko@mmker.com
3 Peter M. Williamson pmw@williamson-krauss.com
Vincent P. Hurley vhurley@hurleylaw.com

6 **Dated: February 22, 2006**                              **Richard W. Wieking, Clerk**

                                                            **By:  /s/JW Chambers**
                                                                 **Melissa Peralta**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California