IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Betty Lou Heston, et al., | NO. C 05-03658 JW |
|       Plaintiffs,<br>  v. | **ORDER VACATING HEARING ON DEFENDANT TASER'S MOTION TO DISMISS** |
| City of Salinas, et al., | |
|       Defendants.                  / | |

Please take note that Defendant Taser's Motion to Dismiss presently scheduled for a hearing on March 20, 2006 is deemed submitted on the papers pursuant to Civil Local Rule 7-1(b). Accordingly, the March 20, 2006 hearing is vacated. Plaintiffs' request to appear telephonically is moot.

Dated: March 15, 2006

                                                                                         _James Ware_
                                                                                       JAMES WARE
                                                                                       United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John Christopher Burton jb@johnburtonlaw.com
Mildred K. O'Linn mko@mmker.com
Peter M. Williamson pmw@williamson-krauss.com
Vincent P. Hurley vhurley@hurleylaw.com

**Dated: March 15, 2006**                                      **Richard W. Wieking, Clerk**

                                                          **By:  /s/ JW Chambers**
                                                                 **Melissa Peralta**
                                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California