IT IS SO ORDERED

*Judge James Ware*

John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California  91101
jb@johnburtonlaw.com
Telephone:   (626) 449-8300
Facsimile:    (626) 449-4417

Attorneys for plaintiffs Betty Lou Heston, individually,
and Robert H. Heston, individually and
as the personal representatives of Robert C. Heston, deceased

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY LOU HESTON, individually, and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SALINAS and SALINAS POLICE DEPARTMENT, SALINAS POLICE CHIEF DANIEL ORTEGA, SALINAS POLICE OFFICERS MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GOODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ AND TIM SIMPSON TASER  INTERNATIONAL, INC.,  and DOES 1 to 10,<br><br>Defendants. | Case No. 5:05-CV-3658 JW<br><br>STIPULATION TO PERMIT FILING OF FIRST-AMENDED COMPLAINT |

---

STIPULATION & ORDER PERMITTING PLAINTIFFS TO FILE FIRST-AMENDED COMPLAINT
Case No. 5:05-CV-3658 JW

1

# STIPULATION

The parties hereto, through their respective counsel, hereby stipulate to permit plaintiffs to file their First-Amended Complaint naming individual police officers, whose identities where heretofore unknown to plaintiffs, as party defendants.

**SO STIPULATED:**

Dated: ~~April~~ May 7, 2006                LAW OFFICES OF JOHN BURTON


BY: _____
　　JOHN BURTON
　　Attorneys for Plaintiffs


Dated: April ____, 2006                LAW OFFICES OF VINCENT P. HURLEY


BY: _____
　　VINCENT P. HURLEY
　　Attorneys for Defendants CITY OF
　　SALINAS, SALINAS POLICE DEPT.,
　　& POLICE CHIEF DANIEL ORTEGA


Dated: April ____, 2006                OFFICE OF THE CITY ATTORNEY


BY: _____
　　VANESSA W. VALLARTA
　　Attorneys for Defendants CITY OF
　　SALINAS, SALINAS POLICE DEPT.,
　　& POLICE CHIEF DANIEL ORTEGA


Dated: ~~April~~ May 9, 2006                MANNING & MARDER

BY: _____
　　MILDRED K. O'LINN
　　Attorneys for Defendants
　　TASER INTERNATIONAL

---

STIPULATION & ORDER PERMITTING PLAINTIFFS TO FILE FIRST-AMENDED COMPLAINT

2

## STIPULATION

The parties hereto, through their respective counsel, hereby stipulate to permit plaintiffs to file their First-Amended Complaint naming individual police officers, whose identities where heretofore unknown to plaintiffs, as party defendants.

SO STIPULATED:

Dated: April 21, 2006    LAW OFFICES OF JOHN BURTON

BY: _____
    JOHN BURTON
    Attorneys for Plaintiffs

Dated: April _____, 2006    LAW OFFICES OF VINCENT P. HURLEY

BY: _____
    VINCENT P. HURLEY
    Attorneys for Defendants CITY OF
    SALINAS, SALINAS POLICE DEPT.,
    & POLICE CHIEF DANIEL ORTEGA

Dated: May 2nd, 2006    OFFICE OF THE CITY ATTORNEY

BY: _____
    VANESSA W. VALLARTA
    Attorneys for Defendants CITY OF
    SALINAS, SALINAS POLICE DEPT.,
    & POLICE CHIEF DANIEL ORTEGA

Dated: April _____, 2006    MANNING & MARDER

BY: _____
    MILDRED K. O'LINN
    Attorneys for Defendants
    TASER INTERNATIONAL

STIPULATION & ORDER PERMITTING PLAINTIFFS TO FILE FIRST-AMENDED COMPLAINT

2

|   |   |
|---|---|
| 1 | **STIPULATION** |
| 2 | The parties hereto, through their respective counsel, hereby stipulate to permit |
| 3 | plaintiffs to file their First-Amended Complaint naming individual police officers, whose |
| 4 | identities where heretofore unknown to plaintiffs, as party defendants. |
| 5 | **SO STIPULATED:** |

1   **STIPULATION**

2   The parties hereto, through their respective counsel, hereby stipulate to permit
3   plaintiffs to file their First-Amended Complaint naming individual police officers, whose
4   identities where heretofore unknown to plaintiffs, as party defendants.

5   **SO STIPULATED:**

6   Dated: April 21, 2006                LAW OFFICES OF JOHN BURTON

8                                        BY: _____
9                                             JOHN BURTON
                                              Attorneys for Plaintiffs

11  Dated: ~~April~~ May 4, 2006         LAW OFFICES OF VINCENT P. HURLEY

13                                       BY: /s/ Vincent P. Hurley
14                                            VINCENT P. HURLEY
                                              Attorneys for Defendants CITY OF
15                                            SALINAS, SALINAS POLICE DEPT.,
                                              & POLICE CHIEF DANIEL ORTEGA

17  Dated: April ____, 2006              OFFICE OF THE CITY ATTORNEY

19                                       BY: _____
20                                            VANESSA W. VALLARTA
                                              Attorneys for Defendants CITY OF
21                                            SALINAS, SALINAS POLICE DEPT.,
                                              & POLICE CHIEF DANIEL ORTEGA

23  Dated: April ____, 2006              MANNING & MARDER

25                                       BY: _____
26                                            MILDRED K. O'LINN
                                              Attorneys for Defendants
27                                            TASER INTERNATIONAL

---

STIPULATION & ORDER PERMITTING PLAINTIFFS TO FILE FIRST-AMENDED COMPLAINT

|  |  |
|---|---|
| 1 | **ORDER** |
| 2 | Good cause having been shown to permit plaintiffs to file their First-Amended |
| 3 | Complaint: |
| 4 | **IT IS SO ORDERED.** |
| 6 | DATED: 05/18/06 |

```
_____
Hon. JAMES WARE
District Court Judge
```