IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Betty Lou Heston, et al., | NO. C 05-03658 JW |
|       Plaintiffs,<br>v. | **ORDER SCHEDULING HEARING ON DEFENDANT TASER'S MOTION TO DISMISS** |
| City of Salinas, et al., | |
|       Defendants.                / | |

    The Court had previously deemed Defendant Taser's Motion to Dismiss submitted on the papers pursuant to Civil Local Rule 7-1(b). However, the Court now believes that it would benefit from oral arguments. Accordingly, the parties shall appear on **June 5, 2006 at 9 a.m.** for a hearing on Defendant Taser's motion to dismiss.

Dated: June 1, 2006

                                                          James Ware
                                                          JAMES WARE
                                                          United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

3  John Christopher Burton jb@johnburtonlaw.com
Mildred K. O'Linn mko@mmker.com
Peter M. Williamson pmw@williamson-krauss.com
4  Vincent P. Hurley vhurley@hurleylaw.com

5

6

7  **Dated:  June 1, 2006**                    **Richard W. Wieking, Clerk**

8                                             **By:  /s/ JW Chambers**
                                                    **Melissa Peralta**
9                                                   **Courtroom Deputy**

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28