**\*E-FILED\***
**June 19, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BETTY LOU HESTON, et al.,

        Plaintiff,

v.

CITY OF SALINAS, et al.,

        Defendants.
_____/

No. C 05-03658 JW (RS)

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    IT IS HEREBY ORDERED that the settlement conference scheduled for **June 30, 2006** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **September 8, 2006 at 9:30 a.m**.

    Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case.  Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference.  All other provisions of this Court's Order dated February 1, 2006 shall remain in effect.

1 | The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2 | prior to the date set for settlement conference.
3 |
4 | Dated: June 19, 2006
5 | _____
  | RICHARD SEEBORG
  | United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

John Christopher Burton    jb@johnburtonlaw.com, rt@johnburtonlaw.com

Vincent P. Hurley    vhurley@hurleylaw.com, gforese@hurleylaw.com

Mildred K. O'Linn    mko@mmker.com, fsp@mmker.com

Peter M. Williamson    pmw@williamson-krauss.com, tbk@williamson-krauss.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: June 19, 2006

                                  CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

                                  By:    /s/ *BAK*