**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Betty Lou Heston, et al., | NO. C 05-03658 JW |
|         Plaintiffs,<br>v. | **ORDER RESCHEDULING DEFENDANT TASER'S MOTION TO DISMISS** |
| City of Salinas, et al., | |
|         Defendants._____/ | |

    Please take note that Defendant Taser's Motion to Dismiss presently scheduled for a hearing on June 26, 2006 is rescheduled to **June 27, 2006 at 10 a.m.**

Dated: June 20, 2006

                                             JAMES WARE
                                             United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John Christopher Burton jb@johnburtonlaw.com
Mildred K. O'Linn mko@mmker.com
Peter M. Williamson pmw@williamson-krauss.com
Vincent P. Hurley vhurley@hurleylaw.com

Dated:  June 20, 2006                                                    Richard W. Wieking, Clerk

                                                                                                                                                   By:  /s/ JW Chambers
                                                                                                                                                      Melissa Peralta
                                                                                                                                                      Courtroom Deputy

**United States District Court**
For the Northern District of California