**\*E-FILED\***
**August 31, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY LOU HESTON, et al., | No. C 05-03658 JW (RS) |
| Plaintiffs, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| CITY OF SALINAS, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By letter dated August 29, 2006, Taser™ International, Inc., through its counsel, Mildred K. O'Linn, requested that its representative and its excess insurance carrier's representative be excused from personally appearing at the settlement conference scheduled for September 8, 2006. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Taser™ International, Inc.'s representative and Lexington Insurance Company's representative be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on September 8, 2006.

///

///

If the court concludes that the absence of either representative is interfering with the settlement conference, the Court may continue the settlement conference and may order personal attendance by each party including each representative.

IT IS SO ORDERED.

Dated: August 31, 2006

RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Susan K. Blitch    sblitch@hurleylaw.com

John Christopher Burton    jb@johnburtonlaw.com, rt@johnburtonlaw.com

Vincent P. Hurley    vhurley@hurleylaw.com, gforese@hurleylaw.com

Mildred K. O'Linn    mko@mmker.com, fsp@mmker.com

Peter M. Williamson    pmw@williamson-krauss.com, tbk@williamson-krauss.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: August 31, 2006

        CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

        By:    /s/ *BAK*