Mildred K. O'Linn, Esq. (State Bar No. 159055)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
14th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@mmker.com

Attorneys for Defendant,
TASER™ INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY LOU HESTON, individually, and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SALINAS and SALINAS POLICE DEPARTMENT, SALINAS POLICE CHIEF DANIEL ORTEGA, MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ, TIM SIMPSON and TASER INTERNATIONAL, INC., and DOES 1 to 10,<br><br>Defendants. | Case No.: C 05-03658 JW<br><br>[James Ware, United States District Judge]<br><br>**STIPULATION AND ORDER CONTINUING EXPERT WITNESS DISCOVERY CUT-OFF DATES**<br><br>Pre-Trial Conf: 2/26/07<br>Disc. Cut/Off: 12/8/06<br>Mtn Cut/Off: 1/29/07<br>Expert Witness Disc.: 10/06/06 |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that:

(1) the expert designation cut-off date, currently set for October 6, 2006, be continued to December 1, 2006;

(2) the rebuttal expert designation date, currently set for October 20, 2006, be continued to December 15, 2006;

(3)   the expert witness discovery cut-off date, currently set for December 8, 2006, be continued to January 23, 2007.

Good cause exists for a short continuance of the expert designation date in this case based on the following:

There are three medical examiners that have rendered opinions relative to this matter. Those medical examiners will need to be deposed before the various experts in this case can prepare their reports. The depositions of the medical examiners are not currently scheduled for depositions because the parties needed to first complete the depositions of the plaintiffs and to obtain additional medical records relating to the decedent. Some of the information relative to the decedent would be anticipated to be obtained through the depositions of the decedent's parents.

The deposition of Plaintiff, Robert Heston, was commenced on June 2, 2006, and recessed in consideration of his health, then was not completed until July 24, 2006, due to the schedules of counsel for the parties.

In addition, there was a delay in obtaining the deposition of plaintiff Betty Lou Heston because of various health problems she was experiencing. The parties completed her deposition on August 16, 2006, but the transcript of the deposition will need to be obtained, sent to the experts for their review, analysis and inclusion in their reports. It was crucial to obtain the depositions of plaintiffs in this case to get all available evidence regarding decedent's medical history and condition prior to the disclosure of experts and the preparation of their reports.

There have been no prior modifications of the Court's Scheduling Order in this case. Other than continuing the dates that are subject to the stipulation, the requested continuance will have no impact on the schedule for the case.

///
///
///
///

08/31/2006 16:25 FAX 6264494417 Case 5:05-cv-03658-JW Document 44 Filed 09/28/06 Page 3 of 7 002/002

DATED: August 31, 2006

THE LAW OFFICES OF JOHN BURTON

By: ______________________
John Burton
Attorneys for Plaintiff,
BETTY LOU HESTON, individually and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased.

DATED: August ___, 2006

THE LAW OFFICES OF VINCENT P. HURLEY

By: ______________________
Vincent P. Hurley

Attorneys for Defendants,
CITY OF SALINAS and SALINAS POLICE DEPARTMENT, SALINAS POLICE CHIEF DANIEL ORTEGA, MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ and TIM SIMPSON

DATED: August ___, 2006

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: ______________________
Mildred K. O'Linn

Attorneys for Defendants,
TASER™ INTERNATIONAL, INC.

IT IS SO ORDERED.

DATED: ______________, 2006

______________________
James Ware
United States District Judge

C:\Documents and Settings\John.JCBLAW.000\Local Settings\Temporary Internet Files\Content.IE5\JB5ZN5SK\Stipulation.001.Cont Expert Designation.wpd
3

DATED: August ___, 2006

THE LAW OFFICES OF JOHN BURTON

By: ______________________
John Burton

Attorneys for Plaintiff, BETTY LOU HESTON, individually and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased.

DATED: August 28, 2006

THE LAW OFFICES OF VINCENT P. HURLEY

By: ______________________
Vincent P. Hurley

Attorneys for Defendants, CITY OF SALINAS and SALINAS POLICE DEPARTMENT, SALINAS POLICE CHIEF DANIEL ORTEGA, MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ and TIM SIMPSON

DATED: August ___, 2006

MANNING & MARDER KASS, ELLROD, RAMIREZ LLP

By: ______________________
Mildred K. O'Linn

Attorneys for Defendants, TASER™ INTERNATIONAL, INC.

IT IS SO ORDERED.

DATED: ______________, 2006

______________________
James Ware
United States District Judge

DATED: August ___, 2006

THE LAW OFFICES OF JOHN BURTON

By:____________________
John Burton

Attorneys for Plaintiff, BETTY LOU HESTON, individually and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased.

DATED: August ___, 2006

THE LAW OFFICES OF VINCENT P. HURLEY

By:____________________
Vincent P. Hurley

Attorneys for Defendants, CITY OF SALINAS and SALINAS POLICE DEPARTMENT, SALINAS POLICE CHIEF DANIEL ORTEGA, MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ and TIM SIMPSON

DATED: August 31, 2006

MANNING & MARDER KASS, ELLROD, RAMIREZ LLP

By:____________________
Mildred K. O'Linn

Attorneys for Defendants, TASER™ INTERNATIONAL, INC.

IT IS SO ORDERED.

DATED: 9/28, 2006

____________________
James Ware
United States District Judge

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 660 S. Figueroa Street, 23rd Floor, Los Angeles, California 90017.

On September 1, 2006, I served the document described as **STIPULATION AND ORDER CONTINUING EXPERT WITNESS DISCOVERY CUT-OFF DATES** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

SEE ATTACHED

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **(BY OVERNIGHT COURIER)**: I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard ______________________ overnight delivery procedures.

☐ **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: 626-449-4417; 818-344-4899; 831-661-4804; and 831-758-7257

☐ **(BY PERSONAL SERVICE)** I delivered such envelope by hand to the offices of the addressee.

☐ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on September 1, 2006 at Los Angeles, California.

Frances Perez
FRANCES PEREZ

**SERVICE LIST**

John Burton, Esq.
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California 91101
626-449-8300 phone
626-449-4417 fax
jb@johnburtonlaw.com
**Attorney for Plaintiffs, ROBERT H. HESTON and BETTY LOU HESTON**

Peter M. Williamson
WILLIAMSON & KRAUSS
18801 Ventura Blvd., Suite 206
Tarzana, CA 91356
818-344-4000 phone
818-344-4899 fax
pmw@williamson-krauss.com
**Co-counsel for PlaintiffS, ROBERT H. HESTON and BETTY LOU HESTON**

Vincent P. Hurley, Esq.
Christina Y. Tsou, Esq.
Law Offices of Vinicent P. Hurley
A Professional Corporation
38 Seascape Village
Aptos, California 95003
831-661-4800 phone
831-661-4804 fax
**Attorneys for defendant, CITY OF SALINAS AND SALINAS POLICE DEPARTMENT; SALINAS POLICE CHIEF DANIEL ORTEGA**

Vanessa W. Vallarata, Esq.
M. Christine Davi, Esq.
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, CA 93901
831-758-7256 phone
831-758-7257 fax
**Co-defense counsel for defendants, CITY OF SALINAS AND SALINAS POLICE DEPARTMENT; SALINAS POLICE CHIEF DANIEL ORTEGA**