United States District Court
Northern District of California
San Jose Division

Betty Lou Heston, individually and                    Case: C-05-03658 RS
Robert H. Heston, individually and
as the personal representative
of Robert C. Heston, deceased,

Plaintiffs,

v.                                                    EXPERT REPORT
                                                      Jeffrey D. Ho, M.D.

City of Salinas and Salinas Police
Department, Salinas Police Chief
Daniel Ortega, Salinas Police Officers
Michawel Dominici, Craig Fairbanks,
James Goodwin, Lek Livingstion,
Valentin Peredez, Juan Ruiz and
Tim Simpson, TASER International, Inc.,
And Does 1 to 10,

Defendants.

Jeffrey D. Ho, M.D.
Minneapolis, MN
612-873-4904

Pusuant to Fed. R.Civ.P. 26(a)(2), I, Jeffrey D. Ho, hereby submit my report that contains
a complete statement of all opinions to be expressed and the bases and reasons therefore;
the data and other information I considered in forming the opinions; the exhibits or list of
references I used as a summary of or support for the opinions; my qualifications,
including a list of all publications authored within the preceding ten years; the
compensation to be paid for the study and testimony; and a listing of any other cases in
which I have testified as an expert at trial or by deposition within the preceding four
years.

Signed: _____
         Jeffrey D. Ho, M.D.

Date:        December 1, 2006

December 1, 2006


Case: Heston v. City of Salinas, et al (C-05-03658 RS).


**\*Introduction**

I have been retained as an expert medical consultant on behalf of the Defendant, TASER

International, Inc. (TASER) in the above-referenced case.  I have been asked to provide

my opinions about: (1) the effects of the electrical output from TASER electronic control

device (ECD) on a person's ability to breathe, (2) the effects of the electrical output from

a TASER ECD on a person's blood chemistry, including, but not limited to acidosis,

rhabdomyolysis, etc., and (3) the effect of a TASER ECD application on the heart rhythm

of a person when it is applied to the back.


I reserve the right to supplement or modify this statement if and when I acquire additional

relevant information prior to the time of trial.


**\*Qualifications**:

I am a practicing, residency trained and board-certified emergency medicine physician

and a licensed peace officer in the state of Minnesota and hold an academic appointment

at the University of Minnesota Medical School.  I have previous experience as a

firefighter/EMT and have trained specifically in the area of pre-hospital emergency care.

I have 9 years of reserve military service and I currently serve as a medical director to

several EMS agencies in the upper Midwest.  I am also an expert medical research

consultant on in-custody death issues to TASER International and maintain certification as a TASER Instructor. My area of expertise includes research in the area of sudden and unexpected death in law-enforcement custody and also the physiologic effects of non-lethal electronic control devices (ECD). I have conducted numerous research studies on these devices and have been published in peer-reviewed medical journals and have presented at national/international meetings and assemblies on these topics.  My opinions in this case are based on the above qualifications.  In addition to these qualifications, I will refer interested persons to my attached CV for further qualifications and information.

**\*Publications in the last 10 years**:

Please refer to my curriculum vitae for a listing of publications.

**\*Compensation**:

Billed at a rate of $300.00 per hour for time spent actively working on this case (reviewing, writing, testifying, providing deposition) regardless of location.

Billed at a rate of $300.00 per hour during business hours (8a-5p) and $150.00 per hour during non-business hours (5p-8a) for travel time spent away from home for purposes of this case.

Travel expenses are to be reimbursed.

**\*Previous testimony or deposition as an expert within the last 4 years**:

1. Giannetti v. City of Stillwater, OK (August, 2005; expert for the defense, civil wrongful death case)

2. United States of America v. Jason Malone (July, 2005; expert for the plaintiff, criminal use of force case)

3. Walker v. City of Edina, MN (August, 2004; expert for the defense, civil wrongful death case)

**\*Reviewed Documents**

I have reviewed the following documents in preparing this report:

1. The Coroner's report: case number 20050159

2. The autopsy report of Dr. Terri L. Haddix: case 05-0159

3. The case review and opinion of Dr. John R. Hain

4. The case review and opinion of Dr. Steven B Karch

5. The Central Valley toxicology report

6. The Stanford cardiac pathology report

7. The Stanford neuropathology report

8. The University of Miami neurochemical analysis report

9. The paramedic run-sheet

**Exhibits**

The exhibits or list of references used as a summary of or support for the opinions in this report and may be used at deposition and/or trial specifically include, but are not limited

to, hard copy of Alvarado ADVANCED TASER M26 breathing test data (paper hard copy format, 2 pages); video of 10 second TASER ECD application during an ultrasound; video of 15 second TASER ECD application during breathing measurement; and data, reports, and papers listed or referenced herein.


**\*Case Summary:**

These are the facts of the case that I consider relevant in forming my opinion. Mr. Robert Clark Heston was a chronic abuser of illegal stimulants (methamphetamine). On February 19, 2005, Salinas (CA) Police Officers were called to Mr. Heston's and his parents' residence because of domestic violence on his part.  Soon after leaving, the officers were called back a second time and arrived at the residence at 14:20.  Because of Mr. Heston's violent behavior outside his residence, including throwing a piece of furniture at one of the officers, four officers deployed their ADVANCED TASER M26 ECDs.  Mr. Heston continued to struggle and was able to pull the TASER probes off of his body during this time. He was then able to walk backwards into his residence, where he fell, striking his face on a piece of hard furniture.  Officers gave verbal commands for Mr. Heston to comply and attempted to handcuff him.  Since he continued to struggle and resist, an officer applied the TASER device with the probes to Mr. Heston's back.  Shortly after handcuffing Mr. Heston the officers noted that he was not breathing and was turning blue.


Paramedics were called at 14:26 and arrived between 14:29 and 14:34.  They noted that Mr. Heston was in asystole and began cardiopulmonary resuscitation (CPR).  There is no

indication that a defibrillation shock was ever needed or given.  Sinus rhythm

interspersed with asystole later developed and the decedent was taken to Natividad

Medical Center where he died on February 20, 2005 at 19:46 because of multi-system

organ failure.

At autopsy, Mr. Heston was found to have an enlarged heart, weighing 485 grams, with a

globular configuration and four chamber dilatation.  There was no visible atherosclerosis

in the coronary arteries.  Microscopic exam revealed mild hypertrophy of the myocytes

and patchy, healed scars in the interventricular septum.  Toxicological examination

indicated that the decedent's blood level of methamphetamine was 0.64 mg/L, which is a

potentially toxic level.

**Opinion**

**A. Effect of TASER ECD on Respiratory Ability**

Critics of ECD technology have alleged that interruption of the normal respiratory

process is a possible effect from application of ECDs to human subjects.  To date, I am

the sole researcher that has brought forth information in this area.  When my research on

TASER ECDs started a few years ago, it centered around the thought that if ECDs were

to contribute to causing a death, then it was likely due to creation of an abnormal cardiac

rhythm.  One of my first studies was to expose persons to prolonged TASER ECD

applications while conducting a direct ultrasonic view of the heart to look for evidence of

this abnormal rhythm generation in real time. All of these exposures were videotaped.

Because we were so focused on looking at the heart motion on the ultrasound monitor,

what we failed to realize was that during all of these exposures, the volunteer subject was making vocal noises. These were usually in the form of cursing due to the unpleasant nature of the stimulus. We have reviewed these videotapes many times and noted this clue about 2 years ago and realized that this was indirect evidence that our subjects were able to breathe during these exposures.

This led us to realize that we needed to measure respiratory ability during ECD exposure more accurately. Since then, we have utilized a breath-by breath analysis machine during prolonged exposures from TASER ECD's.  Our results have been uniformly consistent across numerous applications.  This has yielded a manuscript that has just been cleared through the scientific peer-review process that describes our findings and it is now "in-press" with one of the leading academic emergency medicine journals set to be published in early 2007.[1]  The findings in this study clearly show that not only do human subjects exhibit the ability to breathe during ECD application but it is faster and deeper than at baseline.  This study was conducted with ECD electrodes applied to various areas of the thorax, always encompassing the muscles of respiration including the diaphragm and were checked in both front and back applications. Furthermore, this study evaluated exposures to prolonged applications in 2 different methods: Continuous for 15 seconds or Intermittent for 15 seconds in 5 second bursts with 1 second rest periods.

Additionally, I have been involved in a previous custodial death case as an expert where plaintiff allegations specifically centered around TASER M26 ECD applications which were hypothesized to cause suffocation.[2]  Based on the specifics of this case, we

reconstructed the exact placement of electrodes and the exact firing sequence and
duration of times for the ECD application in this case while measuring for respiratory
ability. We did this on 2 different volunteers for validation and the results were the same.
Both subjects continued to demonstrate faster and deeper respirations during the ECD
application.[3]

All of the research described above is unique and is the first of its kind to be performed
and reported. Based on this, it is my opinion to a very high degree of medical certainty
that TASER ECD applications do not show any evidence of contributing to respiratory
impairment in humans.

**B. Effect of a TASER ECD on Human Blood Chemistry**

In addition to respiratory compromise, another theory that has been put forth by critics of
ECD technology is that the application of this to human subjects may somehow cause a
dangerous change in the measurable serum physiology.  Human life exists within a scope
of measurable physiologic parameters. These parameters include certain pH (acid/base
balance) and electrolyte (sodium, potassium, chloride, glucose) levels as well as certain
markers of cellular damage.  In order to simplify this, I will address these individually.

1. pH: This is a measure of the acidity present in the body's blood and tissues at
   any point in time. It is inversely proportional to the amount of acid present.
   Therefore, the higher the acid content, the lower the pH. If the acid level
   becomes too great (pH becomes too low), death can result. A high acid level

from elevated metabolism is postulated to play a part in causing some deaths, especially in those persons exhibiting features of excited delirium.  This has been demonstrated in previous medical literature.[4]  Because ECDs are sometimes used on persons with excited delirium, it has been thought that perhaps ECDs contribute to causing high acid levels. However, this has not been demonstrated in a scientific, peer-reviewed study on humans.[5]  The conclusion of this study is that the TASER ECD did not change the acid level of humans in a statistically significant manner.

2.  Electrolytes:   Human tissue and blood is bathed in fluid full of electrolytes and other substances. The presence of these are necessary for normal life functions. These electrolytes and other substances are comprised of elements and compounds such as sodium, potassium, chloride and glucose.  In evaluating people for health care concerns, it is very common for a doctor to check these substances with routine blood tests since any abnormal levels of these substances can lead to significant health problems including death. These electrolytes and other substances exist in differing concentrations within individual cells in the body as well as in the blood stream. It has been postulated by some that exposure to an ECD can damage cells at the microscopic level causing them to leak out some of these substances which could dangerously elevate their levels in the blood.  However, this has not been demonstrated in a scientific, peer-reviewed study on humans.[5] The conclusion of this study is that the TASER ECD did not change the levels of

these electrolytes or other substances in humans in a statistically significant manner.

3. <u>Biomarkers of Cellular Damage and Rhabdomyolysis:</u>  When muscles are exerted and stressed, they will give off biomarkers of cellular damage that can be measured by blood tests.  The typical biomarkers for skeletal muscles are known as creatine kinase (CK also known as CPK) and myoglobin.  Both elevate after working out or running. They can also elevate when muscles become damaged for other reasons such as extreme agitated behavior and illicit stimulant abuse as was the case with Mr. Heston.  If they become too highly elevated, this condition is then known as rhabdomyolysis and this can lead to kidney failure and other life threatening conditions including death.[6] Previous scientific study involving human subjects demonstrates that ECD application does lead to a mild elevation of these biomarkers as expected since ECD application causes stimulation of skeletal muscle.[5]  However, the levels achieved from this exposure fall far short of what is considered to be life threatening and are more in line with levels seen after participating in an athletic event.[7]  The maximum mean CK elevation that I discovered was approximately 242 units/L from ECD exposure which was significantly less than what was found in this case. (Mr. Heston's CK measured 650,000 units/mL) Additionally, I have a manuscript in progress from a recent human study that examined the same biomarkers in human volunteers after a prolonged TASER ECD application for 15 seconds in exhausted subjects.[8] This data, while not yet in press, is being submitted for peer-review in a

scientific journal and essentially demonstrates the same findings as the previous 5 second application study. Collectively, the conclusion can be made that the application of a TASER ECD is not capable of producing life threatening elevations of the biomarkers of cellular damage, even after exercising volunteers to exhaustion and applying the ECD for a prolonged period of time.

Another biomarker for cellular damage is specific to the cells that comprise the heart. This biomarker is known as troponin I and is normally found at almost undetectable levels in the blood stream. If the heart were to sustain damage from something like a myocardial infarction (heart attack), trauma or electrical injury, troponin I becomes readily detectable in the blood stream following the injury.  In all of the studes described above, no detectable troponin I was found.[5 8]

Based on all of the above human research, there is no evidence to suggest that ECD application causes any concerning abnormalities in human serum physiology that is detectable by conventional medical diagnostics.

## C. Effect of a TASER ECD on a Person's Heart When Applied to Their Back

There is a plethora of evidence that demonstrates a very high degree of cardiac safety when a TASER ECD is applied to a person's back.  First, there is data from TASER International itself. Since inception of the TASER ECD, the manufacturer has been

keeping records on all of the volunteers that have been exposed to a TASER ECD in training situations.  The vast majority of these exposures have been to the subject's back with fired darts. To date, the manufacturer reports greater than 122,000 of these exposures with no deaths following application.[9]  This, in itself, is a very significant piece of safety data and represents greater numbers than what is required of a pharmaceutical company prior to bringing a new medicine to market for consumers.  The fact that there have been such a high number of exposures with zero subsequent cardiac arrests is self-explanatory.

Additionally, there have been human studies that have looked at the electrical rhythm of the heart in real time immediately before and after application of a TASER ECD.  These studies have looked at rested subjects, exhausted subjects, frontal exposures, back exposures, short exposure time and prolonged exposure times.[5 8 10]  They have all reached the same conclusion. There is no demonstrable change in the electrical tracing or heart rhythm in humans following TASER ECD application.

Furthermore, I am in possession of unpublished data from a human study where direct ultrasound visualization of the heart is made during prolonged TASER ECD application with electrodes in various positions on the thorax encompassing the heart both in frontal and back locations.[11] This data is complete and is in the process of being written up as a manuscript for submission to a peer-reviewed scientific medical journal but clearly shows the rhythm of the heart during ECD exposure. The visualized ultrasounds to not indicate inductions of fatal rhythms with TASER ECD application. This data speaks for itself.

Based on the above data, there is no evidence that application of a TASER to the back of a human leads to the induction of a fatal heart rhythm.

**Conclusions**

Based on my review of the totality of the documentation listed above, as well as my professional education, experience and background, it is my opinion, to a reasonable degree of medical probability, that the use of the TASER ECDs did not cause or contribute to Mr. Heston's death.  Mr. Heston had several other factors that are clearly known risk factors for sudden death such as acute-on-chronic illicit stimulant (methamphetamine) abuse and toxicity, abnormal cardiac enlargement and signs and symptoms consistent with excited delirium.

It is also my opinion, to a reasonable degree of medical probability, that these factors directly contributed to Mr. Heston's death and his inability to survive the cascade of events following his initial resuscitation.

[1] Ho JD, et al. Respiratory Effect of Prolonged Electrical Weapon Application on Human Volunteers. *Acad Emerg Med*, 2007;in press.
[2] Alvarado v. City of Los Angeles, et al. CV 04-0385 TJH.
[3] Alvarado Exposure reproduction data in possession of Dr. Jeffrey Ho. Performed 10/2006 at TASER International Research Laboratory, Scottsdale, AZ.
[4] Hick JL, et al. Metabolic acidosis in restraint-associated cardiac arrest: a case series. *Acad Emerg Med*, 1999;6:239-43.
[5] Ho JD, et al. Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med*, 2006;13:589-595.
[6] Craig S. Rhabdomyolysis. *eMedicine*, 2006. (accessed December 1, 2006 at: http://www.emedicine.com/emerg/topic508.htm)
[7] French DN, et al. Physiological damage and stress of a competitive NCAA division 1 football game. *Med Sci Sports Exerc*, 2003 (supplement);35:S320.

[8] Ho JD, et al. Cardiovascular and Physiologic Effects of Prolonged Conducted Electrical Weapon Discharge on Exhausted Adults. Manuscript in progress, data complete.

[9] Anonymous. "TASER training video and information disk, version 13." TASER International, April, 2006.

[10] Levine SD, Sloane C, Chan T, Vilke G, and J Dunford. Cardiac Monitoring of subjects exposed to the TASER. *Acad Emerg Med*, 2005;12(supplement 1):71.

[11] Ho JD, et al. Cardiac ultrasonography during prolonged discharge of a conducted electrical weapon on human volunteers. Manuscript in progress, data complete.

Department of Emergency Medicine    612-873-4904
Hennepin County Medical Center    JHo911doc@gmail.com
701 Park Avenue South
Minneapolis, MN    55415

# Jeffrey D. Ho, M.D., F.A.C.E.P.

## *EDUCATION*:

**DEGREE - Associate of Science (Criminal Justice/Law Enforcement)**
Inver Hills Community College
Inver Grove Heights, Minnesota
March, 2005

**FELLOWSHIP – Emergency Medical Services/Prehospital Care**
Hennepin County Medical Center
Minneapolis, Minnesota
July, 1995 – June, 1996

**RESIDENCY – Emergency Medicine**
Hennepin County Medical Center
Minneapolis, Minnesota
May, 1992 – June, 1995

**DEGREE – Doctor of Medicine**
Loma Linda University School of Medicine
Loma Linda, California
August, 1988 – May 1992

**DEGREE – Bachelor of Science (Biology/Zoology)**
Loma Linda University College of Arts and Sciences
Riverside, California
September, 1984 – June, 1988

## *HONORS and AWARDS*:

**September, 2006 – Mark Rathke, MD Lecture Award**
21st Annual MN EMS Medical Director Conference, Alexandria, Minnesota
*Presented annually to a distinguished lecturer in the area of local EMS in honor of a previous EMS physician who served the profession with dedication.

**April, 2005 – Outstanding Accelerated Program Student Award**
Inver Hills Community College, Inver Grove Heights, Minnesota
*Awarded by the college faculty in recognition of outstanding academic achievements in the accelerated law enforcement training program.

**May, 2003 – Archibald Bush Foundation Medical Fellowship**
Archibald Bush Foundation, St. Paul, Minnesota
*Competitively awarded as a career enhancement grant to allow me to pursue cross-training in law enforcement.

**June, 2002 –Ernest Ruiz Teaching Award**
Hennepin County Medical Center, Minneapolis, Minnesota
*Awarded by the senior residents in Emergency Medicine in recognition of outstanding teaching contributions within the residency training program.

*HONORS and AWARDS* (continued):

**May, 2002 – Chief's Award of Merit**
Police Department, Minneapolis, Minnesota
*Awarded in recognition of outstanding leadership provided to the tactical paramedic program of the Emergency Response Unit.

**December, 2001 – Service Award**
Police Department, Minneapolis, Minnesota
*Awarded in recognition of service to the Emergency Response Unit.

**January, 2000 –Meritorious Service Award**
Fire Department, Minneapolis, Minnesota
*Awarded in recognition of meritorious and heroic service during the extrication and rescue of an accident victim resulting in the saving of a human life.

**November, 1999 –Fellow of the American College of Emergency Physicians**
ACEP Annual Meeting, Las Vegas, Nevada
*Fellow status is granted only after meeting stringent training, teaching and certification standards.

**July, 1997 – Best Oral Presentation of Original Research Award**
National Association of EMS Physicians Annual Meeting, Lake Tahoe, Nevada
*Awarded for presentation of a research project conducted during fellowship.

**May, 1997 – Award of Recognition**
Dakota County Technical School, Dakota County, Minnesota
*Awarded for providing mentorship in emergency medicine to high school students considering health care careers.

**June, 1995 – James Andersen Scholarship Award**
Hennepin County Medical Center, Minneapolis, Minnesota
*Annually awarded to a single senior resident who demonstrates excellence in leadership and clinical abilities in emergency medicine.

**March, 1995 – University of Minnesota School of Medicine Resident Physician Distinguished Teaching Award Nominee**
University of Minnesota School of Medicine, Minneapolis, Minnesota
*Nominated by the University of Minnesota senior medical students for excellence in academic and clinical teaching.

**June, 1994 – Emergency Medicine Chief Resident**
Hennepin County Medical Center, Minneapolis, Minnesota
*Selected by my colleagues to maintain and promote intra and interdepartmental leadership, rapport and education through a wide variety of administrative responsibilities.

**February, 1993 – Resident Association Representative Elect**
Hennepin County Medical Center, Minneapolis, Minnesota
*Elected by my peers to serve a 2 year term to represent my residency at the national level to the Emergency Medicine Residents Association of the American College of Emergency Physicians.

**May, 1991 – California Medical Association Student Representative Elect**
Loma Linda University School of Medicine, Loma Linda, California
*Elected by a state planning agency to serve on the Association's Committee for Emergency and Disaster Preparedness.

*HONORS and AWARDS* (continued):

**March, 1989 – CIBA/GEIGY Award**
Loma Linda University School of Medicine, Loma Linda, California
*Awarded annually to a medical student for outstanding community service in medical related projects.

**May, 1988 – Cum Laude Graduate**
Loma Linda University College of Arts and Sciences, Riverside, California

**May, 1985 through May, 1988 – Dean's List of Academic Achievement**
Loma Linda University College of Arts and Sciences, Riverside, California

**January, 1988 – Carnation Corporation Scholarship**
Loma Linda University College of Arts and Sciences, Riverside, California
*For providing community service while maintaining standards of academic excellence.

**January, 1986 – Howard O. Welty Scholarship**
Loma Linda University College of Arts and Sciences, Riverside, California
*For achieving standards of academic excellence.

**April, 1984 – Loma Linda University Academic Scholarship**
Orangewood Adventist Academy, Garden Grove, California
*For academic excellence prior to entering undergraduate study

*ACADEMIC APPOINTMENTS:*

**July, 1996 through Present – Assistant Professor of Emergency Medicine**
University of Minnesota School of Medicine
Twin Cities Campus, Minneapolis, Minnesota

*CLINICAL EXPERIENCE:*

**July, 1996 through Present – Attending Faculty, Emergency Medicine**
Hennepin County Medical Center (Level 1 Trauma Center)
Hennepin Faculty Associates, Minneapolis, Minnesota

**June, 1996 through June, 1998 – Courtesy Staff Physician, Emergency Medicine**
Ridgeview Medical Center, Waconia, Minnesota

**November, 1993 through June, 1997 – Courtesy Staff Physician, Emergency Medicine**
District Memorial Hospital, Forest Lake, Minnesota
United Hospital, St. Paul, Minnesota
Northfield Hospital, Northfield, Minnesota
Emergency Practice Associates, Faribault and Hibbing, Minnesota

*MEDICAL DIRECTOR EXPERIENCE:*

**October, 2006 through January, 2007 – Expert Medical Consultant**
City of Oakland, California
*Provide a comprehensive report on the human effects of conducted electrical weapons for the city administration as they move to implement these devices into their police department.

**April, 2006 through Present – Medical Director**
Fire Department, St. Louis Park, Minnesota
*Direct a fire-service based EMS program of 25 personnel.

*MEDICAL DIRECTOR EXPERIENCE* (continued):

**March, 2006 through Present – Deputy Medical Director**
Minnesota Task Force-1 Urban Search and Rescue Team, Minneapolis, Minnesota
*Provide leadership, operational ability and expert medical advice for a statewide specialized rescue team.

**August, 2004 through Present – Expert Medical Consultant**
TASER International, Scottsdale, Arizona
*Provide research expertise and expert medical advice for a company that manufactures conducted electrical weapons for law enforcement, military and civilian application.

**January, 2003 through Decmber, 2003 – Medical Director**
Medevac, Inc., Minneapolis, Minnesota
*Provide medical oversight, treatment protocols, standing orders, equipment and product evaluation for a company that provides basic life support instruction, automatic external defibrillator equipment and training and limited event emergency medical services.

**September, 2002 through November, 2003 – Chief Medical Officer**
MN-1 Disaster Medical Assistance Team, Minneapolis, Minnesota
*Direct and participate on a team of medical personnel tasked for deployment by the Federal Office of Emergency Preparedness to national needs for emergency medical aid.

**September, 1997 through May, 2001 – Medical Director & Tactical Physician**
Police Department Emergency Response Unit, Minneapolis, Minnesota
*Direct and participate on a team of 10 medical personnel assigned to the SWAT team.

**July, 1998 through Present – Director of EMS Fellowship Program**
Hennepin County Medical Center, Minneapolis, Minnesota

**May, 1997 through Present – Medical Director of Public Safety/Paramedic Services**
Fire Department, Edina, Minnesota
*Direct a fire-service based paramedic program of 25 personnel.

**July, 1996 through Present – Associate Medical Director of Paramedic Services**
Hennepin County Ambulance Service, Minneapolis, Minnesota
*Assist with the direction of an urban, third-service based paramedic program of 110 personnel.

**July, 1996 through Present – Director of Resident EMS Education**
Hennepin County Medical Center, Minneapolis, Minnesota

**July, 1996 through Present – Medical Director of Spectator Services**
Hubert H. Humphrey Metrodome, Minneapolis, Minnesota
*Direct a stadium first-responder team of 60 personnel.

**July, 1996 through July, 1998 – Medical Director of Spectator Services**
Minneapolis Children's Grand Prix, Minneapolis, Minnesota
*Directed a fully enclosed race track based first-responder team of 20 personnel.

*OTHER EXPERIENCE:*

**January, 2006 through Present – Police Officer**
Dassel Police Department, Dassel, Minnesota
*Responsible for providing law enforcement services and protection of life and property to the surrounding community.

**October, 2005 through Present – Examiner**
American Board of Emergency Medicine, Lansing, Michigan
*Responsible for administering the oral examination to candidates pursuing board certification in emergency medicine.

**July, 2005 through Present – Police Officer**
Buffalo Lake Police Department, Buffalo Lake, Minnesota
*Responsible for providing law enforcement services and protection of life and property to the surrounding community.

**May, 1989 through June, 1990 – Clinic Director**
Social Action Corps Clinic, Rialto, California
*Responsible for directing the efficient operation of a student-run medical clinic which provided low cost health care to an indigent population.

**February, 1986 through May, 1988 – Fire Apparatus Engineer**
Riverside County Fire Department, Riverside County, California
*Provided emergency medical service and fire suppression activities to the surrounding community.

**November, 1984 through February 1986 – Firefighter**
Riverside County Fire Department, Riverside County, California
*Provided emergency medical service and fire suppression activities to the surrounding community.

**November, 1984 through May, 1988 – Firefighter**
Home Gardens Volunteer Rescue Squad, Home Gardens, California
*Provided emergency medical and rescue services to the surrounding community on a volunteer basis.

*MILITARY EXPERIENCE:*

**June, 1992 through September, 1998 – Army National Guard, Minnesota**
Major, Medical Corps
434th Main Support Battalion and STARC Detachment 7
Cottage Grove and Minneapolis, Minnesota
Honorable Discharge

**May, 1989 through June, 1992 – Army National Guard, California**
Second Lieutenant, Medical Service Corps
143rd Evacuation Hospital
Los Alamitos, California
Honorable transfer to Minnesota

*MILITARY EXPERIENCE* (continued):

**Military Awards Earned:**
1. Army Reserve Component Achievement Award (1997)
2. Minnesota State Service Award (1997)
3. Army Award of Accomplishment (1996)
4. Army Service Award (1995)
5. National Defense Service Medal (1993)
6. Humanitarian Service Award (1989)
7. California Medal of Merit (1989)

*PUBLICATIONS*:

**Ho J**, Dawes D, Miner J, et al: Cardiovascular and Physiologic Effect of Prolonged Conducted Electrical Weapon Application on an Exhausted Human Sample. Manuscript in progress.

**Ho J**, Dawes D, Miner J, et al: Deaths in American police custody: 12 months of surveillance. Currently under peer-review consideration.

**Ho J** and R Scharbach: Dispositifs Taser et effets physiologiques sur l'homme. *La Revue des SAMU* 2006 ;speciale Septembre :260.

**Ho J**, Dawes D, Bultman L, et al: Respiratory Effects of Prolonged Conducted Electrical Weapon Application on Human Volunteers; *Acad Emerg Med* 2006;In Press.

**Ho J**: Conducted Electrical Weapon Research – New Information for Law Enforcement. *Law Officer* 2006; In Press.

**Ho J**, Heegaard W and D Brunette: Successful transcutaneous pacing in 2 severely hypothermic patients. *Ann Emerg Med* 2006;In Press.

**Ho J** and B Ackermann. "Continuum of force, intermediate weapons, and sudden in-custody death." <u>Tactical Emergency Medicine</u>. Ed. R Schwartz, J McManus and R Swienton.  Lippincott, Williams and Wilkins, 2007. In Press.

**Ho J**, Miner J, Lakireddy D, Bultman L and W Heegaard: Cardiovascular and physiologic effects of conducted electrical weapon discharge in resting adults. *Acad Emerg Med* 2006;13:589-595.

Lindquist MD and **JD Ho**. "Operational interface with public safety, government, public health and legal entities." <u>The Paramedic: A Comprehensive Textbook</u>. Ed. W Chapleau, A Burba, and P Pons. Dubuque: McGraw-Hill Higher Education, 2006. In Press.

**Ho J**: Some More Food for Thought on the Current TASER Device Literature. *American College of Emergency Physicians Tactical EMS Interest Group Newsletter* 2005; 3rd Quarter.

**Ho J**: Sudden In-Custody Death. *POLICE* August 2005; 29:46-56.

Martel M, Miner J, Fringer R, Sufka K, Miamen A, **Ho J**, et al: Discontinuation of Droperidol for the Control of Acutely Agitated Out-of-Hospital Patients.  *Prehosp Emerg Care* 2005; 9:44-48.

**Ho J**: Last Night (reflections piece). *Acad Emerg Med* 2003; 10:1023.

**Ho J**, Lindquist M, Bultman L, Torstenson C: Apathy is not Welcome Here (editorial). *Prehosp Emerg Care* 2003; 7:414-416.

*PUBLICATIONS* (continued):

Ho J, Conterato M, Mahoney B, et al: [Case Report] Field Extremity Amputation with Subsequent Cardiac Arrest. *Prehosp Emerg Care* 2003; 7:149-153.

Ho J, Lindquist M: The Time Saved with the Use of Emergency Warning Lights and Siren While Responding to Requests for Medical Aid in a Rural Environment. *Prehosp Emerg Care* 2001; 5:159-162.

Ho J: Response vs. Transport Times (letter to ed.). *Emerg Med News* 2000; 22:38.

Ho J: Misplaced Tubes (letter to ed.). *Prehosp Emerg Care* 2000; 4:202.
Ho J: Tactical EMS Team Contributions. *Minneapolis Police Department After Action Report for International Society of Animal Geneticists Mass Gathering Incident*; July, 1999.

Reed D, Gough J, Ho J, et al: Prehospital Consideration of Sildenafil-Nitrate Interactions. *Prehosp Emerg Care* 1999; 3:306-309.
Ho J: Lights and Sirens or Silence? (commentary). *Emerg Med News* 1999; 21:2, 36 .

Ho J, Casey B: Emergency Warning Lights and Sirens (reply to letter). *Ann Emerg Med* 1999; 34:114-115.

Ho J, Casey B: The Time Saved With the Use of Emergency Warning Lights and Sirens While Responding to Requests for Emergency Medical Aid. *Ann Emerg Med* 1998; 32:585-588.
Ho J, Held T, Heegaard W, et al: Automatic External Defibrillation and its Effects on Neurologic Outcome in Cardiac Arrest Patients in an Urban Two-Tiered EMS System. *Prehosp Disaster Med* 1997; 12:284-287.

Green S, Rothrock S, Ho J, et al: Failure of Adjunctive Bicarbonate to Improve Outcome in Severe Pediatric Diabetic Ketoacidosis. *Ann Emerg Med* 1998; 31:41-48.

*GRANT EXPERIENCE*:

**May, 2003 - $56,000.00**
Source: Archibald Bush Foundation Medical Fellowship Grant
Project: Physician cross-training in law enforcement to provide emergency medical care in tactical, high-risk environments.

**January, 1998 - $75,000.00**
Source: American International Health Alliance
Project: The Effect of Introducing Automatic External Defibrillation Upon the Citizens of an Emerging Country (Republic of Moldova)

**December, 1997 - $7,500.00**
Source: Twin Cities Metropolitan 911 Board
Project: The Effect of Utilizing ALS "Jump Cars" Within a Two-Tiered EMS System

**October, 1995 - $4,000.00**
Source: Twin Cities Metropolitan 911 Board
Project: The Time Saved With the Use of Emergency Warning Lights and Sirens While Responding to Requests for Emergency Medical Aid in and Urban Environment

*FORMAL PRESENTATIONS:*

**June, 2006 – Annual Meeting of the National Alliance for the Mentally Ill**
**Washington, D.C.**
**Ho J**, et al: Beneficial Impact of Conducted Electrical Weapons in the Mentally Ill
Population
*Poster presentation of original research

**June, 2006 – CARDIOSTIM 2006 Annual Meeting of International Cardiac**
**Electrophysiologists**
**Nice, France**
**Ho J**, et al: Absence of Electrocardiographic Findings Following TASER Device
Application in Human Volunteers
*Poster presentation of original research

**September, 2005 – 2005 Scientific Assembly of the American College of Emergency**
**Physicians**
**Washington, D.C.**
**Ho J**, et al: Deaths in Police Custody: An 8-Month Surveillance Study
*Poster presentation of original research

**September, 2005 – Third Mediterranean Emergency Medicine Congress**
**Nice, France**
**Ho J**, et al: Deaths in American Police Custody: A 12-Month Surveillance Study
*Oral Presentation of original research

**January, 2005 – Annual Meeting of the National Association of EMS Physicians,**
**Naples, Florida**
Bultman L, **Ho J**, Page D: Safety Restraint Usage Patterns in an Urban EMS System
*Poster presentation of original research

**January, 2005 – Annual Meeting of the National Association of EMS Physicians,**
**Naples, Florida**
Bultman L, **Ho J**, Page D: Disposition of Undesignated patients in Urban Minnesota
*Poster presentation of original research

**September, 2004 – Minnesota Ambulance Medical Directors Annual Conference,**
**Alexandria, Minnesota**
Bultman L, **Ho J**, Page D: Preliminary Report on Undesignated Patient Disposition in
Urban Minnesota
*Oral presentation of original research

**January, 2004 – Annual Meeting of the National Association of EMS Physicians,**
**Tucson, Arizona**
Ansari R, **Ho J**: Hand Sanitization Rates in an Urban EMS System
*Oral presentation of original research,
*Awarded Best Oral Presentation of Original Research

**January, 2001 – Annual Meeting of the National Association of EMS Physicians,**
**Sanibel Island, Florida**
Black C, **Ho J**: 1 Paramedic vs. 2-How Often is a Second Paramedic Utilized in an Urban
EMS System?
*Poster presentation of original research

## FORMAL PRESENTATIONS (continued):

**September, 1997 – Minnesota Ambulance Medical Directors Annual Conference, Alexandria, Minnesota**
Ho J: Preliminary Report on the Time Saved with the Use of Emergency Warning Lights and Siren While Responding to Requests for Medical Aid in a Rural Environment.
*Oral presentation of original research

**May, 1997 – Annual Meeting of the Society for Academic Emergency Medicine, Washington, D.C.**
Ho J: Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid.
*Poster presentation of original research

**January, 1997 – Mid-Year Scientific Meeting of the National Association of EMS Physicians, Lake Tahoe, Nevada**
Ho J: Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid.
*Oral presentation of original research
*Awarded Best Oral Presentation of Original Research

**November, 1996 – Twin Cities Metropolitan 911 Board, St. Paul, Minnesota**
Ho J: Final Report on the Time Saved with the Use of Emergency Warning Lights and Sirens While Responding to Requests for Medical Aid in Minneapolis.
*Oral presentation of original research

**May, 1996 – Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado**
Ho J: Automatic External Defibrillation and its Effects on Neurologic Outcome in Cardiac Arrest Patients in an Urban Two-Tiered EMS System.
*Poster presentation of original research

**May, 1996 – Annual Meeting of the Society for Academic Emergency Medicine, Denver, Colorado**
Ho J: The Utility of the Routine Swimmers View Cervical Radiograph in Addition to the Cross Table Lateral Cervical Radiograph in Detecting Cervical Spine Injury in Critical Trauma Patients.
*Poster presentation of original research

**May, 1995 – Clinical-Pathologic Case Competition at the Annual Meeting of the Society for Academic Emergency Medicine, San Antonio, Texas**
Ho J: Cutaneous Actinomycosis
*Oral presentation of a case study

## INVITED PRESENTATIONS:

**December, 2006 – Accident and Emergency Physicians Association of Ireland Dublin, Ireland**
Ho J: Comprehensive Analysis of Custodial Death and Conducted Electrical Weapons
*Oral presentation of the custodial death phenomenon and how it relates to the introduction of electrical weapons into society

**November, 2006 – 1st Annual Conference of the Institute for the Prevention of In Custody Death**
**Las Vegas, Nevada**
HoJ: Human Research on Conducted Electrical Weapons
*Oral presentation of past, present and future human research involving electrical weaponry.

*INVITED PRESENTATIONS (continued):*

November, 2006 – Grand Rounds for the Faculte' de Medecine Rene Descartes Paris 5 School of Medicine
Paris, France
Ho J: Conducted Electrical Weapon Controversies and Research
*Oral presentation of experience and research to prepare their providers for patient care issues as France begins to deploy electrical weapons to their police forces.

September, 2006 – 21st Annual MN EMS Medical Director Conference
Alexandria, Minnesota
Ho J: Issues of In Custody Death for EMS Providers
*Oral presentation on the interface of EMS providers with the phenomenon of sudden, unexpected death of persons in law enforcement custody.

June, 2006 – US Department of Defense and National Institute of Justice Human Electro-Muscular Incapacitation Device Conference
Quantico, Virgina
Ho J: Conducted Electrical Weapon Human Research Update
*Oral presentation on the state of research involving electronic weapons and their effects on human subjects.

May, 2006 – TASER International Domestic Tactical Conference
Las Vegas, Nevada
Ho J: TASER Device Medical Research Update
*Oral presentation of current medical research specifically involving TASER devices

December, 2006 – Toronto, Canada (Police Department)
November, 2006 – Oakland, California (Police Department)
October, 2006 – Chicago, Illinois (Police Department)
August, 2006 – Colorado Springs, Colorado (Police Department)
July, 2006 – Portland, Oregon (Bureau of Police)
June, 2006 – Cleveland, Ohio (Police Department)
June, 2006 – Nice, France (CARDIOSTIM/French National Police)
March, 2006 – Santa Ana, California (Police Department)
February, 2006 – San Diego, California (Sheriff's Office)
December, 2005 – Scottsdale, Arizona (TASER International)
October, 2005 – Scottsdale, Arizona (TASER International)
Ho J: TASER Device Medical Update
*Recurring Lecture Series: TASER Police Executive Conference; Oral presentation of theories of In Custody Death based on history and medical literature addressing concerns of the roles that TASER devices play in this phenomenon

December, 2005 – New Mexico Police Chief Association, Albuquerque, New Mexico
November, 2005 – Public Information Forum, Gary, Indiana
September, 2005 – International Association of Chiefs of Police, Miami, Florida
August, 2005 – Kansas Law Enforcement Conference, Topeka, Kansas
July, 2005 – Houston Area Public Safety Forum, Houston, Texas
June, 2005 – PRIMA Annual Meeting, Milwaukee, Wisconsin
June, 2005 – San Jose Police Management Meeting, San Jose, California
May, 2005 – National League of Cities Public Safety Council, Reno, Nevada
Ho J: In Custody Death Issues
*Oral presentation of medical literature, research data and experience

## INVITED PRESENTATIONS (continued):

**April, 2005 – TASER International Domestic Tactical Conference
Scottsdale, Arizona**
Ho J: In Custody Death and Law Enforcement Considerations
*Oral presentation of medical literature, research data and experience

**June, 2004 – Metro Atlanta Police Chiefs Association
Atlanta, Georgia**
Ho J: Medical Considerations for In-Custody Deaths
*Oral presentation of medical literature and experience

**September, 2002 – Annual Meeting of the International Rescue Association,
Bloomington, Minnesota**
Ho J: Ballistic Considerations for Field EMS Personnel
*Oral presentation of continuing medical education

**May, August, September and October, 2000 – Annual Meetings of the Hennepin
County Medical Center Trauma Team; Minnesota ACEP; Minnesota Ambulance
Medical Directors; and LifeLink III Prehospital Providers;  Bloomington, Brainerd,
Alexandria and Red Wing, Minnesota**
Ho J: Rescue on Interstate 35
*Oral presentations of a case study

**September, 1999 – Ambulance Personnel Instruction at Republican Trauma
Hospital, Chisinau, Moldova**
Heegaard W, Ho J: Automatic External Defibrillation
*Oral presentation of continuing medical education and research proposal

**May, 1998 – Trauma Grand Rounds at Careggi Medical and Trauma Center,
Florence, Italy**
Ho J: American Emergency Medical Services
*Oral Grand Rounds presentation

**May, 1998 – Trauma Grand Rounds at Republican Trauma Hospital, Chisinau,
Moldova**
Ho J: Advances in Trauma Care
*Oral Grand Rounds presentation

**January, 1998 – Minnesota Tactical EMS Conference, Minneapolis, Minnesota**
Ho J: Firearm Injuries
*Oral presentation of continuing medical education

**January, 1998 – Augsburg College Physician Assistant Training Program,
Minneapolis, Minnesota**
Ho J: An Introduction to Emergency Medical Services
*Oral presentation of continuing medical education

**January, 1997 – Emergency Medicine Grand Rounds at Loma Linda University,
Loma Linda, California**
Ho J: Controversies in EMS
*Oral Grand Rounds presentation

**February, 1996 – Annual Meeting of the Arrowhead EMS Association, Duluth,
Minnesota**
Ho J: Initial Patient Assessment – Everything You Need to Know
*Oral presentation of continuing medical education

*INVITED PRESENTATIONS (continued):*

August, 1995 – The University of Costa Rica College of Medicine National Symposium on Emergency Health Care, San Jose, Costa Rica
Ho J: Advances in Cardiac Care and Emergency Management of HIV Patients
*Oral presentations of continuing medical education

*LOCAL ACADEMIC LECTURES:*

- November, 2006: In-Custody Death Events – paramedic education
- 2003 to Present: The Violent Emergency Department Patient – resident education
- 2002 to Present: The Difficult Patient Encounter – resident education
- 1996 to Present: Medical Student Introduction to the EMS System
- 1996 to Present: Residency Update on the State of EMS
- September, 1995: Allergic Reactions – paramedic education
- April, 1995: Basic Head Trauma Management – paramedic education
- March, 1995: Emergency Cardiac Care Update – paramedic education
- March, 1995: Adrenal Emergencies – paramedic education
- October, 1994: Ophthalmologic Emergencies – resident education
- September, 1994: Fluid Resuscitation in Thermal Injuries – resident education
- May, 1994: Cardiopulmonary Emergencies – paramedic education
- October, 1993: Cocaine Related Chest Pain – resident education
- May, 1993: Rectal Foreign Bodies – resident education
- April, 1993: Acute Pancreatitis – resident education

*COMMITTEE EXPERIENCE:*

Chair

- 2002 to Present: Hennepin County EMS Council/Medical Director Subcommittee
- 1998 to 2002: Hennepin County EMS Council/Paramedic Subcommittee
- 1997 to Present: Minnesota Chapter, American College of Emergency Physicians EMS Committee
- 1996 to 1997: Hennepin County Medical Center Patient Retention Task Force
- 1996 to 1998: Hennepin County EMS Council/Paramedic Education Task Force

Boards of Directors

- 2006 to Present: MN EMS Medical Directors Education Association, Inc. (President)
- 2004 to 2006: MN EMS Medical Directors Education Association, Inc. (Secretary/Treasurer)
- 1996 to 1997: Minnesota Chapter, American College of Emergency Physicians
- 1995 to 1998: Minnesota Association of EMS Physicians

Member

- 2006 to Present: Hospital Security Task Force, Hennepin County Medical Center
- 2003 to Present: American College of Emergency Physicians Section on Tactical EMS (Communications Leader)
- 2000 to 2001: Minneapolis Civil Disturbance Planning Committee
- 1999 to Present: Minnesota Annual Ambulance Medical Director Retreat Planning Committee
- 1997 to Present: LifeLink III Aeromedical Transport Medical Advisory Committee
- 1997 to Present: Hennepin County EMS Council Medical Standards Committee
- 1995 to 1998: Hennepin County EMS Council/Paramedic Subcommittee

*COMMITTEE EXPERIENCE (continued)*:
- 1995 to 1996: Hennepin County Medical Center Trauma Multidisciplinary Committee

*PROFESSIONAL ASSOCIATIONS:*
- American College of Emergency Physicians - Member
- American Board of Emergency Medicine - Diplomate
- Society of Academic Emergency Medicine - Member
- National Association of EMS Physicians – Member
- International Association of Chiefs of Police – Member
- Fraternal Order of Police - Member

*LICENSURE & CERTIFICATION:*
- Minnesota Peace Officers Standards and Training Board, License #18203
- Fellow of the American College of Emergency Physicians #355932
- Diplomate of the American Board of Emergency Medicine-1997
- Diplomate of the National Board of Medical Examiners-1994
- Minnesota Medical License #36894
- Nevada Medical License #8083
- ACLS/APLS/ATLS provider and instructor certified
- PALS provider certified
- TASER operator and instructor certified
- Minnesota Emergency Vehicle Operator Certification
- Minnesota Police Pursuit Vehicle Operator Certification
- Minnesota Police Pursuit Intervention Tactics (PIT) Certification
- Tactical EMS/SWAT Physician Certification
- California Firefighter Certification

*REFERENCES*:
- Excellent references provided upon request