**United States District Court**
**Northern District of California**
**San Jose Division**

BETTY LOU HESTON, individually,
and ROBERT H. HESTON, individually,
and as the personal representatives of
ROBERT C. HESTON, deceased,

No.: C-05-03658 RS

Plaintiffs,

v.

CITY OF SALINAS and SALINAS
POLICE DEPARTMENT, SALINAS
POLICE CHIEF DANIEL ORTEGA,
TASER INTERNATIONAL, INC.,
And DOES 1-10,

Defendants.

**Expert Report of Deborah Mash, Ph.D.**
**Director, University of Miami Brain Endowment Bank**
**Professor of Neurology**
**Professor of Molecular and Cellular Pharmacology**
**University of Miami School of Medicine**

Pursuant to Fed. R.Civ.P. 26(a)(2), I, Deborah Mash, hereby submit my report that contains a complete statement of all opinions to be expressed and the bases and reasons therefore; the data and other information I considered in forming the opinions; the exhibits or list of references I used as a summary of or support for the opinions; my qualifications, including a list of all publications authored within the preceding ten years; the compensation to be paid for the study and testimony; and a listing of any other cases in which I have testified as an expert at trial or by deposition within the preceding four years.

Signed:     _Deborah C Mash_

Deborah Mash, Ph.D.
Date:       December 1, 2006

# I.    INTRODUCTION

I, Deborah Mash, have been retained as an expert consultant on behalf of the Defendant, TASER International, Inc. (TASER) in the above-referenced case.  I have been asked to provide my opinions regarding Mr. Heston's death.

The opinions and facts contained in this statement are based on information made available to me in this case on or before the date of this report, as well as from the perspective of over 25 years of professional experience in the study of neurochemistry and pathology or drug abuse and sudden death.  I reserve the right to supplement or modify this statement if and when I acquire additional relevant information prior to the time of trial.

# II.    BACKGROUND AND QUALIFICATIONS

I earned a Batchelor of Arts Degree with special honors in Experimental Psychology from Florida State University and a Ph.D. in Pharmacology (Neuropharmacology) from the University of Miami School of Medicine. I completed postdoctoral training in the Department of Neurology, Harvard Medical School, Beth Israel Hospital. I am a tenured Professor of Neurology and Molecular and Cellular Pharmacology at the University of Miami.  I hold an endowed chair in Neurology (Jeanne C. Levey Professor of Neurology).   I have served as a consultant to university, state and federal agencies. I serve as the Director of the University of Miami Brain Endowment Bank, which houses the largest collection of autopsies specimens from excited delirium and sudden death. I frequently assist the courts with matters pertaining to criminal forensic investigations dealing with illicit drugs and alcohol. My research program at the

University is funded by federal grants from the United States Public Health Service National Institute on Drug Abuse to investigate the effects of drugs and alcohol on the human brain and behavior. I hold four patents for medication development for the treatment of drug and alcohol addictions.   A list of peer reviewed publications and monographs are included in my curriculum vita.   I have served as an expert in pharmacology and toxicology in courts in Florida, Oklahoma, Louisiana, Illinois and Pennsylvania.

## III.   MATERIALS CONSIDERED IN FORMING MY OPINIONS

My opinions set forth in this report are based on my consideration of the following materials:

1) Coroner's report: case number 20050159

3) Autopsy report of Dr. Terri L. Haddix: case 05-0159

4) Case review and opinion of Dr. John R. Hain

5) Case review and opinion of Dr. Steven B Karch

6) Central Valley toxicology report

7) Stanford cardiac pathology report

8) Stanford neuropathology report

9) Paramedic run-sheet

10) Evaluation of the molecular neurochemical pathology

## IV.   BACKGROUND

The following is a summary of the facts of the case that are relevant. Mr. Robert Clark Heston was a chronic psychostimulant drug abuser. Of particular relevance is his longstanding history of cocaine and methamphetamine abuse/dependence.  Mr. Heston had continuous legal problems that were related in part to the psychiatric consequences of his substance abuse disorder.  On February 19, 2005, Salinas (CA) Police Officers were called to Mr. Heston's and his parents' residence because of domestic violence on his part.  Soon after leaving, the officers were called back a second time and arrived at the residence at 14:20. Mr. Heston evidenced violent behavior outside his residence, including destroying property and throwing a piece of furniture at one of the officers.  In an effort to restrain Mr. Heston, four officers deployed their ADVANCED TASER M26 electronic control devices (ECDs or devices).  Mr. Heston continued to engage in a violent struggle and was able to pull the TASER probes off of his body shortly after deployment.   He walked backwards into his residence, where he fell, apparently striking his face on a piece of hard furniture.  Officers gave verbal commands for Mr. Heston to comply and attempted to handcuff him.  Since he continued to struggle, an officer applied the TASER device with the probes to Mr. Heston's back.  Shortly after handcuffing Mr. Heston, the officers noted that he was not breathing and paramedics were contacted at 14:26 with an arrival time between 14:29 and 14:34.  Paramedics determined vital signs and noted that Mr. Heston was in asystole.  The EMS staff began cardiopulmonary resuscitation (CPR), but defibrillation shock was not given.  A sinus rhythm interspersed with asystole developed and the decedent was taken to Natividad Medical Center.  At admission, Mr. Heston had a core body temperature of > $101^{o}$ C and a cooling blanket

was ordered. Laboratory values included evidence of rhabdomyolysis with a CPK value of 650,000.  Mr. Heston continued to deteriorate in the ICU and was pronounced dead on February 20, 2005 at 19:46 because of multiple organ failure due to cardiac arrest.

At autopsy of Mr. Heston was found to have an enlarged heart, weighing 485 grams. Cardiac pathology demonstrated a globular configuration and four chamber dilatation.  There was no visible atherosclerosis in the coronary arteries.  Microscopy revealed mild hypertrophy of the myocytes and patchy, healed scars in the interventricular septum.  Toxicological examination demonstrated that the decedent's blood level of methamphetamine was 0.64 mg/L and amphetamine was 60 ng/ml.  A complete drug screen was done to rule out the presence of other drugs or alcohol. No other drugs were detected from the basic drug screen.


## V. OPINIONS

The following statements are my opinions to a reasonable degree of medical, scientific, and professional certainty based on my review of the autopsy findings, the neurochemical pathology analysis of dopamine transporters, and the consulting pathology reports.

Mr. Heston was in an agitated and violent state when police officers were called to the scene.   He had been using methamphetamine ("crank") in the weeks to days prior to the onset of his abnormal behavior.  Police were called to assist the parents of the decedent, because he was in an agitated and violent state.  Mr. Heston demonstrated violent, bizarre, and aggressive behaviors that were unremitting.  The behavioral syndrome was consistent with an acute onset of excited delirium. In addition to the

bizarre and/or aggressive behavior, shouting, paranoia, panic, violence toward others, and unexpected physical strength, Mr. Heston was hyperthermic at 18:40, when in a sedated state at Natividad Medical Center.

The cause of death was determined to be due progressive organ failure.  There was no evidence of trauma or fractures found at autopsy.  The pathologic investigation noted that the decedent's heart was hypertrophied, dilated, and contained patchy scars. These findings are highly consistent with the decedent's long-standing history of psychostimulant abuse and they are a predictor of sudden death in cases of excited delirium. The pulmonary edema is consistent with psychostimulant abuse of "smoked" methamphetamine prior to death.

## VI.   DID THE DECEDENT'S USE OF METHAMPHETAMINE INCREASE HIS LIKELIHOOD OF DEVELOPING EXCITED DELIRIUM AND SUDDEN DEATH?

People experiencing excited delirium display sudden onset of paranoia and alternate between calm behavior and extreme agitation. When confronted by police, who are invariably called to the scene, the person intensifies the violence and paranoia. An intense struggle ensues, when the person exhibits incredible "superhuman" strength and is impervious to the usual police techniques of pain control, including pepper spray, electric stun guns, and baton strikes. The intense struggle requires the efforts of many police officers, who are finally able to restrain the person and apply restraints. Usually, within minutes of being restrained, the person loses all vital signs. Core body temperatures average 105°C  (Wetli et al., 1996; Ruttenber et al., 1997). Hyperthermia is considered a strong supportive evidence for the diagnosis of excited delirium, but is not an absolute requirement. Resuscitation of these cases often results in a failed course of hospital

treatment, characterized by a fatal sequence of rhabdomyolysis and renal failure (Ruttenber et al., 1999; for review - Di Maio and Di Maio, 2006).

The mechanism of death in these cases is uncertain.  Reay et al. (1988) and O'Hallaran and Lewman (1993) have postulated that death may result from positional asphyxia. While many factors are associated with sudden death in individuals (Stratton et al., 2001), these individuals develop a disturbance in thought, behavior and mood, and become agitated and violent consistent with a CNS mechanism or brain disorder as a contributing cause of lethality.  We have demonstrated that there is a defect in the regulation of the dopamine transporter in these persons (Staley et al., 1995; Wetli et al., 1996; Mash et al., 2002). The failure to upregulate the dopamine transporter with chronic psychostimulant abuse leads to a hyperdopaminergic state and this in turn, leads to the psychotic symptoms and violent behavior.

These observations provide the rationale for obtaining standardized reference values for dopamine transporter, heat shock proteins, and immediate early gene transcripts in cases of excited delirium, since the patterns differ between cocaine users who die with and without excited delirium.  Similar results have been observed in our laboratory for cases of methamphetamine abuse and exhaustive mania.

We provided a neurochemical analysis of the dopamine transporter density as a consultation to the Medical Examiner for this case. The results were in agreement with what has been seen for other cases of excited delirium and sudden death.

Dopamine (DA) transporter assays were done according the method of Mash et al., (2002). The DA transporter is the primary recognition site in the brain for cocaine and other psychostimulants, including methamphetamine.  The analysis of DA transporter

assays gives highly consistent results and demonstrate that there is a defect in the regulation of the DA transporter in cases of excited delirium.   The postmortem neurochemical analysis give a neurochemical pathology measure of the  density and affinity binding parameters in the putamen and nucleus accumbens  by using a selective radioligand under standardized assay conditions. The results give values that are very well correlated with the reference values determined for a cohort of excited delirium cases first evaluated in Metropolitan Dade County, FL.   The assay values are provided for each case to the medical examiner with reference parameters for comparison with age-matched and drug-free control subjects and non-agitated, non-psychotic cocaine related death victims.

The DA transporter regulates intrasynaptic concentrations of the neurotransmitter dopamine.  Methamphetamine causes a marked elevation in dopamine, leading to an overstimulation of receptors.  A "hyperdopaminergic" state leads to psychosis and violent behavior in these subjects.  With chronic abuse, compensatory mechanisms keep dopaminergic tone in a homeostasis. However, in cases of excited delirium due in certain vulnerable individuals, these homeostatic mechanisms fail. It is my opinion that Mr. Heston suffered from excited delirium.  He evidenced all of the behavioral changes consistently seen in cases agitated delirium and sudden death.  The postmortem molecular neurochemistry and neuropathology report are highly supportive of this conclusion.  However, we acknowledge that pre-mortem factors (agonal state) may affect the reliability of the measurements after death.

The mechanism of death in these cases is uncertain.  Reay et al. (1988) and O'Hallaran and Lewman (1993) have postulated that death may result from positional

asphyxia. This certainly was not the case for Mr. Heston. While many factors are associated with sudden death in individuals requiring restraint for excited delirium (Stratton et al., 2001), these individuals develop a disturbance in thought, behavior and mood, and become agitated and violent consistent with a CNS mechanism or brain disorder as a contributing cause of lethality.

One possible contributing cause of death was due to the decedent's cardiac findings of hypertrophy, dilatation, and patchy scarring. These cardiac abnormalities are consistently seen in methamphetamine abusers. The absence of coronary atherosclerosis, which could also have caused these conditions, increases the likelihood that these conditions are caused by chronic methamphetamine use.   In addition, acute methamphetamine toxicity also increases the risk of sudden cardiac death, particularly in the presence of cardiac disease such as hypertrophy, dilatation, and patchy scarring. Since dopamine in the brain is elevated in limbic brain areas that are the higher command relays for brain control of cardiac rate and rhythm, the syndrome of excited delirium would have put Mr. Heston at extreme risk for the development of a fatal arrhythmia.

## VII.   EXHIBITS TO BE USED

Exhibits to be used in my testimony include the material referenced in Exhibit A of this report, charts and tests shown in the exhibits to this report, as well as compilations or summaries, claim charts, or other supporting materials pertaining ECD.

## Conclusion

Based on my review of the documentation listed above, as well as my professional education, experience and background, it is also my opinion to a reasonable degree of medical probability that Mr. Heston's death was caused by an excited delirium state due to his chronic methamphetamine abuse.   While most individuals who experience excited delirium die at the scene or in immediate police custody, those that survive usually evidence subsequent metabolic, respiratory, hepatic, renal and cardiac failure. The cardiac abnormalities found at autopsy contributed to the cause of death.


**References:**

Di Maio TG, and Di Maio VJM (2006) Excited Delirium Syndrome: Cause of Death and Prevention Taylor and Francis, New York.

Mash DC, Pablo J, Ouyang Q, Hearn WL, and Izenwasser S (2002).  Dopamine transport function is elevated in cocaine users.  *J. Neurochem.*, 81:292-300.

O'Halloran RL, and Lewman RV (1993) Restrain asphyxiation in excited delirium.  *Am. J. Forensic Med. Pathol.*. 14(4):289-285.

Reay DT, Howard JD, Fligner CL, and Ward RJ (1988) Effects of positional restraint on oxygen saturation and heart rate following exercise.  *Am. J. Forensic Med. Pathol.*. 9(1):16-18.

Ruttenber AJ, Lawler-Heavner J, Yin M, Wetli CV, Hearn WL, and Mash DC (1997) Fatal excited delirium following cocaine use: epidemiologic findings provide new evidence for mechanisms of cocaine toxicity. *J. Forensic Sci.* 42(1):25-31.

Ruttenber AJ, McAnally H, and Wetli CV (1999) Cocaine-associated rhabdomyolysis and excited delirium: different stages of the same syndrome.  *Am. J. Forensic Med. Pathol.*. 20(2):120-127.

Staley JK, Wetli CV, Ruttenber AJ, Hearn WL, Kung HF, and Mash DC (1995). Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. *Biol. Psych.* 37:656.

Stratton SJ, Rogers C, Brickett K, and Gruzinski G (2001) Factors associated with sudden death of individuals requiring restraint for excited delirium.  *Am. J. Emerg. Med.* 19:187-191.

Wetli, C., D. Mash, S. B. Karch. (1996). "Cocaine-associated agitated delirium and the neuroleptic malignant syndrome." Am J Emerg Med 14:425-428.

**Attachments:**

Molecular Neurochemical Pathology Report
Curriculum Vitae
List of Past Expert Testimony in previous four years
Expert Fee Rate Sheet

# **Exhibit A**

**1.** Neurochemical Pathology Report, University of Miami School of Medicine

Graphical and tubular summary of results

List of Expert Testimony Past Four Years

see attachment

Expert Fee Rate Schedule

1. Review of Records and preparation for deposition or trial testimony:  $250.00

2. Deposition:  $300.00 + expenses

3. Court Appearance:  $2, 000.00 per day + expenses

*CURRICULUM VITAE*

**1.  Date: October 4, 2006**

*Personal*
**2.**  Deborah C. Mash, Ph.D.
**3.** (305) 865-5l70 (home)
**4.** (305) 243-5888 (office)          (305) 243-3649 (Fax)
**5. Address:**                 7552 W. Treasure Drive, Miami, Florida 33l4l
**6. Current Rank:**            Professor
**7. Primary Department:**      Neurology
**8. Secondary Department:**    Molecular and Cellular Pharmacology
**9. Citizenship**:             USA
**10. Visa Type**              N/A

## 11. Higher Education

| | |
|---|---|
| 1970-1975 | B.A. (Cum Laude) Experimental Psychology |
| | Florida State University, Tallahassee, FL |
| | (Special honor conferred in Major, Honor's thesis: "The McCollough Effect with Sizes") |
| 1973 | Methodological Language Center, Moscow, USSR |
| 1978-1980 | M.S.  Pharmacology and Toxicology (Neuropharmacology) |
| | Florida A&M University, Tallahassee, FL |
| | Thesis: "Endorphinergic Regulation of Serotonergic Pathways" |
| 1980-1984 | Ph.D. Pharmacology (Neuropharmacology) |
| | University of Miami School of Medicine, Miami, FL |
| | Dissertation: "Autoradiographic localization of $M_2$ muscarine receptors in the rat brain suggests a presynaptic location on cholinergic tracts: Implications for Alzheimer's disease." |
| 1984-1986 | Postdoctoral Fellow in Neurology (Neuroanatomy) |
| | Harvard Medical School, Beth Israel Hospital, Boston, MA |

## 12. Professional Experience / Academic

| | |
|---|---|
| 1971 - 1976 | Research Assistant, Florida State University, Tallahassee, FL |
| 1976 - 1978 | Research Technologist, Florida State University, Tallahassee, FL |
| | (small animal surgery, neurohistological and microscopic analysis, HRP and degeneration studies  under the direction of Karen J. Berkley, Ph.D.) |
| 1978 - 1980 | Graduate student in Pharmacology, Florida A&M Univ. (Neurochemical studies of beta endorphin and serotonin interactions) |
| 1980  - 1984 | Graduate student in Pharmacology, University of Miami School of Medicine.  (Biochemical and autoradiographic studies of muscarinic receptor  subtypes in rat and human brain.) |
| 1984  - 1986 | Postdoctoral Fellow in Neurology (Neuroanatomy) |
| | Harvard Medical School, Boston, MA. (Human and primate architectonic studies of cholinergic receptor subtypes under the direction of M-Marsel Mesulam, M.D.) |
| 1986 - 1991 | Assistant Professor of Neurology and Pharmacology, UM School of Medicine |
| 1986 - present | Director, University of Miami Brain Endowment Bank |
| 1987 - present | Faculty Member, Interdepartmental Program in Neuroscience |
| 1990 - present | Associate Director for Basic Research, Comprehensive Drug Research Center |
| 1991- 1997 | Associate Professor of Neurology and Molecular and Cellular Pharmacology (tenured 1992) |
| 1991 - 1996 | Member, National Institutes of Health, NINDS-NSPA Program Project Review Committee A |
| 1993 | National Institute on Drug Abuse, Office of Extramural Program Review, N01DA-3-8201 |
| 1995 - present | Member, Scientific Advisory Panel, Heffter Research Institute, Lafayette, IN |
| 1997 - present | Professor of Neurology and Molecular and Cellular Pharmacology  (Effective 6/1/97) |

1996 - present   Jeanne C. Levey Professor of Parkinson's Disease Research
2000 - 2003      Member, National Institutes of Health, Brain Disorders & Clinical Neuroscience ZRG1 (BDCN-6)
2000 - present   Member - Scientific Advisory Board for Life Extension, Fort Lauderdale, FL
2001             Member, National Institutes of Health, Center of Biologic Research and Excellence (COBRE)
2002             Visiting Scholar, Depts. Psychology and Biology, Victoria University, Wellington, New Zealand.
2003 - 2005      Member, Neural Basis of Psychopathology, Addictions, and Sleep Disorders (NPAS)

**13. Non-Institutional: None**

**14. Board Certification & Licenses: None**

**15. Non-Academic: None**

**16. Military: None**

**<u>PUBLICATIONS:</u>**

**17. Books and Monographs**

1.)      Hefti, F.H. and <u>Mash, D.C.</u> Localization of nerve growth factor receptors in the human brain. In: "Molecular Biology of the Human Brain", In: UCLA Symposium on Molecular and Cellular Biology, New Series, Vol. 72, (E.G. Jones ed.), Alan R. Liss, Inc. NY, pp. 119-132, 1988.

2.)      Hefti, F.H., Montero, C. N., and <u>Mash, D.C.</u> Nerve growth factor rescues septal  cholinergic neurons and promotes reinnervation of the hippocampus in rats with  partial fimbrial transections. In:   "Current Issues in Neural Regeneration", (P.  Reier, N. Bunge, F.J. Seil eds.), Alan R. Liss, New York,  N.Y., pp. 105-115, 1988.

3.)      <u>Mash, D.C.</u> Architecture of Cholinergic Pre- and Postsynaptic Markers in the Primate Striatum, In: "Progress in Parkinson's Disease", (F. Hefti and W. J. Weiner, eds.), Plenum Publishing Corp., pp., 31-37, l989.

4.)      Hefti, F., Hartikka, J., Knusel, B. and <u>Mash, D.C.</u> Nerve growth factor and cholinergic neurons of the mammalian brain. In:  "Brain Cholinergic Systems" (M. Shriach and Biesold, eds.) Oxford University Press, pp., 173-202, 1990.

5.)      <u>Mash, D.C.,</u> and Flynn, D.D. Potential application of radiolabeled ligand studies of dementing diseases by Positron Emission Tomography. In: "Positron Emission Tomography in Dementia". (R. Duara, ed.,) Wiley-Liss, New York, pp. 149-160, 1990.

6.)      <u>Mash, D.C.</u>, Sanchez-Ramos, J. and Weiner, W.J. Transferrin receptor regulation in Parkinson's Disease and MPTP-treated mice. In: "Parkinson's Disease: From Basic Research to Treatment" (H. Narabayashi, T. Nagatsu, N. Yanagisawa and Y., Mizuno, eds.). Raven Press, New York, NY, 1992.

7.)      <u>Mash, D.C.</u> and Weiner, W.J. Transferrin receptors numbers are altered in Parkinson's Disease and experimental dopaminergic denervation. In: "Progress in Parkinson's Disease Research" (Hefti, F. and Weiner, W., eds.)  Futura Publishing Co., Inc., New York, NY, 1992.

8.)      <u>Mash, D.C.</u>,  Singer, J., Pablo, J., Basile, M., Bruce, J. and Weiner, W.J. Iron Storage and Transport Markers in Parkinson's Disease and MPTP-Treated Mice. (Riederer, P. and Youdim, M.B.H., eds.) In: "Iron in CNS Disorders", Springer Verlag, Wien, pp. 103 - 114, 1993.

9.)      McCoy, C., Shapshak, P., Shah, S., McCoy, H., Rivers, J., Page, J., Chitwood, D., Weatherby, N., Inciardi, J., McBride, D., <u>Mash, D.C.</u>, Watters, J.  HIV-1 Prevention: Interdisciplinary studies and reviews on efficacy of bleach and compliance to bleach prevention protocols. National Academy of Science Monographs, 1995.

10.)     <u>Mash, D.C.</u>  Amyloid precursor protein and Alzheimer's disease: Identifying abnormal processing events that lead to the deposition of beta amyloid protein. In: "The Yearbook of Neurology and Neurosurgery", (Bradley, W. G. and Cromwell, R.M, eds.) pp. xlvii - li, Mosby Yearbook, Inc., NY, 1994.

11.)     Hearn, W. L., <u>Mash, D.C.</u>, Pablo, J., Hime, G., Sambol, N.C., and Doepel, F.M. Pharmacokinetics of Ibogaine: Analytical method, animal-human comparisons, and the identification of a primary metabolite. Proceedings of the TIAFT-SOFT Joint Congress, Oct. 21 - Nov. 4, 1994 (Spiehler, V. ed.) Omnipress, Ann Arbor, MI, pp. 325 - 334, 1995.

12.)     <u>Mash, D.C.</u> Neuroshamanism: Ancient knowledge meets modern science, In: Deepak Chopra's Infinite Possibilities, Vol. 1, Issue 3, pp. 1, 4, 8, 1996.

13.)     Sanchez-Ramos, J. and <u>Mash, D. C.</u> Pharmacotherapy of drug dependence with Ibogaine, IN: Constructive Potential of Psychedelics: Cross-Cultural Perspectives, (Winkelman, M., and Andritzky, W., eds.) Yearbook of Cross-Cultural Medicine and Psychotherapy, Berlin, pp. 353- 367, 1996.

14.)     <u>Mash, D.C.</u> and Staley, J.K. Cocaine recognition sites on the human dopamine transporter in drug overdose victims. In: Neurotransmitter transporter: Structure and Function, (M.E.A. Reith), Humana Press, pp. 315 - 341, 1996.

15.)     <u>Mash, D.C.</u> Psychopathological manifestations of cocaine abuse. Drug Abuse in the Decade of the Brain, (Gabriel Nahas and Thomas Burks, eds.) IOS Press, pp. 259 - 266, 1997.

16.)     <u>Mash, D.C.</u> Neuropsychiatric Consequences of chronic cocaine abuse. Drug Abuse Handbook, (Steven Karch, ed.), pp. 412 - 419, 1997.

17.)     <u>Mash, D.C.</u>, Kovera, C. A., Buck, B.E., Norenberg, M.E., Shapshak, P., Hearn, W.L. and Sanchez-Ramos, J. Medication development of Ibogaine as a pharmacotherapy for drug dependence, (ed. Sayed Ali), Ann. New York Academy of Sciences, 844:274-292, 1998.

18.)     Mufson, E.J., Kahl, U., Bowser, R., <u>Mash, D.C.</u>, Kordower, J.H., and Deecher, D. Galanin expression within the basal forebrain in Alzheimer's disease.  In: Galanin: Basic Research Discoveries and Therapeutic Implications.  Ann. New York Academy of Sciences, 863:291-304, 1998.

19.)     <u>Mash, D.C.</u>, Staley, J.K. D3 Dopamine and kappa opioid receptor alterations in human brain of cocaine overdose victims.   In: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse - Ann. New York Academy of Sciences, 29(877):507-522, 1999.

20.)     <u>Mash, D.C.</u>, Kramer, L.C., Segal, D., Izenwasser, S. Dopamine transporter mRNA in human brain: distribution and regulatory effects in autopsy studies of cocaine abusers.  In: Cerebral Signal Transduction: From First to Fourth Messengers, (MEA Reith, ed.), Humana Press Inc., Totowa, NJ pp 401-417, 1999.

21.)     Haracz, J.L., <u>Mash, D.C.</u>, Sircar, R. A multi-component learning model of drug abuse: Drug-taking and craving may involve separate brain circuits underlying instrumental and classical conditioning respectively. In: Advancing from the Ventral Striatum to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse. Ann. New York Academy of Sciences, pp 401-417, 1999.

22)      <u>Mash, D.C.</u>, Kovera, C.A., Pablo, J., Tyndale, F.R., Ervin, F.D., Williams, I.C., Singelton, E.G., Mayor, Manny.  Ibogaine: complex pharmacokinetics, concerns for safety, and preliminary efficacy measures.  Ann New York Acad Science, 914:394-401, 2000.

23)    <u>Mash, D.C.</u>, Kovera, C.A., Pablo, J., Tyndale, R., Ervin, F.R., Kamlet, J.D., Hearn, W. L. Ibogaine in the treatment of heroin withdrawal. In: Ibogaine: Proceeding of the first International Conference., Alkaloid Series, Volume 56. Editors: Dr. Kenneth Alper and Dr. Stan Glick. Academic Press, San Diego, California pp 156-170, 2001.

24)    Baumann, M.H., Pablo, J., Ali, S.F., Rothman, R.B., <u>Mash, D.C</u>. Comparative neuropathology of ibogaine and its o-desmethyl metabolite, noribogaine. In: Ibogaine: Proceeding of the First International Conference., Alkaloid Series, Volume 56. Editors: Dr. Kenneth Alper and Dr. Stan Glick. Academic Press, San Diego, California pp 80-109, 2001.

25)    <u>Mash, D.C.</u>  Dopamine receptor diversity. In: Parkinson's Disease Diagnosis and Clinical Management. (Dr. William Weiner and S.A.Factor,  Editors). Demos Medical Publishing, Inc., New York, 233-241, 2002.

26.)    <u>Mash, D.C.</u> and Staley, J.K. In vitro and in vivo imaging of the human dopamine transporter in cocaine abusers.  In – Contemporary Neuroscience, Neurotransmitter Transporters: Structure, Function and Regulation. Edited by M.E.A. Reith, Human Press, Inc. Totowa, NJ. 467-501, 2002.

27.) Mash, D.C. Dopamine Receptor Diversity: Anatomy, Function and Relevance to Parkinson's Disease. In – Handbook of Parkinson's Disease (Third Edition), Edited by Rajesh Pawla, Kelly Lyons, and William C. Koller, Marcel Derker, Inc.  New York, 2003.

28.) Mash, D.C. Neuropsychiatric Consequences of Chronic Cocaine Abuse (in) Chapter 6: Neurochemistry of drug abuse; Drug Abuse Handbook, (Steven Karch, ed.), pp. 527-535, 2006 (in press).


## 18.  Scientific Articles in Peer Reviewed Journals

1.)    Berkley, K.J and <u>Mash, D.C</u>. Somatic sensory projections to the pretectum in the cat. Brain Res. <u>158</u>:445-448, l978.

2.)    Potter, L.T., Flynn, D.D., Hanchett, H., Kalinoski, D.L., Luber-Narod, J., and <u>Mash, D.C</u>. Independent M1 and M2 receptors: Ligands, autoradiography and functions. Trends in the Pharmacol. Sci. 22-31, l984.

3.)    <u>Mash, D.C.</u>, Flynn, D.D., Kalinoski, D.L., and Potter, L.T. Circadian variations in muscarine receptors  in rat brain dependant upon endogenous agonist occupation. Brain Res. <u>331:</u>  35-38, l985.

4.)    <u>Mash, D.C.</u>, Flynn, D.D. and Potter, L.T. Loss of M2 muscarine receptors in the cerebral cortex in Alzheimer's disease and experimental cholinergic denervation.  Science <u>228</u>:115-117, l985.

5.)    <u>Mash, D.C.</u> and Potter, L.T. Autoradiographic localization of M1 and M2 muscarine receptors in the rat brain. Neuroscience <u>19</u>:551-564, l986.

6.)    Mufson, E.J., Martin, T.L., <u>Mash, D.C.</u>, Wainer, B.H., and Mesulam, M-M. Cholinergic projections from the parabigeminal nucleus (Ch8) to the superior colliculus in the mouse: a combined analysis of horse radish peroxidase transport and choline acetyltransferase immunocytochemistry. Brain Res. <u>370</u>: 144-148, l986.

7.)    Flynn, D.D. and <u>Mash, D.C.</u> Characterization of L-[$^{3}$H]-nicotine binding in human cerebral cortex: Comparison between Alzheimer's disease and the normal. J. Neurochem. <u>47</u>:1948-1954, l986.

8.)    Hefti, F., Hartikka, J., Salvatierra, A., Weiner, W., and <u>Mash, D.C.</u> Localization of nerve growth factor receptors in the nucleus basalis of the human brain. Neurosci. Letters, <u>69</u>: 37-41, l986.

9.)     Soliman, K. F.A., Mash, D.C., and Walker, C.A., The effect of altered 5-hydroxytryptamine levels on beta endorphin content in rat brain. Proc. Soc. Exp. Biol. and Med. 182: 187 - 193, 1986.

10.)    Mash, D.C., White, W.F. and Mesulam, M-M. Distribution of muscarinic receptor subtypes within architectonic subregions of the primate cerebral cortex. J. Comp. Neurol. 278: 265-274, l988.

11.)    Mufson, E.J., Mash, D.C., and Hersh, L.B., Neurofibrillary tangles in cholinergic pedunculopontine neurons in Alzheimer's disease.  Ann. Neurology 24: 623-629, l988.

12.)    Efange, S. M., Mash, D.C., Hefti, F., Kung, H.F., and Billings, J., Selective visualization of rodent locus coeruleus by a radiolabelled N-methyl-4-phenyl-1,2,3,6-tetrahydropyridine analog. J. Neurochem. 53: 459-464, 1989.

13.)    Hefti, F. and Mash, D.C., Localization of nerve growth factor receptors in the normal human brain and in Alzheimer's disease. Neurobiol. Aging  10: 75-87, l989.

14.)    Flynn, D.D. and Mash, D.C., Multiple *in vitro* interactions with and differential *in vivo* regulation of  muscarinic receptor subtypes by tetrahydroaminoacridine. J. Pharm. Exper. Ther.  250: 573 - 582, l989.

15.)    Efange, S. M., Kung, H.F., Mash, D.C., Jabir, M., Billings, J., Pablo, J., Dutta, A. and Freshler, A. Pargyline sensitive selective accumulation of a radiolabelled  MPTP analog in the primate cerebral cortex and basal ganglia. Synapse 5: 207-212, 1990.

16.)    Mash, D.C., Pablo, J., Flynn, D.D., Efange, S.M. and Weiner, W.J., Characterization and distribution of transferrin receptors in rat brain.  J. Neurochem. 55:1971-1979, 1990.

17.)    Hearn, W.L., Flynn, D.D., Himes, G.W., Rose, S., Mantero-Atienza, E.  Cofino, J.C., Wetli, C.V., and Mash, D.C., Cocaethylene: A unique cocaine metabolite displays high affinity for the dopamine transporter. J. Neurochem. 56: 698-701, 1991.

18.)    Flynn, D.D., Weinstein, D., and Mash, D.C., Loss of high affinity agonist binding to M1 muscarinic receptors in  Alzheimer's disease: Implications for the failure of cholinergic replacement therapy.  Ann. Neurology 29:256-262, 1991.

19.)    Mesulam, M-M., Geula, C., Cosgrove, R., Mash, D.C., and Brimijoin, S. Immunocytochemical demonstration of axonal and perikaryal acetylcholinesterase in human cerebral cortex. Brain Res. 539: 233-238, 1991.

20.)    Itzhak, Y., Mash, D.C., Zhang, S.H., and Stein, I.   Characterization of N-methyl-4-phenyl-1,2,3,6-terahydropyridine (MPTP) binding  sites in C57BL/6 mouse brain: Mutual effects of monamine oxidase inhibitors and sigma-ligands on MPTP and sigma binding sites.  Mol. Pharm. 39:385-393, 1991.

21.)    Hearn, W.L., Rose, S.L., Wagner, J., Ciarleglio, A.C., and Mash, D.C., Cocaethylene is more potent than cocaine in mediating lethality. Pharmacol., Biochem. and Behavior  39: 531-533, 1991.

22.)    Mash, D.C., Pablo, J., Buck, B.E., Sanchez-Ramos, J. and Weiner, W.J.  Distribution and number of transferrin receptors in Parkinson's disease and in MPTP-treated mice. Exp. Neurology 114: 73-81, 1991.

23.)    Sanchez-Ramos, J.R., Song, S., Mash, D.C., and Weiner, W.J., 21-Aminosteroids interact with the dopamine transporter to protect against MPP$^+$ toxicity. J. Neurochemistry 58: 328-334, 1992.

24.)    Mash, D.C. and Flynn, D.D., Loss of high affinity agonist binding in Alzheimer's disease - Reply, Ann. Neurol. 31: 231-232, l992.

5

25.)     Flynn, D.D., Vaishnav, A.A., and Mash, D.C. Interactions of cocaine with primary and secondary recognition sites on muscarinic receptors. Mol. Pharm., 41: 736-742, 1992.

26.)     Mesulam, M-M., Hersh, L.B.,  Mash, D.C., and Geula, C. Differential cholinergic innervation within functional subdivisions of the human cerebral cortex. J. Comp. Neurol. 320; 282-299, 1992.

27.)     Mash, D.C. and Zabetian, C., Sigma receptors are associated with cortical limbic areas in the primate brain. Synapse 12: 195- 205, 1992.

28.)     Wang, S.Z., Zhu, S., Mash, D.C. and El-Fakahany, E.E. Comparisons of the concentration of  messenger RNA levels encoding four  muscarinic receptor subtypes in control and Alzheimer brains. Brain Res. 16:64-70, 1992.

29.)     Mesulam, M-M., Mash, D.C.,  Hersh, L.B.,  Bothwell, M.,  and Geula, C., Cholinergic innervation of the human striatum, globus pallidus, subthalamic nucleus, substantia nigra, and red nucleus. J. Comp. Neurol. 323:252-268, 1993.

30.)     Perez-Pinzon, M.A., Rosenthal, M., Sick, T.J., Lutz, P., Pablo, J., and Mash, D.C., Down-regulation of sodium channels during anoxia: A putative survival strategy of turtle brain.  Amer. J. Physiology 262: 712 -714, l993.

31.)     Flynn, D.D. and Mash, D.C. Distinct kinetic binding properties of N-[$^{3}$H]-methylscopolamine afford differential labeling and localization of M1, M2 and M3 muscarinic receptors in the primate brain.  Synapse 14: 283 - 296, 1993.

32.)     Shapshak, P., McCoy, C., Rivers, J., Mash, D.C., Chitwood, D., Weatherby, N., and Shah, S., Inactivation of human immunodeficiency virus-1 at short time intervals using undiluted bleach. J. AIDS 6: 218-219, 1993.

33.)     Flynn, D.D., Sanchez, J. and Mash, D.C., Perinatal cocaine exposure alters sigma binding sites density in the placenta. Res. Comm. Substances of Abuse 14: 17 - 36, 1993.

34.)     Emre, M., Heckers, S., Mash, D.C, Guela, C., and M-M. Mesulam, Cholinergic innervation of the amygdaloid complex in the human brain and its alterations in Alzheimer's disease.  J. Comp. Neurol. 336: 117 - 134, 1993.

35.)     Mash, D.C., Sanchez-Ramos, J., and Weiner, W. J., Transferrin receptor regulation in Parkinson's disease and MPTP-treated mice. Advances in Neurology 60: 133 -139, 1993.

36.)     Staley, J.K., Basile, M., Flynn, D.D., Mash D.C. Visualizing dopamine and serotonin transporters in the human brain with the potent cocaine analog [$^{125}$I]RTI-55: In vitro  binding and autoradiographic characterization.  J. Neurochem. 62: 549 - 556, 1994.

37).     Chakko, S., Sepulveda, S., Kessler, K., Mash, D.C., Prineas, R., and Myerberg, R. J. Frequency and Type of electrocardiographic abnormalities in cocaine abusers (Electrocardiogram in cocain abuse). Am. J. Cardiology 74: 710 - 713, 1994.

38.)     Uhl, G., Walther, D., Mash, D.C, Faucheux, B., and Javoy-Agid, F. Dopamine transporter mRNA in Parkinson's disease and control substantia nigra.  Ann. Neurol. 35: 494-498, 1994 .

39.)     Shapshak, P., McCoy, C.B., Shah, S.M., Page, J.B., Rivers, J., Weatherby, N., Chitwood, D.D., and Mash, D.C. Preliminary laboratory studies on inactivation of HIV-1 in needles and syringes containing infected blood using undiluted household bleach, J. AIDS 7: 754 - 759, 1994.

6

40.)     Newman, H.A., Allen, A.C., Witkin, J.M., Izenwasser, S., <u>Mash, D.C.</u> and Katz, J.L. The thermal decomposition product of "crack", AEME, and analogs do not appear to contribute acutely to the pharmacological or toxicological actions of cocaine.  Med. Chem. Res.  <u>4</u>: 93 - 110, 1994.

41.)     Baghdoyan, H.A., Mallios, V.J., Duckrow, R.B. and <u>Mash, D.C.</u> Localization of muscarinic receptor subtypes in brain stem areas regulating sleep.  NeuroReport <u>5</u>: 1631 - 1634, 1994.

42.)     Ferrari-Dileo, G., Waelbroeck, M., <u>Mash, D.C.</u>, and Flynn, D.D., A novel strategy for the selective labeling and localization of the M4 (m4) muscarinic receptor subtype. Mol. Pharm. <u>46</u>:1028 - 1035, 1994.

43.)     Zabetian, C., Staley, J. K., Flynn, D.D., and <u>Mash, D.C.</u> Kinetic and equilibrium analysis of $[^3H]$-(+)-pentazocine binding to sigma recognition sites in human cerebellum.  Pharmacol. Letters <u>55</u>: 389 - 395, 1994.

44.)     Staley, J.K., Hearn, W.L., Ruttenber, A.J., Wetli, C.V., and <u>Mash, D.C.</u> High affinity cocaine recognition sites on the dopamine transporter are elevated in fatal cocaine overdose victims. J. Pharm. Exp. Ther. <u>271</u>:1678 - 1685, 1994.

45.)     Flynn, D.D., Ferrari-Dileo, G., <u>Mash, D.C.</u>, and Levey, A.I., Differential regulation of molecular subtypes of muscarinic receptors in Alzheimer's disease. J. Neurochem.  <u>64</u>: 1888 - 1891, 1995.

46.)     Ferrari-DiLeo, G., <u>Mash, D.C.</u>, and Flynn, D.D., Attenuation of muscarinic receptor -G protein interaction in Alzheimer's disease. Mol. and Chem. Neuropath. <u>24</u>: 69-91, 1995.

47.)     Staley, J.K., Boja, J.W., Carroll, F.I., Seltzman, H., Wyrick, C.D., Lewin, A.H., Abraham, P., and <u>Mash, D.C.</u>, Mapping the dopamine transporter in human brain  with the novel selective cocaine analog $[^{125}I]RTI$-121, Synapse 21: 364 - 372, 1995.

48.)     <u>Mash, D.C.</u>, Staley, J.K., Baumann, M., Rothman, R.P., and Hearn, W.L., Identification of a primary metabolite of ibogaine that targets serotonin transporters and elevates serotonin.  Pharmacol. Letters <u>57</u>: 45-50, 1995.

49.)     <u>Mash, D.C.</u>, Pablo, J., Staley, J. K., Holohean, A.M., Hackman, J.C., and Davidoff, R.A., Properties of Ibogaine and a principal metabolite (12-Hydroxyibogamine at the MK-801 binding site on the NMDA- receptor complex.  Neurosci. Letters <u>192</u>: 53-56, 1995.

50.)     Flynn, D.D., Ferrari-Dileo, G., Levey, A.I., and <u>Mash, D.C.</u>, Differential alterations in muscarinic receptor subtypes in Alzheimer's disease: Implications for cholinergic based therapy. Life Sci. <u>56</u>: 869-876, 1995.

51.)     Hearn, W.L., Pablo, J., Hime, G. and <u>Mash, D.C.</u>   Identification and quantitation of ibogaine and an *o*-demethylated metabolite in brain and biological fluids using gas chromatography/mass spectrometry. J. Anal. Tox. <u>19</u>: 427 - 434, 1995.

52.).     Baumann, M. H., <u>Mash, D.C.</u> and Staley, J.K., The serotonin agonist m-chlorophenylpiperazine (mCPP) binds to serotonin transporter sites in human brain.  Neuroreport <u>6</u>: 2150 - 2152, 1995.

53.)     <u>Mash, D.C.</u>, Staley, J.K., Doepel, F.M., Young, S., Ervin, F.R., and Palmour, R.P., Altered dopamine transporter densities in alcohol-preferring  vervet  monkeys.   Neuroreport <u>7</u>: 457 - 462, 1996.

54.)     Wetli, C.V., <u>Mash, D.C.</u> and Karch, S. Cocaine-associated agitated delirium and the neuroleptic malignant syndrome.  Amer. J. Emer.  Med. <u>14</u>: 425 - 428, 1996.

55.)     Shah, S.M., Shapshak, P., River, J.E., Stewart, R.V., Weatherby, N.L., Xin, K.-Q., Page, J.B., Chitwood, D., <u>Mash, D.C.,</u> Vlahov, D., and McCoy, C.B., Detection of HIV-1 DNA in needle/syringes, paraphernalia, and washed from shooting galleries in Miami: A preliminary laboratory report. J. AIDS. <u>11</u>(3): 301-306, 1996.

56.)     Staley, J.K. and <u>Mash, D.C</u>. Adaptive increase in $D_3$ dopamine receptors in the brain reward circuits in cocaine fatalities. J. Neurosci. <u>16</u>:6100-6106, 1996.

57.)     Callaway, J.C., Raymom, L.R., Hearn, W.L., McKenna, D.M., Grob, C., Brito, G. and <u>Mash, D.C.,</u> Quantitation of N, N-dimethyltryptamine and harmala alkaloids in human plasma after oral dosing with *Ayahuasca.* J. Anat. Tox. <u>20</u>:492-497, 1996.

58.)     Staley, J.K., Ouyang, Q, Pablo, J., Hearn , W.L., Flynn, D.D., Rothman, R.B., Rice, K.C. <u>Mash, D.C.,</u> Pharmacological screen for activities of 12-hydroxyibogamine: A primary metabolite of the indole alkaloid ibogaine. Psychopharmacology <u>127</u>:10-18, 1996.

59.)     Ruttenber, A. J., Lawler-Haevener, J., Wetli, C.V., Hearn, W. L., and <u>Mash, D.C.,</u> Fatal excited delirium following cocaine use: Epidemiologic findings provide evidence for new mechanisms of cocaine toxicity. J. Forensic Tox. <u>42</u>: 25 -31, 1997.

60.)     <u>Mash, D.C.</u> Are neuroadaptations in D3 dopamine receptors linked to the development of cocaine dependence? Mol. Psychiatry (News and Views) <u>2</u>: 7-8, 1997.

61.)     Segal, D.M., Moraes, C.T., and <u>Mash, D.C.</u> Upregulation of D3 dopamine receptor mRNA in the nucleus accumbens from human cocaine overdose fatalities. Mol. Brain Res., <u>45</u>(2) 335 - 339, 1997.

62.)     Staley, J.K., Talbot, J.Z., Ciliax, B.J., Miller, G.W., Levey, A.I., Kung, M.P., Kung, H., and <u>Mash, D.C.</u> Radioligand and immunoautoradiographic evidence for a lack of toxicity to dopaminergic neurons in human cocaine overdose victims. Brain. Res. <u>747</u>: 219 - 229, 1997.

63.)     Miller, G.W., Staley, J.K., Heilman, C.J., Perez, J.T., <u>Mash, D.C.</u>, Rye, D.B., and Levey, A.I., Immunochemical analysis of dopamine transporter protein in Parkinson's Disease. Ann Neurol. <u>41</u>: 530 - 539, 1997.

64.)     Efange, S.M.N., Garland, E., Staley, J.K., Khare, A. B., and <u>Mash, D.C.,</u> Vesicular acetylcholine transporter (VAChT) density and Alzheimer's disease. Neurobiology of Aging. <u>18</u>(4):407-13, 1997.

65.)     Staley, J.K., <u>Mash, D.C.,</u> Parsons, S.M., Khare, A.B., and Efange, S.M., Pharmacological characterization of the vesamicol analogue (+)-[125I]MIBT in primate brain. Eur. J. Pharmacol. <u>338</u>: 159-169, 1997.

66.)     Staley, J.K. Rothman, R.B. Rice, K.C., Partilla, J. <u>Mash, D.C.</u> Kappa2 opioid receptors in limbic areas of the human brain are upregulated by cocaine in fatal overdose victims. J. Neuroscience. <u>17</u>(21):8225-33, 1997.

67.)     Guillozet, A.L. Smiley, J.F. <u>Mash, D.C.,</u> Mesulam, M.-M. Butyrylcholinesterase in the life cycle of amyloid plaques. Ann. Neurology. <u>42</u>(6):909-18, 1997.

68.)     Efange, S.M.N., <u>Mash, D.C.,</u> Khare, A.B., Ouyang, Q. Modified ibogaine fragments: synthesis and preliminary pharmacological characterization of 3-ethyl-5-phenyl-1,2,3,4,5,6 hexahydroazepino [4,5-b] benzothiophenes. J. Med. Chem. <u>41</u>(23):4486-91, 1998.

69.)     Pablo, J. and <u>Mash, D.C.</u> Noribogaine stimulates naloxone-sensitive [$^{35}$S]GTPγS binding. NeuroReport <u>9</u>:109-114, 1998.

70.)     Obach, R. S., Pablo, J. and <u>Mash, D.C.</u> Cytochrome P4502D6 catalyzes the *O*-demethylation of the psychoactive alkaloid ibogaine to 12-hydroxyibogamine. Drug Metabolism and Disposition <u>25</u>(12):1359-69, 1998.

8

71.)     Deecher, D.C. Mash, D.C., Staley, J.K. and Mufson, E.J.,    Characterization and localization of galanin receptors in human entorrhinal cortex.  Regal. Peptide.  73(3):149-59, 1998.

72.)     Einstein, G., Patel, V., Bautista, P., Kenna, M., Melone, L., Fader, R., Karson, K., Mann, S., Saunders, A., Hulette, C., Mash, D.C., Roses, A., and Schmechel, D.  Intraneuronal ApoE in human visual cortical areas reflects the staging of Alzheimer's disease pathology.  J. Neuropath. and Exp. Neurol. 57(12):1190-1201, 1998

73.)     Hulette, C.M., Welsh-Bohmer, K.A., Murray, M.G., Saunders, A.M., Mash, D.C., and McIntyre, L.M., Neuropathological and neuropsychological changes in "normal" aging: Evidence for preclinical Alzheimer's disease in cognitively normal individuals. J. Neuropath. Exp. Neurol. 57:1168-1174, 1998.

74.)     Ciliax, B.J., Drash, G.W., Staley, J.K., Haber, S., Mobley, C.J., Miller, G.W., Mufson, E.J., Mash, D.C. and Levey, A.I., Immunocytochemical localization of the dopamine transporter in human brain. J. Comp. Neurol., 409:38-56, 1999.

75.)     Ma, S.Y., Ciliax, B.J, Stebbins, G., Jaffar, S., Joyce, J.N., Cochran, E.J., Kordower, J.H., Mash, D.C., Levey, A.I., and Mufson, E.J., Dopamine transporter-immunoreactive neurons decrease with age in the human substantia nigra: A stereologic analysis. J. Comp. Neurol., 409:25-37, 1999.

76.)     Chen, L., Segal, D., and Mash, D.C., Semi-quantitative reverse-transcriptase polymerase chain reaction: An approach for the measurement of target gene expression in human brain. Brain Res.Protocols, 4:132-139, 1999.

77.)     Zubaran, C., Shoaib, M., Stolerman, I.P., Pablo, J., Mash, D.C., Noribogaine generalization to the ibogaine stimulus: Correlation with noribogaine concentration in rat brain. Neuropsychopharm. 21: 119-126, 1999.

78.)     Izenwasser, S., Staley, J.K., Cohn, S., and Mash D.C., Characterization of kappa1-opioid receptor binding in human insular cortex. Life Sciences, 65:857-862, 1999.

79.)     Chen, L., Segal, D.M., Moraes, C.T. and Mash, D.C., Dopamine transporter mRNA in autopsy studies of chronic cocaine users. Mol. Brain Res., 73:181-185, 1999.

80.)     Miller, G.W., Erickson, J.D., Perez, J.T., Penland, S.N., Mash, D.C., Rye, D.B., Levey, A.I. Immunochemical analysis of vesicular monoamine transporter (VMAT2) protein in Parkinson's disease.  Exp. Neurol. 156:138-148, 1999.

81.)     Callaway, J.C., McKenna, D.J., Grob, C.S., Brito, G.S., Raymon, L.P., Poland, R.E., Andrade, E.N., Andrade, E.O., Mash, D.C. Pharmacokinetics of Hoasca alkaloids in healthy humans. J Ethnopharmacol, 65(3):243-56, 1999.

82.)     Mufson, E.J., Deecher, D.C., Basil.e M., Izenwasser, S., and Mash, D.C. Galanin receptor plasticity within the nucleus basalis in early and late Alzheimer's Disease: an in vitro autoradiographic analysis. Neuropharm, 39:1404-1412, 2000.

83.)     Hurley, M.J., Mash, D.C., Jenner, P. Adenosine A2A receptor mRNA expression in Parkinson's disease. Neurosci. Letters, 291(1):54-8, 2000.

84.)     Wang, Y., TesFaye, E., Yasuda, R.P., Mash, D.C., Armstrong, D.M., Wolfe, B.B.  Effects of postmortem delay on subunits of ionotropic glutamate receptors in human brain.   Brain Res. Mol. Brain Res. 80(2):123-131, 2000.

85.)     Mash, D.C., Staley, J.K., Izenwasser, S., Basile, M., Ruttenber, A.J. Serotonin transporters upregulate with chronic cocaine use.  J. Chem. Neuroanatomy, 20:271-280, 2000.

86.)     Eshelman, A.J., Wolfrum, K, Mash, D.C., Christensen, K., and Janowsky, A. Drug interactions with the dopamine transporter in cryopreserved human caudate.  J. Pharmacol. Exp. Ther., 296(2):442-449, 2001.

87.)     Hurley, M.J., Mash, D.C., Jenner, P. Dopamine $D_1$ receptor expression in Parkinson's disease.  Mol Brain Res. Mar 5;87(2):271-9, 2001.

88.)     Baumann, M.H., Rothman, R.B., Pablo, J.P., Mash, D.C. *In vivo*  neurobiological effects of ibogaine and its *o*-Des-methyl metabolite, 12-hydroxyibogamine (Noribogaine), in rats.  J. Pharm. Exp. Ther. 297(2):531-539, 2001.

89.)     Counts, S.E., Perez, S.E., Kahl, U., Bartfai, T., Bowser, R.P., Deecher, D.C., Mash, D.C., Crawley, J.N., Mufson, EJ.  Galanin: Neurobiologic mechanisms and therapeutic potential for Alzheimer's disease.  CNS Drug Reviews, 7(4):445-470, 2001.

90.)     Henderson, R.F., Barr, E.B., Blackwell, W.B., Clark, C.R., Conn, C.A, Kalra, R., March, T.H., Sopori, M.L., Tesfaigzi, Y., Menache, M.G., Mash, D.C., Dokladny, K., Kozak, W., Kozak, A., Wachulec, M., Rudolph, K., Kluger, M.J., Singh, S.P., Razani-Boroujerdi, S., Langley, R.J.  Response of F344 rats to inhalation of subclinical levels of sarin: exploring potential causes of Gulf War illness.  Toxicology and Industrial Health, 17:294-297, 2001.

91.)     Miksys, S., Rao, Y., Hoffmann, E., Sellers, E.M., Mash, D.C., Tyndale, R.F.  Regional and cellular expression of cytochrome P450 2D6 in human brain: Higher levels in alcoholics. J. Neurochem. 82:1376-1387, 2002.

92.)     Mash, D.C., Pablo, J., Ouyang, Q., Hearn, W.L., Izenwasser, S.  Dopamine transport function is elevated in cocaine users.  J. Neurochem. 81:292-300. 2002.

93.)     Bannon, M.J., Pruetz, B., Manning-Bog, A.B., Whitty, C.J., Michelhaugh, S.K., Sacchetti, P., Grannerman, J.G., Mash, D.C., Schmidt, C.J. Decreased expression of the transcription factor NURR1 in dopamine neurons of cocaine abusers. Proc. Nat. Acad. Sci., 99(9):6382-6385, 2002.

94.)     Perez, S., Basile, M., Mash, D.C., Mufson, E.J. Galanin receptor over-expression within the amygdala in early Alzhiemer's disease: An in-vitro autoradiographic analysis.  J Chem. Neuro. 24:109-116, 2002.

95.)     Henderson, R.F., Barr, E.B., Blackwell, W.B., Clark, C.R., Conn, C.A., Kalra, R., March, T.H., Sopori, M.L., Tesfaigzi, Y., Menache, M.G., Dokladny, K., Kozak, W., Kozak, A., Wachulec, M., Rudolph, K., Kluger, M.J., Singh, S.P., Razani-Boroujerdi, S., Mash, D.C. Langley, R.J.  Response of rats to low levels of sarin.  Toxicol Appl Pharmacol. 184(2):67-76 2002.

96.)     Hurley, MJ, Mash, DC., Jenner, P.  Expression of cannabinoid CB1 receptor mRNA in basal ganglia of normal and parkinsonian human brain.  J. Neurol. Transm. 110: 1279-1288, 2003.

97.)     Guillozet, A.L., Weintraub, S., Mash, D.C., Mesulam, M-Marsel.  Neurofibrillary tangles, amyloid plaques and memory impairment in aging and MCI. Arch. Neurol., 60(5):729-36, 2003.

98.)     Mash, D.C., Ouyang, Q., Pablo, J., Basile, M., Izenwasser, S., Lieberman, A., Perrin, R. Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons. J. Neurosci., 23(7):2564-2571, 2003.

99.)     Howard, L.A., Miksys, S., Hoffmann, E., Mash, D., Tyndale, R.F.  Brain CYP2E1 is induced by nicotine and ethanol in rat and is higher in smokers and alcoholics.  Br J Pharmacol;138(7):1376-86, 2003.

100.)    Miksys, S., Lerman, C., Shiled, P.G., Mash, D.C., Tyndale, R.F. Miksys S, Lerman C, Shields PG, Mash DC, Tyndale RF. Smoking, alcoholism and genetic polymorphisms alter CYP2B6 levels in human brain. Neuropharmacology. 45(1):122-32, 2003.

101.) Pasarella, D., Favia, R., Giardini, A., Lessma, G., Martinelli, M., Silvani, A., Danieli, B., Efange, S.M.N., and Mash, D.C. Ibogaine analogues. Synthesis and preliminary pharmacological evaluation of 7-heteroaryl-2-azabicyclo[2.2.2]oct-7-enes. Biorg Med Chem 11(6):1007-14, 2003.

102.) Tang, W.X., Fasulo, W.H., Mash, D.C., Hemby, S.E. Molecular profiling of midbrain dopamine regions in cocaine overdose victims. J. Neurochem, 85: 911-924, 2003.

103.) Hurley, M.J., Mash, D.C., Jenner, P. Markers for dopaminergic neurotransmission in the cerebellum in normal individuals and patients with Parkinson's disease examined by RT-PCR. J. Neurochem. 18:2668-2672, 2003.

104.) Lockhart, P.J., Lincoln, S., Hulihan, M., Kachergus, J., Wilkes, K., Bisceglio, G., Mash, D.C., Zbigniew Wszolek, and Farrer, MJ. *DJ-1* mutations are a rare cause of recessively inherited early-onset Parkinsonism mediated by loss of protein function. J. Med. Genet, 41:1-6, 2004.

105.) Stephens, B.G., Baselt, R., Jentzen, J.M., Karch, S., Mash, D.C., Wetli, C. V. Criteria for the interpretation of cocaine levels in human biological samples and their relation to cause of death. J Forensic Med. Path. 25(1):1-10, 2004.

106.) Stephens, B.G., Jentzen, J.M., Karch, S., Wetli, C.V., and Mash, D.C. National Association of Medical Examiners position paper on the certification of cocaine-related deaths. J. Forensic Med. Path. 25(1):11-13, 2004.

107.) Mesulam, M., Shaw, P., Mash, D.C., Weintraub, S. Cholinergic nucleus basalis tauopathy emerges early in the aging-MCI-AD continuum. Ann. Neurology, 55:815-825, 2004.

108.) Zhu, G., Lipsky, R.H., Xu, K., Ali, S., Hyde, T., Kleinman, J., Akhtar, L.A., Mash, D.C., Goldman, D. Differential expression of human COMT alleles in brain and lymphoblasts detected byRT-coupled 5' nuclease assay. Psychopharm. 177:178-184, 2004.

109.) Mash, D.C., Ouyang, Q., Qin, Y, and Pablo, J. Norepinephrine transporter immunoblotting and radioligand binding in cocaine abusers. J Neurosci Methods. 143(1):79-85, 2005.

110.) Rossi, M.A., Mash, D.C., and deToledo-Morrell. Spatial memory in aged rats is related to PKCγ G-protein coupling of the M1 receptor. Neurobiol Aging. 26(1):53-68, 2005.

111.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Dementia in Parkinson disease: a post-mortem study in a population of brain donors. Int J Geriatr Psychiatry. 20(5):418-22, 2005.

112.) Papapetropoulos, S., Mash, D.C. The neurochemical mechanism of rebound psychosis in Parkinson's disease. Mov Disord. 20(4):515, 2005.

113.) Papapetropoulos, S., Singer, C., Villar, J.M., Gonzalez, J., Mash, D.C. Does cigarette smoking provide clinically significant neuroprotection among patients diagnosed with Parkinson's disease? Mov Disord. 20(5):641-642, 2005.

114.) Papapetropoulos, S., Mash, D.C. Psychotic symptoms in Parkinson's disease. From description to etiology. J Neurol. 252(7):753-64, 2005.

115.) Papapetropoulos, S. Mash, D.C. Alpha-synuclein aggregation and its relation to neurodegenerative diseases. Ann Neurol. 57(4):605, 2005.

116.) Papapetropoulos, S., Lieberman, A., Gonzalez, J., Mash, D.C. Can Alzheimer's type pathology influence the clinical phenotype of Parkinson's disease?" Acta Neurol Scand. 111(6):353-9, 2005.

11

117.)    Papapetropoulos, S., Gonzalez, J., <u>Mash, D.C</u>. Natural History of Progressive Supranuclear Palsy: A Clinicopathologic Study from a Population of Brain Donors. Eur Neurol. 54(1):1-9, 2005.

118.)    <u>Mash, D.C</u>. Ibogaine Therapy. Euro Neuropsychopharm. 15(3):S322, 2005.

119.)    Hemby, S.E., Tang, W., Mully, E.C., Kuhar, M.J., Howell, L., and <u>Mash, D.C</u>. Cocaine-induced alterations in nucleus accumbens ionotropic glutamate receptor subunits in human and non-human primates.  J Neurochem. 95(6):1785-93, 2005.

120.)    Qin, Y., Ouyang, Q., Pablo, J., and <u>Mash, D.C</u>.  Cocaine abuse elevates alpha-synuclein and dopamine transporter levels in the human striatum. Neuroreport. 16(13):1489-93, 2005

121.)    Papapetropoulos, S., Singer, C., McCorquodale, D., Gonzalez, J., <u>Mash, D.C</u>.  Cause, seasonality of death and co-morbidities in progressive supranuclear palsy (PSP).  Parkinsonism Relat Disord. 11(7):459-63, 2005.

122.)    Papapetropoulos, S., Villar, J.M., Gonzalez, J., <u>Mash, D.C</u>. Disparities in death certificates of Parkinson's disease patients: a report from a population of brain donors. Mov Disord. Mar 16; [Epub ahead of print] 2006

124.)    Passarella, D., Barilli, A., Efange, SMN., Elisabetsky, E., Leal, M.B., Lesma, G., Linck, V.M., <u>Mash, D.C</u>., Martinelli, M., Peretto, H., Silvani, A., Danieli, B.  Nature-inspired indolyl-2-azabicyclo [2.2.2] act-7-ene derivatives as promising agents for the attention of withdrawl symptoms. Synthesis of 20-desethyl-20-hydroxymethyl-11-demethoxyibogaine. Nat Prod Res. Jul;20(8):758-65, 2006.

125.)    Papapetropoulos, S., Gonzalez, J., <u>Mash, D.C</u>. The effect of ischemic cerebrovascular disease on the survival duration and clinical characteristics of Parkinson's disease. A post-mortem study. Eur J Neurol. Jan;13(1):96-7, 2006.

126.)    Papapetropoulos, S., Lieberman, A., Gonzalez, J., Singer, C., Laufer, D., <u>Mash, D.C</u>. Family history of dementia is more common in Dementia with Lewy bodies than in Parkinson's disease dementia patients. J Neuropsychiatry Clin Neurosci. 18(1):113-6, 2006.

127.)    Ross, O., Toft, M., Johnson, J.L., <u>Mash, D.C</u>, Papapetropoulos, S., Litvan, I., Gordon, M.F., Farrer, M.J., Dickson, D.W. Lrrk2 and Lewy body disease. Ann Neurol. 59(2):388-93, 2006.

128.)    Mesalum, M., Grudzien, A., Shaw, P., Weintraub, S., Bigio, E., <u>Mash, D.C</u>.  Locus coeruleus neurofibrillary degeneration in aging, mild cognitive impairment and early Alzheimer's disease. Neurobiology of Aging, Mar 27 [epub ahead of print] 2006.

129.)    Drgon, T., Lin, Z., Wang, G-J., Fowler, J., Kouzmenko, A., Pablo, J., <u>Mash, D.C.</u>, Volkow, N., Uhl, G.R. Common human 5' dopamine transporter (SLC6A3) haplotypes yield varying expression levels *in vivo*. Cell Mol Neurobiol. 2006 May 20; [Epub ahead of print]

130.)    Papapetropoulos S, Villar JM, Mash DC.  Is ischemic cerebrovascular disease a risk factor for dementia in patients with Parkinson's disease?  Acta Neurol Scand. May;113(5):353-4. 2006

131.)    Papapetropoulos S, Gonzalez, J. and Mash DC,  Cortical and amygdalar Lewy body burden in Parkinson's disease patients with visual hallucinations.  Parkinsonism Relat Disord. May;12(4):253-6, 2006.

132.)    Papapetropoulos, S., Singer, C., Ross, O., Toft, M., Farrer, M.J., <u>Mash, D.C</u>. Clinical heterogeneity of Lrrk2 G2019S. Arch of Neurology. Sep;63(9):1242-6.  2006

133.)   Papapetropoulos S, Mash DC. Insular pathology in Parkinson's disease patients with orthostatic hypotension. Parkinsonism Relat Disord. 2006 Sep 6; [Epub ahead of print]

134)   Aneta Grudzien, Pamela Shaw, Sandra Weintraub, Eileen Bigio, Deborah C. Mash, Marsel Mesulam. Locus Coeruleus neurofibrillary degeneration in aging, mild cognitive impairment and early Alzheimer's disease   [Epub ahead of print] .doi: 10.1016/j.neurobiolaging.2006.02.007

## 18a. Patent and Patent Applications

1.)   Mash, D.C., Sanchez-Ramos, J. and Hearn, W.L.  A method of treating chemical dependence in mammals and a composition thereof.  Patent  Feb. 19, 2002.

2.)   Efange, S.M.N. and Mash, D.C., Bioactive Tricyclic Ibogaine Analogs, Patent awarded, January, 1996.

3.)   Efange, S.M.N. and Mash, D.C., Spiroindanamines and Spiroindanimides, Patent awarded, September, 1999.

## 19. Other works and publications.

1.)   Baker, H.D., Mash, D.C. and May, J.G. Interocular transport of the McCollough effect. Assoc. of Res. in Vision and Opthamology., l976.

2.)   Mash, D.C., Worden, I.G. and Berkley, K.J. Projections from the lateral cervical nucleus and the dorsal column nuclei to and within the n. ventralis posterolateralis of the cat thalamus. Soc. Neurosci. Abstr. 2:1359, l976.

3.)   Berkley, K.J. and Mash, D.C. Projections of the first and second somatic sensory cortex the motor cortex, and the cerebellum to the posterior group of nuclei in the cat. Soc. Neurosci. Abstr. 3:1516, 1977.

4.)   Berkley, K.J. and Mash, D.C. A comparison of the lateral cervical nucleus and the spinothalamic tract in the cat and monkey. Pain Abstr. 1:192,1977.

5.)   Mash, D.C. and Berkley, K.J. Projections from the spinal cord and the gracile, cuneate, trigeminal and lateral cervical nuclei to the posterior group of nuclei in the cat.  Soc. Neurosci. Abstr. 3:1557, l977.

6.)   Berkley, K.J., Molinari, H.H., and Mash, D.C. The effects of various cations upon the incorporation of proline into the macromolecules of large cells within the dorsal column nuclei of the cat. Soc. Neurosci. Abstr. 4:1202, l978.

7.)   Mash, D.C., Soliman, K.F.A. and Walker, C.A. Circadian variations in beta endorphin content in specific areas of the rat brain. Fed. Proc. 39:605, l980.

8.)   Mash, D.C., Soliman, K.F.A. and Walker, C.A. The effect of altering 5-hydroxytryptamine levels on beta endorphin content in rat brain. Fed. Proc. 40: 287, l981.

9.)   Kalinoski, D.L., Mash, D.C., Toscano, P.T. and Potter, L.T. Circadian variations in the binding of quinuclidinyl  benzilate to muscarine receptors in the rat brain. Fed. Proc. 41:1634, l982.

10.)   Mash, D.C. and Potter, L.T. Autoradiographic localization of M1 and M2 receptors in the rat brain. Soc. Neurosci. Abstr.8:338, l982.

11.)   Mash, D.C. and Potter, L.T. Changes in M1 and M2 muscarine receptors in Alzheimer's disease and aging, and with lesions of cholinergic neurons.   Soc. Neurosci. Abstr. 9:582, l983.

13

12.)     Mash, D.C., Sevush, S. Flynn, D.D., Norenberg, M.D., and Potter, L.T. Loss of M2 muscarine receptors in Alzheimer's disease. Neurology 34 (suppl.) 120-122, 1984.

13.)     Ferrari-Dileo, G., Mash, D.C. and Potter, L.T. Autoradiographic studies of muscarine receptors in human cerebral arteries.  Soc. Neurosci. Abstr. 10:608, 1984.

14.)     Flynn, D.D. and Mash, D.C.   Nicotine receptors in human frontal and infratemporal cortex: Comparison  between Alzheimer' disease and the normal.  Soc. Neurosci. Abstr. 11: 1118, l985.

15.)     Mufson, E. J., Martin, T.L. Mash, D.C. Wainer, B.H., and Mesulam, M-M. Cholinergic projections from the parabigeminal nucleus (Ch8) to the superior colliculus of the mouse.  Soc. Neurosci. Abstr. 11:1238, l985.

16.)     Green, R.C., Moran, M.A., Martin, T.L. Mash, D.C., Mufson, E.J. and Mesulam, M-M.  Distribution of acetylcholinesterase fiber staining in the human hippocampus and  parahippocampal gyrus. Soc. Neurosci.  Abstr. 12: 729, l986.

17.)     Mash, D.C. and Mesulam, M-M. Muscarine receptor distributions within architectonic subregions of the primate neocortex.  Soc. Neurosci. Abstr. 12:809, l986.

18.)     Hefti, F., Hartikka, J., Salvatierra, A. Weiner, W.J., and Mash, D.C. Localization of nerve  growth factor receptors in cholinergic neurons of the human basal forebrain. Soc. Neurosci. Abstr. 12:28l, l986.

19.)     Mash, D.C., White, W.F., Mufson, E.J., and Mesulam, M-M. Muscarinic and nicotinic receptors in the hippocampal formation of the monkey. Neurology 37: 194, 1987.

20.)     Mash, D.C. and Weiner, W.J. Mosaic of cholinergic pre- and postsynaptic markers in the primate striatum. Neurology 37: 266, l987.

21.)     Mash, D.C. Architectonics of muscarinic receptor subtypes in the primate cerebral cortex.   J. Amer. Ger. Soc. 35:896, 1987.

22.)     Flynn, D.C., Suarez, A., Cordoves, A., and Mash, D.C. Differential regulation of muscarinic receptor subtypes in the cerebral cortex by chronic tetrahydroaminoacridine administration. Soc. Neurosci. Abstr. 13: 726, l987.

23.)     Mufson, E.J. and Mash, D.C. Pathology in brainstem cholinergic neurons in Alzheimer's disease. Soc. Neurosci. Abstr. 13: 1461, 1987.

24.)     Rosenblatt, D., Mash, D.C. and White, W.F.  Characterization of cholinergic receptors in astrocyte  cultures of the cerebral cortex. Soc. Neurosci. Abstr. 13:1377, 1987.

25.)     Mesulam, M-M. and Mash, D.C. Organization of cortical cholinergic innervation in the primate brain. Neuroscience (suppl.) 22: S105, 1987.

26.)     Efange, S.M., Mash, D.C., Hefti, F., Kung, K., Heal, A.V., Guo, Y., Billings, J., Pan, S. and Dutta, A. A potential radiotracer for mapping central noradrenergic innervation. Soc. Nuclear Med., 15:189, 1988.

27.)     Montero, C., Mash, D.C., Junard, M., and Hefti, F., Further analysis of NGF effects in rats with partial fimbrial transections. Soc. Neurosci. Abstr. 14: 825, 1988.

28.)     Pablo, J., Efange, S. M., Flynn, D.D., Weiner, W.J., and Mash, D.C., Characterization and localization of transferrin receptors in the rat brain.  Soc. Neurosci. Abstr. 14: 171, 1988.

29.)     Globus, M.Y.T., Mash, D.C., Dietrich, W.D., Busto, R., Valdes, J., and Ginsberg, M.D. Dopamine D1 but not D2 receptors are sensitive to ischemia in the rat striatum.  Soc. Neurosci. Abstr. 14: 501, 1988.

30.)     Mash, D.C., Pablo, J., Weiner, W.J., Flynn, D.D., and Efange, S.M. Distribution and status of transferrin receptors in Parkinson's disease.  Ann. Neurology (suppl.) 39: 424, 1988.

31.)     Mash, D.C., Flynn, D.D., Pablo, J., Dewanjee, M., Weiner, W., and Mufson, E.J., Distribution and status of transferrin receptors in Parkinson's disease. Ann. Neurology 24: 172, 1989.

32.)     Mash, D.C., Ruttenber,  A.J., Wetli, C.V., Weiner, W.J.,  Itzhak, Y. and Pablo, J. Binding characteristics of cocaine and tropacocaine to muscarinic  and sigma receptors in the human brain. Soc. Neurosci. Abstr. 15:803, l989.

33.)     Terry, L.M., Keran, E., Hearn, L., Sanchez-Ramos, J., Basile,M., Pablo, J. and Mash, D.C. Chronic cocaine-induced alterations in dopaminergic pre- and postsynaptic markers. Soc. Neurosci. Abstr. 15:803, l989.

34.)     Flynn, D.D. and Mash, D.C. Loss of guanine nucleotide-sensitive agonist binding to M1 muscarinic receptors in Alzheimer's disease. Soc. Neurosci. Abstr. 15: 1111, 1989.

35.)     Strang, P.C., Mash, D.C., and Flynn, D.D. Anti-peptide antibodies to m1 muscarinic receptors specifically label cortical neurons. Soc. Neurosci. Abstr. 15: 811, 1989.

36.)     Pablo, J., Basile, M., Efange, S.M.N., Sanchez-Ramos, J., Weiner, W.J., and Mash, D.C. Quantitative in vitro autoradiography of transferrin receptors in the striatum of MPTP-treated mice. Soc. Neurosci. Abstr. 15: 346, l989.

37.)     Mash, D.C., Itzhak, Y., Basile, M. and Weiner, W.J., Visualization of sigma receptor distributions in the brain of the rhesus monkey. Neurology (suppl.1) 40: 240, l990.

38.)     Mash, D.C., Flynn, D.D., Wetli, C.V., and Hearn, L., Cocaethylene binding to neurotransmitter receptors and uptake sites in the human brain. Soc. Neurosci. Abstr. 16:14, 1990.

39.)     Rose, S. Hearn, W. L. Hime, G., Wetli, C.V., Ruttenber, A.J., and Mash, D.C. Cocaine and cocaethylene concentration in human post mortem cerebral cortex. Soc. Neurosci. Abstr. 16:14, 1990.

40.)     Vaishnav, A.A., Mash, D.C., and Flynn, D.D. Cocaine interactions with primary and secondary recognition sites on muscarinic receptors. Soc. Neurosci. Abstr. 16: 536, 1990.

41.)     Flynn, D.D., Vaishnav, A.A., Itzhak, Y., Sanchez-Ramos, L., and Mash, D.C. Characterization of sigma binding sites in human placenta: Effect of perinatal cocaine exposure. Soc. Neurosci. Abstr. 16:305, 1990.

42.)     Basile, M., Mash, D.C., and Itzhak, Y. Partial overlap in the distribution of monoamine oxidase type A (MAO-A) and sigma receptors in rat and mouse brain. Soc. Neurosci. Abstr. 16:1140, 1990.

43.)     Ciarleglio, A.E. and Mash, D.C.  Autoradiographic localization of putative sigma receptors in the primate and human brain. Soc. Neurosci. Abstr. 16:1140, 1990.

44.)     Mash, D.C., Basile, M.J., Flynn, D.D. Mapping the defect in M1 muscarinic receptor - G protein coupling in Alzheimer's disease: An autoradiographic study.  Soc. Neurosci. Abstr., 17:1074, 1991.

45.)     Flynn, D.D., Maxwell, G., Vaishnav, A.A., Basile, M., <u>Mash, D.C.</u>  Distinct kinetic properties of N-[$^3$H]-methylscopolamine binding afford differential labeling and localization of M1, M2, and M3 muscarinic receptor subtypes in the primate brain. Soc. Neurosci. Abstr. <u>17</u>:1200, 1991.

46.)     Efange, S.M.N., <u>Mash, D.C.</u> Basile, M.J., Pablo, J., and Michelson, R.H. In vitro localization of a radiolabelled vesamicol analog in the human brain. Soc. Neurosci. Abstr. <u>17</u>:1297, 1991.

47.)     Wang, S.Z., Zhu, S., <u>Mash, D.C.</u> and El-Fakahany, E.E. Measurements of brain muscarinic receptor mRNA levels in Alzheimer's disease by DNA-excess hybridization. Soc. Neurosci. Abstr. <u>17</u>: 1530, 1991.

48.)     Itzhak, Y., Stein, I., and <u>Mash, D.C.</u> Evidence for the involvement of the N-methyl-D-aspartate (NMDA) receptor in the effects of cocaine. Soc. Neurosci. Abstr. <u>17</u>:190, 1991.

49.)     Itzhak, Y., Stein, I., and <u>Mash, D.C</u>. Regulation of mu-opiod receptors following exposure to cocaine. Comm. Prob. Drug Depend.,  NIDA Research Monograph Series, <u>119</u>; 344, 1992.

50.)     <u>Mash, D.C.</u>   Tanis, D.C., Schrank, K.S., Augenstein, J.S., Rose, S., Hearn, W.L., and Stitt, F.W. Toxicology screens for cocaethylene in emergency department and trauma admissions associated with cocaine intoxication. NIDA Research Monograph Series, <u>119</u>: 489, 1992.

51.)     Baowan, L., Mordecai, Y.T., Globus, Ginsberg, M.D., Hearn, W.L.,  Mash, D.C. Differential effects of cocaine and cocaethylene on extracellular dopamine and serotonin in the rat striatum.  NIDA Research Monograph Series, <u>119</u>: 240, 1992.

52.)     Shapshak, P., <u>Mash, D.C.</u>, Hearn, W.L., Yoshioka, M., Nelson, S. and Tate, L. Detection of HIV in CNS tissue and cells and effects of cocaine and metabolites in vitro. NIDA Research Monograph Series, <u>119</u>: 337, 1992.

53.)     McCoy, C., Weatherby, N., Shapshak, P., Chitwood, D.D., <u>Mash, D.C.,</u>  Shah, S.M., and Arguello, J.C. Combining field laboratory and intervention strategies for HIV prevention, College on Problems of Drug Dependence, 54th Annual Scientific Meeting, Keystone, Colorado, June 20 - 26, 1992.

54.)     Shapshak, P., McCoy, C, <u>Mash, D.C.,</u> Goodkin, K., Baum, M., Yoshioka, M., Sun, N., Nelson, S., Berger, J., Bradley, W., Weatherby, N., Chitwood, D., Rivers,  J., Page, B., Pardo, V., Pert, C., and Tourtellotte, W.W. The brain as an HIV-1 reservoir: factors affecting HIV-1 infectivity, NIDA Research Monograph Series, <u>132</u>:73, 1993.

55.)     McCoy, C.B., Weatherby, N., Shapshak, P., Chitwood, D.D., <u>Mash, D.C.,</u>   Shah, S.M., Arguello, J.E., Rivers, J., and Khoury, E.L. Combining field, laboratory, and intervention strategies for HIV prevention, NIDA Research Monograph Series, <u>132</u>:284, 1993.

56.).    Flynn, D.D., Ferrari-Dileo, G., Carsi, J., and <u>Mash, D.C.</u> Further characterization of the defect in M1 muscarinic receptor-G protein coupling in Alzheimer's disease. Life Sci. <u>52</u>: 557, 1993.

57.)     <u>Mash, D.C.</u> and Flynn, D.D. Distinct kinetic binding properties of N-[$^3$H]-methylscopolamine afford differential labeling and localizations of M1, M2 and M3 muscarinic receptor subtypes. Life Sci. <u>52</u>: 583, 1993.

58.)     Uhl, G.R., Kitayama, S., Cerruti, C., Kuhar, M.J., Shimada, S., <u>Mash, D.C.,</u> and Javoy-Agid, F.  Dopamine transporter:  Correlates with Parkinsonian pathogenesis.  Symposia on Etiology, Pathogenesis, and Prevention of Parkinson's Disease and Hyperkinetic Movement Disorders. Movement Disorders, 1993.

59.)     Uhl, G.R., Kitayama, S., Cerruti, C., Kuhar, M.J., Shimada, S., <u>Mash, D.C.,</u> and Javoy-Agid, F.  Dopamine transporter expression correlates with Parkinson's disease dopaminergic damage.  Amer. Neurol. Assoc., 1993.

60.)     Staley, J., Flynn, D.D., Stitt, F., Wetli, C.V. and Mash, D.C.  [3H]WIN 35,428 binding to the dopamine transporter in cocaine overdose deaths.  Soc. Neurosc. Abstr.  19:1843, 1993.

61.)     Mallios, V.J., Spotts, J.L., Lydic, R., Mash, D.C. and Baghdoyan, H.A.  Quantitative autoradiography of M1, M2 and M3 muscarinic receptor (mAChR) subtypes in respiratory-related nuclei of cat brain stem.   Soc. Neurosc. Abstr. 19:749, 1993.

62.)     Mash, D.C., Staley, J., Basile, M., Doepel, F.M., Ervin, F.R., and Palmour, R.P. Elevated densities of striatal dopamine transporters in alcohol preferring Vervet monkeys. Soc. Neurosc. Abstr.  19:610, 1993.

63.)     Palmour, R.M., Grbavic, D., Ervin, F.R., Staley, J., and Mash, D.C.  Increased signal transduction in lymphocytes cultured from alcohol preferring Vervet monkeys. Soc. Neurosc. Abstr.  19:610, 1993.

64.)     Chakko, S., Sepulveda, S., Kessler, K.M., Mash, D.C., Prineas, R.J., Myerburg, R.J. Comparison of ECG abnormalities in acute and chronic cocaine abuse.  Am. Heart Assoc., 1993.

65.)     Boja, J.W., Kopaitic, T., Carroll, F.I., Seltzman, H.H., Wyrick, C.D., Lever, J., Staley, J., Mash, D.C., Kuhar, M.J.  Selective labeling of the striatal and cerebral cortical dopamine transporter in rat and human brain by the cocaine analog [125I]RTI-121.  Soc. Neurosc. Abstr.  19:1498, 1993.

66.)     Heckers, S., Mash, D.C., Geula, C., Mesulam, M-M. Basal forebrain and striatal cholinergic neurons in schizophrenia.  Soc. Neurosc. Abstr.  19:838, 1993.

67.)     Mash, D.C., Staley, J., Basile, M., Doepel, F.M., Wagner, J., Ervin, F.R. and Palmour, R.P. Altered densities of dopamine synaptic markers in alcohol-preferring vervet monkeys. Soc. Neurosc. Abstr.  20:1615, 1994.

68.)     Palmour, R.M., Mash, D.C., Ervin, F.R. and Young, S.N. Involvement of the dopamine axis in a vervet monkey model of alcohol abuse.  Soc. Neurosc. Abstr.20:1615, 1994.

69.)     Rossi, M,. deToledo-Morrell,L., Morrell.F., Mash, D.C. Age-associated uncoupling of G-protein dependent high affinity M1 muscarinic receptors in F344 rats. Soc. Neurosc. Abstr.20:393, 1994.

70.)     Efange, S. M. N., Staley, J., Ouyang, Q., and Mash, D.C., Labeling of distinct vesamicol recognition sites in the cortex and striatum of primate brain with the novel radioligand [125I]MIBT. Soc. Neurosc. Abstr.20:534, 1994.

71.)     Staley, J., Basile, M., Ouyang, Q., and Mash, D.C. Characterization of the D3 receptor in human brain: Regulation by cocaine abuse. Soc. Neurosc. Abstr.20: 221, 1994.

72.)     Mash, D.C., Singer, J., Pablo, J., Bruce, J. and Weiner, W.J. Differential regulation of iron storage and transport markers in Parkinson's disease.  Neurol. 44(suppl. 2): 575, 1994.

73.)     Uhl, G.R., Surratt, C., Vaughn, R., Kuhar, M.J., Mash, D. and Javoy-Agid, F. Dopamine transporter and synaptic vesicular monoamine transporter expression and Parkinson's disease dopaminergic damage. Neurol. 44 (suppl.2 ) 615, 1994.

74.)      Stewart, R., Shapshak, P., Davis, T., Masaru, Y.,. Sun, N.C., Nagano, I., Fiala, M., Mash, D.C., Perez, M., and Arguella, J.C. Isolation of macrophage/monocytes from human blood and macrophage/microglia from human brain using antibody-coated magnetic beads. Cell Vision 1: 89, 1994.

75.)     Guela, C., Mash, D.C., and Mesulam, M-M., Loss of cortical cholinergic fibers in Alzheimer's disease: Lack of a relationship with tangle amyloid deposits but a modest relationship with tangle density. Neurobiology of Aging: 15(suppl 1) S120, 1994.

76.)     Staley, J.K., Wetli, C.V., Ruttenber, A.J., Hearn, W.L., and Mash, D.C. Altered dopaminergic synaptic markers in cocaine psychosis and sudden death. Nida Research Monograph Series, 153:491, 1994

77.)     Hearn, W.L., Sambol, N.C., Pablo, J., Hime, G.W., Doepel, F.M., Sanchez-Ramos, J., and Mash, D.C., Some preliminary observations on the pharmacokinetics of ibogaine in primates and man. Amer. Acad. Forensic Science, Meeting Abstr., 1995.

78.)     Mash, D.C., Staley, J.K., Baumann, M. H., Rothman, R.B., and Hearn, W.L. Noribogaine: A major metabolite of ibogaine that targets serotonin transporters and elevates serotonin. NIDA Monograph Series 162: 358, 1995.

79.)     Rezvani, A. H., Mash, D.C., Hearn, W.L., Lee, Y.W., and Overstreet, D. H.  Reduction of alcohol intake in alcohol preferring fawn-hooded and P rats by noribogaine, the primary metabolite of ibogaine. NIDA Monograph Series 162: 281, 1995.

80.)     Staley, J.K., Wetli, C.V., Ruttenber, A.J., Hearn, W. L., Kung, H., and Mash, D.C. Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. Biological Psych., 37 (9), 656, 1995.

81.)     Staley, J.K., Rothman, R.B., Partilla, J.S., Rice, K.C., Matecka, D., Ouyang, Q., Wetli, C.V., and Mash, D.C. Cocaine upregulates kappa opioid receptors in human striatum.  NIDA Monograph Series,121: 234, 1995.

82.)     Segal, D.M., Staley, J.K., Basile, M., Wetli, C.V., Stitt, F., Hearn, W.L., and Mash, D.C. Neuroadaptive regulation of the D3 dopamine receptor by cocaine. NIDA Monograph Series, 1995.

83.)     Larson-Prior, L.J., Smith, J.E., Mash, D.C., and Lakoski, J.M., Electrophysiologic characterization of an ibogaine metabolite in the cerebellar cortex. Soc. Neurosc. Abstr. 21:716, 1995.

84.)     Lakoski, J.M., Smith, J.E., and Mash, D.C., Electrophysiologic characterization of an ibogaine metabolite in dorsal raphe nucleus and hippocampus.  Soc. Neurosc. Abstr.21:716, 1995.

85.)     Segal, D.M., Wells, J.W., Staley, J.K., and Mash, D.C., Cooperativity of binding to the human dopamine transporter: A basis for a multimeric complex.  Soc. Neurosc. Abstr. 21:782, 1995.

86.)     Mash, D.C., Staley, J.K., Efange, S.M.N., and Lakoski, J.M., Ligand binding profiles of ibogaine and its o-demethylated metabolite noribogaine: Implications for developing multi-target anti-addiction agents. Soc. Neurosc. Abstr. 21:717, 1995.

87.)     Garland, E.M., Staley, J.K., Mash, D.C., Basile, M., and Efange, S.M.N. Decreased binding of the vesamicol analog [$^{125}$I]-(+)- MIBT to the temporal cortex in Alzheimer's Disease.   Soc. Neurosc. Abstr. 21:1974, 1995.

88.)      Staley, J.K., Segal, D.M., Heilman, C.J., Levey, A.I. and Mash, D.C. Quantitation of dopamine transporter proteins in cocaine fatalities using immunological approaches. Soc. Neurosci. Abstr. 21:721, 1995.

89.)     Talbot, J.D., Staley, J.K., Kung, M-P., Kung, H.F., Weiner, W.J., and Mash, D.C.  Ligand binding profile of [$^{125}$I]iodovinyltetrabenazine to the vesicular monoamine transporter in the human brain: Lack of regulation by cocaine. Soc. Neurosci. Abstr. 21:721, 1995.

90.)     Globus, M.Y.-T., Singer, J., Rabe, J. Mash, D.C., Busto R., Valdes, I., and Ginsberg, M.D. Striatal dopamine receptor gene expression following transient global ischemia.  Soc. Neurosc. Abstr. 21: 993, 1995.

91.)     Miller, G.W., Heilman, C.J., Perez, J.T., Staley, J.K., <u>Mash, D.C.</u>, Rye, D.B., and Levey, A.I. Decreased striatal expression of dopamine transporter (DAT) in Parkinson's disease: Production of a monoclonal antibody to DAT.   NIEHS Workshop on the Role of Environment in Parkinson's Disease, 1995.

92.)     <u>Mash, D.C.</u>, Douyan, R., Hearn, W.L., Sambol, N.C., Sanchez-Ramos, J.  A preliminary report on the safety and pharmacokinetics of ibogaine. Biol. Psych.  <u>37</u>: 652, 1995.

93.)     Staley, J.K., Wetli, C.V., Ruttenber, A. J., Hearn, W.L., Kung, H.F., <u>Mash, D.C.</u>, Dopamine transporter and receptor autoradiography in cocaine psychosis and sudden death. Biol. Psych. <u>37</u>: 656, 1995.

94.)     Miller, G., Heilman, C.J., Perez, J., Staley, J.K., <u>Mash, D.C.</u>, Rye. D., Levey, A.I. Altered striatal dopamine transporter immunoreactivity in Parkinson's disease. Soc. Neurosci. Abstr. <u>21</u>:125, 1995.

95.)     Pablo, J.P., Staley, J.K., Holohean, A.M., Hackman, J.C., Davidoff, R.A., and <u>Mash, D.C.</u> Neuronal activities of ibogaine and noribogaine at the NMDA receptor complex: Ligand binding and electrophysiological studies. Soc. Neurosci. Abstr. <u>21</u>: 1264, 1995.

96.)     Guillozet, A., Smiley, J.F., <u>Mash, D. C.</u> and Mesulam, M-M. The amyloid burden of the cerebral cortex in non-demented old age. Soc. Neurosc. Abstr.<u>21</u>: 1478, 1995.

97.)     Miller, G.W., Nash, N.R., Perez, J.T., Staley, J.K., <u>Mash, D.C.</u>, Rye, D.B. and Levey A.I.  Vesicular monoamine transporter (VMAT2) immunoreactivity is reduced in Parkinson's diseased striatum. Soc. Neurosci. Abstr. <u>22</u>: 225, 1996.

98.)     Garland, E.M., Staley, J.K., Mittleman, R.E., Mufson, E.J.,  Weiner, W.J.,  and <u>Mash, D.C.</u>  Cocaine delirium and sudden death:  Imbalanced dopaminergic and cholinergic signaling may mediate the pathogenic consequences.  Soc. Neurosc. Abstr. <u>22</u>:1930, 1996.

99.)     Rossi, M.A., deToledo-Morrell, L., <u>Mash, D.C.</u>, and Morrell, F.  A relationship between age-associated spatial memor y impairment and a deficit in G-Protein coupling of the M1 muscarinic cholinergic receptor system in the F344 rat. Soc. Neurosc. Abstr. <u>22</u>:1165, 1996.

100.)     Staley, J.K., <u>Mash, D.C.</u>, Basile, M., Weiner, W., Levey, A.I., and Kordower, J.H. Functional fetal nigral grafts in a patient with Parkinson's Disease:  Effects on dopamine synaptic markers. Soc. Neurosc. Abstr.  <u>22</u>:318, 1996.

101.)     Basile, M., Staley, J.K., <u>Mash, D.C.</u>, and Mufson, E.J.  Galanin receptors in human basal forebrain and Neocortex:  Distribution and pharmacological characterization.  Soc. Neurosc. Abstr.<u>22</u>:2123, 1996.

102.)     <u>Mash, D.C.</u>, and Schenk, S. Preclinical screening of an ibogaine metabolite (noribogaine) on cocaine-induced hyperlocomotion and cocaine self-administration. Soc. Neurosc. Abstr.<u>22</u>:1929, 1996.

103.)     Pablo, J.P., Raymon, L.P., and Mash, D.C. Pharmacokinetics of ibogaine and its o-demethylated metabolite noribogaine in rats and monkeys. Soc. Forensic Toxicologists, Oct. 1996.

104.)      Pablo, J.P.,  Raymon, L. P., <u>Mash, D. C.</u> , Hearn,W.L., and Baumann, M.H. Pharmacokinetics of ibogaine and its o-demethylated metabolite noribogaine in rats and monkeys.  J. Anal. Tox.  <u>21</u>:88, 1996.

105.)     Guillozet, A., Smiley, J.F., Selkoe, D., <u>Mash, D. C.</u> and Mesulam, M-M. Butyrylcholinesterase (BChE) in the life cycle of Alzheimer's Disease (AD) plaques. Soc. Neurosc. Abstr.<u>22</u>:1174, 1996.

106.)     Sanchez-Ramos, J., Raymon, L., Kovera, C. and <u>Mash, D.C.</u> Subclinical Parkinsonism associated with acute cocaine abstinence. Mov. Disorders <u>11</u>:600, 1996.

107.)    Sanchez-Ramos, J.R., Raymon, L., Kovera, C., and Mash, D.C. The effect of ibogaine on tremor and balance in cocaine dependent patient volunteers. NIDA Monographs Series, 174:215, 1997.

108.)    Mash, D.C., Staley, J.K., Garland, E., Ruttenber, A.J., and Mittleman, R.E., Cocaine delirium and cholinergic deficits: Dysregulation of striatal dopamine/Ach signaling. NIDA Monographs Series, 174:235, 1997.

109.)    Weatherby, N.L., Shapshak, P., Chiappelli, F., Shah, S.M., Hearn, L., Mash, D.C., Page, J.B., McCoy, C.B., Stitt, F., McCoy, H.V., Rivers, J.E., Metsch, L.R., and Bonney, C.A., HIV, the immune system, and self-reported symptoms of HIV among african-american women. NIDA Monographs Series, 174:111, 1997.

110.)    Staley, J.K., Baumann, M.H., Kung, M.-P., Kung, H.F., and Mash, D.C. Assessing dopaminergic neuronal integrity in human cocaine abusers. NIDA Monographs Series, 174:235, 1997.

111.)    Mash, D.C., Staley, J.K., Garland, E., Ruttenber, A.J., and Mittleman, R.E. Cocaine delirium and cholinergic deficits: Dysregulation of striatal dopamine/Ach signaling. NIDA Monographs Series, 174:235, 1997.

112.)    Baumann, M.H., Jackson, J. Carter, A., Mash, D.C. and Rothman, R.B. Neuroendocrine and behavioral actions of ibogaine and its metabolite, 12-hydroxyibogamine in rats. NIDA Monographs Series, 174:213, 1997.

113.)    Efange S.M.N., Mash D.C., Khare A.B. and Basile M.J. In vivo blockade of striatal dopamine D2 receptors enhances the binding of vesicular acetylcholine transporter in vitro. Soc. Neurosci. Abstr 23: 695, 1997.

114.)    Ciliax BJ, Levey AI, Staley JK, and Mash D.C. Immunoautoradiography of the dopamine transporter in cocaine fatalities Soc. Neurosci. Abstr. 23:1101, 1997.

115.)    Staley J.K., Price H., Levey A.I., and Mash D.C. Striatal dopamine transporter immunoreactivity in cocaine fatalities: Correlation with WIN 35,428 binding density Soc. Neurosci. Abstr. 23:1101, 1997.

116.)    Chen L, Segal DM, Moraes CI, and Mash D.C. Transcriptional regulation of dopamine transporter gene expression in the substantia nigra of human cocaine fatalities Soc. Neurosci. Abstr. 23:1102, 1997.

117.)    Mash, D.C., Ouyang Q., Pablo, J., Eshleman, A.J. and Janowsky, A. Functional studies of the dopamine transporter in post mortem human brain Soc. Neurosci. Abstr. 23:1102, 1997.

118.)    Mufson, E.J., Jaffar, S., Ciliax, B.J., Joyc,e J., Mash, D.C. and Levey, A.I. Dopamine transporter (DAT) immunoreactivity within the human substantia nigra decreases with age. Soc. Neurosci. Abstr. 23:1456 , 1997.

119.)    Pablo, J.P. and Mash, D.C. Noribogaine stimulates naloxone-sensitive [35S]GTPγS binding Soc. Neurosci. Abstr. 23:1771, 1997.

120.)    Wang, Y-H, Yasuda, R..P., Mash, D.C. and Wolfe, B.B. Both NMDA and AMPA receptor subunits are altered in Alzheimer's disease Soc. Neurosci. Abstr. 23:1895, 1997

121.)    Deecher D.C., Mash D.C., Staley J.K., Anderson K., and Mufson E.J. Characterization and localization of galanin receptors in human entorrhinal cortex. Soc. Neurosci. Abstr. 23: 2032, 1997.

122.)    Mash, D.C., Weiner, W.J., Staley, J.K., Freeman, T.B., Kordower, J.H. Striatal Dopamine Transporter and D3 receptor densities following fetal nigral transplantation in a patient with Parkinson's disease. Symposia on Etiology, Pathogenesis, and Treatment of Parkinson's disease and on hyperkinetic movement disorders, 1997.

123.)    Elkashef, A.M., Mash, D.C., Eisenhofer, G., Izenwasser, S., Vocci, F.J., and Bridge, T.P. Effect of chronic cocaine use on COMT and MAO activities in the human brain. American College of Neuropsychopharm., 1998.

124.)   Hurley, M., Ouyang, Q., Basile, M., Mash, D.C. and Jenner, P. Pallidal D1 Dopamine receptor expression is unchanged in Parkinson's disease.  Soc. Neurosci. Abstr. 24:1467, 1998.

125)   Mash, D.C., Hurley, M., Staley, J. and Jenner, P.  Dopamine D1 receptor changes in Parkinson's disease. Soc. Neurosci. Abstr. 24:762, 1998.

126.)   Ciliax, B., Drash, G., Staley, J., Mobley, C., Mash, D.C. and Levey, A. Immunolocalization of the dopamine transporter in human brain. Soc. Neurosci. Abstr. 24:277, 1998.

127.)   Kovera, C.A., Kovera, M.B., Singleton, E.G., Ervin, F.R., Williams, I.C., Mash, D.C., Decreased drug craving during inpatient detoxification with ibogaine. College on the Problems of Drug Dependence. In press - NIDA Monograph Series, 1999.

128.)   Pablo, J., Tyndale, R., Obach, S., Hearn, W.L., and Mash, D.C., Pharmacokinetic disposition of ibogaine after oral administration to human subjects. College on the Problems of Drug Dependence. In press - NIDA Monograph Series, 1999.

129.)   Mash, D.C., Allen-Ferdinand, K., Mayor, M., Kovera, K.A., Ayafor, J.F., Williams, I.C., Ervin, Fr. Ibogaine: clinical observations of safety after single oral dose administration. College on the Problems of Drug Dependence. In press - NIDA Monograph Series, 1999.

130.)   Izenwasser, S., Ciliax, B.J., Levey A.L., Mash, D.C. Chronic heroin abuse alters the dopamine synapse in human brain. College on the Problems of Drug Dependence. In press – NIDA Monograph Series, 1999

131.)   Mash, D.C., Schenk, S., and Efange, S.M.N. Preclinical screening of 3-Ethyl-5-Phenyl-1,2,3,4,5,6-hexahydroazepino [4,5,-b -benzothiophenes: Differential effects on cocaine-induced hyperlocomotion and cocaine self-administration. Submitted to College on the Problems of Drug Dependence, 1999.

132.)   Baumann, M.H., Pablo, J., Phillips, J.M., Rothman, R.B., and Mash, D.C. Gender differences in the metabolism of ibogaine to noribogaine in rats.  National Institute on Drug Abuse, Monograph series, Problems on Drug Dependence, pp 287, 1999.

133.)   Elkashef, A.M., Mash, D.C., Eisenhofer, G., Izenwasser, S., Pablo, J., Vocci, F.J., and Bridge, T.P. The effect of chronic cocaine use on MAO and COMT activities in the human brain: A postmortem study. National Institute on Drug Abuse, Monograph series, Problems on Drug Dependence, pp 153, 1999.

134.)   Ouyang, Q., Pablo, J., Izenwasser, S., Elkashef, A.M., Vocci, F.J., and Mash, D.C.   MAO-B activity is markedly decreased post mortem in human, chronic cocaine users.   Soc. Neurosci. Abstr. 25, 437.20, 1999.

135.)   Izenwasser, S., Staley, J., Weiner, W.J., and Mash, D.C.   Marked, progressive loss of kappa opioid receptors in Parkinson's disease.  Soc. Neurosci. Abstr., 25, 819.3, 1999.

136.)   Basile, M.J., Izenwasser, S., Staley, J.K., and Mash, D.C. Serotonin transporter regulation in human cocaine abusers.  Soc. Neurosci. Abstr. 25, 228.3, 1999.

137.)   Gonzalez, J. Izenwasser, S. Hurley, M.J., Gorokhovskaya, D., Gerdes, R., Basile, M., Jenner, P., Edwards, R.J. and Mash, D.C.  Time course of the induction of CYP-2E1 in the nigrostriatal pathway. Soc. Neurosci.  Abstr. 25, 640.20,1999.

138.)   Mash, D.C., Ouyang, Q., Pablo, J., and Izenwasser, S.  Chronic cocaine abuse alters dopamine uptake in human cocaine overdose victims. Soc.  Neurosci. Abstr. 25, 522.1, 1999.

139.)    Gerdes, R., Garg, R., Gorokhovskaya, D., Hurley, M.J., Carroll, F.I., <u>Mash, D.C.</u>, and Izenwasser, S. Decreased tyrosine hydroxylase after continuous cocaine, GBR 12909 and RTI-117. Soc. Neurosci. Abstr. <u>25</u>, 327.4, 1999.

140.)    Pablo, J.P., Ouyang, Q., Kovera, C.K., and <u>Mash D.C</u>. Noribogaine: An active metabolite of ibogaine blocks opiate withdrawal in humans. Soc. Neurosci. Abstr. <u>25</u>, 627.11,1999.

141.)    Kovera, C.A., Kovera, M.B., Pablo, J., Ervin, F.R., Williams, I.C., and <u>Mash, D.C</u>. Anti-addiction benefits of ibogaine: Mood elevation and drug craving reduction. Soc. Neurosci. Abstr. <u>25</u>, 627.10,1999.

142.)    Haracz, J.L., Palmour, R.L., Ervin, F.R., and <u>Mash, D.C.</u> Elevated D3 dopamine-receptor densities in alcohol preferring vervet monkeys: Potential trait marker for vulnerability to alcohol abuse. Soc. Neurosci. Abstr.  <u>25</u>, 438.13, 1999.

143.)    <u>Mash, D.C.</u>, Kovera, C.A., Pablo, J.P., Kamlet, J.D., Williams, M.D, Ervin, M.D.  Ibogaine blocks opiate withdrawal and craving. ASAM, in press, 2000.

144.)    Tyndale, R.F., Rao, Y., Miksys, S., Sellers, E.M., <u>Mash, D.C.</u>  Regional and Cellular Expression of Human CNS CYP2D6: higher levels in alcoholics. 13th International Symposium on Microsome and Drug Oxidation, July 10-14, 2000, Stresa, Italy.

145.)    Ciliax, B.J., Heilman, C.J., Drash, G.W., Mou, K., Staley J.K., and <u>Mash, D.C</u>.  The immunocytochemical distribution of the serotonin transporter in human brain. Soc. Neurosci. Abstr.  26:146.4, 2000.

146.)    Pablo, J.P., <u>Mash, D.C</u>.  Pseudoirreversible binding of [$^3$H]Noribogaine binding to μυ opioid receptors may explain the efficacy of ibogaine for the blockade of opiate withdrawal In humans.  Soc. Neurosci. Abstr. 26:598.7, 2000.

147.)    Cochran, E.J., Basile, M., Izenwasser, S., <u>Mash, D.C.</u>, Mufson, E.J. Galanin receptor expression in early Alzheimer's disease. Soc. Neurosci. Abstr. 26:576.9, 2000.

148.)    Hemby, S.E., <u>Mash, D.C</u>.  Gene expression profiling of cocaine abuse in human post-mortem tissue: ventral tegmental area. Soc. Neurosci. 26:681.1, 2000.

149.)    <u>Mash, D.C.</u>, Kovera, D.A., Ervin, F.D., Kamlet, J.D. Medication development of the psychoactive rainforest alkaloid ibogaine for drug dependence: an alternative approach for addiction treatment.  American Society for Addiction Medicine Abstr., In press 2000.

150.)    Basile, M.J., Heilman, C.J., Drash, G.W., Mou, K., Staley, J.K., Miller, G-W., <u>Mash, D.C.</u>, Ciliax, B.C. The immunocytochemical distribution of the norepinephrine transporter in human brain. Soc. Neurosci. Abstr. 26:535.7, 2000.

151.)    <u>Mash, D.C.</u>, Ouyang, Q., Pablo, J., Izenwasser, S., Jo, E., Basile, M.J., Druid, H.  Cocaine abusers have an overexpression of alpha-synuclein in dopamine neurons: Neuroplasticity or pathway to Parkinson's Disease. Soc. Neurosci., 241.7, 2001.

152.)    Tyndale, R.F., Schoedel, K.A., <u>Mash, D.C.</u>, Miksys, S.  Nicotine, Cocaine, PCP and Amphetamine metabolizing enzyme CYP2B6 In Human Brain: Higher levels in smokers and alcoholics. Soc. Neurosci. 241.2, 2001.

153.)    Guillozet, A.L., Weintraub, S., <u>Mash, D.C.</u>, Mesulam, M-M. Plaques, Tangles and Memory in Aging and MCI. Soc. Neurosci., 547.18, 2001.

154.)    Hasenkamp, WM, Mash, DC, Hemby, SE. Expression profile of ventral tegmental area in human cocaine overdose tissue. Soc. Neurosci., 977.16, 2001.

155.)    Cienki, J., Mash, D.C., Hearn, W. Ibogaine fatalities. Clinical Toxicology, 39(5):547, 2001.

156.)    Mash, D.C., Ouyang, Q., Pablo, J., Izenwasser, S., Jo, E., Basile, M.J., Druid, H. Cocaine users have an overexpression of alpha-synuclein in dopamine neurons: Pathway to Parkinson's disease? College on Problems of Drugs Dependence, S113:442, 2002.

157.)    Hasenkamp, W.M., Tang, W., Mash, D.C., Hemby, S.E. Region specific alterations in ionotropic glutamate receptor subunits of cocaine overdose victims. Soc. Neurosci., 897.14, 2002.

158.)    Mash, D.C., Ouyang, Q., Pablo, J., Basile, M. Norepinephrine transporter regulation in cocaine abuse: lateral asymmetry in protein levels in the anterior insular cortex. Soc. Neurosci., 119.11, 2002.

159.)    Ouyang, Q., Ritchie T., Noble, E.P., Pablo, J., Staley, J.K., Mash, D.C. DAT genotype and dopamine transporter binding in the striatum from cocaine abusers. Soc. Neurosci., 898.16, 2002.

160.)    Pablo, J., Izenwasser, S., Efange, S., Ouyang, Q., Shen, S., Hearn, W.L., Mash, D.C. Combined Serotonergic potentiation and MAO-A inhibition by paramethoxyamphetamine (PMA) and paramethoxymethamphetamine (PMMA): implications for ecstasy fatalities. Soc. Neurosci., 809.4, 2002.

161.)    Zhu, G., Lipsky, R.H., Xu, K., Akhtar, L.A., Ali, S.S., Mash, D.C., Goldman, D.  Detection of COMT differential allele expression by RT-coupled 5'nuclease assay. Soc. Neurosci, 504.11, 2002.

162.)    Noga, B.R., John, D.M.G., Pinzon, A, Riesgo, M., Basile, B., Mash, D.C. Changes in 5HT7 receptor distribution in cat spinal cord following chronic transaction. Soc. Neurosci., 853.1, 2002.

163.)    Pablo, J., Hearn, W.L., Marinetti, L., Cienki, J., Mash, D.C.  Developing a Rapid Method of Detection for GHB.  In press – NIDA Monographs, 2003.

164.)    Mash, D.C., Ouyang, Q., Ritchie, T., Noble, E.P., Pablo, J., Staley, J.K.  DAT Genotype and dopamine transporter binding in the striatum from cocaine abusers.  NIDA Monographs, 809.4, 2003.

165.)    Zhu, G., Lipsky, R.H., Xu, K., Ali, S.S., Mash, D.C., Goldman, D.  Detection of COMT differential allele expression by RT – coupled 5' nuclease assay.  NIDA Monographs, 504.11, 2003.

166.)    Mash, D.C., Ouyang, Q., Pablo, J., Basile, M.  Norepinephrine transporter regulation in cocaine abuse, lateral asymmetry in protein levels in the anterior insular cortex.  NIDA Monographs, 119.11, 2003.

167.)    Lad, S.P., Counts, S.E.., Nadeem, M., Mash, D.C., Mufson, E.J.  TRKA but not P75NTR is upregulated in the hippocampus in late stage Alzheimer's disease.  Soc. Neurosci., 92.7, 2004.

168.)    Backes, E.N., Tang, W., Mash, D.C., Hemby, S.E.  Discrete cell molecular profiling of midbrain dopamine neurons of cocaine overdose victims.  Soc. Neurosci., 578.2, 2004.

167.)    Mash, D.C., Qin, Y., Gwadry, F., ffrench-Mullen, J.  Changes in gene expression in the human amygdala linked to cocaine abuse and delirium.  Soc. Neurosci., 692.5, 2004.

169.)    Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C. Dementia in Parkinson disease. Prevalence and clinical correlates in a nationwide population of brain donors. Mov Disord 19 (supp9); [P539], 2004.

23

170.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C.  Alzheimer disease (AD) pathology in patients clinically and pathologically diagnosed with Parkinson disease (PD). Are the symptoms different?. Mov Disord 19 (supp9); [P619], 2004.

171.) Papapetropoulos, S., Gonzalez, J., Lieberman, A., Mash, D.C.. A comparison of demented patients with pathologically confirmed Parkinson disease (PD) and Alzheimer disease (AD) pathology and non-demented patients also with confirmed Parkinson disease and Alzheimer disease. Mov Disord 19 (supp9); [P693], 2004.

172.) Pablo, J.P., Druid, H., Hearn, L.W., Mash, D.C.  Segmental hair analysis for cocaine and opiates: Determining pattern of use for association with cause of death in victims of suspected drug overdose.  College on Problems of Drugs Dependence, 2005.

173.) Duque, L., Foord, C., Page, B., Mash, D.C.  Structured elicitation narrative reveals a variety of Ibogaine experiences.  College on Problems of Drugs Dependence, 2005.

174.) Mash, D.C., Duque, L., Kamlet, J.D., Ervin, F.D., Allen-Ferdinand, K.  Offshore investigations of the non-addictive plant alkaloid Ibogaine: 1996-2004.  College on Problems of Drugs Dependence, 2005.

175.) McCorquodale, D., Qin, Y., Gawdry, F., ffrench-Mullen, J., Pablo, J., Mash, D.C.  Gene expression profiling of the human amygdala in cocaine abuse and excited cocaine delirium.  College on Problems of Drugs Dependence, 2005.

176.) Mash, D.C., Qin, Y., Ouyang, Q., Pablo, J., Papapetropoulos, S., Basile, M.J.  Cocaine abuse triggers abnormal expression of alpha-synuclein expression in DA cell bodies and terminals. [P06.053] American Academy of Neurology, 57th Annual Meeting, April 9 – 16, Miami Beach, FL. 2005.

177.) Mash, D.C., Pablo, J., Duque, L., Ervin, F.R., Hearn, W.L., Kamlet, J.D. Noribogaine: A metabolite of the naturally occurring substance ibogaine mediates the beneficial effects of the drug on opiate withdrawal and dependence. International Narcotic Research Conference, Anapolis, MD, 2005.

178.) Baumann, M.H., Pablo, J., Zolkowska, D., Rothman, R.B., Mash, D.C. Relationship between plasma levels of MDMA and depletion of brain serotonin. Soc. Neuro., 111.17, 2005.

179.) Ffrench-Mullen, J.M., McCorquodale, D., Qin, Y., Mash, D.C. Assymetry of gene expression in the human insula with cocaine abuse. Soc. Neurosci., 1032.11, 2005.

180.) Qin, Y., ffrench-Mullen, J., Mash, D.C. Cocaine abuse elevates RECK expression in human brain. Soc. Neurosci., 1032.10, 2005.

181.) Papapetropoulos, S., Gonzalez, J., Jean-Gilles, L., Basile, M., Mash, D.C. Extranigral Lewy body density in Parkinson's disease patients with visual hallucinations. Soc. Neurosci., 1105.13, 2005.

182.) Kivell, B., Day, D., Miller, J., Lake, B., Flannagan, G., Mash, D.C., Schenk, S. MDMA (Ecstasy) treated rats have reduced serotonin transporter (SERT) function without a reduction in mRNA and protein. Soc. Neurosci., 111.6, 2005.

183.) Miksys, S.L., Boutros, A., Mash, D.C., Palmour, R., Tyndale, R.F.  Nicotine and Smoking Elevate Brain CYP2D6; A Role in Neuroprotection against Parkinson's Disease?  Submitted, Soc. for Res. in Nicotine And Tobacco, 2005.

184.)    Qin, Y. ffrench-Mullen, J.,  Buck, A., <u>Mash, D.C.</u> Cocaine Exposure Regulates MMP-9 and Its Inhibitor RECK in Human Hippocampus Soc. Neurosci. 2006 (Submitted)

185)    S. Miksys, Ph.D, A. Mann, M.Sc; A.M. Lee, B.Sc; R.Palmour, Ph.D, D.C. Mash, Ph.D; R. F. Tyndale,Ph.D, Centre for Addition and Mental Health, University of Toronto, McGill University, University of Miami, Centre for Addiction and Mental Health and University of Toronto, On, Canada. Abstract: Brain CYP2D6 is Induced in monkeys by vivo nicotine and is higher in human smokers: A role in interindividual variation?  Control number: 07-A-427-ASCPT.

186)    S. Papapetropoulos, J.M. Ffrench-Mullen, Y. Qin, D. Mccorquodale, A. Buck, J.P.Pablo, D.C. Mash. Multiregion, high-throughput gene expression profiling identifies mitochondrial ribosomal protein S6 (MRPS6) as a candidate gene for Parkinson's disease. Society of Neuroscience Abstr: 173.13/GG9 10/15/06.

187)    Y.Qin Ffrench-Mullen, A. Buck, D.C. Mash: Cocaine exposure regulates MMP-9 and its inhibitor RECK in human hippocampus.  Society of Neuroscience Abstr: 294.18/PP55 10/15/06.

188)    S.E. Hemby, N.Tannu, D.C. Mash, L.L. Howell. Proteome and phospho-proteome of cocaine abuse in human and non-human primates.  Soc of Neuroscience Abstr: 294.23/PP60.10/15/06.

**Professional Activities**

**21. Funded Research**

| | |
|---|---|
| 1986 - 1987 | National Parkinson Foundation, Inc. Miami, FL., Total Award: $23,750 |
| 1986 - 1987 | NIH, Biomedical Research Support Grant, Principal Investigator, Total Award: $22,890 |
| 1987 - 1992 | NIH-NINCDS R29 NS 25785,  Principal Investigator, Total Direct Costs: $355,167 |
| 1987 - 1988 | National Parkinson Foundation, Inc. Miami, FL. Total Award: $38,870 |
| 1988 - 1989 | American Parkinson Disease Foundation, NY, NY, Total Award:$20,000 |
| 1988 - 1989 | American Foundation for Aging Research, New York, NY Total Award: $25,000 |
| 1989 - 1990 | National Parkinson Foundation, Inc. Miami, FL. Total Award: $38,000 |
| 1989 - 1990 | NIH-S15 A1 3075, Small Instrumentation Grant, Total Award: $21,290 |
| 1990 - 1991 | National Parkinson Foundation, Inc., Miami, FL. Total award: $39,000 |
| 1990 - 1993 | NIH-NIDA RO1 DA 06227, Principal Investigator, Total Direct Costs: $418,163 |
| 1990 - 1995 | NIH-NINDS, RO1 NS 19065, Co-Investigator, Total Direct Costs: $489,345 |
| 1990 - 1995 | Allied Signal Research Award, Co-Investigator, Total Award for Period: $500,000 |
| 1991 - 1992 | National Parkinson Foundation, Inc., Miami, FL. Total award: $20,000 |
| 1991 - 1992 | Alcoholic Beverage Medical Research Foundation, Baltimore, MD., $25,000 |
| 1992 - 1993 | American Foundation for Aging Research, New York, NY Total Award: $25,000 |
| 1992 - 1995 | NIH-NIA , AG05128-09S1, Core Leader, Total Direct Costs: $262,721 |
| 1992 - 1993 | Alcoholic Beverage Medical Research Foundation, Baltimore, MD., $22,000 |
| 1993 - 1998 | NIH-NIDA, DA07909, Co-Investigator, Total Direct Costs: $1,075,849 |
| 1992 - 1994 | NIH-NIAAA, Principal Investigator, Total Direct Costs: $100,000 |
| 1993 - 1997 | NIH-NIDA, RO1 DA06227 Principal Investigator, Total Direct Costs: $707,753 |
| 1993 - 1994 | NIH-SBRR, Principal Investigator, Total Direct Costs, $108,000 |
| 1993 - 1998 | NIH-P01 HD-331199, Core Leader, Total Direct Costs, $423,000 |
| 1994 - 1995 | National Parkinson Foundation, Inc., Miami, FL., Total Award, $17,990 |
| 1994 - 1995 | NIH-NIDA, Professional Service Contract, Total Award, $24,990. |
| 1994 - 1998 | NIH-NIDA, RO1 DA09084, Principal Investigator, Total Direct Costs, $887,360 |
| 1995 - 1996 | NIH-NIDA, R43 DA 9292, SBIR Program; Consortium; Total Award, $66,375 |
| 1995 - 2000 | NIH-NIA, AG05128-10, Core Leader, Total Costs: $430,000 |
| 1995 - 1998 | NIH-NIA, AG13,621 (Co-Investigator, Consortium-Univ. Minnesota), Total Costs: $202,984 |
| 1997 - 1998 | PhaseOut America, Principal Investigator, Total Direct, $25,000. |

1996 - 2000   NIH-NIA, AG10,668 (Co-Investigator, Consortium-Rush Univ.) Total Direct Costs: $178, 556
1997 - 2001   DOD, US Army (Co-Investigator, Consortium-Lovelace Respiratory Res. Institute), $169,935.
1998 - 2003   NIH-NIDA, RO1 DA06227 Principal Investigator, Total Direct Costs: $1,040,396.
2001 - 2004   NIH- NIDA, R21 DA14912-01, Principal Investigator, Total Direct Costs:  $200,000
2002 - 2004   NIH -NIDA, (Co-Investigator), Consortium Emory University), Total Direct Costs: $320,000
2002 - 2006   GENELOGIC, Inc. Sponsored Res. Agreement, (Principal Investigator), Total Costs $585,036
2003 - 2007   NIH-NIDA, RO1 DA06227 Principal Investigator, Total Costs: $1,227,150.
2006 - 2007   Institute for Ethnomedicine, Research Award, Total Costs, $100,000
2006 - 2011   NIH-NIDA   RFA 06-007 Genetic and Epigenetic Regulation of Addiction Genes (Co-Investigator,
               Consortium (Ohio State University) Total direct costs  $198,500.

## 22.  Editorial Responsibilities:

*Ad Hoc Reviewer*:

Brain Research; Neurology; Journal of Neurochemistry; Neurobiology of Aging; Journal of Immunopharmacology; Journal of Neuroscience; Pharmacology, Biochemistry and Behavior; Life Sciences (Pharmacology Letters); European Journal of Pharmacology; Annals of Neurology, Neurology, Journal of Comparative Neurology, Life Sciences (Pharmacology Letters); Synapse; Psychopharmacology, American College of Neuropsychopharmacology.

## 23. Professional and Honorary Organizations:

Society for Neuroscience, Member
Sigma Xi, Member
International Brain Research Organization, Member
American Association for the Advancement of Science, Member
American Society for Pharmacology and Experimental Therapeutics, Member
American Academy of Neurology, Member
Research Society on Alcoholism, Member (Legislative Action Subcommittee)
College on the Problems of Drug Dependence, Member
International Society for Biomedical Research on Alcoholism, Member
New York Academy of Sciences, Member
Scientific Advisory Board, Life Extension Foundation, Member

## 24.  Honors and Awards:

NIH Predoctoral Traineeship, 1980-1984
NIH Postdoctoral Traineeship, 1984-1986
UpJohn Award, First Place Graduate Student Category, l984
Roche Laboratories Award in Clinical Sciences, 1984
James E. Beale II Award in Neuroscience, 1984
Boehringer Ingelheim Research Award,  1984
Jeanne C. Levey Professor of Neurology, Endowed Chair, 1996
Professional Leadership Award, National Parkinson's Foundation, 2002.
Alzheimer's Association Medical Honoree, Annual Award, 2002.

## 25.  Postdoctoral Training:

1984-1986    Research Fellow in Neurology (Neuroanatomy) Harvard Medical School, Boston, MA
             (Under the direction of M-Marsel Mesulam, M.D.)

**26. Other Professional Activities:**

*Invited lectures*

Hillhaven Foundation, A National Conference on Alzheimer's Disease, "Research Update: Therapeutic strategies for cholinergic dysfunction in Alzheimer's disease", Boston, MA, November, 1985.

Massachusetts Institute of Technology, Department of Psychology, "Loss of M2 muscarinic receptors in Alzheimer's disease", Boston, MA., December, 1985.

Boston University School of Medicine, Department of Pharmacology, "Characterization and localization of M1 and M2 receptor subtypes", Boston, MA., March, 1986.

John Douglas French Foundation for Alzheimer's Disease. "M1 and M2 receptor subtype alterations in Alzheimer's Disease", Los Angeles, CA, May, 1986.

Monell Sensory Sciences, "M1 and M2 receptor subtype alterations in Alzheimer's disease" Philadelphia, PA , April, 1987.

American Geriatrics Society, "Age-altered architectonics of cholinergic receptor subtypes", New Orleans, Louisiana, May, 1987.

Management of the Elderly Patient: Psychopharmacological, Psychosocial, and Behavioral Issues, Dept.   Psychiatry, UM School of Medicine, "New Horizons in the Neurosciences", Miami, FL., February, 1987.

Behavioral Neurology Grand Rounds at Beth Israel Hospital, "Cholinergic receptor subtypes in aging  and Alzheimer's disease", Boston, MA., April, 1987.

Gerontology Institute of New Jersey, "Update on the Neurobiology Aging." Miami, FL., May, l988.

First National Parkinson Foundation Meeting on Parkinson's Research, "Cholinergic receptor mosaics in the striatum", Key Biscayne, FL, January, 1988.

Florida State University, Psychobiology Colloquium Series, "Cholinergic receptor subtype architecture in the primate and human brain", Tallahassee, FL., September, 1989.

Alzheimer's Disease Research Centers Directors' Meeting, "Cholinergic receptor subtype alterations in Alzheimer's disease: Implications for the failure of cholinergic therapies", Miami, FL., April, 1990.

Florida Alliance for the Mentally Ill, State Convention, "The Decade of the Brain: Challenges and Choices", Orlando, FL., September, 1990.

Second National Parkinson Foundation Meeting on Parkinson's Research, "Brain iron regulation by transferrin receptors", Miami Beach, FL, October, l990.

Society for Neuroscience, National Press Conference,  "Detection of a novel cocaine and alcohol metabolite called cocaethylene: Implications for the epidemic of cocaine-related sudden deaths," St. Louis, MO, October, l990.

Addiction Research Center, National Institute on Drug Abuse, "Epidemic of cocaine-related sudden deaths: Detection of a novel cocaine and alcohol metabolite", Baltimore, MD., December, 1990.

Friday Faculty Forum, "Epidemic of cocaine-related sudden deaths in Dade County: Potential lethal mix of cocaine and alcohol", Miami, FL., April, l991.

American College of Neuropsychopharmacology, "Limbic and medullary mechanisms in cocaine-related sudden death, San Juan, Puerto Rico, December, 1991.

Marion Merrell Dow, Inc, Alzheimer's disease workgroup "Defect in muscarinic receptor G-protein coupling in Alzheimer's disease". Jacksonville, FL., November, 1991.

Medications Development Division, National Institute on Drug Abuse,, "Detection of a novel cocaine and alcohol metabolite: Implications for the epidemic of cocaine-related sudden death". Rockville, MD., December, 1991.

American Academy of Forensic Sciences, "Cocaethylene chemistry". Boston, MA, February, 1992.

International Workshop on Iron in Neurodegenerative Disease, "Iron storage and transport proteins in   Parkinson's Disease. Wurzburg, Germany, March, 1993.

Miles Pharmaceutical, Inc., "Cholinergic Receptor Subtypes in Aging and Alzheimer's Disease: Altered Distribution and Functions", New Haven, CT., May, 1993.

National Alliance for the Mentally Ill, Keynote Address - "New Horizons for Brain Research: Future Hopes of a Cure for Schizophernia and Depression", Miami, Florida., July, 1993.

American College of Neuropsychopharmacology, 32nd Annual Meeting, "M1 Muscarinic Receptor-G Protein Coupling Disturbances in Alzheimer's Disease", Honolulu, Hawaii, December,  1993.

American Academy of Forensic Sciences, "Neurobiology of Drug Abuse", San Antonio, Texas, February, 1994.

Esalen Institute, "Ibogaine (Endabuse$^{TM}$): Preclinical to Phase 1 Safety Trials,  Big Sur, CA., January, 1994

The National Alliance For The Mentally Ill of Palm Beach County, "The Decade of the Brain: Research Update", Palm Beach, Florida, April, 1994.

National Institute on Drug Abuse, Ibogaine Clinical Protocol Development Meeting, "Preclinical Studies of Ibogaine in the Monkey: Neuroanatomical, Biochemical and Behavioral Observations", Rockville, MD, May, 1994.

"Toward the Development of Pharmacotherapy for Substance Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Miles Pharmaceutical, Inc., New Haven, CT., July, 1994.

"Ibogaine: Update on  Preclinical Studies of Ibogaine,  Pacific Symposium on Psychedelic Drugs, Esalen Institute, Big Sur, CA., January, 1995

"Development of Novel Pharmacotherapy Strategies for Substance Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Department of Medicinal Chemistry, University of Minnesota Medical Center, January, 1995.

CNS Mechanisms of Cocaine-Related Sudden Death, Department of Neuroscience and Anatomy, Pennsylvania State University, College of Medicine, January, 1995.

Beyond the Dark Side of Drug Dependence: New Insights from the Neurosciences, Keynote address to the Southern Society of Clinical Medicine, New Orleans, February, 1995.

Ibogaine Review Meeting, National Institute on Drug Abuse, Update on the Safety and Effectiveness of Ibogaine, Rockville, MD, March, 1995.

"Development of Novel Treatment Strategies for Drug Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Department of Clinical Pharmacology, Univ. Texas Medical Center at Houston, May, 1995.

Cellular and Molecular Mechanisms of Drugs of Abuse: Cocaine, Ibogaine and Substituted Amphetamines, Satellite Meeting of the International Society for Neurochemistry, Niigata, Japan, June, 1995.

Update on Clinical Investigations of the Anti-Addiction Drug Ibogaine, Symposium on Maturational Issues in Behavioral Disorders, University of Limbure, Mastricht, The Netherlands, Sept., 1995.

Psychopathological Manifestation of Cocaine Abuse . In - Drug Abuse in the Decade of the Brain, Sponsored by the Univ. Texas Health Science Center and Houston's Drug-Free Business Initiative. (Gabriel Nahas, M.D., Ph.D. and Leo Hollister, M.D., Chairmen and Organizers). September 22 - 23, 1995.

"Development of Novel Treatment Strategies for Drug Abuse: From Cocaine Antagonists to Rain Forest Alkaloids" Pfizer, Inc., Groton, CT., October, 1995.

"Medication Development of Ibogaine as a Pharmacotherapy for Drug Dependence", Department of Psychiatry, Johns Hopkins University School of Medicine, March, 1996.

"CNS Mechanisms in Cocaine-Related Sudden Death", Dept. Neurology, University of Pittsburgh, April, 1996.

"Ibogaine: Historic Overview, Medical Development and Future Directions, Botanical Preservation Corp., Palenque, Mexico, January, 1997.

"Psychostimulant Abuse", American Academy of Forensic Sciences, New York City, NY, February, 1997.

"Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", University of Minnesota School of Medicine, Seminars in Cross-Cultural Contributions to the Prevention and Treatment of Disease, March, 1997.

Regulation of Dopaminergic Synaptic Markers in Human Cocaine Fatalities, Texas A&M University, Faculty of Neuroscience, April, 1997.

Satellite Meeting, International Society for Neurochemistry/American Society for Neurochemistry, "Safety and Pharmacokinetics of Ibogaine", Hamilton, Bermuda, July, 1997.

Eleventh Annual Symposia on Etiology, Pathogenesis and Prevention of Parkinson's Disease and Hyperkinetic Movement Disorders: "Striatal Dopamine Transporter and D3 Receptor Densities Following Fetal Nigral Transplantation in a Patient with Parkinson's Disease", San Diego, California, September, 1997.

Lehman College, Dept. Biological Sciences, CUNY, Linking Research in Natural Products, Plant Biochemistry, and Biotechnology,  "Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", New York City, NY, May, 1998.

"D3 Dopamine and Kappa Opioid Receptor Alterations in Human Brain of Cocaine Overdose Victims." New York Academy of Sciences Meeting: Advancing from the Ventral Striatium to the Extended Amygdala: Implications for Neuropsychiatry and Drug Abuse.  Charlotte, Virginia, October 1998.

"Medication Development of the Psychoactive Rainforest Alkaloid Ibogaine for Drug Dependence", University of Toronto Center for Addiction and Mental Health, Department of Psychiatry, Addiction Research Foundation and Department of Pharmacology Seminar Series, Toronto, Ontario, December 1998.

"Banking Brains: Examples of what we can learn from human postmortem studies", RW Johnson Pharmaceutical Research Institute, San Diego, California, April 1999.

"Adaptive and toxic changes in human brain after chronic abuse of psychostimulant drugs of abuse", ASPET Colloquium: Neurotoxicity of Amphetamines and Related Stimulants. Washington D.C., April 1999.

"Ibogaine: complex pharmacokinetics, concerns for safety, and preliminary efficacy measures" Satellite Meeting of the International Society for Neurochemistry and European Society for Neurochemistry. Copenhagen, Denmark, August 1999.

"Ibogaine research in cocaine addicts, An update of studies in the U.S., St. Kitts, and Israel" MAPS Conference: Clinical Research with MDMA and MDE: A Review of the Latest Research. Dead Sea Conference, Israel, August 21, 1999.

"Using your brain: A neuroscientist's view for aging well into your 90's". President's Council Meeting, University of Miami, February 25, 2000.

"Aging and the Alzheimer's disease: Prospects from the Neurosciences", Alzheimer's Community Care Association of Palm Beach and Martin Counties, March 23, 2000.

"Ibogaine: An alternative approach for treating addiction", University of Minnesota, Dept. of Pharmacology and Neurosciences, May 4, 2000.

"A cure for drug addiction". Miami-Dade Rotary Club, Miami, FL, April 10, 2000.

"The Brain and Aging", Medical School 101 sponsored by Northern Trust Bank, University of Miami, School of Medicine. November 28, 2000.

"Ibogaine Treatment for Heroin Dependence", Florida Society of Addiction Medicine, Orlando, FL February 27, 2001

"Parkinson's Disease and Brain Endowment", Parkinson's Disease Support Group of Boca Raton, Boca Community Hospital, Boca Raton, FL, February 24, 2001.

"Ibogaine Treatment and Research Update: Four Year Report on using Ibogaine as an Intervention for Cocaine and Opiate Abusers" , National Institute on Drug Abuse, Office of the Director, May 14, 2001.

"Mapping Dopamine Transporter Regulation in Cocaine Abusers", New York University, School of Medicine, May 29, 2001.

"Dopamine transporter densities in alcohol preferring Vervet monkeys", 24th Research Society on Alcoholism Symposium, Montreal, Quebec, Canada, June 24, 2001.

"Brain Aging", Medical School 101, University of Miami, School of Medicine, Miami, FL, October 30, 2001.

"New  Hope for Parkinson's Disease Patients: Research for a Cure", Parkinson Association of South Dakota,  Sioux Valley Hospital USD Medical Center, Sioux Falls, South Dakota, October 27, 2001.

"Banking on Brain: Promises and pitfalls of gene array methodologies in postmortem studies of cocaine dependence", Microarray Research – Evolving Standards, Society for Neuroscience, Satellite Symposium, San Diego, California, November 9, 2001.

"Successful Brain Aging in the 21st Century – How to stay sharp", Institute for Retired Professionals, University of Miami, School of Medicine, December 5, 2001.

"The Aging Brain", Terracina Grand, Naples, Florida, January 30, 2002.

"Advances in Parkinson's Research", North Brevard Parkinson's and Caregiver Support Group, Parrish Medical Center, Titusville, Florida, February 18, 2002.

"Medication development of Ibogaine", UT Southwestern Medical Center, Dallas, TX, Annual Addiction Update: Nova 2002, February 22-23, 2002.

"Banking on Brains from Cocaine Abusers", Brain Banking Workshop, National Institute of Neurological Disorders and Stroke, National Institute of Health, March 11-12, 2002.

"Ibogaine: Moving beyond Agonist/Antagonist/Maintenance Medications Toward an Addiction Interrupter Model", 4th National Harm Reduction Conference, December 2, 2002, Seattle, Washington.

"The Aging Brain", AARP American Association of Retired Professionals, Miami, FL, May 8, 2003.

"Clinical Aspects of Ibogaine", California Society of Addiction Medicine, State of the Art Conference, San Francisco, CA, October 9, 2003.

"Banking on Brain from Cocaine Abusers: Adaptive neurochemistry, Gene Expression Profiling and More", National Institute on Alcohol Abuse and Alcoholism, Rockville, October 22, 2003.

"BMAA and ALS: Possible future research categories", Epidemiology and Neurodegenerative Diseases", BMAA Conference, National Tropical Botanical Garden, Deer Field Valley, Utah, November 29, 2004.

"Ibogaine: Update on an Unusual Addiction Treatment", American Academy of Addiction Psychiatry, San Francisco, CA and Atlanta, GA, 2005.

"Noribogaine: A Metabolite of the Naturally Occurring Substance Ibogaine Mediates the Beneficial Effects of the Drug on Opiate Withdrawal and Dependence." International Narcotics Research Conference, Invited Speaker, Symposium on Prescription and Non-prescription Drug Abuse, Annapolis, Maryland, July 12, 2005.

"Ibogaine Therapy." 18th European College of Neuropsychopharmacology Congress, Invited Speaker, Symposium on Addictions – New Approaches to Treatment, Amsterdam, The Netherlands, October 23, 2005.

Neurochemistry of Excited Cocaine Delirium, Invited Speaker, Florida Association of Medical Examiners, Annual Conference, Jupiter, Florida, August 16, 2006.

Cocaine Abuse Leads to an Overexpression of Alpha Synuclein: Pathway to Parkinon Disease ?  Invited Lecturer, University of Mississippi, Department of Pharmacology,  September 21, 2006.

**27.  Teaching Awards Received: None**

**28.  Current and Past Teaching Responsibilities:**

Undergraduate Psychology Laboratory Course in Visual Psychophysics, Florida State University

Lecturer: University of Miami School of Medicine 2nd year Medical Pharmacology & Combined PhD/MD
Course Organizer: UM Nursing 301, Pharmacology (Fall Semester, 1989 & 1990), Nursing 501, Advanced
Clinical Pharmacology for Nurses (Fall, Spring & Summer Semesters, l990 - 1994).

## 29.  Thesis and Dissertation Advising

Marvin Rossi, B.S.            Rush Medical Center, Chicago, IL.          Doctoral Committee Member/ Reader
                              Department of Neurological Sciences

John Pablo, M.S.             University of Miami School of Medicine     Doctoral Advisor
                              Program in Neuroscience

                              Recipient, American Academy of Clinical Toxicology
                              Kenneth F. Lampe Memorial Research Award
                              TIAA-SOFT Research Award

### Medical Honor's Program

Cyrus Zabetian, M.D.                 Resident in Neurology, Univ. Washington at Seattle
                                     Recipient, Outstanding Medical Student Award in
                                     Neurology & Pharmacology

### Postdoctoral Trainees                    Present Position

Leslie Terry, Ph.D.                    Assistant Dean and Professor, Florida Atlantic University
Julie Staley, Ph.D.                    Assistant Professor, Yale University School of Medicine
David Segal, Ph.D.                     Research Associate, Dept. of Psychiatry, UM School of Medicine
Lionel Raymon, Pharm. D., Ph.D.        Staff Assoc, DUI Laboratories, Dept. Path., UM School of Medicine
Li Chen, Ph.D.                         Research Associate, NINDS, NIH Bethesda, MD
John Pablo, Ph.D.                      Research Associate, Dept. of Neurology, UM School of Medicine
Weiping Shen, M.D., Ph.D.              Research Associate, NINDS, NIH Bethesda, MD
Emily Garland, Ph.D.                   Research Assoc. Professor, Vanderbilt University, Nashville, TN
Yujin Qin, Ph.D.                       Research Associate, Univ. Miami, Miller School of Medicine

## 30. Departmental, Administrative and Committee Responsibilities:

1986 - present       Director, UM School of Medicine Brain Endowment Bank
1990 - present       Associate Director, Comprehensive Drug Research Center, UM School of Medicine
1990 - 1994          Medical School Representative, Research Council of the University of Miami
1990 - 1991          Member, Medical Library Committee
1991 - 1992          Vice Chairperson, Medical Library Committee
1992 - 1993          Chairperson, Medical Library Committee
1992 - present       Member, Graduate Faculty Committee
1993 - 1996          Scientific Advisory Committee
1995 - 1996          General Clinical Research Center, Advisory Committee Member
1996 - 1999          Member, Faculty Senate
1998 - 2002          Chair, University of Miami Intercollegiate Athletics Drug Testing Committee
2001                 Search Committee, Chairman of Anesthesia, UM Medical School
2003 - 2005          Search Committee, Parkinson Scholar, Department of Neurology

## 31.  Community Service and Activities:

| | |
|---|---|
| 1986 - present | State of Florida Alzheimer's Disease Initiative - Brain Bank Subcommittee Member |
| 1987 - 1988 | Henderson/New Vistas Mental Health Assoc., Human Rights Subcommittee Member |
| 1989 - present | Alzheimer's Disease Association, Member of the Miami Chapter's Scientific Advisory Committee |
| 1989- present | Human Subjects Review Board Member, Miami Jewish Home and Hospital for the Aged at Douglas Gardens |
| 1988 - 1990 | Commissioner, City of North Bay Village, Florida |
| 1990 - 1992 | Commissioner, City of North Bay Village, Florida |
| 1990 - 1991 | WMRZ Healthline (Hosted Sunday Radio Shows to Promote Community Awareness of of the UM School of Medicine/JMH Programs of Excellence in Health Care & Research |
| 1988 - 1992 | Commissioner, City of North Bay Village, Florida |
| 1992 - 1994 | Commissioner, City of North Bay Village, Florida |
| 1994 - 1996 | Commissioner, City of North Bay Village, Florida |
| 1992 - present | Member, Dade County Democratic Executive Committee |
| 1995 - 1997 | Member, Health Council of South Florida (Appointed by Metro-Dade County Commission on November 6, 1995) |
| 1997 - present | Member, Health Council of South Florida (Appointed by Metro-Dade County Commission as of March 1, 1997) |
| 1996 - 1998 | Commissioner, City of North Bay Village, Florida |
| 1998 - 2000 | Secretary, Health Council of South Florida |
| 2001 | Nominating Committee Member, Miami-Dade Health Policy Authority. |
| 2000 - 2002 | Chairman, Health Council of South Florida |
| 2002 - 2003 | Nominating Committee, Health Council of South Florida |
| 2203 - 2004 | Miami-Dade County Healthcare Task Force, Member |

| CASE NAME | LAWYER |
|---|---|
| State of Florida v. Dolan Darling | Rose Valdez,Esq |
| State of Florida v. Roberto Ochoa | Patrick Naly, Esq |
| Estate of Susan Hodgemire | E. Caly Parker, P.A |
| Estate of Bobby Rumph | Lorenzo Williams, Esq |
| Judith Campbell, Malpractice | Michael Skinner, Esq. |
| Estate of Benjamin Chin | Andy Carboy, Esq |
| Estate of James Edward " Spencer " Hyde | Marco D Sarnoff Esq. |
| State of Florida v. Michael Griffin | Terri Backhus, Esq. |
| State of Florida v. Whitfield | Peter Cannon, Esq |
| State of Florida v. William Reaves | William Hennis, Esq |
| Estate of Stephen Donaldsen | Marco Salazar, Esq |
| John Ryan v. Qualitest Pharmaceuticals. Inc | Haakon Donnelly, Esq |
| State of LA V. Ronald Letulier | Eric Gislesohn, Esq |
| State of Florida v. John Harris | Terry Lenamon, Esq |
| Estate of Marilyn Spaugh | Hung V. Nguyen, Esq |
| D & Robert Sapp v Rexall Sundown Inc, Walmart | Mary Kestenbaum, Esq |
| State of Florida v. John Chamberlain | Amanda Meadows, Esq |
| State of Oklahoma v. James Allen Coddington | Jack Fisher, Esq |
| Estate of Gerald J. Dobek | Candice N. Carr, Esq |
| Estate of Carlos Dominguez | Richard A. Goetz, P.A |
| Estate of Frederic Giles | Peter Spillis Esq |
| Cauley v. W.H. Reynolds Distributor | Patrick Flanigan, Esq |
| State of Florida v. Eric Ellis | Pablo Casasnovas, Esq |