Mildred K. O'Linn, Esq. (State Bar No. 159055)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
14th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@mmker.com

Attorneys for Defendant,
TASER™ INTERNATIONAL, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY LOU HESTON, individually, and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF SALINAS and SALINAS POLICE DEPARTMENT, SALINAS POLICE CHIEF DANIEL ORTEGA, MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ, TIM SIMPSON and TASER  INTERNATIONAL, INC., and DOES 1 to 10, <br><br> Defendants. | Case No.: C 05-03658 JW <br><br> [James Ware, United States District Judge] <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER RE: CONTINUING DATES RELATING TO EXPERT MOTIONS, DISPOSITIVE HEARINGS, AND PRE-TRIAL CONFERENCE** |

| | |
|---|---|
| Pre-Trial Conf: | 2-26-07 |
| Mtn. Cut/Off Hearing: | 1-29-07 |
| Expert Witness Disc. Cut-off: | 1-23-07 |
| Rebuttal Exp. Witness Design. | 12-15-06 |

TO THE HONORABLE COURT:

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that:

(1)     The current pretrial conference set for February 26,  2007, be continued to May 7, 2007;

1    (2)    The current date for the completion of expert depositions be continued from

2  January 23, 2007 to March 30, 2007;

3    (3)    The last date for hearing of dispositive motions be continued from January

4  29, 2007, to April 9, 2007.

5    Good cause exists for a continuance of the above dates in this case based on the

6  following: Further time is needed to complete the depositions of the various experts

7  designated by plaintiffs and Defendants CITY OF SALINAS and TASER

8  INTERNATIONAL, INC. The current date for the completion of expert depositions is

9  January 23, 2007. There is currently a hearing set for January 22, 2007, by plaintiff to

10 limit Defendant TASER's experts which will impact the completion of the expert's

11 depositions. In addition, counsel for TASER is scheduled to start trial on a high profile

12 death case on January 16, 2006, in *Gavira v. County of Los Angeles*, LASC Case No.

13 BC295053, which will conflict with the expert discovery as currently scheduled.

14 ///

15 ///

16 ///

17 ///

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

///

There has been one prior modification of the Court's Scheduling Order in this case continuing the expert witness discovery cut-off dates.  Other than continuing the dates that are subject to the stipulation, the requested continuance will have no impact on the schedule for the case.

DATED: December 12, 2006        THE LAW OFFICES OF JOHN BURTON

                                By: _____   *per authorization 12/12/06*
                                    John Burton
                                Attorneys for Plaintiffs, BETTY LOU
                                HESTON, individually and ROBERT H.
                                HESTON, individually and as the personal
                                representatives of ROBERT C. HESTON,
                                deceased.

DATED: December 12, 2006        THE LAW OFFICES OF VINCENT P.
                                HURLEY

                                By: _____   *per authorization 12/12/06*
                                    Vincent P. Hurley
                                Attorneys for Defendants,
                                CITY OF SALINAS and SALINAS POLICE
                                DEPARTMENT, SALINAS POLICE CHIEF
                                DANIEL ORTEGA, MICHAEL DOMINICI,
                                CRAIG FAIRBANKS, JAMES GODWIN, LEK
                                LIVINGSTON, VALENTIN PAREDEZ, JUAN
                                RUIZ and TIM SIMPSON

DATED: December 12, 2006        MANNING & MARDER
                                KASS, ELLROD, RAMIREZ LLP

                                By: _____
                                    Mildred K. O'Linn
                                Attorneys for Defendants,
                                TASER™ INTERNATIONAL, INC.

G:\docsdata\MKO\Heston\pleadings\stip to continue dates

1

**<u>ORDER</u>**

2          IT IS HEREBY ORDERED that:

3          (1)    The current pretrial conference set for February 26, 2007, be continued to

4    May 7, 2007;

5          (2)    The current date for the completion of expert depositions be continued from

6    January 23, 2007 to March 30, 2007;

7          (3)    The last date for hearing of dispositive motions be continued from January

8    29, 2007, to April 9, 2007.

9

10

11

12   DATED:    _____December 13_____, 2006

13                                               James Ware
                                                 United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## PROOF OF SERVICE

2

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

4

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

5

6

7

    On December 13, 2006, I served the document described as **STIPULATION AND [PROPOSED] ORDER RE: CONTINUING DATES RELATING TO EXPERT MOTIONS, DISPOSITIVE HEARINGS, AND PRE-TRIAL CONFERENCE** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

8

## SEE ATTACHED

9

☒   **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California.  The envelope was mailed with postage thereon fully prepaid.

10

11

    I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California.

12

13

14

15

16

    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

17

☐   **(BY OVERNIGHT COURIER)**:  I placed the above-referenced document(s) in an envelope for collection and delivery on this date in accordance with standard _____ overnight delivery procedures.

18

19

☐   **(BY FACSIMILE)** I telecopied such document to the offices of the addressee at the following fax number: 626-449-4417; 818-344-4899; 831-661-4804; and 831-758-7257

20

21

☐   **(BY PERSONAL SERVICE)**  I delivered such envelope by hand to the offices of the addressee.

22

☐   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

23

24

☒   **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

25

26

    Executed on December 13, 2006, at Los Angeles, California.

27

*Frances Perez*
FRANCES PEREZ

28

## SERVICE LIST

John Burton, Esq.
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, CA 91101
626-449-8300 phone
626-449-4417 fax
jb@johnburtonlaw.com
**Attorney for Plaintiffs, ROBERT H. HESTON and BETTY LOU HESTON**

Peter M. Williamson
WILLIAMSON & KRAUSS
18801 Ventura Blvd., Suite 206
Tarzana, CA 91356
818-344-4000 phone
818-344-4899 fax
pmw@williamson-krauss.com
**Co-counsel for PlaintiffS, ROBERT H. HESTON and BETTY LOU HESTON**

Vincent P. Hurley, Esq.
Christina Y. Tsou, Esq.
Law Offices of Vincent P. Hurley
A Professional Corporation
38 Seascape Village
Aptos, CA 95003
831-661-4800 phone
831-661-4804 fax
**Attorneys for defendant, CITY OF SALINAS AND SALINAS POLICE DEPARTMENT; SALINAS POLICE CHIEF DANIEL ORTEGA**

Vanessa W. Vallarata, Esq.
Jessica Steinberg, Esq.
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, CA 93901
831-758-7256 phone
831-758-7257 fax
**Co-defense counsel for defendants, CITY OF SALINAS AND SALINAS POLICE DEPARTMENT; SALINAS POLICE CHIEF DANIEL ORTEGA**