Vanessa W. Vallarta, City Attorney #142404
OFFICE OF THE CITY ATTORNEY
200 Lincoln Avenue
Salinas, CA 93901
Telephone: (831) 758-7256
Facsimile: (831) 758-7257

Vincent P. Hurley #111215
Susan K. Blitch #187761
Douglas F. Young #84531
LAW OFFICES OF VINCENT P. HURLEY
A Professional Corporation
38 Seascape Village
Aptos, California 95003
Telephone: (831) 661-4800
Facsimile: (831) 661-4804

Attorneys for Defendants
CITY OF SALINAS and SALINAS POLICE DEPARTMENT;
SALINAS POLICE CHIEF DANIEL ORTEGA, MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ, and TIM SIMPSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BETTY LOU HESTON, individually, and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased,<br><br>　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF SALINAS and SALINAS POLICE DEPARTMENT, SALINAS POLICE CHIEF DANIEL ORTEGA, SALINAS POLICE OFFICERS MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GOODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ AND TIM SIMPSON, TASER INTERNATIONAL, INC., and DOES 1 to 10,<br><br>　　　　　　　　Defendants. | Case No. C-05-03658 JW (RS)<br><br>[~~PROPOSED~~] ORDER REGARDING DEFENDANTS' EX PARTE APPLICATION FOR LEAVE TO FILE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN EXCESS OF 25 PAGES (Civil L.R. 7-4 and 7-10) |

1

1   This matter comes before the court on Defendants' ex parte application for leave to file a
2   motion for summary judgment in excess of 25 pages.  Upon consideration of the foregoing
3   motion and with good cause having been shown by Defendants, it is by the Court hereby:
4   ORDERED that Defendants' motion be, and the same hereby is, GRANTED; and it is
5   further:
6   ORDERED that Defendants' are GRANTED leave to file a motion for summary
7   judgment in excess of 25 page.  The new limit will be 50 pages.
8
9   IT IS SO ORDERED.
10
11  Dated:    December 13, 2006

_____
The Honorable James Ware
United States District Court Judge

2

[Proposed] Order                                                   Case No. C 05-03658 JW (RS)