IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Betty Lou Heston, et al., | NO. C 05-03658 JW |
| Plaintiffs, | **SECOND ORDER CONTINUING HEARING ON PLAINTIFFS' MOTIONS** |
| v. | |
| City of Salinas, et al., | |
| Defendants. | |

On the Court's own motion, the hearing on the Plaintiffs' (1) Motion for Sanctions; (2) Motion to Exclude Defense Designated Expert Witness of John G. Peters; (3) Motion to Augment Expert Witness Designation to Include Dr. Terri Haddix, MD; (4) Plaintiffs' Motion to Limit Defendant Taser's Expert Witnesses as Cumulative and Offering Improper Expert Opinions currently set for January 29, 2007 is continued to **February 5, 2007 at 9 a.m.**

Pursuant to General Order 45, the parties are to submit Chambers' copies of the motion papers. To date, the Court has yet to receive its copies. Accordingly, the parties shall send Chambers' copies of the motion papers to Chambers by **January 18, 2007.**

Dated: January 16, 2007

JAMES WARE  
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

John Christopher Burton jb@johnburtonlaw.com
Mildred K. O'Linn mko@mmker.com
Peter M. Williamson pmw@williamson-krauss.com
Susan K. Blitch sblitch@hurleylaw.com
Vincent P. Hurley vhurley@hurleylaw.com

**Dated: January 16, 2007**                                    **Richard W. Wieking, Clerk**


**By:   /s/ JW Chambers
        Elizabeth Garcia
        Courtroom Deputy**