1  Mildred K. O'Linn, Esq. (State Bar No. 159055)
   Timothy J. Kral, Esq. (State Bar No. 200919)
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ LLP**
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Facsimile: (213) 624-6999
   mko@mmker.com and tjk@mmker.com
6
   Michael Brave, Esq.
7  Wisconsin State Bar No. 1012226
   National Litigation Counsel
8  3209 South Pointe Court
   Eau Claire, WI 54701
9  brave@laaw.com
10  (Pro Hac Vice) Attorney for Defendant,
    TASER INTERNATIONAL, INC.

11                  UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  BETTY LOU HESTON, individually, and | Case No.: C 05-03658 JW |
| 15  ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. | [James Ware, United States District Judge] |
| 16  HESTON, deceased, | |
| 17                         Plaintiffs, | **DECLARATION OF MILDRED K. O'LINN IN SUPPORT OF DEFENDANT** |
| 18  vs. | **TASER INTERNATIONAL, INC.'S MOTIONS IN LIMINE** |
| 19  CITY OF SALINAS and SALINAS POLICE DEPARTMENT, SALINAS POLICE CHIEF | **NOS. 1, 2, and 3 TO EXCLUDE EXPERT** |
| 20  DANIEL ORTEGA, MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, | **OPINIONS AND TESTIMONY** |
| 21  LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ, TIM SIMPSON | |
| 22  and TASER INTERNATIONAL, INC., and DOES 1 to 10, | **PTC Date:        4-29-08** **Time:            1:00 pm.** |
| 23                         Defendants. | **Courtroom:      8** |
| 24 | Final PTC:  4-29-08 Trial:         5-13-08 |

25

26      I, Mildred K. O'Linn, say and declare as follows:

27         1.      I am a partner in the law firm of Manning & Marder Kass, Ellrod, Ramirez,

28  LLP and am responsible for the handing of this case on behalf of defendant TASER

G:\docsdata\MKO\Heston\Trial\motions in limine\MKO Decl. All Daubert MILs.001.wpd

1

INTERNATIONAL, INC. ("TASER").

2.     By reason of my position, I could and if called upon to do so, would testify to the matters set forth hereon on the basis of personal knowledge.

3.     Attached hereto as Exhibit A is a true and correct copy of the report of Plaintiffs' expert, Dr. Mark R. Myers, dated November 28, 2006.

4.     Attached hereto as Exhibit B is a true and correct copy of the report of Plaintiffs' expert, Dr. Mark R. Myers, dated January 2, 2007.

5.     Attached hereto as Exhibit C is a true and correct copy of the report of Plaintiffs' expert, Dr. Mark R. Myers, dated March 11, 2007.

6.     Attached hereto as Exhibit D is a true and correct copy of the report of Plaintiffs' expert, Dr. Mark R. Myers, dated April 27, 2007.

7.     Attached hereto as Exhibit E is a true and correct copy of portions of the deposition transcript of Plaintiffs' expert, Dr. Mark R. Myers, taken on April 28, 2007.

8.     Attached hereto as Exhibit F is a true and correct copy of the report of Defendant TASER's expert, Mark. W. Kroll, dated December 1, 2006.

9.     Attached hereto as Exhibit G is a true and correct copy of the report of Defendant TASER's expert, Mark. W. Kroll, dated December 17, 2006.

10.     Attached hereto as Exhibit H is a true and correct copy of the report of Defendant TASER's expert, Mark. W. Kroll, dated April 6, 2007.

11.     Attached hereto as Exhibit I is a true and correct copy of the report of Defendant TASER's expert, Mark. W. Kroll, dated June 18, 2007.

12.     Attached hereto as Exhibit J is a true and correct copy of portions of the deposition transcript of plaintiffs' expert, Dr. Werner U. Spitz, taken on May 15, 2007.

13.     Attached hereto as Exhibit K are true and correct copies of excerpts of the deposition of Terri L Haddix, M.D., taken on September 27, 2006.

14.     Attached hereto as Exhibit L is a true and correct copy of the Postmortem Examination Report, authored by Terri L. Haddix.

15.     Attached hereto as Exhibit M is a true and correct copy of the Forensic

1    Report of Dorin Panescu, Ph.D., dated November 26, 2006.

2        16.    Attached hereto as Exhibit N is a true and correct copy of the Expert

3    Witness Report of Raymond E. Ideker, M.D., Ph. D., dated November 30, 2006.

4        17.    Attached hereto as Exhibit O is a true and correct copy of the Expert Report

5    of Richard M. Luceri, M.D., dated November 26, 2006.

6        18.    Attached hereto as Exhibit P is a true and correct copy of a portion of the

7    Natividad Medical Center Patient Admission Record, dated February 19, 2005 and

8    relative to Robert Heston.

9        19.    Attached hereto as Exhibit Q is a true and correct copy of the report of

10    Steven B. Karch, M.D., dated August 8, 2005.

11        20.    Attached hereto as Exhibit R is a true and correct copy of the report of

12    Werner U. Spitz, dated November 26, 2006.

13        21.    Attached hereto as Exhibit S is a true and correct copy of the report of

14    Roger Clark, dated December 4, 2006.

15        22.    Attached hereto as Exhibit T is a true and correct copy of the report of

16    Roger Clark, dated December 18, 2006.

17        23.    Attached hereto as Exhibit U is a true and correct copy of portions of the

18    deposition transcript of Roger Clark, taken on February 21, 2007.

19        24.    Attached hereto as Exhibit V is a true and correct copy of Reply to Letter

20    to Editor by Jauchem, James R., Forensic Science International; letter dated August 28,

21    2006, Re: Acidosis, lactate, electrolytes, muscle enzymes, and other factors in the blood

22    of Sus scrofa following repeated TASER exposures. Forensic Science International,

23    Volume 168, Issue 1, Pages e19-e19 J. Jauchem.

24        I declare under penalty of perjury under the laws of the United States of America

25    that the foregoing is true and correct. Executed this 27 day of March, 2008, at Los

26    Angeles, California.

27

28

Mildred K. O'Linn

G:\docsdata\MKO\Heston\Trial\motions in limine\MKO Decl. All Daubert MILs.001.wpd

3