John Burton, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California 91101

Telephone: (626) 449-8300
Facsimile: (626) 449-4417
E-Mail: jb@johnburtonlaw.com

Peter M. Williamson, State Bar No. 97309
WILLIAMSON & KRAUSS
18801 Ventura Boulevard., Suite 206
Tarzana, California 91356

Telephone: (818) 344-4000
Facsimile: (818) 344-4899
E-Mail: pmw@williamson-krauss.com

Attorneys for Plaintiffs Betty Lou Heston, individually, and Robert H. Heston, individually and as the personal representatives of Robert C. Heston, deceased

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY LOU HESTON and ROBERT H. HESTON, individually, and MISTY KASTNER, as the personal representative of ROBERT C. HESTON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SALINAS, SALINAS POLICE DEPARTMENT, MICHAEL DOMINICI, JAMES GODWIN, LEK LIVINGSTON, JUAN RUIZ and TASER INTERNATIONAL, INC.,<br><br>Defendants. | Case No. C 05-03658 JW (RS)<br><br>**DECLARATION OF JOHN BURTON RE PEER-REVIEWED MEDICAL LITERATURE BEARING ON MOTIONS IN LIMINE**<br><br>**Pretrial Conference:**<br>Date: April 29, 2008<br>Time: 1:00 p.m.<br>Courtroom: 8<br><br>**Trial:**<br>Date: May 13, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8 |

John Burton declares under penalty of perjury as follows:

1. I am an attorney licensed to practice law in the State of California, and am co-counsel withe Peter Williamson for plaintiffs. I am submitting this declaration in relation to the pending motions in limine.

2. The key causation issue in this case is the role of metabolic acidosis in the decedent's February 19, 2005 cardiac arrest, and the role of the TASER ECD in causing that metabolic acidosis. The link between cardiac arrests suffered by agitated people during police restraint procedures and metabolic acidosis was reported in 1999 by Hicks, et al., *Metabolic Acidosis in Restraint-Associated Cardiac Arrest: a Case Series*. Exhibit A. This study did not involve ECD's, but outlined the basic principle.

3. The logical link between ECD-induced muscle contractions and severe metabolic acidosis was documented in 2005 by Jauchem, et al., *Acidosis, Lactate, Electrolytes, Muscle Enzymes, and Other Factors in the Blood of* Sus Scrofa *Following Repeated TASER Applications*. Exhibit B. It is important to note that this swine study was sponsored by the United States Air Force, and is one of the few recent peer-reviewed and published studies on ECD's not sponsored by TASER International.

4. Just last October, a group of doctors in Illinois in another independent study conducted similar research. Dennis, et al., *Acute Effects of TASER X26 Discharges in a Swine Model*. Exhibit C. In this last study, repeated ECD cycles comparable to those administered to Mr. Heston induced cardiac arrest in two pigs.

5. These three studies demonstrate that plaintiffs' theory of causation, proffered through their cardiology expert Mark Myers, M.D., is well supported by peer-reviewed scientific literature and passes the *Daubert* threshhold.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct and is within my personal knowledge unless the context indicates otherwise. Executed on this 31st day of March, 2008, at Pasadena, California.

/s/
John Burton

**DECLARATION OF JOHN BURTON RE PEER-REVIEWED MEDICAL LITERATURE**
– N.D. Cal. Case No. C 05-03658 JW (RS)
- 2 -