UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*

## CIVIL MINUTES

**Judge:** James Ware  
**Date:** 4/29/2008  
**Case No.:** C-05-03658 JW  
**Related Case No.:** N/A  

**Courtroom Deputy:** Elizabeth Garcia  
**Court Reporter:** Irene Rodriguez  
**Interpreter:** N/A  

## TITLE

**Betty Lou Heston v. City of Salinas et al**

**Attorney(s) for Plaintiff(s)**: Peter Williamson, John Burton  
**Attorney(s) for Defendant(s)**: Susan Matcham, Vincent Hurley, Mildred O'Linn (Taser), Michael Brave (Taser)

## PROCEEDINGS

1. Final Pretrial Conference
2. Plaintiff's and Defendant Motions in Limine

## ORDER AFTER HEARING

Hearing Held.  The Court to issue further order re Modifications to Trial Schedule and Order on parties' Motions in Limine.

Elizabeth C. Garcia  
Courtroom Deputy  
Original: **E-Filed**  
CC: