1
2
3
4
5
6          IN THE UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
8                    SAN JOSE DIVISION
9  Betty Lou Heston, et al.,                    NO. C 05-03658 JW
10              Plaintiffs,            **ORDER RE: MOTIONS IN LIMINE**
11     v.
12  City of Salinas, et al.,
13              Defendants.
                                        /
14        On April 29, 2008, the Court conducted a hearing on the parties' various motions in limine.

15  For the reasons stated on the record, the Court orders as follows:

16  **A.    Plaintiffs' Motions In Limine**

17        **1.  Plaintiffs' Motion in Limine No. 1** to Limit Number of Expert Witnesses Permitted to

18  Be Called by Defendant TASER International (Docket Item No. 204) was **GRANTED** on the record

19  at the hearing of the motion.  The Court listed the opinion witnesses which Defendant Taser would

20  be able to call as part of their case-in-chief.

21        **2.  Plaintiffs' Motion in Limine No. 2** to Limit Opinions of Expert Witnesses to Their

22  Areas of Expertise (Docket Item No. 207) is **DENIED**.  The Court presumes that, during trial, after

23  laying a proper foundation, the witness will be tendered as an expert.  Presuming that the witness is

24  subsequently recognized by the Court as an expert, the Court presumes that the witness will only

25  express opinions in the field for which the Court has recognized the witness as an expert and that the

26  opinions have been the subject of proper disclosure.

27        **3.  Plaintiffs' Motion in Limine No. 3** to Preclude Witnesses Not Designated as Experts

28  Pursuant to Rule 26 From Offering Expert Opinions (Docket Item No. 205) is **DENIED** as

**United States District Court**
For the Northern District of California

unnecessary because the subject matter of the motion addresses matters governed by the rules of evidence making an additional order unnecessary.

    **4. Plaintiffs' Motion in Limine No. 4** to Preclude Defendants From Offering Certain Irrelevant and Prejudicial Evidence And Arguments At Trial (Docket Item No. 206) is **DENIED** as unnecessary because the subject matter of the motion addresses matters governed by the rules of evidence making an additional order unnecessary.

**B.    Defendant TASER's Motions In Limine**

    **1. TASER's Motion In Limine No. 1** to exclude the expert opinions of Dr. Mark R. Myers, M.D. (Docket Item No. 183) is **DENIED**.  The Court presumes that, during trial, after laying a proper foundation, the witness will be tendered as an expert.  Presuming that the witness is subsequently recognized by the Court as an expert, the Court presumes that the witness will only express opinions in the field for which the Court has recognized the witness as an expert and that the opinions have been the subject of proper disclosure.

    **2. TASER's Motion In Limine No. 2** to exclude the expert opinions of Dr. Terri  L. Haddix, M.D. (Docket Item No. 184) is **DENIED.**

    **3. TASER's Motion In Limine No. 3** to exclude the expert opinions of Roger A. Clark (Docket Item No. 185) is **DENIED**.  The Court presumes that, during trial, after laying a proper foundation, the witness will be tendered as an expert.  Presuming that the witness is subsequently recognized by the Court as an expert, the Court presumes that the witness will only express opinions in the field for which the Court has recognized the witness as an expert and that the opinions have been the subject of proper disclosure.

    **4. [There is no TASER's Motion In Limine No. 4]**

    **5. TASER's Motion In Limine No. 5** to exclude reference to or evidence of media accounts of the subject incident (Docket Item No. 174) is **GRANTED** subject to being renewed at trial under changed circumstances.

    **6. TASER's Motion In Limine No. 6** to exclude reference to or evidence of fact witnesses

United States District Court
For the Northern District of California

not called to testify at trial (Docket Item No. 175) is **GRANTED** as to hearsay and **DENIED** as to non-hearsay.

   **7. TASER's Motion In Limine No. 7** to exclude reference to or evidence of the testimony of expert witnesses not previously identified  (Docket Item No. 176) is **UNOPPOSED AND GRANTED**.

   **8. TASER's Motion In Limine No. 8** to preclude improper argument and comments by Plaintiffs' counsel at trial (Docket Item No. 177) is **DENIED** as unnecessary because the subject matter of the motion addresses matters governed by the rules of evidence making an additional order unnecessary.

   **9. TASER's Motion In Limine No. 9** to preclude the introduction of evidence of subsequent remedial measures pursuant to Fed. R. Evid. 407 (Docket Item No. 178) is **UNOPPOSED AND GRANTED**.

   **10. TASER's Motion In Limine No. 10** to trifurcate the liability, compensatory damages, and punitive damages phases of the trial (Docket Item No. 179) is **DENIED.**

   **11. TASER's Motion In Limine No. 11** to preclude the introduction of evidence of insurance pursuant to Fed. R. Evid. 411 (Docket Item No. 180) is **UNOPPOSED AND GRANTED**.

   **12. TASER's Motion In Limine No. 12** to preclude the introduction of expert testimony regarding evidence not noted in expert reports or in expert depositions under Fed. R. Civ. P. 26 (Docket Item No. 181) is **UNOPPOSED AND GRANTED**.

   **13. TASER's Motion In Limine No. 13** to preclude the introduction of evidence of other incidents, complaints, claims, or lawsuits involving Defendant TASER pursuant to Fed. R. Evid. 403 (Docket Item No. 182) is **UNOPPOSED AND GRANTED**.

**C.**   <u>**Salinas Defendants' Motions in Limine**</u>

   **1. Defendants' Motion in Limine No. 1** to exclude 1) any claim that Clark's testimony has never been excluded; 2)  Clark's opinion testimony about the manufacture, operation, use or effect of a taser; and 3) Heston's physical, medical or mental conditions or the physical effects on him of a

United States District Court

For the Northern District of California

3

1    taser (Docket Item No. 187) is **DENIED AS PREMATURE**.

2         **2. Defendants' Motion In Limine No. 2** to exclude opinion testimony of Ernest Burwell

3    about the manufacture, operation, use or effect of TASER, including TASER download; Heston's

4    physical, medical or mental conditions or the physical effects on him of a TASER (Docket Item No.

5    190) is **DENIED AS PREMATURE**.

6         **3. Defendants' Motion In Limine No. 3** to exclude testimony by Ernest Burwell about the

7    credibility of Clifford Satree, a person whose voice is on one of the 911 recordings to be admitted

8    into evidence (Docket Item No. 194) is **GRANTED**.

9         **4. Defendants' Motion In Limine No. 4** to Defendants motion to exclude hearsay

10   testimony by Dr. Haddix about statements of Monterey County Sheriff official (Docket Item No.

11   197) is **GRANTED**.

12

13   Dated:  May 8, 2008                           _James Ware_____

14                                                 JAMES WARE
                                                   United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        4

*United States District Court*
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Douglas Frank Young dyoung@hurleylaw.com
John Christopher Burton johnburtonlaw@yahoo.com
Michael A Brave brave@laaw.com
Mildred Katherine O'Linn mko@mmker.com
Peter M. Williamson pmw@williamson-krauss.com
Susan J. Matcham susanm@ci.salinas.ca.us
Susan K. Blitch sblitch@hurleylaw.com
Vincent P. Hurley vhurley@hurleylaw.com

**Dated:  May 8, 2008**                    **Richard W. Wieking, Clerk**

                                          **By:   /s/ JW Chambers**
                                                 **Elizabeth Garcia**
                                                 **Courtroom Deputy**

**United States District Court**
For the Northern District of California

5