1  JOHN BURTON, State Bar No. 86029
   THE LAW OFFICES OF JOHN BURTON
2  414 South Marengo Avenue
   Pasadena, California  91101
3
   Telephone:   (626) 449-8300
4  Facsimile:   (626) 449-4417
   E-Mail:      jb@johnburtonlaw.com
5
   PETER M. WILLIAMSON, State Bar No. 97309
6  WILLIAMSON & KRAUSS
   18801 Ventura Boulevard., Suite 206
7  Tarzana, California  91356
8  Telephone:   (818) 344-4000
   Facsimile:   (818) 344-4899
9  E-Mail:      pmw@williamson-krauss.com
10 Attorneys for Plaintiffs Betty Lou Heston and Robert H. Heston,
   individually, and Misty Kastner as the Administrator of the Estate
11 of Robert C. Heston, deceased
12
13              UNITED STATES DISTRICT COURT
14            NORTHERN DISTRICT OF CALIFORNIA
15

16 | BETTY LOU HESTON and ROBERT | Case No. C 05-03658 JW (RS) |
17 | H. HESTON, individually, and MISTY | |
   | KASTNER, as the Administrator of the | AMENDED EXHIBIT LIST OF |
18 | Estate of ROBERT C. HESTON, | PLAINTIFFS |
   | deceased, | |
19 | | Pre-Trial Conference: |
   |                 Plaintiffs, | |
20 | | Date:        April 29, 2008 |
   |        v. | Time:        1:00 p.m. |
21 | | Courtroom:  8 |
   | CITY OF SALINAS, SALINAS | |
22 | POLICE DEPARTMENT, MICHAEL | Trial: |
   | DOMINICI, JAMES GODWIN, LEK | |
23 | LIVINGSTON, JUAN RUIZ and | Date:        May 13, 2008 |
   | TASER INTERNATIONAL, INC., | Time:        9:00 a.m. |
24 | | Courtroom:  8 |
   |                 Defendants. | |
25
26
27        Plaintiffs hereby submit this Amended List of Exhibits for use at trial:
28

| Exhibit No. | Document | Dated Entered | Dated Admitted |
|---|---|---|---|
| 100 | Audio CD - Radio Traffic, 911 calls, (Robert Heston - Tracks 1-5), "First Call " and Transcript | | |
| 101a | Audio CD - Radio Traffic, 911 calls, (Kurt Kastner - Tracks 1-2 "Second Call" and Transcript | | |
| 101b | Audio CD - Radio Traffic, 911 calls, (Robert Heston - Track 4, "Second Call" and Transcript | | |
| 101c | Audio CD - Radio Traffic, 911 calls, (Cliff Satree - Tracks 12-15) "Second Call" and Transcript | | |
| 102 | DVD - Post-incident interviews with Involved Officers, Robert Heston.  (S000286) | | |
| 103 | DVD - Post-incident interviews with Involved Officers, part 2 (S000287) | | |
| 104 | DVD - Post-incident interviews with Lek Livingston and Jim Romig (S000290) | | |
| 105 | Photo of Robert Clark Heston (S000001) | | |
| 106a | CD - Photos taken at 139 Rodeo, Image 1108 | | |
| 106b | CD - Photos taken at 139 Rodeo, Image 1112 | | |
| 106c | CD - Photos taken at 139 Rodeo, Image 1125 | | |
| 106d | CD - Photos taken at 139 Rodeo, Image 1137 | | |
| 106e | CD - Photos taken at 139 Rodeo, Image 1144 | | |
| 106f | CD - Photos taken at 139 Rodeo, Image 1150 | | |
| 106g | CD - Photos taken at 139 Rodeo, Image 1152 | | |
| 106h | CD - Photos taken at 139 Rodeo, Image 1167 | | |
| 106i | CD - Photos taken at 139 Rodeo, Image 1197 | | |
| 106j | CD - Photos taken at 139 Rodeo, Image 1219 | | |
| 106k | CD - Photos taken at 139 Rodeo, Image 1220 | | |
| 106l | CD - Photos taken at 139 Rodeo, Image 1224 | | |
| 106m | CD - Photos taken at 139 Rodeo, Image 1255 | | |

| Exhibit No. | Document | Dated Entered | Dated Admitted |
|---|---|---|---|
| 106n | CD - Photos taken at 139 Rodeo, Image 1257 | | |
| 106o | CD - Photos taken at 139 Rodeo, Image 1267 | | |
| 106p | CD - Photos taken at 139 Rodeo, Image 1268 | | |
| 106q | CD - Photos taken at 139 Rodeo, Image 1284 | | |
| 106r | CD -Photos taken at Natividad Hospital, Image P1011397 | | |
| 106s | CD -Photos taken at Natividad Hospital, Image P1011402 | | |
| 107a | Heston family photos | | |
| 107b | Heston family photos | | |
| 107c | Heston family photos | | |
| 107d | Heston family photos | | |
| 107e | Heston family photos | | |
| 107f | Heston family photos | | |
| 107g | Heston family photos | | |
| 108 | Certificates of appreciation and completion, Robert C. Heston | | |
| 109 | Letters from Robert C. Heston to family members | | |
| 110 | Taser International, Training & Information Disc, Version 8 | | |
| 110a | Excerpts of Version 8 Training PowerPoint – Slide 1 – M26 Master Instructor Certification Course Title Page (8/02) | | |
| 110b | Excerpts of Version 8 Training PowerPoint – Slide 2 – Advanced TASER M26 | | |
| 110c | Excerpts of Version 8 Training PowerPoint – Slide 3 – Definitions | | |

| Exhibit No. | Document | Dated Entered | Dated Admitted |
|---|---|---|---|
| 110d | Excerpts of Version 8 Training PowerPoint – Slide 4 – Why it Works (1) | | |
| 110e | Excerpts of Version 8 Training PowerPoint – Slide 5 – Why it Works (2) | | |
| 110f | Excerpts of Version 8 Training PowerPoint – Slide 6 – Stun vs. EMD (1) | | |
| 110g | Excerpts of Version 8 Training PowerPoint – Slide 7 – Stun vs. EMD (2) | | |
| 110h | Excerpts of Version 8 Training PowerPoint – Slide 8 – From Pain to Incapacitation | | |
| 110i | Excerpts of Version 8 Training PowerPoint – Slide 9 – How it Works | | |
| 110j | Excerpts of Version 8 Training PowerPoint – Slide 10 – TASER-Wave | | |
| 110k | Excerpts of Version 8 Training PowerPoint – Slide 11 – Electrical Output | | |
| 110l | Excerpts of Version 8 Training PowerPoint – Slide 12 – Blank (use video) | | |
| 110m | Excerpts of Version 8 Training PowerPoint – Slide 13 – Propulsion System | | |
| 110n | Excerpts of Version 8 Training PowerPoint – Slide 14 – Probes (1) | | |
| 110o | Excerpts of Version 8 Training PowerPoint – Slide 15 – Probes (2) | | |
| 110p | Excerpts of Version 8 Training PowerPoint – Slide 16 – Fire: Automatic Cycel | | |

| Exhibit No. | Document | Dated Entered | Dated Admitted |
|---|---|---|---|
| 110q | Excerpts of Version 8 Training PowerPoint – Slide 17 – Vital Point When Firing | | |
| 110r | Excerpts of Version 8 Training PowerPoint – Slide 18 – Quite Arc = Good Connection (use videos) | | |
| 110s | Excerpts of Version 8 Training PowerPoint – Slide 19 – Tactical Considerations | | |
| 110t | Excerpts of Version 8 Training PowerPoint – Slide 20 – Window of Opportunity (use video) | | |
| 110u | Excerpts of Version 8 Training PowerPoint – Slide 21 – Effects of M26 | | |
| 110v | Excerpts of Version 8 Training PowerPoint – Slide 22 – Subject Reactions (use videos) | | |
| 110w | Excerpts of Version 8 Training PowerPoint – Slide 23 – The Decision to Deploy | | |
| 110x | Excerpts of Version 8 Training PowerPoint – Slide 24 – What TASERS Might Do | | |
| 110y | Excerpts of Version 8 Training PowerPoint – Slide 25 – What To Do Following Use | | |
| 110z | Excerpts of Version 8 Training PowerPoint – Slide 26 – Advanced TASER Strengths | | |
| 110aa | Excerpts of Version 8 Training PowerPoint – Slide 27 – Dataport (1) | | |
| 110bb | Excerpts of Version 8 Training PowerPoint – Slide 28 – Dataport (2) | | |
| 111 | Taser International, Training & Information Disc, Version 9 | | |

| Exhibit No. | Document | Dated Entered | Dated Admitted |
|---|---|---|---|
| 112 | Taser International, Training & Information Disc, Version 10 | | |
| 113 | Taser International, Training & Information Disc, Version 10.1 | | |
| 114 | Taser International, Training & Information Disc, Version 11 | | |
| 115 | Taser International, Training & Information Disc, Version 12 | | |
| 115a | Version 12 PowerPoint Presentation, Slide 108 – Extended Duration | | |
| 115b | Version 12 PowerPoint Presentation, Slide 108 – User Notes | | |
| 115c | Blow-Up Exhibit – Location of Slide 108 in Version 12 PowerPoint Presentation | | |
| 116 | Taser International, Training & Information Disc, Version 13 | | |
| 117 | Taser International, Training & Information Disc, Version 14 | | |
| 118 | Autopsy Report of Robert Clark Heston, performed by Terri L. Haddix, M.D. on Feb. 22, 2005, report completed July 12, 2005. | | |
| 119 | John L. Hick, M.D., et al., **Metabolic Acidosis in Restraint-associated Cardiac Arrest: A Case Series**, Academic Emergency Medicine (March 1999) | | |

| Exhibit No. | Document | Dated Entered | Dated Admitted |
|---|---|---|---|
| 120 | J. R. Jauchem  et al., **Acidosis, lactate, electrolytes, muscle enzymes, and other factors in the blood of Sus scrofa following repeated TASER exposures,** Forensic Sci. Int. (2005), doi:10.1016/j.forsciint.2005.10.014 | | |
| 121 | J. R. Jauchem  et al., **Blood factors of Sus scrofa following a series of three TASER electronic control devise exposures,** Forensic Sci. Int. (2007), doi:10.1016/j.forsciint.2007.06.010 | | |
| 122 | A. J. Dennis et al., **Acute Effects of TASER X26 Discharges in a Swine Model,** Journal of TRAUMA, Injury, Infection, and Critical Care, Volume 63, Number 3 (2007), doi:10.1097/TA | | |
| 123 | Medical Records from Natividad Medical Center | | |
| 124 | Paramedic run sheets and notes (S000134-144) | | |
| 125a | E-mail dated March 15, 2005 from Michael Groves to Taser personnel attaching dataport downloads from the Tasers involved in the incident (S000201-203) | | |
| 125b | Correspondence from Mark Johnson, Taser International, to Sgt. Michael Groves analyzing dataport download information provided by Groves, April 7, 2005 (S000204-212) | | |
| 126 | Diagrams of Heston living room at 139 Rodeo with measurements and locations of items noted. (S000104-113) | | |

| Exhibit No. | Document | Dated Entered | Dated Admitted |
|---|---|---|---|
| 127 | Toxicological Report by Central Valley Toxicology, on Robert Heston, dated February 28, 2005 (S000145) | | |
| 128a | Salinas Police Department radio call printout, 2/19/2005 (S000146-147) | | |
| 128b | Salinas Police Department radio call printout, 2/19/2005 (S000151-156) | | |
| 128c | Salinas Police Department radio call printout, 2/19/2005 (S000162) | | |
| 129 | Police Report, by Salinas Police Officer Tim Simpson, dated 2/19/05 (S000020-22) | | |
| 130 | Police Report, by Salinas Police Officer Roman Rodolfo , dated 2/19/05 (S000025-26) | | |
| 131 | Police Report, by Salinas Police Officer Masahiro Yoneda, dated 2/19/05 (S000027-29) | | |
| 132 | Police Report, by Salinas Police Officer Michael Groves, dated 4/9/05 (S000095-96) | | |
| 133 | Salinas Police Department Property Record, 2 pages, itemizing as evidence Taser devices used in incident, 2/19/05 (S000121-22) | | |
| 134a | Rule 26 Expert Witness Statement by Salinas Police Department designated expert Jeffrey Gibson – Full Report | | |
| 134b | Rule 26 Expert Witness Statement by Salinas Police Department designated expert Jeffrey Gibson – Full Report (edited version) | | |

| Exhibit No. | Document | Dated Entered | Dated Admitted |
|---|---|---|---|
| 134c | Rule 26 Expert Witness Statement by Salinas Police Department designated expert Jeffrey Gibson – Redacted Report | | |
| 134d | Rule 26 Expert Witness Statement by Salinas Police Department designated expert Jeffrey Gibson – Redacted Report (edited version) | | |
| 135 | Blank/Unused | | |
| 136 | The Joint Non-Lethal Weapons Human Effects Center of Excellence (HECOE), **Human Effectiveness and Risk Characterization of the Electro-muscular Incapacitation Device - A limited Analysis of the Taser,** (March 2005) | | |
| 136a | The Joint Non-Lethal Weapons Human Effects Center of Excellence (HECOE), **Human Effectiveness and Risk Characterization of the Electro-muscular Incapacitation Device - A limited Analysis of the Taser,** (March 2005) (redacted version) | | |
| 137 | Taser International Training Bulletin 12.0-04, June 28, 2005 (Identified only for possible impeachment) | | |
| 138 | Office of the Police Complaint Commissioner (Victoria, British Columbia), **Taser Technology Review Final Report,** (June 14, 2005) | | |

| Exhibit No. | Document | Dated Entered | Dated Admitted |
|---|---|---|---|
| 138a | Office of the Police Complaint Commissioner (Victoria, British Columbia), **Taser Technology Review Final Report**, (June 14, 2005) (Redacted Page 12 only) | | |
| 139 | Amanda O. Esquivel, et al., **The Physiologic Effects of a Conducted Electrical Weapon in Swine**, Annals of Emergency Medicine (2007) | | |
| 140 | Defendant Taser International's Responses to Plaintiff Robert H. Heston's Special Interrogatories, dated October 6, 2006 (redacted version) | | |
| 141 | Funeral and burial expense records (unavailable) | | |
| 142a | Blank/Unused | | |
| 142b | Blank/Unused | | |
| 143c | Blank/Unused | | |
| 143d | Blank/Unused | | |
| 143e | Blank/Unused | | |
| 143 | E-mail correspondence between Dr. Haddix and Mark Johnson | | |
| 144 | Blank/Unused | | |
| 145 | Animation – Cliff Satree Telephone call (audio) with scrolling text and Timer | | |
| 146 | Blow-up – TASER Useage Timeline | | |
| 147 | Blow-up – Danger of Repeated TASER Firings | | |
| 148 | PowerPoint Presentation to accompany testimony of Dr. Mark Meyers | | |
| 149 | TASER 2007 Annual Report | | |
| 149a | TASER Financial Data – Excerpts from 149 | | |

| Exhibit No. | Document | Dated Entered | Dated Admitted |
|---|---|---|---|
| 150 | DiMaio & DiMaio, **Excited Delirium Syndrome: Cause of Death and Prevention** | | |
| 151 | Penn State Human Effects Advisory Board (HEAP) Report of Findings: Sticky Shocker Assessment (1999) | | |
| 151a | Penn State Human Effects Advisory Board (HEAP) Report of Findings: Sticky Shocker Assessment (1999) (redacted version) | | |

DATED:   May 9, 2008                    THE LAW OFFICES OF JOHN BURTON
                                        WILLIAMSON & KRAUSS


                                   By:   /s/ PETER M. WILLIAMSON
                                         Attorneys for Plaintiffs