JOHN BURTON, State Bar No. 86029
THE LAW OFFICES OF JOHN BURTON
414 South Marengo Avenue
Pasadena, California 91101

Telephone: (626) 449-8300
Facsimile: (626) 449-4417
E-Mail: jb@johnburtonlaw.com

PETER M. WILLIAMSON, State Bar No. 97309
WILLIAMSON & KRAUSS
18801 Ventura Boulevard., Suite 206
Tarzana, California 91356

Telephone: (818) 344-4000
Facsimile: (818) 344-4899
E-Mail: pmw@williamson-krauss.com

Attorneys for Plaintiffs Betty Lou Heston and Robert H. Heston, individually, and Misty Kastner as the Administrator of the Estate of Robert C. Heston, deceased

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY LOU HESTON and ROBERT H. HESTON, individually, and MISTY KASTNER, as the Administrator of the Estate of ROBERT C. HESTON, deceased,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SALINAS, SALINAS POLICE DEPARTMENT, MICHAEL DOMINICI, JAMES GODWIN, LEK LIVINGSTON, JUAN RUIZ and TASER INTERNATIONAL, INC.,<br><br>Defendants. | Case No. C 05-03658 JW (RS)<br><br>**JOINT LIST OF TRIAL WITNESSES**<br><br>**Pretrial Conference:**<br><br>Date: April 29, 2008<br>Time: 1:00 p.m.<br>Courtroom: 8<br><br>**Trial:**<br><br>Date: May 13, 2008<br>Time: 9:00 a.m.<br>Courtroom: 8 |

The parties hereto, through their respective counsel, submit the following list of witnesses they intend to call at the time of trial:

**JOINT LIST OF TRIAL WITNESSES**
N.D. Cal. Case No. C 05-03658 JW (RS)

A. **<u>Plaintiffs Witnesses:</u>**

1. Robert Heston;
2. Betty Lou Heston;
3. Misty Kastner;
4. Kurt Kastner;
5. Clifford Satree;
6. Craig Fairbanks;
7. Michael Dominici;
8. James Godwin;
9. Lek Livingston;
10. Juan Ruiz;
11. Tim Simpson;
12. Valentin Paredez;
13. Jeffrey Gibson;
14. Michael Groves;
15. Terry Haddix, M.D.;
16. Mark Meyers, M.D.;
17. Nathan Lavid, M.D.;
18. Ernest Burwell; and
19. Roger Clark.

B. **<u>Defendants City of Salinas, et al., Witnesses:</u>**

20. Rod Sanford;
21. James R. Missett, M.D., Ph.D.;
22. Mark Synder, M.D.;
23. Daniel Ortega;
24. Angel Gonzales;
25. Rudolfo Roman;
26. Daniel Perez;

27. John Mount;
28. Edward Peterson;
29. Linda Peterson;
30. Julio Monroy;
31. Kim Amador;
32. Marisol Duran; and
33. John Hain, M.D.

C. **Defendant TASER International, Inc., Witnesses:**

34. Andrew Hinz;
35. Steve Tuttle;
36. Hans Marrero;
37. Rick Guilbault;
38. Max Nerheim;
39. Milan Cerovic;
40. Jeffrey D. Ho, M.D., F.A.C.E.P.;
41. Patrick ("Rick") W. Smith;
42. Mark W. Kroll, Ph.D., F.A.C.C.;
43. John G. Peters, Jr., M.P.A., Ph.D.;
44. Michael A. Evans, Ph.D.;
45. Adam K. Aleksander, Ph.D., P.E., CSP;
46. Dr. Michael Graham;
47. Dr. Raymond E. Ideker;
48. Dr. Mark R. Lehto

////////////
/////////
////

49. Dr. Richard M. Luceri

50. Dr. Deborah C. Mash.

DATED: April 28, 2008          THE LAW OFFICES OF JOHN BURTON
                               WILLIAMSON & KRAUSS

                               BY: /s/ PETER M. WILLIAMSON
                                   Attorneys for Plaintiffs

DATED: March 31, 2008          THE LAW OFFICES VINCENT HURLEY

                               BY: /s/ VINCENT HURLEY
                                   Attorneys for Defendants
                                   CITY OF SALINAS, et al.

DATED: March 31, 2008          MANNING, MARDER,
                               KASS, ELLROD, RAMIREZ, LLP

                               BY: /s/ MILDRED K. O'LINN
                                   Attorneys for Defendants
                                   TASER INTERNATIONAL, Inc.

**JOINT LIST OF TRIAL WITNESSES**
N.D. Cal. Case No. C 05-03658 JW (RS)
- 4 -