IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BETTY LOU HESTON ET AL, | NO. C 05-03658 |
| Plaintiff(s), | **ORDER TO JURY COMMISSIONER** |
| v. | |
| CITY OF SALINAS ET AL, | |
| Defendant(s). | |

IT IS HEREBY ORDERED that the Jury Commissioner shall furnish daily refreshments in the above entitled matter at the expense of the United States District Court through Le Boulanger for the members of the jury effective for the following schedule: May 14, 2008 through May 15, 2008; May 20, 2008 through May 22, 2008; May 29, 2008 through May 30, 2008.

IT IS FURTHER ORDERED that the Jury Commissioner shall furnish daily refreshments and lunch in the above entitled matter at the expense of the United States District Court through Le Boulanger for the members of the jury effective June 3, 2008 through June 6, 2008.

**IT IS SO ORDERED.**

Dated: May 13, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Susan K. Blitch sblitch@hurleylaw.com
Michael A Brave brave@laaw.com
John Christopher Burton johnburtonlaw@yahoo.com,rt@johnburtonlaw.com
Vincent P. Hurley vhurley@hurleylaw.com,gforese@hurleylaw.com
Susan J. Matcham susanm@ci.salinas.ca.us,julian@ci.salinas.ca.us
Mildred Katherine O'Linn mko@mmker.com,fsp@mmker.com
Vanessa W. Vallarta vanessav@ci.salinas.ca.us
Peter M. Williamson pmw@williamson-krauss.com,tbk@williamson-krauss.com
Douglas Frank Young dyoung@hurleylaw.com,gforese@hurleylaw.com

**Dated: May 13, 2008**                                   **Richard W. Wieking, Clerk**

**By:** /s/ Elizabeth C. Garcia
  **Elizabeth Garcia**
  **Courtroom Deputy**

**United States District Court**
For the Northern District of California