IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BETTY LOU HESTON ET AL, | NO. C 05-03658 |
| Plaintiff(s), | **ORDER RELEASING LAPTOP** |
| v. | |
| CITY OF SALINAS ET AL, | |
| Defendant(s). | |

The Court releases the City of Salinas laptop used for jury deliberations for pick up and is to be returned to City of Salinas attorney, Susan Matcham.

IT IS SO ORDERED.

Dated: June 10, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Susan K. Blitch sblitch@hurleylaw.com
Michael A Brave brave@laaw.com
John Christopher Burton johnburtonlaw@yahoo.com,rt@johnburtonlaw.com
Vincent P. Hurley vhurley@hurleylaw.com,gforese@hurleylaw.com
Susan J. Matcham susanm@ci.salinas.ca.us,julian@ci.salinas.ca.us
Mildred Katherine O'Linn mko@mmker.com,fsp@mmker.com
Vanessa W. Vallarta vanessav@ci.salinas.ca.us
Peter M. Williamson pmw@williamson-krauss.com,tbk@williamson-krauss.com
Douglas Frank Young dyoung@hurleylaw.com,gforese@hurleylaw.com

**Dated:  June 10, 2008**                              **Richard W. Wieking, Clerk**

**By:** *Elizabeth C Garcia*
       **Elizabeth Garcia**
       **Courtroom Deputy**

**United States District Court**
For the Northern District of California