1   Mildred K. O'Linn, Esq. (State Bar No. 159055)
    Timothy J. Kral, Esq. (State Bar No. 200919)
2   **MANNING & MARDER**
    **KASS, ELLROD, RAMIREZ LLP**
3   15th Floor at 801 Tower
    801 South Figueroa Street
4   Los Angeles, CA 90017
    Telephone: (213) 624-6900
5   Facsimile: (213) 624-6999
    mko@mmker.com and tjk@mmker.com
6

7   Michael Brave, Esq.
    Wisconsin State Bar No. 1012226
8   National Litigation Counsel
    3209 South Pointe Court
9   Eau Claire, WI 54701
    brave@laaw.com
10
    (Pro Hac Vice) Attorney for Defendant,
11  TASER INTERNATIONAL, INC.

12                    UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15  BETTY LOU HESTON, individually, and      )  Case No.: C 05-03658 JW
    ROBERT H. HESTON, individually and as    )
16  the personal representatives of ROBERT C. )  [James Ware, United States
    HESTON, deceased,                        )  District Judge]
17                                           )
                    Plaintiffs,              )
18                                           )  **STIPULATION AND**
    vs.                                      )  **[PROPOSED] ORDER RE:**
19                                           )  **BRIEFING SCHEDULING**
    CITY OF SALINAS and SALINAS POLICE       )  **FOR PLAINTIFFS'**
20  DEPARTMENT, SALINAS POLICE CHIEF         )  **CONDITIONAL MOTION**
    DANIEL ORTEGA, MICHAEL DOMINICI,         )  **FOR ATTORNEYS' FEES**
21  CRAIG FAIRBANKS, JAMES GODWIN,           )
    LEK LIVINGSTON, VALENTIN                 )
22  PAREDEZ, JUAN RUIZ, TIM SIMPSON          )
    and TASER  INTERNATIONAL, INC., and      )
23  DOES 1 to 10,                            )
                                             )
24                  Defendants.              )
                                             )
25  ─────────────────────────────────────── )

26  TO THE HONORABLE COURT:

27          IT IS HEREBY STIPULATED by and between plaintiffs and Defendant, TASER

28  INTERNATIONAL, INC. ("TASER") through their respective counsel of record that:

1      1.      The parties are in the process of filing post-trial motions in connection with

2  the jury's verdict on June 6, 2008.  TASER has filed a motion for new trial and motion

3  for judgment as a matter of law, seeking, among other things, to strike or reduce the

4  punitive damages awards.

5      2.      Plaintiffs have filed a conditional motion for attorneys' fees against TASER

6  pursuant to the private attorney general statute under Code of Civil Procedure 1021.5.

7  At this point in time, it is premature for the parties to brief the attorneys' fees issue

8  because plaintiffs' motion for attorneys' fees is dependent on the Court's ruling on

9  TASER's motion to strike or reduce the punitive damages awards.

10     3.      Accordingly, the parties stipulate to and request an order setting up a

11 briefing schedule on plaintiffs' motion for attorneys' fees to be set for a time **after** the

12 Court rules on TASER's post-trial motions.

13 DATED: August 8, 2008                    THE LAW OFFICES OF JOHN BURTON

14

15

16                                          By:_____/s/ John burton_____
                                                   John Burton
17                                          Attorneys for Plaintiffs, BETTY LOU
                                            HESTON, individually and ROBERT H.
18                                          HESTON, individually and as the personal
                                            representatives of ROBERT C. HESTON,
19                                          deceased.

20 DATED: August 8, 2008                    WILLIAMSON & KRAUSS

21

22

                                            By:_____/s/ Peter M. Willimson_____
23                                                 Peter M. Williamson
                                            Attorneys for Plaintiffs, BETTY LOU
24                                          HESTON, individually and ROBERT H.
                                            HESTON, individually and as the personal
25                                          representatives of ROBERT C. HESTON,
                                            deceased.

26

27

28

1    DATED: August 8, 2008                    MANNING & MARDER
                                              KASS, ELLROD, RAMIREZ LLP
2

3

4                                             By:_____/s/ Mildred K. O'Linn_____
                                                     Mildred K. O'Linn
5                                             Attorneys for Defendant,
                                              TASER INTERNATIONAL, INC.
6

7
                                         **ORDER**
8
      PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:
9
             The briefing schedule on plaintiffs' motion for attorneys' fees is to be set for a
10
     time **after** the Court rules on TASER's post-trial motions. Such briefing schedule will
11
     be issued in a separate order.
12
      DATED: _____, 2008              _____
13                                                   James Ware
                                                     United States District Judge
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28