Mildred K. O'Linn, Esq. (State Bar No. 159055)
Timothy J. Kral, Esq. (State Bar No. 200919)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ** LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
mko@mmker.com and tjk@mmker.com

Michael Brave, Esq.
Wisconsin State Bar No. 1012226
National Litigation Counsel
3209 South Pointe Court
Eau Claire, WI 54701
brave@laaw.com

(Pro Hac Vice) Attorney for Defendant,
TASER INTERNATIONAL, INC.

*IT IS SO ORDERED*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY LOU HESTON, individually, and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SALINAS and SALINAS POLICE DEPARTMENT, SALINAS POLICE CHIEF DANIEL ORTEGA, MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ, TIM SIMPSON and TASER INTERNATIONAL, INC., and DOES 1 to 10,<br><br>Defendants. | Case No.: C 05-03658 JW<br><br>[James Ware, United States District Judge]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER RE: BRIEFING SCHEDULING FOR PLAINTIFFS' CONDITIONAL MOTION FOR ATTORNEYS' FEES** |

TO THE HONORABLE COURT:

   IT IS HEREBY STIPULATED by and between plaintiffs and Defendant, TASER INTERNATIONAL, INC. ("TASER") through their respective counsel of record that:

1. The parties are in the process of filing post-trial motions in connection with the jury's verdict on June 6, 2008. TASER has filed a motion for new trial and motion for judgment as a matter of law, seeking, among other things, to strike or reduce the punitive damages awards.

2. Plaintiffs have filed a conditional motion for attorneys' fees against TASER pursuant to the private attorney general statute under Code of Civil Procedure 1021.5. At this point in time, it is premature for the parties to brief the attorneys' fees issue because plaintiffs' motion for attorneys' fees is dependent on the Court's ruling on TASER's motion to strike or reduce the punitive damages awards.

3. Accordingly, the parties stipulate to and request an order setting up a briefing schedule on plaintiffs' motion for attorneys' fees to be set for a time **after** the Court rules on TASER's post-trial motions.

DATED: August 8, 2008             THE LAW OFFICES OF JOHN BURTON


By:____/s/ John burton_____
         John Burton
Attorneys for Plaintiffs, BETTY LOU HESTON, individually and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased.

DATED: August 8, 2008             WILLIAMSON & KRAUSS


By:____/s/ Peter M. Willimson_____
         Peter M. Williamson
Attorneys for Plaintiffs, BETTY LOU HESTON, individually and ROBERT H. HESTON, individually and as the personal representatives of ROBERT C. HESTON, deceased.

DATED: August 8, 2008                MANNING & MARDER
                                     KASS, ELLROD, RAMIREZ LLP


                                     By:   /s/ Mildred K. O'Linn
                                           Mildred K. O'Linn
                                     Attorneys for Defendant,
                                     TASER INTERNATIONAL, INC.


## **ORDER**

PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

The briefing schedule on plaintiffs' motion for attorneys' fees is to be set for a time **after** the Court rules on TASER's post-trial motions. Such briefing schedule will be issued in a separate order.

DATED: _____August 19_____, 2008        _____
                                        James Ware
                                        United States District Judge