# ITEMIZATION FOR COST BILL #3:

## FEE FOR THE COURT REPORTER FOR ALL OR ANY PART NECESSARILY OBTAINED FOR USE IN THIS CASE

| Date | Vendor | Cost |
|------|--------|------|
| 6/16/2006 | KC Court Reporting | 1381.53 |
| 6/16/2006 | KC Court Reporting | 893.15 |
| 6/20/2006 | McMahon & Assoc | 757.36 |
| 7/18/2006 | McBride & Associates | 972.5 |
| 8/2/2006 | McBride & Associates | 13740 |
| 8/3/2006 | KC's Court Reporting | 1109.28 |
| 8/4/2006 | KC's Court Reporting | 408.20 |
| 8/11/2006 | KC's Court Reporting | 491.20 |
| 8/11/2006 | KC's Court Reporting | 568.05 |
| 8/24/2006 | KC's Court Reporting | 1525.88 |
| 9/8/2006 | KC's Court Reporting | 691.00 |
| 9/13/2006 | KC's Court Reporting | 682.59 |
| 9/15/2006 | McBride & Associates | 335.50 |
| 10/6/2006 | KC's Court Reporting | 498.70 |
| 10/25/2006 | Hanna Kaufman | 777.00 |
| 10/27/2006 | McBride & Associates | 135.00 |
| 11/15/2006 | Hanna Kaufman | 852.61 |
| 1/16/2007 | KC's Court Reporting | 386.55 |
| 1/30/2007 | KC's Court Reporting | 1406.45 |
| 3/16/2007 | Pulone & Stromberg | 2041.62 |
| 4/30/2007 | Dean Jones Video | 171.50 |
| 4/30/2007 | Dean Jones Video | 171.50 |
| 5/2/2007 | Norman Schall & Associates | 222.5 |
| 5/14/2007 | Norman Schall & Associates | 378.00 |
| 5/14/2007 | Norman Schall & Associates | 265.00 |
| 5/21/2007 | Reitman video | 125.00 |
| 5/29/2007 | Judy Jettke & Associates | 366.00 |
| 6/8/2007 | Court Reporters of San Antonio | 292.40 |
| 6/15/2007 | Cleaves & Associates | 363.90 |
| 6/29/2007 | Norman Schall & Associates | 323.05 |
| 7/9/2007 | Atkinson Baker Court Reporters | 583.00 |
| 8/9/2007 | Norman Schall & Associates | 323.05 |
| 8/14/2007 | Irene Rodriguez | 62.44 |
| 8/22/2007 | KC's Court Reporting | 365.25 |
| 8/29/2007 | Reporting Resources, Inc. | 434.90 |
| 9/5/2007 | Fink & Associates | 697.51 |
| 11/15/2007 | Associated Court reporting, inc. | 361.75 |
| 12/14/2007 | Circle City reporting | 293.16 |
| 12/27/2007 | Perry Gateway | 249.77 |
| 12/28/2007 | Associated Court Reporting, Inc. | 373.90 |

| | | |
|---|---|---|
| 1/14/2008 | Associated Court Reporting, Inc. | 320.90 |
| 3/10/2008 | Georgina Colin | 63.00 |
| 3/12/2008 | KC's Court Reporting | 537.45 |
| 3/19/2008 | McBride & Associates | 380.00 |
| 4/29/2008 | McBride & Associates | 245.00 |
| 5/13/2008 | Irene Rodriguez, CSR | 5000.00 |
| 6/10/2008 | Joan Torreano CSR | 4,236.50 |
| 6/10/2008 | Joan Torreano CSR | 1,020.25 |
| 6/10/2008 | Irene Rodriguez, CSR | 2,789.75 |
| 6/10/2008 | Lee-Ann Shortridge CSR | 3,126.25 |
| | | |
| | TOTAL | 41430.85 |
| | | |

KC's Court Reporting
270 El Dorado Street
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68051 | 06/12/2006 | 01-16973 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/01/2006 | MEESLI | C-05-03658JW |

| CASE CAPTION |
|---|
| Heston vs. City of Salinas |

| TERMS |
|---|
| Due upon receipt |

Vincent P. Hurley, Esq.
Law Offices of Vincent Hurley
295 Main Street
Sixth Floor
Salinas, CA 93901

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Clifford Satree, III                                        954.03

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
    Kurt Kastner                                                427.50
                                                           _____
                                        TOTAL   DUE  >>>>     1,381.53

ORDERED BY: Susan K. Blitch, Esq.
            Law Offices of Vincent P. Hurley
            38 Seascape Village
            Aptos, CA 95003
```

TAX ID NO.: 01-0727721                                    (831) 755-7833

*Please detach bottom portion and return with payment.*

Vincent P. Hurley, Esq.
Law Offices of Vincent Hurley
295 Main Street
Sixth Floor
Salinas, CA 93901

```
Invoice No.:  68051
Date       :  06/12/2006
TOTAL DUE  :   1,381.53


Job No.    :  01-16973
Case No.   :  C-05-03658JW (RS)
Heston vs. City of Salinas
```

Remit To:     **KC's Court Reporting**
              **270 El Dorado Street**
              **Monterey, CA 93940**

KC's Court Reporting
270 El Dorado Street
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68054 | 06/12/2006 | 01-16974 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 06/02/2006 | MEESLI | C-05-03658JW |

| CASE CAPTION |
|---|
| Heston vs. City of Salinas |

| TERMS |
|---|
| Due upon receipt |

Vincent Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Robert H. Heston                                              893.15

                                 TOTAL   DUE   >>>>             893.15
```

TAX ID NO.: 01-0727721                              (831) 661-4800   Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Vincent Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  68054
Date       :  06/12/2006
TOTAL DUE  :     893.15


Job No.    :  01-16974
Case No.   :  C-05-03658JW (RS)
Heston vs. City of Salinas
```

Remit To:   **KC's Court Reporting**
            **270 El Dorado Street**
            **Monterey, CA 93940**

McMAHON & ASSOCIATES, LLC

# Invoice

97 E. St. James St., Suite 101
San Jose, California 95112

| DATE | INVOICE NO. |
|------|-------------|
| 6/16/2006 | 8821 |

Law Offices of Vincent P. Hurley
Mr. Vincent P. Hurley
38 Seascape Village
Aptos, CA
95003

| TERMS | SHIP DATE | SHIP VIA | Ein # 77-033-2864 |
|-------|-----------|----------|-------------------|
| Net 30 | 6/16/2006 | Federal Express | |

| ITEM | File#/Case Name/Description/Contact | QTY | RATE | AMOUNT |
|------|-------------------------------------|-----|------|--------|
| | C-05-03658JW(RS)/Heston v. City of Salinas/United States District Court, Northern District of California, San Jose Division/Deposition of Clifford Satree III/June 1, 2006 | | | |
| Video | 3 Hour Minimum | 3 | 95.00 | 285.00 |
| Video Add... | Additional Hours - | 2.5 | 85.00 | 212.50 |
| Master DVD | Master tape from camera | 2 | 75.00 | 150.00 |
| DVD-ROM | Duplication Request - DVD-ROM (cost per DVD) | 2 | 50.00 | 100.00 |
| Shipping F... | Federal Express | 1 | 9.86 | 9.86 |

RECEIVED

JUN 20 2006

Law Office of
Vincent P. Hurley

Thank You for Your Business
If you have any questions, please call 408-298-6686

**Total**                    $757.36

# INVOICE



**McBRIDE & ASSOCIATES**
CERTIFIED SHORTHAND REPORTERS
340 SOQUEL AVENUE, SUITE 121
SANTA CRUZ, CA 95062-2328
(831) 426-5767

VINCENT P. HURLEY, ATTORNEY AT LAW
LAW OFFICE OF VINCENT HURLEY
38 SEASCAPE VILLAGE
APTOS, CA 95003

July 26, 2006

**Invoice#** 201222A

**Balance:** $972.50

Re: HESTON vs CITY OF SALINAS
    38 SEASCAPE VILLAGE
    on 07/26/06 by MELINDA NUNLEY*

| Charge Description | Amount |
|---|---|
| ORIGINAL AND ONE COPY OF TRANSCRIPT LISTED BELOW: | 687.50 |
| STATUTORY CERTIFICATION FEE: | 20.00 |
| HOURLY PER DIEM/DVD TRANSCRIPTION 5 HOURS | 250.00 |
| SHIPPING AND HANDLING: | 15.00 |
| CD-RW DISK: NO CHARGE | |
| WORD INDEXES & CONDENSED TRANSCRIPTS, NO CHARGE | |

DVD INTERVIEWS OF: ROBERT HESTON,     46 PAGES
                   OFFICER PARENDEZ,  33 PAGES
                   OFFICER SIMPSON,   25 PAGES
                   OFFICER ROMAN,     21 PAGES

RECEIVED

JUL 2 7 2006

Law Office of
Vincent P. Hurley

FED I.D. 77-0551981
P l e a s e   R e m i t   - - - >   Total Due:   $972.50
Please tear off stub and return with payment.

McBRIDE & ASSOCIATES
COURT REPORTERS AND VIDEO SPECIALISTS
340 SOQUEL AVENUE, SUITE 121
SANTA CRUZ, CALIFORNIA  95062

Invoice# 201222A

Balance$    972.50

# INVOICE



## McBRIDE & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS
340 SOQUEL AVENUE, SUITE 121
SANTA CRUZ, CA 95062-2328
(831) 426-5767

VINCENT P. HURLEY, ATTORNEY AT LAW
LAW OFFICE OF VINCENT HURLEY
38 SEASCAPE VILLAGE
APTOS, CA 95003

August 1, 2006

**Invoice#** 201226A

**Balance:** $1,374.00

**Re:** HESTON vs CITY OF SALINAS
38 SEASCAPE VILLAGE
*on 08/01/06 by MELINDA NUNLEY*

| Charge Description | Amount |
|---|---|
| ORIGINAL AND ONE COPY OF TRANSCRIPT LISTED BELOW: | 1,034.00 |
| STATUTORY CERTIFICATION FEE: | 25.00 |
| HOURLY PER DIEM/DVD TRANSCRIPTION: 6 HOURS | 300.00 |
| SHIPPING AND HANDLING: | 15.00 |
| CD-RW DISK: NO CHARGE | |

WORD INDEXES & CONDENSED TRANSCRIPTS, NO CHARGE
INTERVIEWS OF: SGT. MIKE DOMINICI,   52 PAGES
                SGT. AL RUIZ,        44 PAGES
                OFF. CRAIG FARIBANKS, 39 PAGES
                OFF. JIM GOODWIN,    35 PAGES
                OFF. LEK LIVINGSTON, 18 PAGES

FED I.D. 77-0551981

P l e a s e   R e m i t   - - - >   Total Due:  $1,374.00
Please tear off stub and return with payment.

PLEASE PAY

McBRIDE & ASSOCIATES
COURT REPORTERS AND VIDEO SPECIALISTS
340 SOQUEL AVENUE, SUITE 121
SANTA CRUZ, CALIFORNIA  95062

Invoice# 201226A

Balance$   1,374.00

KC's Court Reporting
270 El Dorado Street
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68353 | 07/31/2006 | 01-17370 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 07/24/2006 | MEESLI | C-05-03658JW |

| CASE CAPTION |
|---|
| Heston vs. City of Salinas |

| TERMS |
|---|
| Due upon receipt |

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Robert Heston, Volume 2                                    333.78

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Misty Kastner                                              775.50

                                TOTAL   DUE   >>>>         1,109.28
```

TAX ID NO. : 01-0727721                          (831) 661-4800    Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  68353
Date       :  07/31/2006
TOTAL DUE  :  1,109.28


Job No.    :  01-17370
Case No.   :  C-05-03658JW (RS)
Heston vs. City of Salinas
```

Remit To:    **KC's Court Reporting**
            **270 El Dorado Street**
            **Monterey, CA 93940**

KC's Court Reporting
270 El Dorado Street
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68367 | 08/02/2006 | 01-17372 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/25/2006 | MEESLI | C-05-03658JW |

| CASE CAPTION | | |
|---|---|---|
| Heston vs. City of Salinas | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Vincent Hurley, Esq.
Law Offices of Vincént P. Hurley
38 Seascape Village
Aptos, CA 95003

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Officer Michael Dominici                                    408.20

                              TOTAL   DUE   >>>>            408.20
```

TAX ID NO. :  01-0727721                    (831) 661-4800    Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Vincent Hurley, Esq.
Law Offices of Vincént P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  68367
Date       :  08/02/2006
TOTAL DUE  :    408.20


Job No.    :  01-17372
Case No.   :  C-05-03658JW (RS)
Heston vs. City of Salinas
```

Remit To:    **KC's Court Reporting**
             **270 El Dorado Street**
             **Monterey, CA 93940**

KC's Court Reporting
270 El Dorado Street
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68385 | 08/09/2006 | 01-17373 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/26/2006 | MEESLI | C-05-03658JW |

| CASE CAPTION |
|---|
| Heston vs. City of Salinas |

| TERMS |
|---|
| Due upon receipt |

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Officer Craig Fairbanks                                    295.95

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Officer Tim Simpson                                        195.25

                               TOTAL  DUE  >>>>              491.20
```

RECEIVED

AUG 1 1 2006

Law Offices of
Vincent P. Hurley

TAX ID NO.: 01-0727721                    (831) 661-4800    Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  68385
Date      :  08/09/2006
TOTAL DUE  :     491.20


Job No.   :  01-17373
Case No.  :  C-05-03658JW (RS)
Heston vs. City of Salinas
```

Remit To:    **KC's Court Reporting**
             **270 El Dorado Street**
             **Monterey, CA 93940**

KC's Court Reporting
270 El Dorado Street
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68389 | 08/09/2006 | 01-17374 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 07/27/2006 | MEESLI | C-05-03658JW |

| CASE CAPTION |
|---|
| Heston vs. City of Salinas |

| TERMS |
|---|
| Due upon receipt |

Susan Blitch, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Suthichai Lek Livingston
                                                              288.00
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Officer Valentin Paradez
                                                              280.05

                                    TOTAL  DUE   >>>>          568.05
```

RECEIVED

AUG 1 1 2006

Law Office of
Vincent P. Hurley

TAX ID NO.: 01-0727721                          (831) 661-4800    Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Susan Blitch, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  68389
Date       :  08/09/2006
TOTAL DUE  :    568.05
```

```
Job No.   :  01-17374
Case No.  :  C-05-03658JW (RS)
Heston vs. City of Salinas
```

Remit To:    **KC's Court Reporting**
             **270 El Dorado Street**
             **Monterey, CA 93940**

KC's Court Reporting
270 El Dorado Street
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# INVOICE

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68450 | 08/23/2006 | 01-17550 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/17/2006 | MEESLI | C-05-03658JW |

| CASE CAPTION | | |
|---|---|---|
| Heston vs. City of Salinas | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
EXPEDITED Original and One Certified Copy of Transcript of:
   Betty Lou Heston                                            1,525.88
                                              _____
                              TOTAL  DUE  >>>>           1,525.88
```

RECEIVED

AUG 2 4 2006

Law Office of
Vincent P. Hurley

TAX ID NO.:  01-0727721                      (831) 661-4800    Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  68450
Date       :  08/23/2006
TOTAL DUE  :  1,525.88


Job No.   :  01-17550
Case No.  :  C-05-03658JW (RS)
Heston vs. City of Salinas
```

Remit To:    **KC's Court Reporting**
             **270 El Dorado Street**
             **Monterey, CA 93940**

KC's Court Reporting
270 El Dorado Street
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68549 | 09/11/2006 | 01-17545 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/30/2006 | MEESLI | C-05-03658JW |

| CASE CAPTION |
|---|
| Heston vs. City of Salinas |

| TERMS |
|---|
| Due upon receipt |

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Commander Juan Ruiz                                    248.23

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Sergeant Michael Groves                                250.93

1 CERTIFIED COPY OF TRANSCRIPT OF:
  Officer James Godwin                                   183.43
                                                   _____
                        TOTAL   DUE   >>>>             682.59
```

RECEIVED

SEP 1 3 2006

Law Offices of
Vincent P. Hurley

TAX ID NO. :  01-0727721                    (831) 661-4800    Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  68549
Date      :  09/11/2006
TOTAL DUE :    682.59


Job No.   :  01-17545
Case No.  :  C-05-03658JW {RS}
Heston vs. City of Salinas
```

Remit To:    **KC's Court Reporting**
             **270 El Dorado Street**
             **Monterey, CA 93940**

# INVOICE



## McBride & Associates
### CERTIFIED SHORTHAND REPORTERS
340 SOQUEL AVENUE, SUITE 121
SANTA CRUZ, CA 95062-2328
(831) 426-5767

VINCENT P. HURLEY, ATTORNEY AT LAW
LAW OFFICE OF VINCENT HURLEY
38 SEASCAPE VILLAGE
APTOS, CA 95003

September 13, 2006

**Invoice#** 201263A

**Balance:**   $335.50

**Re:** HESTON vs CITY OF SALINAS, et al.
38 SEASCAPE VILLAGE
on 09/13/06 by MELINDA NUNLEY*

| Charge Description | Amount |
|---|---|
| ORIGINAL AND ONE COPY OF TRANSCRIPT LISTED BELOW: | 225.50 |
| HOURLY PER DEIM/TAPE TRANSCRIPTION: 2 HOURS | 100.00 |
| SHIPPING AND HANDLING: | 10.00 |
| SUMMATION CD: N/C | |

DVD INTRERVIEW OF: CLIFFORD SATREE, 41 PAGES

SEP 15 2006

Please   FED I.D.:77-0551981   Total Due:   $335.50

Please tear off stub and return with payment.

PLEASE PAY

MCBRIDE & ASSOCIATES
COURT REPORTERS AND VIDEO SPECIALISTS
340 SOQUEL AVENUE, SUITE 121
SANTA CRUZ, CALIFORNIA  95062

Invoice# 201263A

Balance$   335.50

KC's Court Reporting
270 El Dorado Street
Monterey, CA 93940
(831) 373-1598   Fax  (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 68694 | 10/05/2006 | 01-17717 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/26/2006 | RIVIRO | C-05-03658JW |
| **CASE CAPTION** | | |
| Heston vs. City of Salinas | | |
| **TERMS** | | |
| Due upon receipt | | |

Douglas Young, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    John Hain, M.D.                                              498.70

                                    TOTAL   DUE   >>>>           498.70
```

RECEIVED

OCT 0 6 2006

Law Offices of
Vincent P. Hurley

**TAX ID NO.:** 01-0727721                    (831) 661-4800    Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Douglas Young, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  68694
Date       :  10/05/2006
TOTAL DUE  :     498.70


Job No.    :  01-17717
Case No.   :  C-05-03658JW  (RS)
Heston vs. City of Salinas
```

Remit To:    **KC's Court Reporting**
             **270 El Dorado Street**
             **Monterey, CA 93940**

HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
472 Pacheco Street
San Francisco, CA 94116-1472
(415) 664-4269   Fax  (415) 664-2811

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 120560 *** | 10/24/2006 | 01-60434 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 09/27/2006 | URREKA | CO5-03658JW |

| CASE CAPTION |
|---|
| Betty Lou Heston, et al., vs. City of Salinas |

| TERMS |
|---|
| Due upon receipt |

Douglas Young, Esq.
Vincent P. Hurley, Law Offices of
38 Seascape Village
Aptos, CA 95003

```
ONE COPY OF THE DEPOSITION TRANSCRIPT OF:
     Terri L. Haddix, M.D.               271 Pages              731.70
          EXHIBITS                        58 Pages               20.30
          Handling                                               25.00
                                                              _____
                                    TOTAL   DUE   >>>>         777.00
```

RECEIVED

OCT 2 5 2006

Law Office of
Vincent P. Hurley

**TAX ID NO.:**  94-2963817                                            (831) 661-4800

*Please detach bottom portion and return with payment.*

Douglas Young, Esq.
Vincent P. Hurley, Law Offices of
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  120560 ***
Date        :  10/24/2006
TOTAL DUE   :     777.00


Job No.   :  01-60434
Case No.  :  CO5-03658JW
Betty Lou Heston, et al., vs. City o
```

Remit To:      **HANNAH KAUFMAN & ASSOCIATES, INC.**
               **Certified Shorthand Reporters**
               **472 Pacheco Street**
               **San Francisco, CA 94116-1472**

# INVOICE



## MCBRIDE & ASSOCIATES
CERTIFIED SHORTHAND REPORTERS
340 SOQUEL AVENUE, SUITE 121
SANTA CRUZ, CA 95062-2328
(831) 426-5767

VINCENT P. HURLEY, ATTORNEY AT LAW
LAW OFFICE OF VINCENT HURLEY
38 SEASCAPE VILLAGE
APTOS, CA 95003

October 26, 2006

Invoice# 201309A

Balance:     $135.00

Re: HESTON vs CITY OF SALINAS
    on 10/26/06 by MELINDA NUNLEY*

| Charge Description | Amount |
|---|---|
| ORIGINAL AND ONE COPY OF TRANSCRIPT LISTED BELOW: | 125.00 |
| SHIPPING AND HANDLING: | 10.00 |
| CD DISK: N/C | |

TAPE TRANSCRIPTION OF: KURT KASTNER, 11 PAGES

OCT 27 2006

P l e a s e   FED I.D. #77-0551981   - >   Total Due:     $135.00

Please tear off stub and return with payment.

PLEASE PAY

MCBRIDE & ASSOCIATES
COURT REPORTERS AND VIDEO SPECIALISTS
340 SOQUEL AVENUE, SUITE 121
SANTA CRUZ, CALIFORNIA 95062

Invoice# 201309A

Balance$     135.00

HANNAH KAUFMAN & ASSOCIATES, INC.
Certified Shorthand Reporters
472 Pacheco Street
San Francisco, CA 94116-1472
(415) 664-4269   Fax (415) 664-2811

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 120841 | 11/13/2006 | 01-61217 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 11/08/2006 | URREKA | CO5-03658JW |

| CASE CAPTION |
|---|
| Betty Lou Heston, et al. vs. City of Salinas, et al. |

| TERMS |
|---|
| Net 30 |

Douglas Young, Esq.
Vincent P. Hurley, Law Offices of
38 Seascape Village
Aptos, CA 95003

```
ORIGINAL AND ONE COPY OF THE DEPOSITION TRANSCRIPT OF:
     Steven B. Karch, M.D.             76 Pages              376.20
        3 Working Days                                       164.16
        EXHIBITS                      595 Pages              208.25
        REPORTER ATTENDANCE                                   65.00
        Certification Fee(s)                                  14.00
        Handling                                              25.00
                                                            _____
                          TOTAL   DUE   >>>>                 852.61
```

RECEIVED

NOV 1 5 2006

Law Offices of
Vincent P. Hurley

TAX ID NO.:  94-2963817                                    (831) 661-4800

*Please detach bottom portion and return with payment.*

Douglas Young, Esq.
Vincent P. Hurley, Law Offices of
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  120841
Date      :   11/13/2006
TOTAL DUE :      852.61


Job No.   :   01-61217
Case No.  :   CO5-03658JW
Betty Lou Heston, et al. vs. City of
```

Remit To:     **HANNAH KAUFMAN & ASSOCIATES, INC.**
              **Certified Shorthand Reporters**
              **472 Pacheco Street**
              **San Francisco, CA 94116-1472**

KC's Court Reporting
270 El Dorado Street
Monterey, CA 93940
(831) 373-1598    Fax (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 69195 | 01/11/2007 | 01-18366 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/04/2007 | OSBOJE | C-05-03658JW |

| CASE CAPTION |
|---|
| Heston vs. City of Salinas |

| TERMS |
|---|
| Due upon receipt |

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Rodney Sanford                                                386.55
                                                  _____
                               TOTAL  DUE  >>>>              386.55
```

TAX ID NO. : 01-0727721                    (831) 661-4800    Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  69195
Date      :  01/11/2007
TOTAL DUE  :     386.55


Job No.   :  01-18366
Case No.  :  C-05-03658JW (RS)
Heston vs. City of Salinas
```

Remit To:    **KC's Court Reporting**
             **270 El Dorado Street**
             **Monterey, CA 93940**

Rec'd: 1-16-07 G

KC's Court Reporting
270 El Dorado Street
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 69272 | 01/26/2007 | 01-18409 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 01/23/2007 | OSBOJE | C-05-03658JW |

| CASE CAPTION | | |
|---|---|---|
| Heston vs. City of Salinas | | |

| TERMS | | |
|---|---|---|
| Due upon receipt | | |

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Ernest Burwell                                          1,406.45
                                                          _____
                            TOTAL  DUE  >>>>              1,406.45
```

RECEIVED

JAN 3 0 2007

Law Office of
Vincent P. Hurley

TAX ID NO.: 01-0727721                    (831) 661-4800    Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  69272
Date       :  01/26/2007
TOTAL DUE  :  1,406.45


Job No.   :  01-18409
Case No.  :  C-05-03658JW (RS)
Heston vs. City of Salinas
```

Remit To:     **KC's Court Reporting**
              **270 El Dorado Street**
              **Monterey, CA 93940**

Pulone & Stromberg, Inc.
1550 The Alameda
Suite 150
San Jose, CA 95126-2325
(408) 280-1252   Fax  (408) 280-1261

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 114429 | 03/14/2007 | 01-51749 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/21/2007 | KEMPAL | C0503658JW(R |

| CASE CAPTION |
|---|
| Heston vs. City of Salinas |

| TERMS |
|---|
| Due upon receipt |

Vincent P. Hurley
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
  Roger Alma Clark                                              1,828.37
        COURIER DELIVERY                                           27.65

                              TOTAL  DUE   >>>>           1,856.02
                      AFTER 04/13/2007 PAY               2,041.62
THANK YOU FOR YOUR BUSINESS.
FOR YOUR CONVENIENCE, WE ACCEPT VISA, MASTERCARD AND AMERICAN EXPRESS.
```

RECEIVED

MAR 16 2007

Law Office of
Vincent P. Hurley

TAX ID NO. :  77-0570361                                   (831) 661-4800

*Please detach bottom portion and return with payment.*

Vincent P. Hurley
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Job No.    :  01-51749
Case No.   :  C0503658JW(RS)
Heston vs. City of Salinas

Invoice No.:  114429
Date       :  03/14/2007
TOTAL DUE  :   1,856.02
AFTER 4/13/2007 PAY : 2,041.62
```

| PAYMENT WITH CREDIT CARD |
|---|
| Cardholder's Name: _____ |
| VISA/MC/AmExp #: _____ |
| Exp. Date: _____ Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____ Zip: _____ |
| Cardholder's Signature: _____ |

Remit To:   **Pulone & Stromberg, Inc.**
            **1550 The Alameda**
            **Suite 150**
            **San Jose, CA 95126-2325**



# *DEAN JONES VIDEOS*

**SPECIALIZING IN LEGAL VIDEO & PHOTOGRAPHY**

3941 "E" So. Bristol, Suite 60
Santa Ana, CA 92704
714-973-8681  213-385-9756  800-449-2980
IRS # 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

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/3/2007 | 7332Adfy |

**BILL TO:**

Douglas F. Young, Esq.
38 Seascape Village
Aptos, Ca  95003
Law offices of Vincent Hurley

**SHIP TO:**

same
831 661-4800

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.OB. |
|-------------|-------|-----|------|-----|-------|
| same | C.O.D. | 47 | 5/3/2007 | UPS | 2DVD |

| | |
|---|---|
| Taped | 171.50 |
| APRIL 28, 2007 | |
| Video Deposition of:  Dr. Mark Myers | |
| HESTON vs CITY OF SALINAS | |
| 1 Duplicate DVD of 2 orignials | |

Thank you for giving us the opportunity to be of service

| **TOTAL** | $171.50 |
|-----------|---------|



# DEAN JONES VIDEOS

SPECIALIZING IN LEGAL VIDEO & PHOTOGRAPHY

3941 "E" So. Bristol, Suite 60
Santa Ana, CA 92704
714-973-8681  213-385-9756  800-449-2980
IRS # 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

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 5/3/2007 | 7301Adfy |

**BILL TO:**

Douglas F. Young, Esq.
38 Seascape Village
Aptos, Ca 95003
Law offices of Vincent Hurley

**SHIP TO:**

same
831 661-4800

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. |
|-------------|-------|-----|------|-----|--------|
| same | C.O.D. | 47 | 5/3/2007 | UPS | 4DVD |

Taped                                                                              171.50

APRIL 17, 2007

Videotaped Depositions of: Ernest Burwell & Dr. Nathan Lard

HESTON VS CITY OF SALINAS

1 duplicate DVD of 2 originals

| Thank you for giving us the opportunity to be of service | **TOTAL** | $171.50 |
|---|---|---|