# orman Schall & Associates    CERTIFIED SHORTHAND REPORTERS

1055 WILSHIRE BLVD. #1503 • LOS ANGELES, CALIFORNIA 90017 • TELEPHONE (213) 481-3600
EMPLOYER ID NO 95-2128090

April 30, 2007

OUR FILE NO.

PLEASE REFER TO INVOICE NO. 113233

ACCOUNT NO.        7123

IN RE:    BETTY LOU DESTON VS.
          CITY OF SALINAS

FILE/CLIENT:    C 05-03658 JW

LAW OFFICES OF VINCENT P. HURLEY
38 SEASCAPE VILLAGE
APTOS, CA 95003
ATTN: DOUGLAS F. YOUNG, ESQ.

| DATE | SERVICES RENDERED | CHARGES |
|------|-------------------|---------|
| April 17, 2007<br>PASADENA, C A | Deposition(s) of ERNEST BURWELL | |
| | ONE COPY. | 222.50 |
| | Please pay this amount. | $222.50 |

TO INSURE PROPER CREDIT, PLEASE
RETURN ONE COPY OF THIS INVOICE.

.·¹ **Schall & Associates**    CERTIFIED SHORTHAND REPORTERS

.·ILSHIRE BLVD. #1503 • LOS ANGELES, CALIFORNIA 90017 • TELEPHONE (213) 481-3600
EMPLOYER ID NO 95-2128090

May 11, 2007

OUR FILE NO.    07/1991XX

PLEASE REFER TO INVOICE NO. 113616

LAW OFFICES OF VINCENT P. HURLEY
38 SEASCAPE VILLAGE
APTOS, CA 95003
ATTN: DOUGLAS YOUNG, ESQ.

ACCOUNT NO.    7123

IN RE:    BETTY LOU HESTON VS.
         CITY OF SALINAS

FILE/CLIENT:    CASE # C-05-03658

| DATE | SERVICES RENDERED | CHARGES |
|------|-------------------|---------|
| April 28, 2007<br>PASADENA | Deposition(s) of MARK MYERS, M.D. | |
| | ONE COPY . . . . . . . . . . . . . . . . . . . . . . . . . | 378.00 |
| | Please pay this amount . . . . . . . . . . . . . . . . . . | $378.00 |

**RECEIVED**

MAY 14 2007

Law Office of
Vincent P. Hurley
PASADENA

TO INSURE PROPER CREDIT, PLEASE
RETURN ONE COPY OF THIS INVOICE.

# ʌman Schall & Associates    CERTIFIED SHORTHAND REPORTERS

.055 WILSHIRE BLVD. #1503 • LOS ANGELES, CALIFORNIA 90017 • TELEPHONE (213) 481-3600
EMPLOYER ID NO 95-2128090

OUR FILE NO.    07/1177GXX

May 10, 2007

PLEASE REFER TO INVOICE NO. 113605

ACCOUNT NO.    7123

IN RE:    BETTY LOU HESTON VS.
         CITY OF SALINAS

FILE/CLIENT:   C 05-03658 JW

LAW OFFICES OF VINCENT P. HURLEY
38 SEASCAPE VILLAGE
APTOS, CA 95003
ATTN: DOUGLAS F. YOUNG, ESQ.

| DATE | SERVICES RENDERED | CHARGES |
|---|---|---|
| April 17, 2007<br>LOS ANGELES, CA | Deposition(s) of NATHAN E. LAVID, M.D. | |
| | ONE COPY . . . . . . . . . . . . . . . . . . . | 265.00 |
| | Please pay this amount. . . . . . . . . . . | $265.00 |

RECEIVED

MAY 14 2007

Law Office of
Vincent P. Hurley

TO INSURE PROPER CREDIT, PLEASE
RETURN ONE COPY OF THIS INVOICE.

## CHECK REQUEST FORM

TODAY'S DATE  5/21/07

CLIENT/MATTER # 1150-024

PAYEE  Reitman Video

ADDRESS  504 Horton Street

Northville, MI 48167

TAX I.D. NO. _____

DESCRIPTION Video deposition of Dr. Werner Spitz

AMOUNT $125.00

DATE NEEDED  5/23/07

ATTORNEY Douglas Young    SECRETARY Kevin Alishouse

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

Bookkeeping Processing Information:

Check Number _____

Law Offices of VINCENT P. HURLEY   A Professional Corporation   Office Account

Reitman Video                                                                         1957

                                                              5/21/2007

Video Deposition of Dr. Warner Spitz (Heston Case)                      125.00

Checking Account                                                            125.00

JUDY JETTKE & ASSOCIATES
CERTIFIED COURT REPORTERS

309 S. Gratiot #2
Mt. Clemens, Michigan 48043
(586) 783-0060
Fed. ID# 38-2450078

TO:  Douglas Young                         Invoice No. 14192
     38 Seascape Village          Date: May 22, 2007
     Aptos, California 95003

RE:  Betty Lou Heston v City of Salinas, et al.

Deposition of Werner U. Spitz, M.D. taken on Tuesday,
May 15, 2007 in Mount Clemens, Michigan.

     Amount due if paid by 6-23-07           $ 366.00
     Late charge                             $  36.00
     Amount due if paid after 6-23-07        $ 402.00

Thank you!
Lynne K. Haf

____Payment enclosed

Charge My:              ____VISA                    ____MasterCard

Card #                                       Expiration Date

Signature

RECEIVED
                              NET 30 DAYS
MAY 2 9 2007

Law Office of          O R I G I N A L   I N V O I C E
Vincent P. Hurley

**FEDERAL COURT REPORTERS OF SAN ANTONIO, INC.**

*10100 Reunion Place, Ste. 660*
*San Antonio, Texas  78216-4128*
*(210) 340-6464 / FAX (210) 341-5533*
*FED ID# 74-2993705*
*Mastercard, Visa & Discover Cards Accepted*


MR. DOUGLAS YOUNG                          June 16, 2008
LAW OFFICES OF VINCENT HURLEY
38 SEASCAPE VILLAGE                        **Invoice#** ALR1237B
APTOS, CALIFORNIA 95003
                                          **Balance:**      $.00



**Re:** BETTY LOU HESTON, ET AL VS. CITY OF SALINAS,
    ET AL
    *on* 05/23/07 *by* ARLINDA L. RODRIGUEZ
**Billed:** 06/07/07


## *Invoicing Information*

Charge Description
CERTIFIED COPY DEPOSITION:

DEPONENT: VINCENT DI MAIO
TAKEN ON: MAY 23, 2007

E-TRANSCRIPT

NO. C 05-03658 JW

THANK YOU, JENNIFER B. FLORES(JR)


                                    Sub Total:      292.40
                             - Payments/Credits:    292.40
        **P l e a s e   R e m i t**  - - - >  **Total Due:**      **$.00**


            *Due Upon Receipt / DELINQUENT in 30 days*
        *A 1% INTEREST WILL BE ADDED TO INV. OVER 30 DAYS*

*atth Gina*

## CLEAVES & ASSOCIATES                                    Invoice

Visit us at www.cleavesreporting.com to schedule your deposition on line!

Certified Shorthand Reporters
402 West Broadway, Suite 1240
San Diego, California 92101
Phone: (619) 238-1415        Fax: (619) 238-1416

| Invoice Date | Invoice # |
|---|---|
| Thursday, June 14, 2007 | 29376 |

Douglas Young
Vincent P. Hurley Law Offices
38 Seascape Village
Aptos, CA 95003

Phone:    (831) 661-4800    Fax:    (831) 661-4804

| | |
|---|---|
| **Witness:** | Richard F. Clark, Jr., M.D |
| **Case:** | Heston v. City of Salinas |
| **Venue:** | U.S. District Court, Northern District of CA |
| **Case #:** | C 05-03658 JW |
| **Date:** | 05/25/07 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 1:28 PM |
| **Reporter:** | Jane Wassel |
| **Claim #:** | |
| **File #:** | 8157J |

| Description | | Total |
|---|---|---|
| One certified copy with word index | | $363.90 |
| Condensed transcript at NO CHARGE | | $0.00 |
| Transcript text in ASCII & E-Transcript format | | $0.00 |
| on CD at NO CHARGE | | $0.00 |
| Scanned exhibit - 1 exhibit, 4 pages | | $0.00 |
| on CD at NO CHARGE | | $0.00 |
| | Sub Total | $363.90 |
| | Payments | $0.00 |
| | Balance Due | $363.90 |

### COLLECT ON DELIVERY.
### Thank you for your business.

Fed. I.D. # 33-0735208

*Questions regarding this invoice may be directed to Marie Peralto at (619) 238-1415.*

rman Schall & Associates   CERTIFIED SHORTHAND REPORTERS

1055 WILSHIRE BLVD., #1503 • LOS ANGELES, CALIFORNIA 90017 • TELEPHONE (213) 481-3600
EMPLOYER ID NO 95-2128090

June 26, 2007

PLEASE REFER TO INVOICE NO. 114512

OUR FILE NO.   07/11779

ACCOUNT NO.   7123

LAW OFFICES OF VINCENT P. HURLEY
38 SEASCAPE VILLAGE
APTOS, CA  95003
ATTN: DOUGLAS F. YOUNG, ESQ.

IN RE:   BETTY LOU HESTON VS.
         CITY OF SALINAS

FILE/CLIENT:   CITY OF SALINAS

| DATE | SERVICES RENDERED | CHARGES |
|---|---|---|
| April 17, 2007<br>PASADENA, CA | Deposition(s) OF ERNEST BURWELL | |
| | PER E-MAIL DATED ON 4/24/2007 FROM GINA FORBSE<br>4 DAY EXPEDITE / 70% / EXPERT  71 PAGES. . . . . . .  323.05<br>EXPEDITE FEE ONLY<br>TRANSCRIPT DELIVERED ON  APRIL 26, 2007 | |
| | Please pay this amount. . . . . . . . . . . . . . . . .  $323.05 | |

RECEIVED
·JUN 29 2007
Law Office of
Vincent P. Hurley

TO INSURE PROPER CREDIT, PLEASE
RETURN ONE COPY OF THIS INVOICE.

# Atkinson·Baker
###### Court Reporters

500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax

# RECEIVED

JUL 0 9 2007

Law Office of
Vincent P. Hurley

---

Douglas Young
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-

| Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Loretta Easter leaster@depo.com | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |

| | |
|---|---|
| Setting Firm: | Law Office of John Burton |
| Taking Attorney: | John Burton |
| Case Name: | Heston vs The City of Salinas |
| Case No.: | C 05-03658 JW |

| | |
|---|---|
| INVOICE NO. | A104921 AB |
| FIRM NO. | 1164662 |
| INVOICE DATE | 06/27/2007 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of John G. Peters, taken 6/14/2007. | $   583.00 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $   583.00 |

A service fee of 1.5% per month may be added to any invoice over 30 days old.

---

Fold and tear at this perforation, then return stub with payment.

| BALANCE DUE | $   583.00 |
|---|---|
| INVOICE NO. | A104921 AB |
| FIRM NO. | 1164662 |

For: Certified copy of the reporter's transcript of the deposition of John G. Peters, taken 6/14/2007.

From: Douglas Young
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-

Remit To: Atkinson-Baker,Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

**norman Schall & Associates**   CERTIFIED SHORTHAND REPORTERS

1055 WILSHIRE BLVD. #1503 • LOS ANGELES, CALIFORNIA 90017 • TELEPHONE (213) 481-3600
EMPLOYER ID NO 95-2128090

August 7, 2007

OUR FILE NO.   07/1779

ORIGINALLY BILLED:   06/25/07

**PAST DUE**

PLEASE NOTE: This invoice
is now   42 days old!

LAW OFFICES OF VINCENT P. HURLEY
38. SEASCAPE VILLAGE
APTOS, CA 95003
ATTN: DOUGLAS F. YOUNG, ESQ.

PLEASE REFER TO INVOICE NO. 114512

ACCOUNT NO.   7123

IN RE:   BETTY LOU HESTON VS.
         CITY OF SALINAS

FILE/CLIENT:   CITY OF SALINAS

| DATE | SERVICES RENDERED | CHARGES |
|---|---|---|
| April 17, 2007 | Deposition(s) of ERNEST BURWELL | |
| PASADENA, CA | | |
| | PER E-MAIL DATED ON 4/24/2007 FROM GINA FORBES | |
| | 4 DAY EXPEDITE / 70% / EXPERT  71 PAGES. . . . . . . . . . . 323.65 | |
| | EXPEDITE FEE ONLY | |
| | TRANSCRIPT DELIVERED ON  APRIL 26, 2007 | |
| | | |
| | Please pay this amount. . . . . . . . . . . . . . . . . 5323.65 | |

RECEIVED
AUG 0 9 2007
Law Office of
Vincent P. Hurley

TO INSURE PROPER CREDIT, PLEASE
RETURN ONE COPY OF THIS INVOICE.

AA
Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  00000828

**─MAKE CHECKS PAYABLE TO:─**

O` Vincent Hurley
Law Office of Vincent Hurley
38 Seascape Village
Aptos, CA 95003

Phone:   (831) 661-4800

IRENE RODRIQUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone:      (408) 947-8160

Irene_Rodriguez@cand.uscourts.gov

RECEIVED

AUG 2 3 2007

Law Office of
Vincent P. Hurley

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 07-25-2007 | DATE DELIVERED: 07-25-2007 |
|---|---|---|---|

**Case Style:** C-05-03658-JW, Heston v City of Salinas

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | 38 | 0.83 | 31.54 | 38 | 0.55 | 20.90 | 52.44 |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc.  shipping & handling | MISC. CHARGES: | 10.00 |
|---|---|---|
| | TOTAL: | 62.44 |
| | LESS DISCOUNT FOR LATE DELIVERY | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |

| Date Paid: | Amt: | TOTAL DUE: | $62.44 |
|---|---|---|---|

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply  with  the  requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 07-25-2007 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

KC's Court Reporting
409 Washington Street
Suite 203
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 70514 | 08/21/2007 | 01-19505 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 08/10/2007 | OSBOJE | C-05-03658JW |

| CASE CAPTION |
|---|
| Heston vs. City of Salinas |

| TERMS |
|---|
| Due upon receipt |

Douglas Young, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Dorin Panescu, Ph.D.
                                                         365.25

                            TOTAL   DUE   >>>>           365.25
```

RECEIVED

AUG 2 2 2007

Law Office of
Vincent P. Hurley

TAX ID NO.:  01-0727721                    (831) 661-4800    Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Douglas Young, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  70514
Date        :  08/21/2007
TOTAL DUE   :     365.25


Job No.    :  01-19505
Case No.   :  C-05-03658JW  (RS)
Heston vs. City of Salinas
```

Remit To:    **KC's Court Reporting**
             **409 Washington Street**
             **Suite 203**
             **Monterey, CA 93940**

# Reporting Resources, Inc.

Reporting Resources, Inc.
19 West Flagler Street, Suite 503
Miami, FL 33130

(305) 371-5545
reportingresources@yahoo.com

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 08/22/2007 | 07-1802 |
| **TERMS** | **DUE DATE** |
| Net 30 | 09/21/2007 |

**BILL TO**

Law Offices of Vincent P. Hurley
Att: Douglas Young, Esq.
38 Seascape Village
Aptos, CA 95003

| Description | Amount |
|-------------|--------|
| • July 20, 2007 | |
| | 399.90 |
| Betty Lou Heston vs. City of Salinas | |
| Deposition of Deborah Mash | |
| | |
| Transcript - 129 pages   Original & 1 copy | |
| Regular Delivery | |
| | |
| *Emailed 8/22/07 | |
| • Ascii/Mini/Index | 25.00 |
| • Delivery | 10.00 |

RECEIVED

AUG 29 2007

Law Office of
Vincent P. Hurley

Reporter: Alice Teslicko

| | TOTAL | $434.90 |
|--|-------|---------|

EIN #:33-1107381

**ALL MAJOR CREDIT CARDS ACCEPTED - PLEASE CALL**



C.O.D

$697.51

**RALPH FINK & ASSOCIATES, INC.**
**FINK & CARNEY**
Reporting and Video Services
39 West 37th Street, 6th Floor
New York, New York 10018
(800) NYC-FINK and/or (212) 869-1500

DATE: 9-4-07    FAX NO. 831) 755-0293

Law Office of Vicent Hurley

38 Seascape Village

Aptos, CA 95003

CASE: Seaton vs. the City of Salinas

DEPOSITION OF: Maples Weti

DEPOSITION DATE: 8.20.07

F&C FILE NO. 5780

DELIVERY DATE: 9-06-07    VIA - FEDERAL EXPRESS OR HAND DELIVERY.

TOTAL COD $ 697.51

DEAR: Douglas Young, Esq

This letter is to inform you that the transcript you requested in the above caption case is complete and will be delivered to your office COD on __9-06-07__.

IT IS OUR STANDARD OPERATING PROCEDURE TO ASK FOR THE FIRST PAYMENT IN ADVANCE UNTIL CREDIT HAS BEEN ESTABLISED.

Please have a CHECK in the above amount ready for the **COURIER**, or if you would prefer, complete the form below with the CREDIT CARD information, your or your client's and FAX it to us at **(212) 869-3062.**

PLEASE MAKE ALL CHECKS PAYABLE TO RALPH FINK & ASSOCIATES, INC. or FINK & CARNEY REPORTING.

We thank you for your immediate attention.

Sincerely,

Christina Stewart

Tax I.D. No.
13-2656827

Method of Payment:

Check Enclosed

□ Charge my Credit Card:

se Make Checks Payable to:
Fink & Carney

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone

Exp. Date

# INVOICE

| DATE | INVOICE # |
|------|-----------|
| 11/20/2007 | 2701074 |

**ASSOCIATED REPORTING, INC.**

"Your *Personal* Court Reporter"
1618 W. Jefferson, Boise, Idaho 83702
(208) 343-4004 • (800) 588-3370 • Fax (208) 343-4002
email: info@associatedreportinginc.com / Fed ID #82-0436903

**BILL TO:**

**Douglas F. Young**
**Law Offices of Vincent P. Hurley**
**38 Seascape Village**
**Aptos, CA  95003**

| DESCRIPTION | AMOUNT |
|-------------|--------|

Case:  Heston vs. City of Salinas, et al.
Case No:  C 05-03658 JW
Date Taken:  11/12/07
Location:  Boise, Idaho
Deponent:  Adam Aleksander
Reporter:  Andrea L. Chandler, RPR, CSR #748

Reporting services rendered in the above-entitled matter:

| | |
|---|---|
| **Transcript - Copy** | **220.00** |
| **Exhibits** | **108.75** |
| **Shipping and Handling** | **33.00** |
| **State Sales Tax** | **0.00** |

We Appreciate Your Business!

**TOTAL**                  $361.75

*PLEASE REFERENCE THIS INVOICE NUMBER ON YOUR CHECK*
TERMS ARE NET 30 - LATE CHARGES WILL BE ASSESSED ON ALL PAST DUE ACCOUNTS

ATTN: GINA

FROM: RITA

## Circle City Reporting

RECEIVED

135 North Pennsylvania  2050 First Indiana Plaza  Indianapolis, IN 46204
(317) 635-7857   (800) 868-7981   (317) 231-6062 fax
Fed ID# 35-1653405
www.circlecityreporting.com

Law Office of
Vincent P. Hurley

Doug Young
LAW OFFICES OF VINCENT P. HURLEY
38 Seascape Village
Aptos, CA 95003

December 13, 2007

Invoice# BB197

Balance:          $307.82

Re: BETTY LOU HESTON, ET AL VS. CITY OF SALINAS, ET AL
on 12/03/07
by Brandy Bradley

RECEIVED

### Invoicing Information

*JAN 18 2007*

Law Office of
Vincent P. Hurley

Charge Description

ONE COPY OF THE DEPOSITION(S) OF MARK LEHTO, PHD
TAKEN ON DECEMBER 3, 2007

$293.16

Kathy: I GOOFED...

Fed Ex will re-deliver
on Monday /
Wednesday

P l e a s e    R e m i t    - - - >    Total Due:      $307.82

*PLEASE REFERENCE INVOICE NUMBER WITH PAYMENT*
*VISA/MASTERCARD ACCEPTED*

If payment mailed by 01/12/08, remit only        $293.16

## Gore Perry Gateway & Lipa Reporting

*515 OLIVE STREET, SUITE 700*
*ST. LOUIS, MO 63101*
*(314) 241-6750    621-4790*
*1-800-878-6750    FAX (314) 241-5070*
*FED ID# 43-1371211*

DOUG YOUNG
38 SEASCAPE VILLAGE
APTOS, CA 95003

December 21, 2007

**Invoice#** G2326

**Balance:**    $249.77

**Re:** HESTON VS. CITY OF SELINAS
*on* 12/06/07   *Billed* 12/21/07
*by* PAMELA K. NEEDHAM    GORE CONF.

## *Invoicing Information*

Charge Description                                                    Amount

One copy of transcript:  134 p. @ 1.75                               234.50

DepoScript & Word Index (no charge):
Exhibits:  5 p @ .25                                                    1.25
Postage/handling/MCY 12/26                                            14.02
Deposition of DR MICHAEL GRAHAM
X1,SIG-KRAL,RET/ORIG-BURTON

THANK YOU!
*Get transcripts QUICK and save $$$ with DepoBASE*

RECEIVED

Law Office of
Vincent P. Hurley

P l e a s e   R e m i t   - - - >   Total Due:    $249.77

*WE LOOK TO THE ATTORNEY FOR PAYMENT OF ALL CHARGES*
*NOT THEIR CLIENT.  TERMS: NET 30 DAYS*

Associated Court Reporters, LLC
300 21st Street North, Suite 301
Birmingham, AL 35203
(205) 251-4227   Fax (205) 251-4224

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 10415 | 12/28/2007 | 01-1791 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/07/2007 | CINDY | CV 05-03658 J |

| CASE CAPTION |
|---|
| Betty Lou Heston vs City of Salinas, et al |

| TERMS |
|---|
| Due upon receipt |

Doug Young
Law Offices of Vincent P Hurley
38 Seascape Village
Aptos, CA 95003

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Dr. Raymond E Ideker, M.D. Phd       161 Pages @      2.10/Page       338.10
        EXHIBITS                          11 Pages @       .35/Page         3.85
        Condensed Transcript                                               15.00
        Shipping & Handling/UPS                                            16.95
        E-Transcript @ no charge                                            n/c
                                                           ----------------------
                                          TOTAL   DUE   >>>>                373.90

Please note that our transcripts contain 25 lines per page which is the NCRA's standard
```

RECEIVED

JAN 0 3 2008

Law Office of
Vincent P. Hurley

TAX ID NO.: 63-1277144

*Please detach bottom portion and return with payment.*

Doug Young
Law Offices of Vincent P Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  10415
Date       :  12/28/2007
TOTAL DUE  :     373.90


Job No.    :  01-1791
Case No.   :  CV 05-03658 JW
Betty Lou Heston vs City of Salinas,
```

Remit To:   **Associated Court Reporters, LLC**
            **300 21st Street North, Suite 301**
            **Birmingham, AL 35203**

# INVOICE

...ast Ohio Street
..te 940
Indianapolis, IN 46204
(317) 631-0940   Fax (317) 231-6601

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 81635 | 12/17/2007 | 01-48726 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 12/04/2007 | MILLDA | C 05-03685 JA |

| CASE CAPTION |
|---|
| Betty Lou Heston, et al vs. City of Salinas, et al |

| TERMS |
|---|
| |

Douglas Young
Law Office of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Michael A. Evans, Ph.D.                                    320.90

                                    TOTAL  DUE  >>>>           320.90
```

PAID
JAN - 9 2008
ck# 2494

RECEIVED
JAN 1 4 2008
Law Office of
Vincent P. Hurley

TAX ID NO.: 35-1636161                           (831) 661-4800

*Please detach bottom portion and return with payment.*

Douglas Young
Law Office of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  81635
Date        :  12/17/2007
TOTAL DUE   :     320.90


Job No.     :  01-48726
Case No.    :  C 05-03685 JAW
Betty Lou Heston, et al vs. City of
```

Remit To:  **Associated Reporting, Inc.**
           **251 East Ohio Street**
           **Suite 940**
           **Indianapolis, IN 46204**

*SIM AO 44 (Rev. 12/89) ®

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INVOICE NO.**

Law Offices of Vincent Hurley
38 Seascape Village
Aptos, CA 95003
(831) 661-4800

MAKE CHECK PAYABLE TO:

**GINA GALVAN COLIN, CSR**
**4848 SAN FELIPE RD., #150-416**
**SAN JOSE CA 95135**

Tax ID No. 20-3860975

| ☐ CRIMINAL | ☐ CIVIL | DATE ORDERED 3-3-08 | DATE COMPLETED 3-7-08 |
|---|---|---|---|

Reporter's transcript in re Heston, etal vs Salinas, et al
hearing on 2/25/08 before Judge Ware
Ordered by Gina Forese for V. Hurley

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES ♥email copy | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | 42 | .90 | 37.80 | 42 | .60 | 25.20 | 63.- |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Charges:

*email to: gforese@hurleylaw.com

| | TOTAL | 63.- |
|---|---|---|
| LESS DISCOUNT FOR LATE DELIVERY | | |
| TAX (If Applicable) | | |
| LESS AMOUNT OF DEPOSIT | | |
| TOTAL REFUNDED | | |
| TOTAL DUE | | $63.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE _____     DATE 3-8-07

(All previous editions of this form are cancelled and should be destroyed.)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR

KC's Court Reporting
409 Washington Street
Suite 203
Monterey, CA 93940
(831) 373-1598   Fax (831) 373-1141

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 71509 | 03/10/2008 | 01-20669 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 02/25/2008 | RIANCH | C-05-03658JW |

| CASE CAPTION |
|---|
| Heston vs. City of Salinas |

| TERMS |
|---|
| Due upon receipt |

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
  Jeffrey Scott Gibson                                        537.45
                                                             --------
                               TOTAL   DUE   >>>>             537.45
```

RECEIVED

MAR 1 2 2008

Law Office of
Vincent P. Hurley

**TAX ID NO.: 01-0727721**                    (831) 661-4800    Fax (831) 661-4804

*Please detach bottom portion and return with payment.*

Vincent P. Hurley, Esq.
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

```
Invoice No.:  71509
Date      :  03/10/2008
TOTAL DUE  :      537.45


Job No.    :  01-20669
Case No.   :  C-05-03658JW (RS)
Heston vs. City of Salinas
```

Remit To:     **KC's Court Reporting**
              **409 Washington Street**
              **Suite 203**
              **Monterey, CA 93940**

# INVOICE



## McBRIDE & ASSOCIATES
### CERTIFIED SHORTHAND REPORTERS
340 SOQUEL AVENUE, SUITE 121
SANTA CRUZ, CA 95062-2328
(831) 426-5767

VINCENT P. HURLEY, ATTORNEY AT LAW
LAW OFFICE OF VINCENT HURLEY
38 SEASCAPE VILLAGE
APTOS, CA 95003

March 18, 2008

**Invoice#** 201904A

**Balance:**    $380.00

## RECEIVED

Re: HESTON vs CITY OF SALINAS-911 CALL
    on 03/14/08 by JANIS ANDERSEN

MAR 1 9 2008

Law Office of
Vincent P. Hurley

Charge Description                                         Amount
ORIGINAL AND ONE COPY OF TRANSCRIPT LISTED BELOW:          150.00
TAPE TRANSCRIPTION PER DIEM: 4 HOURS                       220.00
SHIPPING AND HANDLING:                                      10.00

TRANSCRIPTION OF: 911 DISPATCH CALL FROM
CLIFFORD SATREE

P l e a s e    R e m i t   - - - >   Total Due:    $380.00

**FED I.D. 77-0551981**

**Please tear off stub and return with payment.**
Thank you. Prompt payment is appreciated. Balances
over 30 days are subject to a 10% service charge.

McBRIDE & ASSOCIATES                        Invoice# 201904A
COURT REPORTERS AND VIDEO SPECIALISTS
340 SOQUEL AVENUE, SUITE 121                 Balance$     380.00
SANTA CRUZ, CALIFORNIA  95062

# INVOICE



**McBRIDE & ASSOCIATES**
CERTIFIED SHORTHAND REPORTERS
340 SOQUEL AVENUE, SUITE 121
SANTA CRUZ, CA  95062-2328
(831) 426-5767

VINCENT P. HURLEY, ATTORNEY AT LAW
LAW OFFICE OF VINCENT HURLEY
38 SEASCAPE VILLAGE
APTOS, CA 95003

April 29, 2008

**Invoice#** 201956A

**Balance:**     $245.00

RECEIVED

APR 2 9 2008

Law Office of
Vincent P. Hurley

**Re:** 911 CALL HESTON
    on 04/29/08 by HEATHER CORTAZZO

| Charge Description | Amount |
|---|---|
| ORIGINALS & ONE COPY OF TRANSCRIPTS LISTED BELOW: | 125.00 |
| HOURLY PER DIEM: 2 HOURS | 110.00 |
| SHIPPING AND HANDLING: | 10.00 |

911 DISPATCH CALLS

P l e a s e   R e m i t   - - - >   Total Due:    $245.00

FED I.D. 77-0551981

**Please tear off stub and return with payment.**

Thank you.  Prompt payment is appreciated.  Balances
over 30 days are subject to a 10% service charge.

MCBRIDE & ASSOCIATES
COURT REPORTERS AND VIDEO SPECIALISTS
340 SOQUEL AVENUE, SUITE 121
SANTA CRUZ, CALIFORNIA  95062

Invoice# 201956A

Balance$     245.00

LAW OFFICES OF
**VINCENT P HURLEY**
**A PROFESSIONAL CORPORATION**
Office Account   Ph. 831-661-4800
PO Box 1660
Aptos, CA 95001-1660

WELLS FARGO BANK, N.A.
www.wellsfargo.com
11-4288/1210

2835

5/13/2008

PAY TO THE
ORDER OF     Irene Rodriguez, CSR, CRR                                        $   **5,000.00

Five Thousand and 00/100***************************************************************************************************************

**DOLLARS**

Irene Rodriguez, CSR, CRR
United States Court Reporter
280 S. 1st Street
San Jose, CA 95113

MEMO

*Kathleen W Hurley*
AUTHORIZED SIGNATURE

⑈000000 2835⑈ ⑆121042882⑆ 0003017486⑈

---

LAW OFFICES OF   **VINCENT P HURLEY A PROFESSIONAL CORPORATION**          **2835**

Irene Rodriguez, CSR, CRR                                      5/13/2008

Tax Id # 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                                                 5,000.00

Checking Account                                                            5,000.00

---

LAW OFFICES OF   **VINCENT P HURLEY A PROFESSIONAL CORPORATION**          **2835**

Irene Rodriguez, CSR, CRR                                      5/13/2008

Tax Id # 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                                                 5,000.00

Checking Account                                                            5,000.00

LMP100    M/P CHECK

AO44
(Rev 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 05272008

MAKE CHECKS PAYABLE TO:

2/0 Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

Phone:

Joan marie Torreano
17900 Van Arsdale Rd.
Potter Valley CA 95469

707/272-5391
jotorreano@aol.com

___ CRIMINAL    X CIVIL

DATE ORDERED: 5/20, 5/21, 5/22    DATE DELIVERED 5-20, 5-21, 5-22

Case Style: . v

Reporter's Transcript of Proceedings held on

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | 370 | 7.25 | 2682.50 | | 1.20 | 888.00 | | .90 | 666.00 | 4236.50 |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |

| | |
|---|---|
| TOTAL: | 4236.50 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL PAID BY DEPOSIT        TOTAL DUE: | 4236.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
i certify that the transcript fees charged and page format used comply with the requirements of this court and the udicial Conference of the United States.

SIGNATURE                                    DATE 6/1/08

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 05272008

**MAKE CHECKS PAYABLE TO:**

Vincent P. Hurley
38 Seascape Village
Aptos CA 95003
Phone:

Johnmarie Torreano
17900 Van Arsdell Rd
Potter Valley CA 95469
707/272-5391
jotorreano@aol.com

___ CRIMINAL   X (CIVIL)   DATE ORDERED 6/4/08   DATE DELIVERED 6/4/08

**Case Style:** , v

Reporter's Transcript of Proceedings held on

Heston v. Taser

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 77 | 7.25 | 558.25 | 154x1.20 | | 184.80 | 154x.90 | | 138.60 | |
| Expedited | | | | | | | 154x.90 | | 138.60 | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |

TOTAL: 1020.25
LESS DISCOUNT FOR LATE DELIVERY:
TAX (If Applicable):
LESS AMOUNT OF DEPOSIT:
TOTAL REFUND:
**TOTAL PAID BY DEPOSIT**    TOTAL DUE: 1020.25

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE   DATE 6/4/08

(All previous editions of this form are cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| INVOICE NO: 00001042 |
|---|

Vincent Hurley
Law Office of Vincent Hurley
38 Seascape Village
Aptos, CA 95003

Phone: (831) 661-4800

**MAKE CHECKS PAYABLE TO:**

IRENE RODRIQUEZ, CSR, CRR
United States Court Reporter
280 S. First Street
San Jose, CA 95113

Phone: (408) 947-8160

*Irene_Rodriguez@cand.uscourts.gov*

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 05-27-2008 | DATE DELIVERED: 05-27-2008 |
|---|---|---|---|

**Case Style:** C-05-03658-JW, Heston v City of San Jose

Transcript of Proceedings held on 4/29/08 (87 pages), 5/13/08 (138 pages), 5/14/08 (263 pages), 5/15/08 (259 pages), 5/29/08 (305 pages, copy only), 5/30/08 (no charge for original),6/2/08 (295 pages)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | 43 | 4.85 | 208.55 | 87 | 0.90 | 78.30 | 172 | 0.60 | 103.20 | 390.05 |
| Daily | 14 | 6.05 | 84.70 | 29 | 1.20 | 34.80 | 58 | 0.90 | 52.20 | 171.70 |
| Hourly | 476 | 7.25 | 3,451.00 | 1259 | 1.20 | 1,510.80 | 2518 | 0.90 | 2,266.20 | 7,228.00 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | | MISC. CHARGES: | |
|---|---|---|---|---|
| | | | TOTAL: | 7,789.75 |
| | | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | | TAX (If Applicable): | |
| **Deposit Date: 05-01-2008** | | | LESS AMOUNT OF DEPOSIT: | 5,000.00 |
| | | | TOTAL REFUND: | |
| **Date Paid:** | **Amt:** | | TOTAL DUE: | $2,789.75 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 06-09-2008 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20050573

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Vincent Hurley<br>Law Offices of Vincent Hurley<br>38 Seascape Village<br>Aptos, CA 95003<br><br>Phone:   (831) 661-4800 | Lee-Anne Shortridge, CSR, CRR<br>United States Court Reporter<br>280 South First Street<br>Room 2112<br>San Jose, CA 95113<br><br>Phone:      (408) 287-4580<br>FAX         (408) 535-5329<br>Tax ID:    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<br>*Lee-Anne_Shortridge@cand.uscourts.gov* |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED:<br>06-05-2008 | DATE DELIVERED:<br>06-05-2008 |
|---|---|---|

**Case Style:** C-05-03658-JW, Heston v City of Salinas, Taser
Reporter's transcript of proceedings held on 5/30/08 (305 pages)

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 305 | 7.25 | 2,211.25 | 305 | 1.20 | 366.00 | 610 | 0.90 | 549.00 | 3,126.25 |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 3,126.25 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $3,126.25 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the udicial Conference of the United States.

| SIGNATURE | DATE |
|---|---|
| | 06-05-2008 |

*(All previous editions of this form are
cancelled and should be destroyed)*