ITEMIZATION FOR COST BILL ITEM 6:

FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS AND THINGS NECESSARILY OBTAINED FOR USE IN THE CASE

| Date | Vendor | Cost |
|---|---|---|
| 4/11/2006 | Bay Photo | 37.83 |
| 7/18/2006 | Sayler Legal Service | 86.81 |
| 8/11/2006 | Sayler Legal Service | 168.21 |
| 8/11/2006 | Sayler Legal Service | 86.81 |
| 8/15/2006 | Sayler Legal Service | 88.41 |
| 8/15/2006 | Sayler Legal Service | 86.22 |
| 8/15/2006 | Sayler Legal Service | 96.76 |
| 2/2/2007 | Quest Discovery Services | 175.00 |
| 4/24/2008 | Impact Video | 27.13 |
| 4/30/2008 | Legal Vision | 4,533.75 |
| 5/2/2008 | Impact Video | 35.00 |
| 5/12/2008 | Legal Vision | 2379.01 |
| 5/8/2008 | Staples | 75.14 |
| 6/5/08 | Legal vision | 651.02 |
| | **TOTAL** | 8,527.10 |

ITEMIZATION FOR COST BILL ITEM 6:

FEES FOR EXEMPLIFICATION AND COPIES OF PAPERS NECESSARILY OBTAINED FOR USE IN THE CASE

| Date | Vendor | Cost |
|---|---|---|
| 4/11/2006 | Bay Photo | 37.83 |
| 7/18/2006 | Sayler Legal Service | 86.81 |
| 8/11/2006 | Sayler Legal Service | 168.21 |
| 8/11/2006 | Sayler Legal Service | 86.81 |
| 8/15/2006 | Sayler Legal Service | 88.41 |
| 8/15/2006 | Sayler Legal Service | 86.22 |
| 8/15/2006 | Sayler Legal Service | 96.76 |
| 2/2/2007 | Quest Discovery Services | 175.00 |
| 4/24/2008 | Impact Video | 27.13 |
| 4/30/2008 | Legal Vision | 4,533.75 |
| 5/2/2008 | Impact Video | 35.00 |
| 5/12/2008 | Legal Vision | 2379.01 |
| 5/8/2008 | Staples | 75.14 |
| 6/5/08 | Legal vision | 651.02 |
| | **TOTAL** | 8,527.10 |

**Bay Photo Lab**
www.bayphoto.com

| Corporate Offices | Professional Services | Park Ave, Soquel | Santa Cruz | Eastside Santa Cruz | Capitola | Scotts Valley |
|---|---|---|---|---|---|---|
| 2608 Chanticleer Ave. Santa Cruz, CA 95065 (831) 475-6686 | 2608 Chanticleer Ave. Santa Cruz, CA 95065 (831) 435-6686 | 2959-A Park Avenue Soquel, CA 95073 (831) 475-6090 | 119 Walnut Avenue Santa Cruz, CA 95060 (831) 425-1844 | 715 Soquel Avenue Santa Cruz, CA 95062 (831) 425-1100 | 1601-O 41st Avenue Capitola, CA 95010 (831) 462-5464 | 235-A Mount Hermon Rd. Scotts Valley, CA 95066 (831) 438-3989 |

INVOICE # ==> A3791329

S  HUR901
O  VINCE HURLEY ESQ.
L  9019 SOQUEL DRIVE
D  APTOS, CA        95003
T
O

S  REPRINT
H  VINCE HURLEY ESQ.
I  9019 SOQUEL DRIVE
P  APTOS, CA        95003
T
O

831-661-4800

CUST. JOB NO.:

JOB DESC.:

| DATE & TIME IN | CUSTOMER P.O. # | SR | OW | TERMS | SHIPPED VIA | INV DATE |
|---|---|---|---|---|---|---|
| 03/28/06 15:50 | | HA | M1 | COD | CUST PKUP | 04/11/06 |

| PRODUCT | DESCRIPTION | ADD'L #ORIG | 1ST PRN | EA ADDL | EXTENSION |
|---|---|---|---|---|---|
| DVD | BASIC DVD (VIDEO TO DVD) | 1  1 | 34.95 | .00 | 34.95 |

Try our Web Ordering at www.bayphoto.com

04/11/06 CHECK 2198                                    PAYMENT    37.83

| SUB TOTAL | DISCOUNT | TAX | DELIVERY | PAYMENTS | AMOUNT DUE |
|---|---|---|---|---|---|
| 34.95 | .00 | 2.88 | .00 | 37.83 | PAID |

LIMIT OF LIABILITY: Submitting any film, print, slide, negative or art work to Bay Photo Lab for processing, printing or other handling constitutes an AGREEMENT by you that any damage or loss by Bay Photo Lab, its subsidiary, or agents, even though due to the negligence or other fault of our company, subsidiary, or agents, will only entitle you to replacement with a like amount of unexposed film and processing. Except for such replacement, the acceptance by our company, subsidiary and/or agents of the film, print, slide, negative or art work is without other warranty or liability, and recovery for any incidental or consequential damages is excluded.

CHARGE ACCOUNTS: PLEASE GIVE YELLOW COPY TO YOUR ACCOUNTING OFFICE.

RECEIVED BY: _____   PRINT FULL NAME: _____   SIGNATURE: _____

# Sayler LEGAL SERVICE, INC.

**INVOICE**

455 Reservation Rd, Suite E
Marina, California 93933
(831) 384-4030 FAX:(831) 384-4031

Federal ID #: 77-0489481

| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 07/17/06 | 00061485-03 |

Bill To: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

Ordered By: Gina
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

COURT: UNITED STATES DISTRICT COURT
Case Information: Heston vs City of Salinas, et al.
CASE NO: C-05-03658 JW(RS)
Location: Natividad Medical Center

Re: BETTY LOU HESTON
Firms File Number:
Claim Number:
Patient Ident.: UNKNOWN

| Description | Units | Rate | Amount | TAX |
|---|---|---|---|---|
| BASIC FEE | 1 | 20.00 | 20.00 | Y |
| SERVICE | 1 | 17.00 | 17.00 | N |
| CV PREP + 1 OP CSL | 1 | 15.00 | 15.00 | N |
| 3 OP CNSL @ 2.50 | 3 | 2.50 | 7.50 | N |
| FEES ADVANCED | 1 | 15.00 | 15.00 | N |
| CHECK CHARGE | 1 | 1.50 | 1.50 | N |
| TOLL CALLS | 2 | 1.00 | 1.50 | Y |
| FUEL SURCHARGE | 1 | 2.50 | 2.50 | N |
| SHIPPING | 5 | 1.00 | 5.25 | N |

**THANK YOU**

REMARKS:

RECEIVED JUL 18 2006
Law Offices of Vincent P. Hurley

85.25
SALES TAX   1.56

$  86.81

| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 07/17/06 | 00061485-03 |

Bill to: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

$  86.81

**Return to: SAYLER LEGAL SERVICE, INC.,** *455 Reservation Rd, Suite E, Marina, California 93933*
INVOICE DUE AND PAYABLE UPON RECEIPT. ACCOUNTS 45 DAYS OR MORE PAST DUE SUBJECT TO SERVICE CHARGE OF 1 1/2% PER MONTH (18% APR).

# Sayler Legal Service, Inc. — INVOICE
**Sayler Legal Service, Inc.**
455 Reservation Rd, Suite E
Marina, California 93933
(831) 384-4030 FAX: (831) 384-4031

Federal ID #: 77-0489481

RECEIVED AUG 11 2006 Law Offices of Vincent P. Hurley

| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 08/03/06 | 00061486-03 |

Bill To: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

Ordered By: Gina
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

COURT: UNITED STATES DISTRICT COURT
Case Information: Heston vs City of Salinas, et al.
CASE NO: C-05-03658 JW(RS)
Location: Natividad Medical Center

Re: ROBERT CLARK HESTON
Firms File Number:
Claim Number:
Patient Ident.: UNKNOWN

| Description | Units | Rate | Amount | TAX |
|---|---|---|---|---|
| BASIC FEE | 1 | 20.00 | 20.00 | Y |
| SERVICE | 1 | 17.00 | 17.00 | N |
| CV PREP + 1 OP CSL | 1 | 15.00 | 15.00 | N |
| 3 OP CNSL @ 2.50 | 3 | 2.50 | 7.50 | N |
| FEES ADVANCED | 1 | 15.00 | 15.00 | N |
| CHECK CHARGE | 1 | 1.50 | 1.50 | N |
| 235 PAGES | 235 | 0.30 | 70.50 | Y |
| INDEXING (TABS) | 12 | 0.35 | 4.20 | Y |
| TOLL CALLS | 2 | 1.00 | 2.00 | Y |
| FUEL SURCHARGE | 1 | 2.50 | 2.50 | N |
| SHIPPING | 6 | 1.00 | 6.00 | N |

**THANK YOU**

REMARKS:

161.20
SALES TAX    7.01

$ **168.21**

---
| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 08/03/06 | 00061486-03 |

Bill to: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

$ **168.21**

Return to: **SAYLER LEGAL SERVICE, INC.**, *455 Reservation Rd, Suite E, Marina, California 93933*
INVOICE DUE AND PAYABLE UPON RECEIPT. ACCOUNTS 45 DAYS OR MORE PAST DUE SUBJECT TO SERVICE CHARGE OF 1 1/2% PER MONTH (18% APR).

# Sayler LEGAL SERVICE, INC.

**INVOICE**

455 Reservation Rd, Suite E
Marina, California 93933
(831) 384-4030 FAX:(831) 384-4031

Federal ID #: 77-0489481

AUG 11 2006
RECEIVED

| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 08/10/06 | 00061486-01 |

Bill To: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

Ordered By: Gina
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

COURT: UNITED STATES DISTRICT COURT
Case Information: Heston vs City of Salinas, et al.
CASE NO: C-05-03658 JW(RS)
Location: Salinas Valley Memorial Hospital

Re: ROBERT CLARK HESTON
Firms File Number:
Claim Number:
Patient Ident.: UNKNOWN

| Description | Units | Rate | Amount | TAX |
|---|---|---|---|---|
| BASIC FEE | 1 | 20.00 | 20.00 | Y |
| SERVICE | 1 | 17.00 | 17.00 | N |
| CV PREP + 1 OP CSL | 1 | 15.00 | 15.00 | N |
| 3 OP CNSL @ 2.50 | 3 | 2.50 | 7.50 | N |
| FEES ADVANCED | 1 | 15.00 | 15.00 | N |
| CHECK CHARGE | 1 | 1.50 | 1.50 | N |
| TOLL CALLS | 2 | 1.00 | 1.50 | Y |
| FUEL SURCHARGE | 1 | 2.50 | 2.50 | N |
| SHIPPING | 5 | 1.00 | 5.25 | N |

**THANK YOU**

REMARKS:

|  |  |
|---|---|
|  | 85.25 |
| SALES TAX | 1.56 |
| $ | 86.81 |

Bill to: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 08/10/06 | 00061486-01 |

$ 86.81

Return to: SAYLER LEGAL SERVICE, INC., 455 Reservation Rd, Suite E, Marina, California 93933
INVOICE DUE AND PAYABLE UPON RECEIPT. ACCOUNTS 45 DAYS OR MORE PAST DUE SUBJECT TO SERVICE CHARGE OF 1 1/2% PER MONTH (18% APR)

# Sayler LEGAL SERVICE, INC.

**INVOICE**

455 Reservation Rd, Suite E
Marina, California 93933
(831) 384-4030 FAX:(831) 384-4031

Federal ID #: 77-0489481

| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 08/14/06 | 00061486-02 |

Bill To: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

Ordered By: Gina
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

COURT: UNITED STATES DISTRICT COURT
Case Information: Heston vs City of Salinas, et al.
CASE NO: C-05-03658 JW(RS)
Location: Community Hospital of Monterey

Re: **ROBERT CLARK HESTON**
Firms File Number:
Claim Number:
Patient Ident.: UNKNOWN

| Description | Units | Rate | Amount | TAX |
|---|---|---|---|---|
| BASIC FEE | 1 | 20.00 | 20.00 | Y |
| SERVICE | 1 | 17.00 | 17.00 | N |
| CV PREP + 1 OP CSL | 1 | 15.00 | 15.00 | N |
| 3 OP CNSL @ 2.50 | 3 | 2.50 | 7.50 | N |
| FEES ADVANCED | 1 | 15.00 | 15.00 | N |
| CHECK CHARGE | 1 | 1.50 | 1.50 | N |
| SCANNED DOCS. | 23 | 0.20 | 4.60 | N |
| INDEXING (TABS) | 6 | 0.35 | 2.10 | Y |
| TOLL CALLS | 2 | 1.00 | 1.50 | Y |
| FUEL SURCHARGE | 1 | 2.50 | 2.50 | N |

**THANK YOU**

RECEIVED
AUG 1 5 2006
Law Offices of
Vincent P. Hurley

REMARKS:

|  | 86.70 |
|---|---|
| SALES TAX | 1.71 |
| $ | **88.41** |

---

| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 08/14/06 | 00061486-02 |

Bill to: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

$ **88.41**

**Return to: SAYLER LEGAL SERVICE, INC.,** *455 Reservation Rd, Suite E, Marina, California 93933*
INVOICE DUE AND PAYABLE UPON RECEIPT. ACCOUNTS 45 DAYS OR MORE PAST DUE SUBJECT TO SERVICE CHARGE OF 1 1/2% PER MONTH (18% APR).

# Sayler LEGAL SERVICE, INC.

**INVOICE**

455 Reservation Rd, Suite E
Marina, California 93933
(831) 384-4030 FAX:(831) 384-4031

Federal ID #: 77-0489481

| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 08/14/06 | 00061485-01 |

Bill To: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

Ordered By: Gina
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

COURT: UNITED STATES DISTRICT COURT
Case Information: Heston
vs City of Salinas, et al.
CASE NO: C-05-03658 JW(RS)
Location: Salinas Valley Memorial Hospital

Re: **BETTY LOU HESTON**
Firms File Number:
Claim Number:
Patient Ident.: UNKNOWN

| Description | Units | OYRate | Amount | TAX |
|---|---|---|---|---|
| BASIC FEE | 1 | 20.00 | 20.00 | Y |
| SERVICE | 1 | 17.00 | 17.00 | N |
| CV PREP + 1 OP CSL | 1 | 15.00 | 15.00 | N |
| 3 OP CNSL @ 2.50 | 3 | 2.50 | 7.50 | N |
| FEES ADVANCED | 1 | 15.00 | 15.00 | N |
| CHECK CHARGE | 1 | 1.50 | 1.50 | N |
| COPIES (MIN) | 1 | 4.00 | 4.00 | Y |
| INDEXING (TABS) | 1 | 0.35 | 0.35 | Y |
| TOLL CALLS | 2 | 1.00 | 1.50 | Y |
| FUEL SURCHARGE | 1 | 2.50 | 2.50 | N |

**THANK YOU**

RECEIVED AUG 15 2006

REMARKS:

84.35
SALES TAX   1.87

$ **86.22**

| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 08/14/06 | 00061485-01 |

Bill to: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

$ **86.22**

Return to: **SAYLER LEGAL SERVICE, INC.**, *455 Reservation Rd, Suite E, Marina, California 93933*
INVOICE DUE AND PAYABLE UPON RECEIPT. ACCOUNTS 45 DAYS OR MORE PAST DUE SUBJECT TO SERVICE CHARGE OF 1 1/2% PER MONTH (18% APR).

# Sayler LEGAL SERVICE, INC.

**INVOICE**

455 Reservation Rd, Suite E
Marina, California 93933
(831) 384-4030 FAX:(831) 384-4031

Federal ID #: 77-0489481

| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 08/14/06 | 00061485-02 |

Bill To: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

Ordered By: Gina
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

COURT: UNITED STATES DISTRICT COURT
Case Information: Heston
vs City of Salinas, et al.
CASE NO: C-05-03658 JW(RS)
Location: Community Hospital of Monterey

Re: **BETTY LOU HESTON**
Firms File Number:
Claim Number:
Patient Ident.: UNKNOWN

| Description | Units | Rate | Amount | TAX |
|---|---|---|---|---|
| BASIC FEE | 1 | 20.00 | 20.00 | Y |
| SERVICE | 1 | 17.00 | 17.00 | N |
| CV PREP + 1 OP CSL | 1 | 15.00 | 15.00 | N |
| 3 OP CNSL @ 2.50 | 3 | 2.50 | 7.50 | N |
| FEES ADVANCED | 1 | 15.00 | 15.00 | N |
| CHECK CHARGE | 1 | 1.50 | 1.50 | N |
| SCANNED DOCS. | 61 | 0.20 | 12.20 | N |
| INDEXING (TABS) | 8 | 0.35 | 2.80 | Y |
| TOLL CALLS | 2 | 1.00 | 1.50 | Y |
| FUEL SURCHARGE | 1 | 2.50 | 2.50 | N |

**THANK YOU**

RECEIVED AUG 15 2006

REMARKS:

95.00
SALES TAX   1.76

$ **96.76**

---

Bill to: Kathy - Bookkeeper
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003-0000

| Customer | Date | Invoice |
|---|---|---|
| 4763207 | 08/14/06 | 00061485-02 |

$ **96.76**

**Return to: SAYLER LEGAL SERVICE, INC.,** *455 Reservation Rd, Suite E, Marina, California 93933*
INVOICE DUE AND PAYABLE UPON RECEIPT. ACCOUNTS 45 DAYS OR MORE PAST DUE SUBJECT TO SERVICE CHARGE OF 1 1/2% PER MONTH (18% APR).



**DEPOSITION REPORTING SERVICES**

**Invoice**

P.O. BOX 49051
SAN JOSE, CA 95161-9051
(800) 800-6800
Fax (408) 441-7070
F.E.I.N. 75-2652336

*Quality • Uniformity • Excellence • Service • Teamwork*

## QUEST DISCOVERY SERVICES

**Remittance Copy**

http://www.questds.com/

Bill to: HUR060
ATTN: GINA FORESE
VINCENT P. HURLEY
ATTORNEY AT LAW
38 SEASCAPE VILLAGE
APTOS, CA 95003-6100

Ordered by:

| | |
|---|---|
| Invoice #: | SFD700029 |
| Order Date: | 01/18/07 |
| Depo Date: | 01/23/07 |
| Invoice Date: | 02/01/07 |
| Case #: | |
| Date of Loss: | |
| Client File #: | |
| Claim #: | |
| Insured: | |

CERTIFIED SHORTHAND REPORTERS
VIDEO TAPE TRANSCRIPTS
ASCII DISKETTES

Pertaining to: QUEST DISCOVERY SERVICES (CONFERENCE ROOM ONLY)
Deponent: QUEST DISCOVERY SERVICES
Deposing Atty: GINA FORESE
Reporter:

CONFERENCE ROOM RENTAL

CHARGES:

CONFERENCE ROOM RENTAL                                       175.00

RECEIVED
FEB 02 2007
Law Office of
Vincent P. Hurley

Comments:
THANK YOU!

| | |
|---|---|
| Gross: | 175.00 |
| Tax: | .00 |
| Shipping / Handling: | .00 |
| **Total:** | **175.00** |

If invoice is not paid within 30 days of billing date amount will be subject to finance charge of 1½% per month (Annual Percentage Rate 18%)

(Remittance Portion)

Quest Discovery Services
2025 Gateway Place, Suite 330
San Jose, CA  95110

Invoice #: **SFD700029**
Total Due: **175.00**
Bill To: HUR060
Ship To:

EOE M/F/D/V

opatao / INVOICE

**IMPACT DUPLICATION**
519 Seabright Ave., Suite 103
Santa Cruz, CA 95062
(831) 457-5800

RECEIVED
APR 24 2008
Law Office of
Vincent P. Hurley

| Date | 04/24/08 |
|---|---|
| Invoice No. | 996 |
| P.O. Number | |
| Terms | Due on receipt |
| Project | |

**Bill To**
Vincent Hurley
Attorney At Law
9019 Soquel Dr., Suite 100
Aptos, CA 95003



Invoice

Heston v. City of Salinas

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| INTERVIEW WITH CLIFFORD SATREE DVD Basic Transfer Requested by Kevin | 1 | 25.00 | 25.00T |
| Sales Tax | | 8.50% | 2.13 |

Thank You! Your business is appreciated.

| Total | $27.13 |
|---|---|



# Invoice

| Date | Invoice No. |
|---|---|
| 04/28/08 | 4215 |

**Bill To**

Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

Attn: Vincent P. Hurley, Esq.

RECEIVED
APR 3 0 2008
Law Office of
Vincent P. Hurley

| Terms | Project |
|---|---|
| Due on receipt | Heston |

| Qty | Unit | Description | Rate | Amount |
|---|---|---|---|---|
| 2.5 | Hours | Review of case materials | 195.00 | 487.50 |
| 2.5 | Hours | Development of presentation strategy | 195.00 | 487.50 |
| 0.5 | Hours | Telephone consultations with attorney on 4/21 & 4/24 | 195.00 | 97.50 |
| 17.75 | Hours | Computer illustration | 195.00 | 3,461.25 |

We appreciate your business!
LegalVision is a California Corporation - Tax ID# 72-1541350

**Total** $4,533.75

116 NEW MONTGOMERY STREET, 2ND FLOOR, SAN FRANCISCO, CALIFORNIA 94105-3640
☎ (415) 777-8500  FAX (415) 777-8525  www.legalvisionsf.com

**IMPACT DUPLICATION**
519 Seabright Ave., Suite 103
Santa Cruz, CA 95062
(831) 457-5800

RECEIVED
MAY 02 2008
Law Office of
Vincent P. Hurley

| | |
|---|---|
| Date | 05/01/08 |
| Invoice No. | 1014 |
| P.O. Number | |
| Terms | Due on receipt |
| Project | |

**Bill To**
Vincent Hurley
Attorney At Law
38 Seascape Village
Aptos, CA 95003



Invoice

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| ROBERT H. HESTON INTERVIEW Pull Chapter 1 only onto new DVD Requested by Kevin | | 35.00 | 35.00 |
| Sales Tax | | 8.50% | 0.00 |

Thank You! Your business is appreciated.

| Total | $35.00 |
|---|---|

# Invoice

**LEGALVISION**®

| Date | Invoice No. |
|------|-------------|
| 05/09/08 | 4224 |

**Bill To**

Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

Attn: Vincent P. Hurley, Esq.

| Terms | Project |
|-------|---------|
| Due on receipt | Heston |

| Qty | Unit | Description | Rate | Amount |
|-----|------|-------------|------|--------|
| 5.75 | Hours | Computer illustration | 195.00 | 1,121.25 |
| 1 | | 40"x66" color plot mounted on foamcore | 309.00 | 309.00T |
| 3 | | 40"x52" color plot mounted on foamcore | 249.00 | 747.00T |
| 20 | | Color copies (no charge) | 0.00 | 0.00T |
| 1 | | Messenger delivery on 5/9 | 112.00 | 112.00 |
| | | CA Sales Tax | 8.50% | 89.76 |

RECEIVED
MAY 1 2 2008
Law Office of
Vincent P. Hurley

We appreciate your business!
LegalVision is a California Corporation - Tax ID# 72-1541350

**Total**  $2,379.01

116 NEW MONTGOMERY STREET, 2ND FLOOR, SAN FRANCISCO, CALIFORNIA 94105-3640
☎ (415) 777-8500   FAX (415) 777-8525   ✉ www.legalvisionsf.com



# Invoice

| Date | Invoice No. |
|---|---|
| 06/04/08 | 4243 |

**Bill To**
Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

Attn: Vincent P. Hurley, Esq.

RECEIVED
JUN 05 2008
Law Office of
Vincent P. Hurley

| Terms | Project |
|---|---|
| Due on receipt | Heston |

| Qty | Unit | Description | Rate | Amount |
|---|---|---|---|---|
| 1.25 | Hours | Computer illustration | 195.00 | 243.75 |
| 1 | | 40"x66" color plot mounted on foamcore | 309.00 | 309.00T |
| 1 | | Messenger delivery on 6/3 | 72.00 | 72.00 |
| | | CA Sales Tax | 8.50% | 26.27 |

We appreciate your business!
LegalVision is a California Corporation - Tax ID# 72-1541350

**Total** $651.02

96 Jessie Street, 3rd Floor • San Francisco, CA 94105 • (415) 777-8500 • Fax (415) 777-8525 • www.legalvisionsf.com