ITEMIZATION FOR COST BILL ITEM 10:

FEES FOR INTERPRETERS

| Date | Vendor | Cost |
|---|---|---|
| 5/30/2008 | Mondiale Linguistics | 525.00 |
|  |  |  |
|  | **TOTAL** | 525.00 |

Mondiale Linguistics
P.O. Box 2587
Aptos, CA 95001

FIN: 77-0491972

RECEIVED
JUN 1 1 2008
Law Office of
Vincent P. Hurley

# INVOICE

| Date | Invoice No. |
|---|---|
| 6/6/2008 | 10918 |

**Invoice To:**

Law Offices of Vincent P. Hurley
38 Seascape Village
Aptos, CA 95003

| P.O. No. | Terms |
|---|---|
|  | Net 30 |

| Date of Service | Description | Amount |
|---|---|---|
| 5/30/2008 | **Court Certified Interpreting Services (Spanish) provided for 10:00am Trial (Full-day reserved)**<br>In the matter of Heston v. City of Salinas - for Witness Julio Monroy<br>At the San Jose Federal Building, Courtroom 8, 280 S. First Street, San Jose | 525.00 |

Thank you for your business.

**Total** $525.00

mondiale@mondialelinguistics.com