# EXHIBIT D

**THE LAW OFFICES OF JOHN BURTON**
414 South Marengo Avenue
Pasadena, California 91101

| Invoice submitted to: |
|---|
| |

| Invoice Date | Invoice Number | Last Bill Date |
|---|---|---|
| November 10, 2008 | 12 | |

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| | JCB | | | |
| 2/22/2005 | JCB | tc from Robert heston re 2-20 death of son after tasing. potential new matter in salinas | 1.00 | |
| 2/25/2005 | JCB | review press reports, draft letter to Chief ortega; open file; tc client | 1.00 | |
| 3/15/2005 | JCB | draft retainer agreements, send to clients | 1.50 | |
| 3/17/2005 | JCB | request for autopsy | 0.50 | |
| 4/28/2005 | JCB | pra request | 0.50 | |
| 5/8/2005 | JCB | review letter from salinas | 0.10 | |
| 5/24/2005 | JCB | draft 910 claim for city of salinas | 2.20 | |
| 6/7/2005 | JCB | travel to salinas for meeting with clients with peter willaimson | 7.00 | |
| 6/9/2005 | JCB | draft memo re client meeting, details of case | 1.50 | |
| 7/21/2005 | JCB | conf. with richard re progress in getting death cert., autopsy report | 0.20 | |
| 8/1/2005 | JCB | tc with Commander Clark re autopsy report, draft follow up letter; tc client | 2.20 | |
| 8/25/2005 | JCB | internet research re state of litigation against TASER international, borden case. health risks of TASER, review NYT articles, associated reports | 6.50 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/2/2005 | JCB | draft complaint | 2.10 | |
| 9/6/2005 | JCB | research into TASER technology, alleging products liability claims, etc, multiple tc's with Peter Williamson and clients, conf. RT | 8.50 | |
| 9/26/2005 | JCB | tc with SF Daily journal reporter, fax autopsy | 1.00 | |
| 10/24/2005 | JCB | REVIEW MOST RECENT PRESS CONVERAGE | 0.50 | |
| 10/26/2005 | JCB | download, review answer from Salinas, check defendants, | 0.70 | |
| 11/2/2005 | JCB | tc with reporter Andre Briscoe | 0.30 | |
| 11/7/2005 | JCB | tc with Julie fleming at mmanning marder re motion to dismiss taser int. | 0.20 | |
| 11/10/2005 | JCB | review, sign stip re responsive pleading | 0.20 | |
| 11/15/2005 | JCB | stip to cont, review dates, etc | 1.00 | |
| 11/18/2005 | JCB | meeting wtih Peter williamson | 1.00 | |
| 11/21/2005 | JCB | conf. with client, tc to defense counsel, set up meeting and conference, etc | 1.00 | |
| 11/25/2005 | JCB | research re tasers | 1.00 | |
| 11/29/2005 | JCB | Review releases from DA's office, autopsy, etc | 1.50 | |
| 12/2/2005 | JCB | drive with Peter W to SD for meeting with Dr. Morse, taser expert (5 hrs travel) | 7.00 | |
| 12/7/2005 | JCB | review TASER motion to dismiss; do some preliminary research; tc peter williamson | 0.50 | |
| 12/8/2005 | JCB | tc with Peter w re responding to Taser motion to dismiss | 0.50 | |
| 12/17/2005 | JCB | meeting by telephone with richard and Peter w re emoc | 1.00 | |
| 12/22/2005 | JCB | review and edit peters draft report and opp motion dis | 2.50 | |
| 1/6/2006 | JCB | review renewed motion to dismiss | 0.40 | |
| 1/12/2006 | JCB | draft early meeting report for court | 1.00 | |
| 1/23/2006 | JCB | tc with Rob't heston re new address, gal for Betty? hearing off calendar, new schedule, overview of case | 0.50 | |
| 2/1/2006 | JCB | review settlement conf. order; conf with RT re calendar | 0.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/4/2006 | JCB | draft opp mot dismiss taser | 4.50 | |
| 2/15/2006 | JCB | review initial disclosures | 2.00 | |
| 2/16/2006 | JCB | review initial disclosures | 1.20 | |
| 2/19/2006 | JCB | draft opp mo dis | 2.50 | |
| 2/20/2006 | JCB | finish/efile opp mo dis | 3.00 | |
| 2/23/2006 | JCB | review order re motion to dismiss-cont. date; conf. richard | 0.10 | |
| 2/28/2006 | JCB | review Taser's reply to opp mo dis. research | 0.80 | |
| 3/7/2006 | JCB | tc hurley re depos off calendar, conf. richard | 0.60 | |
| 3/13/2006 | JCB | draft and file supplemental opp to mot to dismiss with Fogel's rosa order and also 6-05 warnings | 2.20 | |
| 3/16/2006 | JCB | review motion vacating hearing, office conf. clear dates | 0.20 | |
| 4/19/2006 | JCB | meeting with Peter W, Richard and Roger clark re taser demonstration | 2.00 | |
| 4/20/2006 | JCB | review Salinas disclosures, tc with PMW re draft amended complaint naming officers, circulate to defendants | 0.60 | |
| 5/15/2006 | JCB | conf. RT re get extension on discovery? | 0.10 | |
| | JCB | tc with Peter W re covering depos | 0.50 | |
| 5/17/2006 | JCB | conf. richard and then review tapes of officers interviews | 1.50 | |
| 5/19/2006 | JCB | Meeting with RT, review tentative discovery responses, documents from clients re damages | 2.00 | |
| 5/25/2006 | JCB | review, edit, rogs, RFA's, Rule 26 disclosures, etc. | 2.50 | |
| 5/26/2006 | JCB | review and sign finali  plaintiffs discovery responses | 1.20 | |
| 6/1/2006 | JCB | review taser mot to dismiss | 1.50 | |
| 6/6/2006 | JCB | draft opp to mot to dismiss | 2.00 | |
| 6/7/2006 | JCB | draft opp mo dis 2; conf w/ richard re status of depos? | 3.50 | |
| | JCB | tc with Missy re move settlement conf? | 0.20 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/9/2006 | JCB | review reports on TASER | 6.00 | |
| 6/13/2006 | JCB | tc with Spitz re exprert, tc with Peter W re status of discovery, taser expertise, etc. | 2.00 | |
| 6/19/2006 | JCB | revivew reply to opp to mo dis, cont. of settlement conference, conf. with richard re discovery, etc. | 0.60 | |
| 6/27/2006 | JCB | appearance in San Jose on Taser mot to dis. including extra 3 hrs travel time because of aiirplaine issue<br>study file | 10.00 | |
| 6/28/2006 | JCB | meeting with PMW re discovery; plan, allocate tasks, etc | 1.50 | |
| 7/2/2006 | JCB | review material from Peter w re taser litigation; check ED cal cases | 1.50 | |
| 7/5/2006 | JCB | prep memo re timing of incident and dataport entries | 2.50 | |
| 7/6/2006 | JCB | Finalize memo re timing of incident and dataport entries & send to PMW. | 1.50 | |
| 7/8/2006 | JCB | review taser answer | 0.70 | |
| 7/10/2006 | JCB | review communicatios, times, tc wityh Peter and Todd,r review tinmes, review schedule with Peter, work with Richard on communications` | 6.50 | |
| | JCB | review communications tapes | 6.00 | |
| 7/11/2006 | JCB | tc to media, tc toclient, review taser ruling -- Yeah!, work on communications tapes. | 4.50 | |
| 7/13/2006 | JCB | look up and review article in Californian | 0.20 | |
| | JCB | tc with Robert Haslam re Taser death case in texas and follow up letter | 1.00 | |
| | JCB | download and review Mont. Herald article on case | 0.30 | |
| 7/18/2006 | JCB | tc with Roger clark re tasing theories, email exchange with Peter W.re next week | 0.50 | |
| 7/22/2006 | JCB | check on answer to amended complaint | 0.20 | |
| 7/25/2006 | JCB | travel to Salinas and Deposition of Dominici; meeting with Peter W and prep for tomorrows depo | 10.00 | |
| 7/26/2006 | JCB | Depositions of Fairbanks and Simpson; meeting with Peter W, drop off at airport and prep for tomorrows depo | 11.00 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/27/2006 | JCB | Depositions of Paredes and Livingston; travel back to LA | 11.00 | |
| 8/8/2006 | JCB | conf. JB re more depos, send out notices for Groves, ruiz, godwin. etc. Tc's hurley's office | 1.50 | |
| | JCB | conf. with Richard re next round of depos | 0.50 | |
| 8/15/2006 | JCB | tc with Missy O'Linn re continuing dates for expert disclosureq | 0.50 | |
| 8/20/2006 | JCB | draft taser rogs | 2.50 | |
| 8/21/2006 | JCB | draft discovery to taser | 2.50 | |
| 8/29/2006 | JCB | prep for depos tomorrow, travel to salinas | 4.00 | |
| 8/30/2006 | JCB | Depositions of Ruiz, Godwin and Grove in Salinas. Travel back to LA | 10.00 | |
| 9/1/2006 | JCB | draft MSC statement | 4.50 | |
| 9/3/2006 | JCB | tc with Peter Williamson re status | 0.80 | |
| 9/8/2006 | JCB | appearance at setlement conf, travel time | 8.00 | |
| 9/9/2006 | JCB | tc with Peter re results of settlement conference | 0.50 | |
| 9/22/2006 | JCB | tc with O'Linn and confirming letter re Hain depo | 1.50 | |
| 9/24/2006 | JCB | prep for medical depos, review articles, tc with consultant Dr. Sutton re medical issues | 4.50 | |
| 9/25/2006 | JCB | prep for medical depos, meeting with Jaime re medical issues | 2.50 | |
| 9/26/2006 | JCB | travel to salinas, deposition of Dr. Hain. travel to SF | 10.00 | |
| 9/27/2006 | JCB | Deposition of Haddix, transpo back to LA | 11.00 | |
| 9/28/2006 | JCB | tc with Peter W re update on status, discuss expert, intense research re tasers, redraft rog responses; long tc with Dr. Sutton re heart/respiratory issues, meeting with Jaime, call, lm for Dr. Myers | 5.50 | |
| | JCB | prep package for Dr. Myers, tc with Myers | 4.00 | |
| 9/29/2006 | JCB | tc with Dr. Myers and draft letter, work with jaime to put package together, review stuff from Dr. Haddix via email. | 5.00 | |
| 10/2/2006 | JCB | prep package for Myers, completed | 1.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/4/2006 | JCB | research re tasers and draft responses to taser rogs | 2.50 | |
| 10/5/2006 | JCB | draft rog answers to taser; tc williamson | 1.50 | |
| 10/10/2006 | JCB | draft meet and confer letter to O'linn | 2.20 | |
| 10/13/2006 | JCB | draft taser depo noticies | 2.00 | |
| 10/16/2006 | JCB | meeting and conference with Missy O'Linn re taser discovery, | 0.40 | |
| 10/17/2006 | JCB | sit in on Spitz testimony and talk to spitz at LA taser trial | 2.50 | |
| 10/18/2006 | JCB | draft letter to Myers and send more articles | 0.60 | |
| | JCB | long tc with Carol watson re input on causes of death, spitz testimony yesterday, etc. | 0.80 | |
| 10/31/2006 | JCB | meeting with Dr. Myers re effect of taser. Expert? | 1.50 | |
| 11/2/2006 | JCB | Meet with PMW re status | 1.00 | |
| 11/7/2006 | JCB | tc mills re trial experience v taser | 1.00 | |
| | JCB | prep for Deposition of Dr. Karch in SF, travel time | 3.00 | |
| 11/8/2006 | JCB | Deposition of Dr. Karch in SF, travel time | 6.00 | |
| 11/9/2006 | JCB | TC WITH Peter W and Roger clark re purported taser defect | 1.50 | |
| 11/13/2006 | JCB | tc with Geri Green re similar taser case | 0.50 | |
| 11/15/2006 | JCB | tc with Peter Williamson and conf Richard re expert reports, etc. | 1.00 | |
| | JCB | draft letter to O'linn re taser depo | 0.80 | |
| 11/16/2006 | JCB | finalize  letter to O'linn re taser depo; emails with peter re approach to causation, etc. | 1.50 | |
| 11/20/2006 | JCB | tc with Dr. Spitz | 0.60 | |
| | JCB | EXCHANGING EMAILS WITH MISSY AND RICHARD RE SCHEDULING RICK SMITH, ETC, TC WITH PETER W. RE TESTING TASERS THIS WEEKEND, SEND LETTER | 1.20 | |
| 11/27/2006 | JCB | tc with Missy olinn re schedule smith depo etc. | 1.00 | |
| 11/29/2006 | JCB | meeting with Dr. Myers re expert report | 0.50 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/30/2006 | JCB | long detailed meeting with Peter, Ernie Burwell (by phone) and Roger clark re expert reports. TC Dr. Lavid | 5.50 | |
| 12/1/2006 | JCB | work on police practices reports | 4.50 | |
| 12/2/2006 | JCB | work on police practices reports, tc peter, finalize Burwell | 2.50 | |
| 12/3/2006 | JCB | review, draft make suggestions on expert reports | 2.50 | |
| 12/4/2006 | JCB | frantic work to complete expert report, exchange with other side, begin review, work with Peter | 11.50 | |
| 12/5/2006 | JCB | review defendants expert reports | 8.00 | |
| 12/6/2006 | JCB | intense day drafting letters, reviewing expert reports long meeting with Peter W. Telephone conversations with Missy O'Linn and V. Hurley; draft proposed stip re medical examiners; tc with Myers re Swerdow contact; objection to TASER's duplicative experts | 9.50 | |
| 12/7/2006 | JCB | intense day drafting letters, reviewing expert reports, taser documents, etc; letter to Missy re swerdlow contact | 8.00 | |
| 12/10/2006 | JCB | review, edit motions to auguement and limit experts | 6.00 | |
| | JCB | edit peters exclusion motion | 1.50 | |
| 12/11/2006 | JCB | finaliaze motion to limit experts | 6.00 | |
| 12/13/2006 | JCB | prep for deposition of rick smith | 8.00 | |
| 12/14/2006 | JCB | day 1 travel to phoenix and Deposition of Taser Int. Rick smith; prep for day 2; tc PMW re status of deposition | 12.00 | |
| 12/15/2006 | JCB | finish Deposition of Taser Int. Rick smith and return from Phoenix | 8.00 | |
| 12/17/2006 | JCB | work on expert report supplements,  review defendants reports | 4.50 | |
| 12/18/2006 | JCB | work on expert report supplements, mot for sanctions, review defendants reports | 5.60 | |
| 12/27/2006 | JCB | tc with Dr. Myers re vagal-vagus response | 0.50 | |
| 12/30/2006 | JCB | review taser's opposition papers | 2.00 | |
| 1/2/2007 | JCB | prep sanforn depositon; tc with PMW re drafting replies | 2.00 | |
| 1/3/2007 | JCB | travel to san jose and depositon of Sanford | 5.00 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/6/2007 | JCB | draft, edit finalize discovery replies; tc PMW | 2.50 | |
| 1/7/2007 | JCB | draft, edit finalize discovery replies | 3.20 | |
| 1/8/2007 | JCB | review proposed protective order re Dr. Ho's data, email to missy | 1.00 | |
| | JCB | draff, finalize reply to opp to limit opinions and reply to sanctions | 2.20 | |
| | JCB | review taser training materials | 4.00 | |
| 1/9/2007 | JCB | review taser training materials | 6.00 | |
| 1/10/2007 | JCB | review pacifica settlement, send to Vince Hurley | 0.50 | |
| 1/15/2007 | JCB | meeting with Dan Stormer and Anne Richardson re involvement in case | 2.00 | |
| 1/16/2007 | JCB | tc with peter re burwell deposition | 0.30 | |
| 1/18/2007 | JCB | prep memo re dataport times in real time | 2.50 | |
| | JCB | email materials to anne richardson | 1.00 | |
| | JCB | TC WITH JOHN BURRIS RE TASER CASES IN NORTHERN CALIFORNIA | 0.60 | |
| 1/19/2007 | JCB | review protective order and send email to missy; tc with PEter re status | 0.80 | |
| | JCB | conf. with richard re scheduling, send email to roger re depo | 0.40 | |
| 1/22/2007 | JCB | extended telephone conference with Burwell and Peter W. | 1.50 | |
| 1/30/2007 | JCB | tc to judge's clerk re being late on Monday | 0.20 | |
| 2/2/2007 | JCB | revuew burwell depo transcript | 2.10 | |
| 2/5/2007 | JCB | travel too and from San Jose for appearance on experts, etc. | 8.00 | |
| 2/7/2007 | JCB | Peter re clarks deposition | 0.10 | |
| 2/13/2007 | JCB | exchange emails with Missy re protective order and data. | 1.00 | |
| 2/20/2007 | JCB | meeting with Roger re prep for depo tomorrow | 1.00 | |
| 2/21/2007 | JCB | travel to san jose and deposition of roger clark | 12.00 | |
| 3/8/2007 | JCB | review new taser data, forward to experts, etc. | 1.50 | |
| 3/9/2007 | JCB | tc with Hurley re expert discovery and summary judgment | 0.50 | |

Page      9

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/13/2007 | JCB | long meeting with Dr. Myers and Jaime re Vaso-vagal response. letter and email to O'Linn re supplementary data, email; tc's with Peter w re sj opp | 3.50 | |
| 3/14/2007 | JCB | review emails re stip to continue, authorize signature | 0.20 | |
| 3/16/2007 | JCB | tc with Missy re health issue and effect on schedule; message from Kasner re Robrert heston health issues | 0.30 | |
| 3/17/2007 | JCB | meeting with Peter Williamson plan out msj opp | 3.50 | |
| 3/19/2007 | JCB | review draft of non-opp re sj, make changes x 2; tc with spitz send latest stuff | 1.20 | |
| 3/20/2007 | JCB | review offers from taser; pass on to clients | 0.20 | |
| 3/21/2007 | JCB | review supplemental taser data, email to experts,  review burwell declaration and tc with peter w. re msj opp | 2.00 | |
| 3/24/2007 | JCB | review sj opp drafts; email comments to PMW | 2.50 | |
| 3/25/2007 | JCB | DRAFT opp to sj dclaration by Clark | 2.00 | |
| 3/28/2007 | JCB | review taser chart, revise, send back to Peter Williamson | 1.00 | |
| 3/29/2007 | JCB | review, edit burwell declartation | 1.20 | |
| 3/30/2007 | JCB | tc with Peter re status of SJ opp, tc with Mark Haney re texas taser cases | 1.20 | |
| 3/31/2007 | JCB | draft sj opp; tc peter | 6.00 | |
| 4/2/2007 | JCB | email exchange with O'linn re expert depos, review last round of stuff from Ho. | 1.00 | |
| | JCB | Final edit, review of sj opp papers | 4.50 | |
| 4/4/2007 | JCB | review MSJ opp send email to peter; review emails and conf. with richard re scheduling experts | 1.00 | |
| 4/9/2007 | JCB | review replies to opp to sj motion, total bs | 2.00 | |
| 4/10/2007 | JCB | tc with Peter re coverage, cancel plane reservation, discuss sj reply papers | 1.00 | |
| 4/16/2007 | JCB | review latest batch of taser clips from google and Lundquist presentation, email exchange with Myers. | 1.00 | |
| 4/20/2007 | JCB | tc with Myers re depo prep | 1.00 | |

Page      10

|  |  | Hours | Amount |
|---|---|---|---|
| 4/21/2007 JCB | long depo prep meeting with Dr. Myers | 2.00 | |
| 4/23/2007 JCB | tc with Dr. Myers re questions at depo | 0.50 | |
| 4/24/2007 JCB | tc with Dr. Myers | 0.30 | |
| 4/27/2007 JCB | defend deposition of Myers | 5.00 | |
| 4/28/2007 JCB | review sj supplement, tc with Peter re opp ? and appointment tomorrow. conf. with Sandy re | 1.00 | |
| 4/29/2007 JCB | tc with Myers re vaso vagal literature | 0.50 | |
| 5/8/2007 JCB | review with Peter supplemental opp to motion for sj, draft response, review scheduling, conf. with Kurt Kastner re status of family matters, Robert Sr's health etc. Expert deciarattions. | 4.50 | |
| 5/9/2007 JCB | Review order from Judge Ware continuing SJ, redo travel plans | 0.70 | |
| 5/11/2007 JCB | tc with PMW re taser expert coverage, schedule | 0.50 | |
| 5/14/2007 JCB | prep for trip, spitz depo, review pathology book | 1.00 | |
| 5/15/2007 JCB | travel to Detroit, meet with spitz, deposition | 15.00 | |
| 5/22/2007 JCB | travel to texas and prep for Di Maio Depo | 6.00 | |
| JCB | office conf with Richard and tc with Peter re Kroll and Ho depos in minnesota | 0.60 | |
| 5/23/2007 JCB | Deposition of Vincent Di Maio, prep Dr. Clark  Depo and travel to San Diego | 8.00 | |
| 5/25/2007 JCB | Deposition of Dr. Clark in San Diego (includes prep and transpo home) | 10.00 | |
| 6/5/2007 JCB | REVIEW SUPP EXPERT REPORT OF DR. HO | 1.00 | |
| 6/12/2007 JCB | long meeting with Dr. Myers re cause of death, cardiology. | 1.00 | |
| 6/13/2007 JCB | prep for vegas trip and Peters depo, travel to vegas | 4.50 | |
| 6/14/2007 JCB | final prep and Deposition of John Peters; tc with PMW | 7.00 | |
| 6/16/2007 JCB | return from Vegas and then afternoon meeting with PMW re Ho and Kroll expert depos | 4.00 | |
| 6/18/2007 JCB | review new taser materials | 2.50 | |

Page    11

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 6/19/2007 | JCB | review expert reports, depos, materials, draft response to taser's report re experts; tc's wtih peter w. re Ho deposition | 5.00 | |
| 6/20/2007 | JCB | review more taser articles, tc with Peter in am re questions to ask at Kroll deposition, tc with Peter after Kroll deposition for report, long tc with Myers re response to Kroll report, theory of death, spitz v. haddix, etc. | 4.00 | |
| 6/21/2007 | JCB | review more taser heart articles correspond email with Brave and with Myers -- new USC pacemaker study | 1.50 | |
| 6/25/2007 | JCB | appearance in San Jose for SJ motion and trial setting; travel time | 10.00 | |
| 6/26/2007 | JCB | TC with Peter, tc with rob't heston and betty Lou re trial | 1.00 | |
| 6/27/2007 | JCB | set up florida depos | 1.00 | |
| 6/28/2007 | JCB | set up florida depos | 0.50 | |
| 6/29/2007 | JCB | Notice florida depos; final round of calls | 1.00 | |
| 7/9/2007 | JCB | tc with Stormer re Florida depos? | 0.50 | |
| 7/10/2007 | JCB | TC with Peter re timing of sequences | 0.50 | |
| 7/17/2007 | JCB | prep for trip to florida tomorrow, tc myers, etc.; review mash, luceri materials | 4.50 | |
| 7/18/2007 | JCB | prep and review for Luceri and Mash depositions, travel to florida | 10.00 | |
| 7/19/2007 | JCB | final prep and Deposition of luceri in Ft. lauderdale | 6.00 | |
| | JCB | final prep for mash depo | 2.00 | |
| 7/20/2007 | JCB | Deposition of Dr. Mash, travel back to LA | 12.00 | |
| 7/21/2007 | JCB | review medical literature re cardiac effects of taser | 1.00 | |
| 7/22/2007 | JCB | tc with Myers re Luceri deposition | 0.50 | |
| 7/23/2007 | JCB | prep with reporters for interview with Bloomberg news | 1.50 | |
| 7/24/2007 | JCB | interview with Bloomberg news | 2.00 | |
| 8/5/2007 | JCB | email exchange with brave. study Jauchem paper, etc review ho deposition | 4.50 | |
| 8/13/2007 | JCB | meeting with Stormer re status of discovery. ideker depo | 1.00 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/17/2007 | JCB | research re admissibility of warning under FRE, prep memo | 2.00 | |
| | JCB | travel to San Jose, depose Panescu  travel back | 8.00 | |
| 8/28/2007 | JCB | research re taser training materials, especially version 12 | 12.00 | |
| 9/13/2007 | JCB | email exchange with Peter W and also richard re setting up estate through Walter Krauss | 0.30 | |
| 9/19/2007 | JCB | review Wetli, ho, Kroll Depo transcripts | 1.50 | |
| 10/3/2007 | JCB | email exchanges with Missy O'linn, trying to email me docs that won't get trhough | 0.50 | |
| 10/11/2007 | JCB | meeting with Peter W re status; tc with Haddix, review additional taser materials and email exchanges with Haddix, send email to myers | 3.50 | |
| 10/12/2007 | JCB | draft letter to counsel re failure to make experts available | 1.50 | |
| 10/19/2007 | JCB | review new Trauma article on taser effects; tc with Peter Williamson and todd Krauss, status tc with Robert Heston; tc with myers; prep supp rule 26 disclosure | 2.50 | |
| 10/20/2007 | JCB | tc with Peter plan trip to Stanford to meet with Haddix | 0.20 | |
| 11/8/2007 | JCB | meet with PMW, travel to stanford, Meet with Haddix, return to LA | 10.00 | |
| 11/9/2007 | JCB | tc with PMW re alexander depo | 0.20 | |
| 11/13/2007 | JCB | tc with peter re alexander's depo | 0.20 | |
| 11/29/2007 | JCB | rearrange travel, etc. in light of taser's last minute depo change; review hurley letter re cont hearing? | 1.00 | |
| 12/2/2007 | JCB | prep for depos of Lehto and Evans | 4.00 | |
| 12/3/2007 | JCB | travel to indiana, prep and depose Dr. Lehto | 10.00 | |
| 12/4/2007 | JCB | travel and depo of Evans in Indianapolis | 10.00 | |
| 12/5/2007 | JCB | tc with Peter re depos | 1.00 | |
| 12/6/2007 | JCB | tc with Peter re depo of Graham and questions to ask Idecker, position on continuance, etc. | 0.60 | |
| 12/11/2007 | JCB | review and draft notes and summary of Wetli deposition | 3.50 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/11/2007 | JCB | long meeting re things to do with Peter W. Todd K, Richard, tc with Stormer's office, all re trial prep, strategy, divide up tasks, etc. | 4.50 | |
| 12/12/2007 | JCB | prep summary of Ho and Wetli depo and report | 3.50 | |
| 12/13/2007 | JCB | review ex parte; tc with peter and todd re response to ex parte, limit experts? Use def's expert admissions? what about prior episodes of ed by Heston? | 1.00 | |
| 12/14/2007 | JCB | draft peter's dec re opp to continuance, tc peter, attach letter as exhibit; draft withdrawal of segal as expert | 1.30 | |
| 12/19/2007 | JCB | begin summary of Kroll | 2.00 | |
| 12/22/2007 | JCB | review order denying sj | 2.00 | |
| 12/26/2007 | JCB | research re frivolous appeals; chuman certification | 1.50 | |
| 12/27/2007 | JCB | work on Kroll summary | 3.50 | |
| 12/29/2007 | JCB | review latest TASER disclosures | 2.00 | |
| 12/31/2007 | JCB | work on Ideker summary | 2.50 | |
| 1/2/2008 | JCB | tc with Peter re reviewing supplemental disclosure, Mock Jury? etc. | 0.50 | |
| 1/3/2008 | JCB | review TASERS supplemental disclosures | 1.00 | |
| 1/4/2008 | JCB | review motion for leave to file recon today, tc with Peter re strategy? research rule, no response allowed | 2.20 | |
| 1/10/2008 | JCB | review dr depos for trial prep | 8.00 | |
| 1/11/2008 | JCB | review Ware's order granting leave to file recon motion, calendar dates, review defendants's papers, block out time; conf. PMW | 1.20 | |
| 1/12/2008 | JCB | review Alexander Depo and report, calculate time adustments, do summary | 3.50 | |
| | JCB | continue to review depos for trial prep | 1.20 | |
| 1/13/2008 | JCB | begin research re recon motion, chuman certification? long tc with Karen Jo Koonan at National Jury project re mock trialk | 2.20 | |
| 1/14/2008 | JCB | set up mock trial; review sign contract; tc with PMW and Todd re focus group, | 2.00 | |
| | JCB | review, summarize Aleksander depo | 3.50 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/16/2008 | JCB | review x parte papers re extension of time for appeal. What are they talking about? tc with PMW, decide not to oppose; review budget for mock jury | 1.20 | |
| 1/18/2008 | JCB | review email from Taser re stipping to stay/continuance of trial, conf with PMW, send response to O'Linn | 0.70 | |
| 1/19/2008 | JCB | review responsive email from Taser re stipping to stay/continuance of trial O'Linn | 0.70 | |
| 1/20/2008 | JCB | review taser training materials, excerpt slides from Ver 12 for use at trial. review 8-13. | 3.50 | |
| 1/21/2008 | JCB | send email to O'Linn requesting Training version 14, review response from Michael Brave | 0.40 | |
| 1/22/2008 | JCB | review taser training cd's | 4.50 | |
| | JCB | review transcript of 6-25-07 hearing; TASER motion to reconsider papers; plan responses | 2.40 | |
| 1/26/2008 | JCB | review def's motion to vacate trial, etc. plan response | 1.00 | |
| 1/29/2008 | JCB | conf, and email with RT re schedule Gibson and Groves depos | 1.00 | |
| | JCB | draft declaration in opp to request to continue trial dates, etc. | 2.50 | |
| 1/30/2008 | JCB | draft opp to motion to recon | 2.50 | |
| 1/31/2008 | JCB | draft opp to motion to recon, conf. with PMW | 8.00 | |
| 2/1/2008 | JCB | review letter from Hurley re record for Ninth Circuit. What is he talking about? | 0.50 | |
| | JCB | draft opp to motion to recon, review research from PMW; tc PMW | 6.00 | |
| | JCB | long tc conference with Peter W, discuss hurley letter, etc. plot summary judgment recon opp. analyse judge's opinion, look for qi cases on force. | 1.30 | |
| 2/3/2008 | JCB | draft opp to recon motion | 4.50 | |
| 2/4/2008 | JCB | Intense day draft opp to recon motion, file at midnight | 12.00 | |
| 2/5/2008 | JCB | tc re someone telling me about the Tran case, review pacer download Judge Ware's order; review O'linn declaration. review medical studies, email to Myers for comment | 2.20 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/6/2008 | JCB | draft supplemental memo re ex parte to cont. trial | 4.50 | |
| 2/7/2008 | JCB | review Gibson's training CD | 1.40 | |
| 2/11/2008 | JCB | review latest submission from Hurley re recon reply; check against record, transcripts, legal research | 2.40 | |
| 2/13/2008 | JCB | TC with Peter re motion for recon | 0.30 | |
| 2/15/2008 | JCB | review hurly reply to our request for Chuman certification; conf. with PMW -- no response required | 1.00 | |
| 2/20/2008 | JCB | email exchange with Karen jo re mock trial timing | 0.30 | |
| 2/22/2008 | JCB | research re using opposing experts for admissions | 1.00 | |
| 2/25/2008 | JCB | fly to San Jose, appearance before Judge Ware, prep for depo, depo of Gibson and Groves, Telephone conference with Peter and Todd, return to LA | 12.00 | |
| 2/26/2008 | JCB | long meeting with Peter and Todd in their offce re trial strategies, MIL's, things to do, demonstrative exhibits, addi5tional filings to prevent stay, etc. | 4.00 | |
| 2/27/2008 | JCB | review transcript of Gibson depo, prep supp declaration | 5.50 | |
| | JCB | exchanging emails re mock trial | 0.50 | |
| 2/28/2008 | JCB | review fairbanks, begin summary | 4.00 | |
| 3/1/2008 | JCB | review O'Linn declaration, status email to myers re trial firm? | 0.40 | |
| 3/2/2008 | JCB | begin mapping out exam lines for officers | 2.20 | |
| 3/3/2008 | JCB | review O'Linn declaration re trial dates | 0.50 | |
| | JCB | review order from Judge ware; tc Peter; celebrate Chuman certification; review papers in opposition to my gibson supplemental papers; contact NJP and cancel Mock Jury; send availability dates to Peter for conf. tomorrow. | 1.50 | |
| | JCB | email echange re mock trial -- waiit one more day? | 0.30 | |
| | JCB | review declaration of Hurley re response to my Gibson declaration; conf. PMW, no response req'd | 0.50 | |
| | JCB | email exchanges and 2 x tc with Peter re canceling mock jury. | 1.10 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/4/2008 | JCB | telephone conference with Peter W. re todays telephone conference. Great news all around. New trial date, recalendar dates, send emails to experts, exchange emails with haddix. reset mock trial with Karen Jo. | 3.50 | |
| 3/5/2008 | JCB | long tc with Robert and Betty Heston; all re trial and new dates | 1.00 | |
| | JCB | draft email echange with Lavid re May 20th. | 0.30 | |
| | JCB | email exchange confirming Lavid for may 20 | 0.30 | |
| 3/6/2008 | JCB | tc with Peter re status | 0.50 | |
| 3/7/2008 | JCB | review 2/25 transcript | 0.50 | |
| | JCB | email exchange with Myers re trial testimony | 0.40 | |
| 3/9/2008 | JCB | lreview Ho testimony from Minnesota trial, review Smith transcript for use at mock jury | 2.00 | |
| 3/10/2008 | JCB | long meeting with Peter W. Scrpt trial, etc. tc with Karen Jo, reschedule Mock jury, etc review fairbanks depo | 8.00 | |
| 3/11/2008 | JCB | ecchange of email with Haddix to set her testimony date for morning of 15th; tc with Peter W re witness order | 0.30 | |
| | JCB | review Guilbault declaration -- what's the point? review Gibson and Groves declarations | 1.20 | |
| | JCB | email exchange with haddix re pinning down date and time | 0.30 | |
| | JCB | review fairbanks, Ruiz depositions for trial, tc kastner, tc williamson, all trial prep; email exchange haddix; review giebault declaration, compare with R. smith deposition | 2.00 | |
| 3/14/2008 | JCB | review Judge Ware's denial of recon, sj, etc. | 1.00 | |
| | JCB | send 2d email to Roger and Ernie with Judge Ware's ruling. | 0.30 | |
| 3/16/2008 | JCB | exchange email with Karen jo re mock trial | 0.20 | |
| 3/17/2008 | JCB | rc with Roger Clark to confirm; discuss case, make appointment for tomorrow | 0.30 | |
| | JCB | emails re finalizing plans for mock jury, tc with Peter re MIL to limit experts, finish summary of Fairbanks deposition | 2.00 | |
| 3/18/2008 | JCB | tc with Peter re status | 0.20 | |

Page     17

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 3/18/2008 | JCB | email exchange with M. Brave and Taser re Ver. 14 | 0.10 | |
| | JCB | long TC with Roger, review availability and testimony; confirming email | 1.00 | |
| | JCB | review latest taser disclosures, especially kroll report. Send to Myers. Called Burwell and LM | 3.00 | |
| | JCB | send update emails to Andy Schwartz and Mark Millen re attending mock jury | 0.30 | |
| 3/19/2008 | JCB | long day meeting with Matt Davis and PMW, work out trial strategies, tc with burwell, review taser literatiure research re stinger r-400 | 6.00 | |
| 3/20/2008 | JCB | review depo summaries from todd and exchange of emails re EMOC on Monday with PMW | 1.00 | |
| 3/21/2008 | JCB | prep summaries of Dr. Graham and Rick Smith; withdraw spitz | 3.00 | |
| | JCB | tc with Peter & emails re counsel meeting on Monday. tc with Matt Davis, review Graham depo and prep synopsis. | 4.50 | |
| 3/22/2008 | JCB | tc with Peter W., review rick smith depo & haddix etc. | 3.00 | |
| 3/23/2008 | JCB | revise peter's MIL # 1, tc peter | 1.50 | |
| 3/24/2008 | JCB | telephone conference with PMW, then tc with defense counsel re trial issues, tc again with PMW, review Haddix transcript, etc. | 4.50 | |
| 3/25/2008 | JCB | intense trial prep, tc with PMW, review, condence Haddix depo transcript, do MIL re limit experts, etc. | 6.50 | |
| 3/26/2008 | JCB | redraft pretrial statement, do witness lists, exhibits, finish haddix summary, review neuroleptic malignant syndrome, etc.; work on jury instructions. | 8.50 | |
| 3/27/2008 | JCB | long tc with PMW re strategy | 0.70 | |
| 3/28/2008 | JCB | intense day of trial prep, tc with PMW, work on jury instructions, review MIL's from TASER, work on joint pretrial statement, | 9.00 | |
| 3/30/2008 | JCB | full day sunday drafting pretrial documents | 6.00 | |
| 3/31/2008 | JCB | Intense day until midnight doing MIL"s jury instructions, etc. Numerous conferences with Peter W. begin review of defendants' documents (Yuck!) | 11.00 | |
| 4/1/2008 | JCB | Review motions in limine, long tc re strategy, etc, with peter w. tc's x 2 with clients, review medical literature re acidosis. | 2.70 | |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/2/2008 | JCB | tc's peter, review PMW's index of motions in limine, make determinations re responses. | 3.30 | |
| 4/3/2008 | JCB | misc trial prep, depo review, etc | 2.50 | |
| | JCB | misc. prep for mock jury and trial, review exhibits from matt davis, review mock jury screening from karen Jo, work on motions in limine. | 3.70 | |
| 4/4/2008 | JCB | review and tweak MIL's by Peter W. | 1.50 | |
| 4/5/2008 | JCB | attend david ball seminar for structure of argument, etc, meeting with Peter W. to review graphics | 3.00 | |
| 4/6/2008 | JCB | review graphics | 1.00 | |
| 4/7/2008 | JCB | tc with Peter re stuff, meeting tomorrow, emails on Misty, redo Patrick smith depo testimony, | 8.00 | |
| 4/8/2008 | JCB | draft MIL Opps (work until 11 pm.) | 7.50 | |
| | JCB | long meeting at Peter's office with Matt Davis to review graphics and case strategy | 6.00 | |
| 4/12/2008 | JCB | trial prep including review of mock jury instructions, emails and tc with Peter and Karen jo | 2.50 | |
| 4/13/2008 | JCB | misc. review witness prep and motions in limine | 1.50 | |
| 4/14/2008 | JCB | intense day of trial prep, tc's with Peter W, and tc with PMW, TK and KJK, draft opp motions in limine, review incoming motions in limine. ` | 10.00 | |
| | JCB | telephone conference with PMW, TK, and Karen Jo re finalizing verdict form and instructions | 1.00 | |
| 4/15/2008 | JCB | Intense day working on MIL re experts, also exchange emails with Karen Jo and multiple tc's with PMW. | 13.00 | |
| 4/16/2008 | JCB | trial prep including tc's with Peter (ill) do declaration re ex parte, review stuff filed by defendants this week, etc; affidavit re late filing | 5.50 | |
| 4/17/2008 | JCB | numerous tc's with Peter re trial prep, review exam lines and pretrial documents, etc. | 1.80 | |
| 4/18/2008 | JCB | trial prep incl. tc with Todd Krauss, tc with Peter W. Review judges orders, work on depo transcripts for case. sketch out reply brief matters, read cop summaries from Todd, and cut them down, etc. | 4.50 | |

Page     19

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/19/2008 | JCB | draft statement for Mock Jury, review training materials | 4.50 | |
| | JCB | long meeting with Peter and Todd re replies to in limine opps, graphics, mock jury presentations, etc at peters office | 6.00 | |
| 4/20/2008 | JCB | work on MIL replies | 7.00 | |
| 4/21/2008 | JCB | work on MIL replies, file, tc's with Peter, etc, work on reviewing depo transcripts and prep mock trial statement, review mil replies from defendants; tc with Myers | 12.00 | |
| 4/22/2008 | JCB |  tc's with Peter, etc, work on reviewing depo transcripts and prep mock trial statement,  work on exhibit list with richard, find abstract re xrep. prep and file erratum | 11.00 | |
| 4/23/2008 | JCB | tc with Karen jo, finalize mock trial shedule | 0.20 | |
| | JCB | get ready for mock jury and travel to SF, finish prepping statement, tc's peter | 6.00 | |
| 4/24/2008 | JCB | Mock jury prep with KJK and PMW &TK in Oakland | 6.00 | |
| 4/25/2008 | JCB | travel to Sunnyvale and Mock trial with KJK, Peter and Todd. post meeting and travel home to LA | 11.00 | |
| 4/26/2008 | JCB | review materials, including new jury instructions, tc with Peter x 2, review article on new DoD study, send to myers, send to Haddix | 2.50 | |
| | JCB | intense trial prep continuing, including review of fairbanks depo for expert testimony, tc's with peter; email exchanges wth Haddix, including send her depo transcripts; | 4.50 | |
| 4/28/2008 | JCB | cont. trial prep with peter, finalise exhibitit and witness lists, jury instructions re damages, prepare for hearing tomorrow, etc. | 5.20 | |
| 4/29/2008 | JCB | travel with Peter to San Jose, appear at 1:00 p.m. conference, return | 9.00 | |
| 4/30/2008 | JCB | review luceri depo and other doctors for statements to use in opening | 4.00 | |
| | JCB | misc tc's with PMW and Rob't and betty Heston, Myers, emails haddix all re final status conf. etc. review motions in limine, ct trial order, plan travel, lodging, etc. | 6.50 | |
| 5/1/2008 | JCB | Long meeting with Peter and Matt, sandy re demonstrative exhibits, finalize,<br>Long meeting with Peter, revise, schedule witnesses, dividie witnesses, discuss evidence.<br>Email exchanges with Dr. Haddix re pre meeting<br>TC with Cliff satree | 8.00 | |

Page      20

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | Misc depo review and trial prep |  |  |
| 5/2/2008 | JCB | More trial prep | 4.00 |  |
| 5/3/2008 | JCB | long day of trial prep, incl. review satree, etc. | 5.50 |  |
|  | JCB | intense trial prep, witness notebooks, etc. | 4.00 |  |
| 5/4/2008 | JCB | review ho transcript and study on ph's in acidotic adults, etc. review fairbanks slides for peter. review order from Ohio cases on cause of death, email exchanges with Haddix; prep and file objections to taser instructions | 5.00 |  |
| 5/5/2008 | JCB | tc with Dr. Haddix; misc trial prep, work on opening statement | 4.50 |  |
| 5/6/2008 | JCB | long prep meeting with Myers and review his deposition, meeting with PMW, review exhibits, more intense trial prep; | 8.50 |  |
| 5/7/2008 | JCB | intense trial prep, tc's with heston and Myers, memo re myers testimony, prep gibson exam. do voir dire questions, etc. review, approve file exhibit list | 8.00 |  |
| 5/8/2008 | JCB | Intense day focused on exhibit preparation with PMW and graphics people. Also work on exam lines, etc. review motions in limine orders; prepration of exhibits | 9.00 |  |
| 5/9/2008 | JCB | full day of trial prep multiple tasks, exhibits, books, witness prep. etc | 10.00 |  |
| 5/10/2008 | JCB | more trial prep, get packed for trip | 4.50 |  |
| 5/11/2008 | JCB | finish exhibit books, prep in office, pack car and drive partway with peter W. | 8.00 |  |
| 5/12/2008 | JCB | arrive in San jose, set up office in Hotel Montgomery, drive to Stanford and meet with Dr. Haddix;, return and prep for jury selection | 10.00 |  |
| 5/13/2008 | JCB | Trial day 1; meet with Carol Bauss re jury selection, select jury, meeting with Judge Ware re jury instructions, conf. with counsel re evidentiary issues, prep with Peter W to finalize opening statement | 11.00 |  |
| 5/14/2008 | JCB | Trial day 2; Do opening statement, prep and present Cliff Satree, evening prep with Peter on Exam lines until almost midnight (very long day0 | 15.00 |  |
| 5/15/2008 | JCB | trial day 3:  witness exams and then travel back to LA | 12.00 |  |
| 5/16/2008 | JCB | Back in office, tc's with Roger Clark, Ernest burwell, Peter Williamson, review, prep documentation on Acidosis, impeachment for Smith and Ho. Multiple emails exchanged on exhibits to use with roger clark, legal research re hearsay and expert witnesses; tc with Judge Ware re juror | 6.50 |  |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | issue |  |  |
| 5/17/2008 | JCB | intense day of trial prep, tc with Burwell, review and prep dataport printout. (exh. 153) review and trim exam lines. emails with defense counsel re exhibits. | 6.50 |  |
| 5/18/2008 | JCB | intense trial prep, work on exam lines, etc. | 6.00 |  |
| 5/19/2008 | JCB | trial prep, pack up for return to San Jose, travel time, pick up Myers, meet Peter at airport, in San Jose meet with Ernie and Roger, prep myers for testimony tomorrow | 12.00 |  |
| 5/20/2008 | JCB | trial all day, meet early with Myers, present myers testimony, Lunch with lavid, after trial mtgs with Clark and Burwell | 11.50 |  |
| 5/21/2008 | JCB | trial, meet and prep roger, burwell testimony, etc. | 10.00 |  |
| 5/22/2008 | JCB | trial, meet with Roger, testimony, Mash, Heston; return to LA | 11.00 |  |
| 5/23/2008 | JCB | back in office, sort through what needs to be done, etc | 1.50 |  |
| 5/25/2008 | JCB | tc peter re status of everything, review Ho testimony from Canada hrg, prep exam lines for next week. | 4.00 |  |
| 5/26/2008 | JCB | intense day of trial prep. TC peter, TC myers, review ho and prep exam line. | 5.50 |  |
| 5/27/2008 | JCB | intense day of trial prep. Tc's with peter, etc, review graham cross-x and lines for  officers, prep cooncise cross x for ruiz and dominici. Prep rod sanford cross-x | 6.00 |  |
| 5/28/2008 | JCB | prep smith mini-exam for tomorrow. review and pare down all exam lines. prep exam for evans; Travel to San Jose with Peter. Prep for ct tomorrow | 8.00 |  |
| 5/29/2008 | JCB | appearance at trial; end of plaintiff's case. Defense witnesses Graham, Evans, Dominici, Ruiz; prep for tomorrow | 10.00 |  |
| 5/30/2008 | JCB | appearance at trial; defense witnesses ruiz, Sanford, Monjoy, Ho, Kroll, travel back to LA | 9.00 |  |
| 5/31/2008 | JCB | meeting at Peter's office with Matt Davis, plan out closing, graphics. | 6.00 |  |
| 6/2/2008 | JCB | travel to San Jose for trial, prep, meeting with Judge Ware for jury instructions, review closing with Peter, | 10.00 |  |
| 6/3/2008 | JCB | at trial, help prep closing | 8.00 |  |

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/4/2008 | JCB | trial, give rebuttal. Jury deliberation start. | 8.00 | |
| 6/5/2008 | JCB | jury deliberations, meeting with PMW and clients. return to LA; tc' with Peter re note from jury | 6.00 | |
| 6/6/2008 | JCB | tc's from Peter re deliberations & Verdict! Alright. $5.2 mil in punis. | 1.50 | |
| 6/9/2008 | JCB | Misc. post trial matters, notify experts of result, etc, take calls from media | 1.50 | |
| 6/10/2008 | JCB | Media calls, inquiries from other attorneys, review wrongful death, punis and verdict form? | 1.00 | |
| 6/11/2008 | JCB | exchanging emails to M. brave re settlement? | 0.50 | |
| 6/12/2008 | JCB | email exchanges with E. garcia and counse re post verdict conference calendar | 0.50 | |
| 6/13/2008 | JCB | misc tasks including email echange with Hward williams to correct comment on taser not causing deaths; more emails with E. Garcia setting post trial conference; respond to verdict search; inquiry from ACLU | 0.50 | |
| 6/18/2008 | JCB | review, download TASER statement on verdict, forward to peter williamson and experts | 1.00 | |
| 6/20/2008 | JCB | lunch meetig with Peter Bebring from ACLU re collaboration | 1.00 | |
| 6/23/2008 | JCB | review NIJ interim report | 1.20 | |
| 6/24/2008 | JCB | draft proposed judgment and brief re no costs to Salinas; email to peter and efile; review NYT editorial | 2.50 | |
| 6/25/2008 | JCB | telephone appearance re posttrial motions; conf. PMW, etc. | 1.00 | |
| 6/26/2008 | JCB | tc with Rob't heston re judge's ruling yesterday; email to peter re calling Kastner; tc from Kastner | 0.30 | |
| 6/27/2008 | JCB | review objection to proposed judgment from TASER | 0.20 | |
| 7/2/2008 | JCB | tc and email exchange Alex Berenson re NYTimes coverate | 0.30 | |
| | JCB | tc and email exchange Alex Berenson re NYTimes coverate | 0.30 | |
| 7/14/2008 | JCB | tc with shahein Nasipour, California lawyer article, send materials | 1.10 | |
| 7/25/2008 | JCB | review TASER's post trial motions, meeting with PMW | 3.00 | |

Page     23

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/28/2008 | JCB | finish eview TASER's post trial motions,  tc with PMW; email re divy tasks, counter motions? | 1.50 | |
| 8/3/2008 | JCB | review, edit PMW's motion for conditional new trial | 0.80 | |
| 8/4/2008 | JCB | draft and efile conditional atty fee motion | 2.20 | |
| 8/7/2008 | JCB | tc with peter re responises to post trial motions | 1.10 | |
| 8/8/2008 | JCB | review approve stip to briefing oin attorney fees; tc with Peter re punitive damages | 0.60 | |
| 8/18/2008 | JCB | send TASER letter in response to defamation threat; tc peter | 1.00 | |
| 8/19/2008 | JCB | research and draft opp to JMOL | 4.50 | |
| 8/21/2008 | JCB | research and draft opp to JMOL | 8.00 | |
| 8/22/2008 | JCB | research and draft opp to JMOL | 8.00 | |
| 8/23/2008 | JCB | review, edit, PMW's opp to NT motion; finalize JMOL opp and leave for PMW to file Monday | 7.50 | |
| 8/25/2008 | JCB | multiple TC's with Peter and finish drafting, correcting post-trial opps | 3.50 | |
| 9/11/2008 | JCB | review reply briefs. What are they talking about? research find brief, Why wasn't that served on us? | 1.50 | |
| 9/12/2008 | JCB | tc's with PMW re what to do, peter to prep declaration and file asap; review and edit PMW declaration | 1.20 | |
| 9/13/2008 | JCB | draft opp to supplement re punis; Westinghouse case -- Alright! | 3.50 | |
| 9/15/2008 | JCB | mor drafting on opp to supplemental, finalize and file; tc with PMW re do opp. to request for continuance | 5.10 | |
| 9/17/2008 | JCB | review reply re supp opp punis. | 0.70 | |
| 9/26/2008 | JCB | travel and appear for hearing in San Jose on post trial motions; tc to peter | 8.00 | |
| 9/27/2008 | JCB | tc re hearing to Rob't hestoin | 0.60 | |
| 10/24/2008 | JCB | review order from Judge ware -- split decision -- tc peter, re what to do, etc. Call client and inform him | 2.10 | |
| 10/27/2008 | JCB | emails with Brave re meet to discuss case? | 0.40 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/28/2008 | JCB | tc with Peter re approach brave for settlement? strategies | 0.30 | |
| | JCB | tc with Peter re status | 1.00 | |
| | JCB | review ex parte and draft opposition to ex parte | 1.10 | |
| | JCB | review proposed stip re briefing from Julie fleming and email her re no. | 0.50 | |
| 10/29/2008 | JCB | dinner meeting with Mike Brave re potential settlement? | 1.00 | |
| 10/30/2008 | JCB | tc with Peter re results of Mike brave meeting, | 0.40 | |
| 11/1/2008 | JCB | email from Mike brave re no interest in settlement, tc peter | 0.80 | |
| 11/4/2008 | JCB | meeting with SLB re costs, research re recovery of expert fees. | 1.50 | |
| 11/7/2008 | JCB | review, correct time records; review, check Peter's records | 3.50 | |
| 11/10/2008 | JCB | prepare attorney's fee records for efiling. | 6.50 | |
| | | SUBTOTAL: | [    1489.50 | 744,750.00] |
| | JL | | | |
| 9/24/2006 | | review medical literature and records, consult with JB | 35.00 | |
| 12/4/2006 | | prep index of TASER medical articles for Smith Deposition | 12.00 | |
| | | SUBTOTAL: | [      47.00 | 7,050.00] |
| | RT | | | |
| 5/9/2005 | RT | forward letter to client | 0.10 | |
| 5/24/2005 | RT | set up 910 claim for JB | 1.00 | |
| 7/20/2005 | RT | tc's trying to get death report, get application, send to clients | 1.50 | |
| 8/2/2005 | RT | draft successor dec send to client | 1.50 | |
| 9/9/2005 | RT | prep summons and related doucments, prep complaint for filing and transmit to court; cert of interested parties, etc. | 4.50 | |
| 10/24/2005 | RT | prep docs for service on salinas | 2.50 | |

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/26/2005 | RT | prep docs for service on TASER, send to Klint. | 1.00 | |
| 11/21/2005 | RT | draft consent to magistrate | 1.00 | |
| 11/28/2005 | RT | send for autopsy report | 0.50 | |
| 11/29/2005 | RT | send releases from DA's office, to clients | 1.00 | |
| 2/1/2006 | RT | calendar dates, including settlement conf | 0.50 | |
| 2/17/2006 | RT | review initial disclosures | 1.00 | |
| 2/23/2006 | RT | calendar new date re motion to dismiss | 0.20 | |
| 3/7/2006 | RT | conf with JB re depos off calendar, contact clients | 1.00 | |
| 3/13/2006 | RT | prep and efile supp opp | 0.50 | |
| 5/3/2006 | RT | tc with clients and hurley's office, clear dates for depos | 0.50 | |
| 5/4/2006 | RT | send depo letter to clients | 1.00 | |
| 5/11/2006 | RT | file stip and amended complaint | 0.50 | |
| 5/15/2006 | RT | tc and confirming letter with S. Blitch re extension of time on rog responses; call clients and discuss what needs to be done, scan in requests. | 2.00 | |
| 5/17/2006 | RT | work with clients, draft discovery responses | 5.50 | |
| 5/18/2006 | RT | draft discovery responses | 4.00 | |
| 5/19/2006 | RT | draft discovery responses; meeting with JB | 3.50 | |
| 5/24/2006 | RT | draft discovery responses | 4.50 | |
| 5/25/2006 | RT | finalize drafts of rogs, RFA's, Rule 26 disclosures, etc. | 5.50 | |
| 5/26/2006 | RT | finalize and serve plaintiffs discovery responses | 4.00 | |
| 6/7/2006 | RT | prep and file opp to mot. to dismiss | 0.50 | |
| | RT | tc with hurley's office re depsitions of officers etc? conf. with JB | 1.00 | |
| 6/8/2006 | RT | draft letter to Hurley re depos | 1.50 | |
| 6/19/2006 | RT | conf. re propounding discovery, deposition schedule | 0.50 | |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/10/2006 | RT | review file and pre index of reports re Heston death investigation | 4.00 | |
| 7/12/2006 | RT | review file and pre index of reports re Heston death investigation | 3.50 | |
| 7/13/2006 | RT | review file and pre index of reports re Heston death investigation | 2.00 | |
| 8/8/2006 | RT | conf. JB re more depos, send out notices for Groves, ruiz, godwin. etc. Tc's hurley's office | 1.50 | |
| 8/21/2006 | RT | finalize serve discovery to taser | 2.00 | |
| 10/3/2006 | RT | draft taser discovery respoinses, work with clients | 2.50 | |
| 10/4/2006 | RT | draft taser discovery respoinses, work with clients | 2.00 | |
| 10/5/2006 | RT | send out discvoery responses to TASER | 2.50 | |
| 10/15/2006 | RT | finalize and serve taser depo notices | 1.00 | |
| 11/20/2006 | RT | prep and send package to Spitz | 2.50 | |
| 11/29/2006 | RT | prep and send package to lavid | 3.00 | |
| 12/4/2006 | RT | prep rule 26 reports for exchange | 7.00 | |
| 12/5/2006 | RT | review, organize defendants' expert reports, | 6.00 | |
| 12/6/2006 | RT | finish organizing reports, prep index | 2.50 | |
| 12/11/2006 | RT | prep and file expert motions | 7.00 | |
| 12/18/2006 | RT | prep and exchange supplemental report | 3.50 | |
| 1/8/2007 | RT | prep and file reply briefs | 2.00 | |
| 5/10/2007 | RT | tc's and notice di Maio deposition | 0.50 | |
| 5/14/2007 | RT | tc with peter re schedluing experts; tc's manning marder; hurleys office | 1.00 | |
| 5/18/2007 | RT | tc with peter re schedluing experts; tc's manning marder; hurleys office | 1.50 | |
| 5/21/2007 | RT | mutiple tc's re setting Minnesota depositions | 1.50 | |
| 5/22/2007 | RT | conf. with JB and tc Peter re Kroll and Ho depos in minnesota; send notices | 1.00 | |
| 5/25/2007 | RT | send counsel changes from Myers depo transcript | 0.50 | |

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/11/2007 | RT | work on scheduling expert depos panescu and Wettli | 0.50 | |
| 7/12/2007 | RT | tc's manning, marder on scheduling expert depos panescu and Wettli | 0.50 | |
| 7/13/2007 | RT | work on scheduling expert depos panescu and Wetli; send out notices | 1.00 | |
| 11/2/2007 | RT | tc's and notice alexander depossition | 0.50 | |
| 11/26/2007 | RT | tc's and notice ideker's deposition | 0.50 | |
| 11/27/2007 | RT | tc's and notice graham deposition | 0.50 | |
| 11/28/2007 | RT | tc's and notice graham deposition | 0.50 | |
| 11/29/2007 | RT | tc's and notice evans deposition | 0.50 | |
| 11/30/2007 | RT | tc's and notice leto's deposition | 0.50 | |
| 12/11/2007 | RT | attend meeting with attorneys re trial prep | 3.50 | |
| 1/29/2008 | RT | set up groves and gibson depos | 1.00 | |
| 3/4/2008 | RT | review and calendar dates from Judge Ware | 1.00 | |
| 4/11/2008 | RT | review exhibits with PMW | 6.00 | |
| 4/14/2008 | RT | prep exhibits for trial | 25.00 | |
| 4/24/2008 | RT | prep binders for mil's to send to Ware | 12.00 | |
| 5/6/2008 | RT | WORK ON EXHIBITS | 15.00 | |
|  | SUBTOTAL: | | [  181.30 | 22,662.50] |
|  | SL | | | |
| 2/4/2008 | | prep recon papers for efiling -- work until midnight | 4.50 | |
| 3/31/2008 | | prep and file Motions in limine for plaintiffs; jury instructions | 6.00 | |
| 4/8/2008 | | prep and file oppositions to motions in limine | 4.50 | |
| 4/15/2008 | | prep opps to motions in limine; efile | 3.50 | |
| 4/21/2008 | | prep replies to motions in limine and efile | 4.50 | |

Page     28

| | | Hours | Amount |
|---|---|---|---|
| 5/1/2008 | attend trial meeting re graphic, misc trial prep, exhibit prep, etc. | 6.00 | |
| 5/8/2008 | prep exhibits and witness books | 24.00 | |
| 6/3/2008 | prep cd's of exhibits for trial use | 8.00 | |
| 11/4/2008 | prepare cost bill | 10.00 | |
| SUBTOTAL: | | [     71.00 | 8,875.00] |
| Total amount of this bill | | | $784,012.50 |

**EXHIBIT E**

**COST**

*Heston v. City of Salinas* – N.D. Cal. Case No. C 05-03658 JW
Law Offices of John Burton

| | |
|---|---:|
| Experts | $104,148.72 |
| Travel | $10,151.99 |
| Deposition and Court Reporter Transcripts | $19,247.53 |
| Exhibits | $18,988.70 |
| Filing Fee and Service of Process | $517.50 |
| Witness Fees | $2,646.00 |
| Reproduce CDs and Medical Records | $358.00 |
| Fed Express | $531.55 |
| Xerox & Postage | $1,198.32 |
| **Total** | **$157,788.31** |

**EXHIBIT F**

✎AO 133  (Rev. 03/08)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Northern  District of California

|         | )  |           |
|---------|----|-----------|
|         | )  |           |
| v.      | )  | Case No.: |
|         | )  |           |
|         | )  |           |

## Bill of Costs

Judgment having been entered in the above entitled action _____ against _____ ,
                                                   Date

the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ _____ |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | _____ |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $0.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . . . | _____ |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | _____ |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | _____ |
| TOTAL | $ _____ $0.00 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## Declaration

    I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

        ❏    Electronic service by e-mail as set forth below and/or.

        ❏    Conventional service by first class mail, postage prepaid as set forth below.

        s/ Attorney: _____

        Name of Attorney: _____

For: _____       Date: _____
                    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

                          By: _____

| | | |
|---|---|---|
| Clerk of Court | Deputy Clerk | Date |

✎AO 133  (Rev. 03/08)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
   "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
   "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
   Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

   When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

   Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**EXHIBIT G**

1  MITCHELL SILBERBERG & KNUPP LLP
   RICHARD B. SHELDON (State Bar No. 150092)
2  11377 West Olympic Boulevard
   Los Angeles, CA 90064-1683
3  Telephone: (310) 312-2000
   Facsimile: (310) 312-3100
4
   MOSES & SINGER LLP
5  MICHAEL EVAN AVIDON (Admitted Pro Hac Vice)
   PHILIPPE ZIMMERMAN (Admitted Pro Hac Vice)
6  1301 Avenue of the Americas
   New York, New York 10019
7  Telephone: (212) 554-7800
   Facsimile: (212) 554-7700
8
   Attorneys for Defendant
9  National City Bank

10           SUPERIOR COURT OF THE STATE OF CALIFORNIA

11              FOR THE COUNTY OF LOS ANGELES

12

13  DBJJJ, INC. dba Always & Forever,        | CASE NO. BC 276543

14              Plaintiff,                    | Assigned to Dept. 56
                                              | The Honorable Jane L. Johnson
15       v.
                                              | Date:  September 30, 2003
16  NATIONAL CITY BANK, a business           | Time:  8:30 a.m.
    organization form unknown; WILSHIRE      | Place: Dept. 56
17  STATE BANK; and DOES 1 through 50,
    inclusive,
18                                           | DECLARATION OF CHRISTOPHER C.
                Defendants.                  | HAYES OF COURTEXPRESS IN
19                                           | SUPPORT OF DEFENDANT
                                             | NATIONAL CITY BANK'S MOTION
20                                           | FOR ATTORNEYS' FEES AND OTHER
                                             | EXPENSES OF LITIGATION
21                                           | PURSUANT TO CALIFORNIA
                                             | COMMERCIAL CODE SECTION
22                                           | 5111(e) AND/OR OHIO REVISED CODE
                                             | ANNOTATED SECTION 1305.10(e)
23
                                             | Case Filed: June 26, 2002
24                                           | Trial Date: July 14, 2003
                                             | Discovery Cutoff: June 16, 2003
25

26

27

28

Mitchell Silberberg &
Knupp LLP

DECLARATION OF CHRISTOPHER C. HAYES RE MOTION FOR ATTORNEYS' FEES

# DECLARATION OF CHRISTOPHER C. HAYES

I, Christopher C. Hayes, declare as follows:

1.      I am the chief executive officer and one of the founders of CourtExpress ("CXP"), a nationwide court research and document retrieval service. In my capacity as chief executive officer, I am knowledgeable about all services offered by CXP to its clients and intimately familiar with its business operations. I have personal knowledge of matters set forth below, and if called as a witness herein, could and would testify competently thereto.

2.      CXP has been in business for 22 years, formerly under the name of RIS Legal Services, Inc. The primary business of CXP since its inception has been to research and retrieve publically available records throughout the United States from federal and state court files, including monitoring and retrieval of court dockets, and to research and retrieve records from selected government agencies. These government agencies include, among others, the U.S. Patent & Trademark Office, state-wide offices of the Secretary of State and Department of Corporations, local county recorder's offices, and local county tax assessor's offices. CXP has also searched and retrieved records on an as-needed basis for its clients from local libraries and universities. CXP provides these research and retrieval services for law firms, private investigators, law enforcement agencies, insurance companies, banks, consulting firms, corporations, investigative organizations, media firms, corporate legal departments and other business entities upon request. CXP presently has offices located in Los Angeles, California, Washington, D.C., Frederick, Maryland, Richmond, Virginia and New York, NY.

3.      Through its extensive network of resources and nationwide presence, CXP is able to offer a myriad of additional services to its clients in addition to its research and retrieval services. These additional services include compilation of the CourtExpress Legal Billing Report. The CourtExpress Legal Billing Report ("Legal Billing Report") is a comparative

1   listing of hourly rates by attorney, firm, year of admittance and region. The source of the data

2   included in the Legal Billing Report is fee applications filed in U.S. bankruptcy courts across the

3   United States. CXP first published an annual Legal Billing Report in March 1999 and it

4   contained information regarding fee applications covering the period 1998-1999. In 2001, CXP

5   began publishing the Legal Billing Report three times a year.

6

7         4.     As chief executive officer of CXP, I am responsible for directing and

8   overseeing the compilation of data used in the Legal Billing Report as well as the preparation of

9   the report itself.

10

11        5.     In order to prepare the Legal Billing Report, CXP obtains the source data

12   by first having its representatives monitor the register of actions in various bankruptcy courts

13   either through on-site review of the bankruptcy court's docket, via the bankruptcy court's PACER

14   system, or other on-line electronic access made available by the respective court. When a CXP

15   representative notes that a fee application has been filed in a case, a copy of that fee application

16   is obtained electronically if available in electronic format, or by copying the application directly

17   from the bankruptcy court's file.

18

19        6.     Once the source data is retrieved, CXP inputs the data into its own

20   electronic database. With respect to each fee application obtained, CXP first transfers to its

21   database the background information including the case caption, the name of the court in which

22   the bankruptcy action is pending, the name of the law firm making the fee application and the

23   time frame for which fees are sought in the application. CXP then adds to its electronic database

24   the name and classification or position of each attorney, para-professional, and/or staff member

25   for whom fees are sought, the year admitted, if applicable, and the respective hourly rate charged.

26

27        7.     Following transfer of the source data from the fee applications to CXP's

28   electronic database as described above, CXP has the ability to organize the data in a variety of

1   ways. For example, CXP can sort the billable rate data by geographic region and alphabetically

2   by firm name, and by geographic region and practice admission date. CXP generates its Legal

3   Billing Report from its electronic database and makes the report available for purchase to the

4   public in electronic or hard copy format. The Legal Billing Report includes, among other things,

5   a section organized by geographic region and specific law firm, and a section organized by

6   region, year of admittance and billing rate.

7

8       8.     The most current Legal Billing Report published by CXP is the September

9   2003 Legal Billing Report. Again, I am familiar with and responsible for the process by which

10  the data is assembled and the September 2003 Legal Billing Report is prepared. CXP markets its

11  Legal Billing Reports, including the September 2003 Legal Billing Report, to law firms for use

12  as an analytical tool in determining and setting the billable rates for their attorneys. The Legal

13  Billing Report is made in the regular course of business and is made at or near the time CXP

14  obtains the source data from public files.

15

16      9.     Attached hereto as Exhibit 5 are true and correct copies of the sections

17  from the September 2003 CourtExpress Legal Billing Report (Volume 5, Number 2) showing the

18  billable rates set forth in those fee applications filed by law firms and attorneys located in

19  California. Also included in Exhibit 5 is a page identifying the Attorney Codes used in the Legal

20  Billing Report. As explained in the attached Attorney Codes page, the designation "P" refers to

21  Partner, the designation "A" refers to Associate, and the designation "SC" refers to Senior

22  Counsel.

23

24      10.    The following chart summarizes the hourly billable rates reflected in

25  Exhibit 5 for attorneys admitted to the California bar in 1978-82 and 1990-92. The chart

26  contains the attorney name, firm, his/her position within the firm, hourly billing rate, and the

27  bankruptcy proceeding and court in which the fee application was filed. Although all of the

28  attorneys listed below practice in California, as is reflected in the following chart, California

Mitchel Silberberg &
Knupp LLP

4

DECLARATION OF CHRISTOPHER C. HAYES RE MOTION FOR ATTORNEYS' FEES

0570947.1

attorneys have filed fee applications in bankruptcy matters pending in districts other then

California:

| CourtExpress Legal Billing Report, September 2003 | | | |
|---|---|---|---|
| No. | Attorney Name & Law Firm | Category | Hourly Billing Rate | Information Source |
| 1. | Patrick T. Seaver<br>Latham & Watkins, LLP | Partner, admitted 1978 | $575 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 2. | Joel J. Berman<br>Jeffer, Mangels, Butler & Marmaro, LLP | Partner, admitted 1979 | $430 | U.S.B.C., Central District of CA<br>*Network Services, LLC*<br>Fee application covering the period 12/01/02-03/31/03 |
| 3. | Brian G. Cartwright<br>Latham & Watkins, LLP | Partner, admitted 1980 | $575 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 4. | Jeffrey A. Davis<br>Gray Cary Ware & Freidenrich, LLP | Partner, admitted 1980 | $475 | U.S.B.C., No. District of CA<br>*Advanced Telecom Group, Inc. et a.*<br>Fee application covering the period 12/15/02-05/15/03 |
| 5. | Katherine L. McDaniel<br>Katten Muchin Zavis Rosenman | Senior Counsel, admitted 1980 | $385 | U.S.B.C., District of DE<br>*Exide Technologies, et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 6. | Michael A. Isaacs<br>Luce, Forward, Hamilton & Scripps, LLP | Partner, admitted 1981 | $375-360 | U.S.B.C., No. District of CA<br>*Northpoint Communications Group, Inc.*<br>Fee application covering the period 10/29/02-01/03/03 |
| 7. | Barry Milgrom<br>Luce, Forward, Hamilton & Scripps, LLP | Partner, admitted 1981 | $360 | U.S.B.C., No. District of CA<br>*Northpoint Communications Group, Inc.*<br>Fee application covering the period 10/29/02-01/03/03 |
| 8. | Frederick J. Ufkes<br>Kirkpatrick & Lockhart, LLP | Partner, admitted 1982 | $350 | U.S.B.C., District of DE<br>*Safety-Kleen Corp., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |

DECLARATION OF CHRISTOPHER C. HAYES RE MOTION FOR ATTORNEYS' FEES

Mitchell Silberberg &
Knupp LLP

0570947.1

| CourtExpress Legal Billing Report, September 2003 | | | |
|------|------|------|------|
| No. | Attorney Name & Law Firm | Category | Hourly Billing Rate | Information Source |
| 9. | Faye H. Russell<br>Clifford Chance US, LLP | Partner, admitted 1990 | $595 | U.S.B.C., So. District of CA<br>*Advanced Tissue Sciences, Inc.*<br>Fee application covering the period 10/10/02-03/21/03 |
| 10. | Peter M. Gilhuly<br>Lathan & Watkins, LLP | Partner, admitted 1990 | $550 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 11. | Rodger M. Landau<br>McDermott, Will & Emery | Partner, admitted 1990 | $465 | U.S.B.C., Central District of CA<br>*Oak Park Calabasas Condominium Association*<br>Fee application covering the period 02/01/03-02/28/03 |
| 12. | Desmond J. Cussen<br>Gibson, Dunn & Crutcher, LLP | Associate, admitted 1990 | $435 | U.S.B.C., District of DE<br>*Nextcard, Inc.*<br>Fee application covering the period 04/01/03-04/30/03 |
| 13. | Pamela M. Roberson<br>Andrews & Kurth, LLP | Associate, admitted 1990 | $385 | U.S.B.C., So. District of NY<br>*Enron Corp. et al.*<br>Fee application covering the period 02/01/03-02/28/03 |
| 14. | Mark Theodore<br>Proskauer Rose, LLP | Partner, admitted 1991 | $350 | U.S.B.C., Central District of CA<br>*Henry Mayo Newhall Memorial Hospital*<br>Fee application covering the period 04/01/03-05/31/03 |
| 15. | Maria P. Sendra<br>Clifford Chance US, LLP | Partner, admitted 1992 | $495 | U.S.B.C., So. District of CA<br>*Advanced Tissue Sciences, Inc.*<br>Fee application covering the period 10/10/02-03/21/03 |
| 16. | Katherine M. Windler<br>Coudert Brothers, LLP | Associate, admitted 1992 | $350 | U.S.B.C., So. District of NY<br>*Global Crossing LTD, et al.*<br>Fee application covering the period 10/01/02-03/31/03 |

Mitchel Silberberg & Knupp LLP

DECLARATION OF CHRISTOPHER C. HAYES RE MOTION FOR ATTORNEYS' FEES

0570947.1

1   11.   The following chart summarizes the billable rate information reflected in

2   Exhibit 5 for para-professionals (defined as "PP" in the Attorney Codes page) appearing on the fee

3   applications filed by firms practicing in California.  This chart contains the para-professional name,

4   firm, hourly billing rate, and the bankruptcy proceeding and court in which the fee application was

5   filed:

| CourtExpress Legal Billing Report, September 2003 | | |
|---|---|---|
| No. | Para-professional Name & Law Firm | Hourly Billing Rate | Information Source |
| 1. | William Schaub<br>Brobeck, Phleger & Harrison, LLP | $140 | U.S.B.C., District of DE<br>*Owens Corning, et al.*<br>Fee application covering the period 01/01/03-01/31/03 |
| 2. | Beth Dassa<br>Jeffer, Mangels, Butler & Marmaro, LLP | $173 | U.S.B.C., Central District of CA<br>*Network Services LLC*<br>Fee application covering the period 12/01/02-03/31/03 |
| 3. | Eric Kohm<br>Kirkpatrick & Lockhart, LLP | $140 | U.S.B.C., District of DE<br>*Safety-Kleen Corp., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 4. | Vincent Esparaza<br>Kirkpatrick & Lockhart, LLP | $125 | U.S.B.C., District of DE<br>*Safety-Kleen Corp., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 5. | Barbara K. Hannah<br>Kirkpatrick & Lockhart, LLP | $125 | U.S.B.C., District of DE<br>*Safety-Kleen Corp., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 6. | Tina Levy<br>Kirkpatrick & Lockhart, LLP | $85 | U.S.B.C., District of DE<br>*Safety-Kleen Corp., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 7. | A.C. Priester<br>Latham & Watkins, LLP | $220 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 8. | S.G. Burns<br>Lathan & Watkins, LLP | $200 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |

Mitchell Silberberg & Knupp LLP

7

DECLARATION OF CHRISTOPHER C. HAYES RE MOTION FOR ATTORNEYS' FEES

0570947.1

| CourtExpress Legal Billing Report, September 2003 | | | |
|---|---|---|---|
| No. | Para-professional Name & Law Firm | Hourly Billing Rate | Information Source |
| 9. | J. A. A. Morgan<br>Latham & Watkins, LLP | $200 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 10. | D.E. Taylor<br>Latham & Watkins, LLP | $175 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 11. | P. Hood<br>Latham & Watkins, LLP | $170 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 12. | K.I. Long<br>Latham & Watkins, LLP | $170 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 13. | C.M. Greenwood<br>Latham & Watkins, LLP | $155 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 14. | T.Y. Weber<br>Latham & Watkins, LLP | $150 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 15. | L.C. Daczkowski<br>Latham & Watkins, LLP | $140 | U.S.B.C., Central District of CA<br>*Fountain View, Inc., et al.*<br>Fee application covering the period 06/01/03-06/30/03 |
| 16. | T. Castelli<br>McDermott, Will & Emery | $200 | U.S.B.C., Central District of CA<br>*Oak Park Calabasas Condominium Association*<br>Fee application covering the period 02/01/03-02/28/03 |
| 17. | Patricia Marquez<br>Morrison & Foerster, LLP | $145 | U.S.B.C., No. District of CA<br>*Atinera, LLC*<br>Fee application covering the period 12/2002-05/2003 |

8

DECLARATION OF CHRISTOPHER C. HAYES RE MOTION FOR ATTORNEYS' FEES

1        12.    The information in the above two charts accurately summarizes the data

2  presented in the pages from the CourtExpress Legal Billing Report attached as Exhibit 5.

3

4        I declare under penalty of perjury under the laws of the State of California that the

5  foregoing is true and correct.

6

        Executed on September 16 2003 at Washington, D.C.

7

8

9                              Christopher C. Hayes

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Mitchell Silberberg &
Knupp LLP

DECLARATION OF CHRISTOPHER C. HAYES RE MOTION FOR ATTORNEYS' FEES

0570947.1

# CourtEXPRESS

## LEGAL BILLING REPORT

VOLUME 5, NUMBER 2

September, 2003

## BY REGION, BY FIRM

© Copyright 2003 RIS Legal Services, Inc.

**Court EXPRESS**

**LEGAL BILLING REPORT**

## ATTORNEY CODES

| Code | Title | | Code | Title |
|---|---|---|---|---|
| A | Associate | | MC | Managing Clerk |
| AD | Administrative | | NL | Non-Legal |
| ADV | Advisor | | NYA | Not Yet Admitted |
| AN | Analyst | | OC | Of Counsel |
| C | Counsel | | P | Partner |
| CA | Case Assistant | | PA | Project Assistant |
| CM | Case Manager | | PP | Paraprofessional |
| CON | Consultant | | PS | Professional Staff |
| CS | Client Specialist | | SA | Senior Associate |
| DC | Docket Clerk | | SC | Senior Counsel |
| FLC | Foreign Legal Consultant | | SCA | Special Category Attorney |
| KA | Contract Attorney | | SLA | Senior Legal Assistant |
| LA | Legal Assistant | | SE | Senior Attorney |
| LC | Law Clerk | | SP | Special Partner |
| LI | Legal Intern | | SPP | Summer Paralegal |
| LIB | Library | | ST | Staff Attorney |
| M | Member of Firm | | SU | Summer Associate |
| MA | Managing Attorney | | SUC | Summer Clerk |
| MAO | Clerk - Managing Attys Ofc | | VA | Visiting Attorney |

## CONSULTANT CODES

| Code | Title |
|---|---|
| A | Associate |
| AN | Analyst |
| ASST | Assistant |
| C | Consultant |
| D | Director |
| EM | Experienced Manager |
| I | Intern |
| M | Manager |
| P | Partner |
| PP | Paraprofessional |
| PR | Principal |
| S | Senior/Professional |
| SC | Senior Consultant |
| SD | Senior Director |
| ST | Staff |
| SM | Senior Manager |
| SVP | Senior Vice-President |
| VP | Vice-President |

While we make every effort to assure the reliability of the data contained within, RIS Legal Services, Inc. does not warrant the accuracy of the information and assumes no liability for errors or omission.

Note:   Calculations of "Billing Rate" x "Hours Billed" may not, in all cases, equal the "Total Billed," due to various items, such as a rate change during the billing period.

### CourtEXPRESS

*The nationwide court access services firm providing attorneys and consultants the critical information needed to protect and grow their practices.*

Copyright 2003 RIS Legal Services, Inc.

## California Regional Report

| FIRM | STATE | ADMITTED | RATE | HOURS | TOTAL | COURT/CASE |
|---|---|---|---|---|---|---|
| **Brobeck, Phleger & Harrison, LLP** | | | $ | | $ | U.S.B.C., District of Delaware |
| A  Adams, Michael D. | CA | 1996 | 270.00 | 0.3 | 81.00 | *Owens Corning, et al.* |
| PP  Schaub, William | | | 140.00 | 19.0 | 2,660.00 | From the fee application covering |
| TOTAL | | | | 19.3 | 2,741.00 | January 1, 2003 through January 31, 2003 |
| | | | | | | *NLJ 250 Ranking:* 46 |
| | | | | | | *Firm Size:* 644 |
| **Clifford Chance US, LLP** | | | $ | | $ | U.S.B.C., Southern District of California |
| P  Ciringer, Andrew L. | NY | 1985 | 695.00 | 0.5 | 347.50 | *Advanced Tissue Sciences, Inc.* |
| P  Russell, Faye H. | CA | 1990 | 595.00 | 22.0 | 13,090.00 | From the fee application covering |
| A  Sendra, Maria P. | CA | 1992 | 495.00 | 2.2 | 1,089.00 | October 10, 2002 through March 21, 2003 |
| A  Calabria, Johanna | CA | 1999 | 370.00 | 1.8 | 666.00 | |
| A  Richardson, Kandace W. | CA | 1998 | 360.00 | 109.6 | 39,456.00 | *NLJ 250 Ranking:* N/A |
| A  Onallis, Matthew W. | CA | 1998 | 330.00 | 0.5 | 165.00 | *Firm Size:* 3590 |
| A  Weir, Charles E. | CA | 2000 | 275.00 | 0.7 | 192.50 | |
| A  Chau, Lisah M. | CA | 2001 | 240.00 | 15.6 | 3,744.00 | |
| TOTAL | | | | 152.9 | 58,750.00 | |
| **Gray Cary Ware & Freidenrich, LLP** | | | $ | | $ | U.S.B.C., Northern District of California |
| P  Davis, Jeffry A. | CA | 1980 | 475.00 | 4.9 | 2,327.50 | *Advanced Telcom Group, Inc., et al.* |
| P  Gebhard, Robert S. | CA | 1986 | 310.00 | 145.0 | 44,950.00 | From the fee application covering |
| LA  O'Brien, Erin | | | 265.00 | 0.2 | 53.00 | December 15, 2002 through May 15, 2003 |
| A  Feldman, Jennifer M. | CA | 2001 | 240.00 | 4.5 | 1,080.00 | |
| (Arithmetic Error) | | | | | (84.00) | *NLJ 250 Ranking:* 92 |
| TOTAL | | | | 154.6 | 48,326.50 | *Firm Size:* 402 |
| **Jeffer, Mangels, Butler & Marmaro, LLP** | | | $ | | $ | U.S.B.C., Central District of California |
| P  Eisenberg, Joseph A. | CA | 1972 | 587.82 | 36.5 | 21,455.50 | *Network Services, LLC* |
| P  Berman, Joel J. | CA | 1979 | 430.00 | 0.4 | 172.00 | From the fee application covering |
| OC  Spector, Steven M. | CA | 1972 | 464.29 | 7.0 | 3,250.00 | December 1, 2002 through March 31, 2003 |
| OC  Kaufman, Victoria S. | CA | 1989 | 411.47 | 187.9 | 77,315.50 | |
| A  Geller, Thomas M. | CA | 1987 | 357.81 | 3.2 | 1,145.00 | *NLJ 250 Ranking:* N/A |
| A  Bacon, Thomas C. | CA | 1993 | 296.46 | 20.5 | 6,077.50 | *Firm Size:* 148 |
| A  Blam, Sarah E. | CA | 2001 | 244.81 | 44.8 | 10,967.50 | |
| PP  Dassa, Beth | | | 173.03 | 46.7 | 8,080.50 | |
| TOTAL | | | | 347.0 | 128,463.50 | |
| **Kirkpatrick & Lockhart, LLP** | | | $ | | $ | U.S.B.C., District of Delaware |
| P  Ulkus, Frederick J. | CA | 1982 | 350.00 | 93.7 | 32,795.00 | *Safety-Kleen Corp., et al.* |
| A  Currall, Nathaniel S. | CA | 2000 | 190.00 | 65.18 | 12,384.20 | From the fee application covering |
| A  Wayne, Jennifer L. | CA | 2002 | 190.00 | 1.9 | 361.00 | June 1, 2003 through June 30, 2003 |
| PP  Kohn, Eric | | | 140.00 | 1.0 | 140.00 | |
| PP  Esperanza, Vincent | | | 125.00 | 102.5 | 12,812.50 | *NLJ 250 Ranking:* 41 |
| PP  Hannah, Barbara K. | | | 125.00 | 17.2 | 2,150.00 | *Firm Size:* 699 |
| PP  Levy, Tina | | | 85.00 | 29.76 | 2,529.60 | |
| (Arithmetic Error) | | | | | 148.80 | |
| TOTAL | | | | 311.2 | 63,321.10 | |

## California Regional Report

**Latham & Watkins, LLP**

| FIRM | STATE | ADMITTED | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|
| P  Cartwright, Brian G. | CA | 1980 | $575.00 | 1.2 | $690.00 |
| P  Seaver, Patrick T. | CA | 1978 | 575.00 | 42.1 | 24,207.50 |
| P  Baby, David W. | CA | 1984 | 550.00 | 3.6 | 1,980.00 |
| P  Galfuly, Peter M. | CA | 1990 | 550.00 | 0.4 | 220.00 |
| P  Collyer, Glen B. | CA | 1987 | 475.00 | 135.5 | 64,362.50 |
| P  Struve, Robin L. | IL | 1987 | 475.00 | 0.1 | 47.50 |
| P  Mackler, David C. | CA | 1989 | 440.00 | 83.2 | 36,608.00 |
| A  Beeson, John R. | CA | 1996 | 360.00 | 161.0 | 57,960.00 |
| A  Abrahamson, Scott R. | CA | 1998 | 330.00 | 175.3 | 57,849.00 |
| A  Millou, Ann Huang | CA | 1999 | 305.00 | 94.3 | 28,761.50 |
| A  Phares, Catherine D. | CA | 2001 | 260.00 | 67.1 | 17,446.00 |
| A  Shen, Paul L. | CA | 2001 | 260.00 | 8.8 | 2,288.00 |
| A  Johnson, Ashley A. | CA | 2002 | 225.00 | 130.8 | 29,430.00 |
| PP  Priester, A. C. | | | 220.00 | 4.2 | 924.00 |
| PP  Burns, S. G. | | | 200.00 | 23.1 | 4,620.00 |
| PP  Morgan, J.A.A. | | | 200.00 | 3.5 | 700.00 |
| PP  Taylor, D. E. | | | 175.00 | 5.3 | 927.50 |
| PP  Hood, P. | | | 170.00 | 18.8 | 3,196.00 |
| PP  Long, K. L. | | | 170.00 | 96.4 | 16,388.00 |
| PP  Greenwood, C. M. | | | 155.00 | 3.3 | 511.50 |
| PP  Weber, T. Y. | | | 150.00 | 16.9 | 2,535.00 |
| PP  Daczkowski, L. C. | | | 140.00 | 15.5 | 2,170.00 |
| SJC  Gipson, E. | | | 195.00 | 16.7 | 3,256.50 |
| PS  Schultz, R. | | | 165.00 | 0.3 | 49.50 |
| PS  Baba, S. | | | 155.00 | 2.5 | 387.50 |
| PS  Soriano, M. K. | | | 150.00 | 0.5 | 75.00 |
| (20% Holdback) | | | | | (71,518.10) |
| **TOTAL** | | | | **1,110.4** | **$286,072.40** |

COURT/CASE
U.S.B.C., Central District of California
*Fountain View, Inc., et al.*

From the fee application covering
June 1, 2003 through June 30, 2003

*NLJ 250 Ranking:* 4
*Firm Size:* 1627

**Luce, Forward, Hamilton & Scripps, LLP**

| FIRM | STATE | ADMITTED | RATE | | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| P  Isaacs, Michael A. | CA | 1981 | $375.00 | 2 | 15.6 | $5,850.00 |
| P  Isaacs, Michael A. | CA | 1981 | 360.00 | 1 | 33.5 | 12,060.00 |
| P  Weir, William J. A. | CA | 1969 | 375.00 | | 0.7 | 262.50 |
| P  Mignon, Barry | CA | 1981 | 360.00 | | 0.5 | 180.00 |
| P  Maher, Charles P. | CA | 1988 | 335.00 | 3 | 13.0 | 4,355.00 |
| P  Maher, Charles P. | CA | 1988 | 330.00 | 2 | 26.3 | 8,679.00 |
| P  Maher, Charles P. | CA | 1988 | 320.00 | 1 | 37.8 | 12,096.00 |
| SC  Oh, Sam S. | CA | 1993 | 310.00 | | 10.6 | 3,296.00 |
| LA  Isaacs, Jeffrey M. | | | 65.00 | | 2.25 | 146.25 |
| **TOTAL** | | | | | **140.3** | **$46,914.75** |

U.S.B.C., Northern District of California
*Northpoint Communications Group, Inc.*

From the fee application covering
October 29, 2002 through January 3, 2003

*NLJ 250 Ranking:* 194
*Firm Size:* 202

1 Lowest Billing Rate
2 Higher Billing Rate
3 Highest Billing Rate

**McDermott, Will & Emery**

| FIRM | STATE | ADMITTED | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|
| P  Gould, David | CA | 1966 | $535.00 | 38.1 | $20,383.50 |
| P  Landau, Rodger M. | CA | 1990 | 465.00 | 39.2 | 18,228.00 |
| P  Kaye, Q. Scott | CA | 1999 | 295.00 | 63.7 | 18,791.50 |
| P  Castelli, T. | | | 200.00 | 17.0 | 3,400.00 |
| **TOTAL** | | | | **158.0** | **$60,803.00** |

U.S.B.C., Central District of California
*Oak Park Calabasas Condominium Association*

From the fee application covering
February 1, 2003 through February 28, 2003

*NLJ 250 Ranking:* 14
*Firm Size:* 983

## California Regional Report

| FIRM | STATE | ADMITTED | RATE | | HOURS | TOTAL | | COURT/CASE |
|---|---|---|---|---|---|---|---|---|
| **Morrison & Foerster, LLP** | | | | | | | | **U.S.B.C., Northern District of California** |
| P  Warner, David C. | London | 1973 | $ | 550.00 | 1.2 | $ | 660.00 | _Atmega, LLC_ |
| OC  Mar, Patricia S. | CA | 1970 | | 500.00 | 216.0 | | 108,000.00 | |
| A  Kelley, John A. | CA | 1998 | | 385.00  2 | 14.5 | | 4,857.50 | From the fee application covering |
| A  Kelley, John A. | CA | 1998 | | 320.00  1 | 29.2 | | 9,344.00 | December 2002 through May 2003 |
| A  Keyes, Jeffrey M. | CA | 1998 | | 250.00 | 10.4 | | 2,600.00 | |
| PP  Marquez, Patricia W. | CA | 2001 | | 145.00 | 0.3 | | 43.50 | NLJ 250 Ranking: 13 |
| **TOTAL** | | | | | **271.6** | $ | **125,505.00** | Firm Size: 993 |
| | | | | | | | | 1 2002 Rate |
| | | | | | | | | 2 2003 Rate |
| **Proskauer Rose, LLP** | | | | | | | | **U.S.B.C., Central District of California** |
| P  Theodore, Mark | CA | 1991 | $ | 350.00 | 102.1 | $ | 35,735.00 | _Henry Mayo Newhall Memorial Hospital_ |
| A  Abrahams, Adam C. | CA | 2000 | | 210.00 | 132.1 | | 27,741.00 | |
| (Already Paid) | | | | | | | (44,270.87) | From the fee application covering |
| **TOTAL** | | | | | **234.2** | $ | **19,205.13** | April 1, 2003 through May 31, 2003 |
| | | | | | | | | NLJ 250 Ranking: 50 |
| | | | | | | | | Firm Size: 600 |

# New York Regional Report

| FIRM | STATE | ADMITTED | RATE | | HOURS | TOTAL | COURT/CASE |
|------|-------|----------|------|---|-------|-------|------------|
| **Gibson, Dunn & Crutcher, LLP** | | | | | | | **U.S.B.C., District of Delaware** |
| P  Landers, Jonathan M. | NY | 1966 | $ 725.00 | | 7.6 | $ 5,510.00 | *Nextcard, Inc.* |
| P  Kidan, Mitchell A. | NY | 1980 | 695.00 | | 17.0 | 11,815.00 | |
| P  Coleman, Kathryn A. | CA | 1983 | 560.00 | | 32.3 | 18,088.00 | From the fee application covering |
| P  Collins, Paul J. | CA | 1983 | 486.00 | | 36.3 | 17,605.50 | April 1, 2003 through April 30, 2003 |
| Cussen, Desmond J. | CA | 1990 | 435.00 | | 22.6 | 9,831.00 | |
| Gullotta, Paul H. | NY | 1990 | 430.00 | | 42.6 | 18,318.00 | NLJ 250 Ranking: 27 |
| A  Van Loben Sels, John D. | CA | 1995 | 425.00 | | 5.4 | 2,295.00 | Firm Size: 776 |
| A  Larcombe, Sarah K. | CA | 1995 | 395.00 | | 3.0 | 1,185.00 | |
| A  Fiala, Michael J. | NY | 1999 | 340.00 | | 31.8 | 10,812.00 | |
| LA  Ito, L. A. | NY | 2001 | 225.00 | | 19.7 | 4,432.50 | |
| LA  Canetta, H. E. | | | 225.00 | | 7.5 | 1,482.50 | |
| LA  Heller, D. L. | | | 195.00 | | 7.1 | 1,065.00 | |
| (50% Reduction for Travel Time) | | | 150.00 | | | (1,408.25) | |
| **TOTAL** | | | | | 232.9 | $ 101,013.25 | |
| | | | | | | | |
| **Hughes Hubbard & Reed, LLP** | | | | | | | **U.S.B.C., District of Delaware** |
| P  Campbell, Susan M. | NY | 1975 | $ 550.00 | | 38.2 | $ 21,010.00 | *Stone & Webster, Inc., et al.* |
| P  Lubell, Daniel S. | NY | 1988 | 475.00 | | 3.1 | 1,472.50 | |
| P  Rothman, Seth D. | NY | 1991 | 475.00 | | 0.4 | 190.00 | From the fee application covering |
| A  McConnell, Margaret L. | NY | 2001 | 310.00 | | 36.1 | 11,191.00 | May 1, 2003 through June 30, 2003 |
| A  Margolin, Jeff | NY | 2003 | 195.00 | | 6.8 | 1,326.00 | |
| PP  Belleckas, Diane K. | | | 160.00 | | 15.0 | 2,400.00 | NLJ 250 Ranking: 147 |
| LC  Timmermann, John C. | | | 160.00 | | 1.5 | 240.00 | Firm Size: 282 |
| **TOTAL** | | | | | 101.1 | $ 37,829.50 | |
| | | | | | | | |
| **Kelley Drye & Warren, LLP** | | | | | | | **U.S.B.C., Southern District of New York** |
| P  Canis, Jonathan E. | DC | 1983 | $ 440.00 | | 1.8 | $ 792.00 | *WorldCom, Inc., et al.* |
| P  Somerstein, Mark R. | NY | 1990 | 425.00 | | 76.3 | 32,627.50 | |
| A  Lambrianakos, Christiana A. | NJ | 1997 | 335.00 | | 99.5 | 33,332.50 | From the fee application covering |
| A  Heinrich, Jay N. | NY | 1959 | 320.00 | | 1.1 | 352.00 | January 1, 2003 through April 30, 2003 |
| A  Mosley, Max A. | NY | 2003 | 200.00 | 2 | | | |
| A  Mosley, Max A | NY | 2003 | 165.00 | 1 | 24.5 | 4,042.50 | NLJ 250 Ranking: 108 |
| A  Frisson, Raymond P. | VA | 2001 | 195.00 | | 3.0 | 585.00 | Firm Size: 358 |
| PP  Brigham, Matthew G. | NY | | 140.00 | | 0.2 | 28.00 | |
| PP  Vicixanza, Marie | NY | | 140.00 | | 19.8 | 2,772.00 | 1  2002 Rate |
| **TOTAL** | | | | | 226.2 | $ 74,531.50 | 2  2003 Rate |
| | | | | | | | |
| **Milbank, Tweed, Hadley & McCloy, LLP** | | | | | | | **U.S.B.C., District of Delaware** |
| P  Kipnisian, Sasheal | NY | 1995 | $ 590.00 | | 4.4 | $ 2,596.00 | *Safety-Kleen Corp., et al.* |
| A  Tecce, James C. | NY | 1995 | 445.00 | | 36.6 | 16,287.00 | |
| A  Rock, Kelly J. | NY | 2000 | 385.00 | | 7.8 | 3,003.00 | From the fee application covering |
| A  Uddin, Samina | NY | NYA | 325.00 | | 26.0 | 8,450.00 | June 1, 2003 through June 30, 2003 |
| LA  Hooks, Randy | | | 210.00 | | 24.0 | 5,040.00 | |
| LA  Metz, Patrice | | | 195.00 | | 2.6 | 507.00 | NLJ 250 Ranking: 70 |
| LA  Strapaxon, Rena | | | 150.00 | | 3.7 | 555.00 | Firm Size: 518 |
| **TOTAL** | | | | | 105.1 | $ 36,438.00 | |

# District of Columbia Regional Report

| FIRM | STATE | ADMITTED | RATE | | HOURS | TOTAL | COURT/CASE |
|---|---|---|---|---|---|---|---|
| **Arnold & Porter** | | | | | | | U.S.B.C., District of Delaware |
| P  Milch, Thomas H. | DC | 1976 | $580.00 | | 24.3 | $14,094.00 | *Safety-Kleen Corp., et al.* |
| P  Biles, Blake A. | DC | 1975 | 540.00 | | 8.30 | 4,482.00 | |
| P  Jones, Robert J. | DC | 1973 | 540.00 | | 0.20 | 108.00 | From the fee application covering |
| P  Bromme, Jeffrey S. | DC | 1986 | 520.00 | | 31.10 | 16,172.00 | June 1, 2003 through June 30, 2003 |
| P  Goodman, Neil M. | DC | 1984 | 520.00 | | 0.50 | 260.00 | |
| P  Barnstein, Michael L. | DC | 1989 | 480.00 | | 0.30 | 144.00 | *NLJ 250 Ranking:* 39 |
| P  Gross, Joel M. | DC | 1978 | 480.00 | | 65.00 | 31,200.00 | *Firm Size:* 712 |
| P  Richardson, Thomas W. | DC | 1990 | 480.00 | | 1.00 | 480.00 | |
| A  Bosa, Monica J. | DC | 1991 | 370.00 | | 52.60 | 19,462.00 | |
| A  Pestacello, Amanda J. | DC | 1996 | 355.00 | | 4.50 | 1,597.50 | |
| A  O'Brien, Michael C. | DC | 1999 | 316.00 | | 3.10 | 976.50 | |
| A  Malloy, Charles A. | DC | 2001 | 235.00 | | 10.80 | 2,538.00 | |
| PP  Loubs, Harmony | DC | | 185.00 | | 15.50 | 2,867.50 | |
| PP  Poulous, Lisa D. | DC | | 130.00 | | 5.8 | 754.00 | |
| PP  Doering, Donna M. | DC | | 115.00 | | 1.0 | 115.00 | |
| **TOTAL** | | | | | 224.0 | $95,250.50 | |
| | | | | | | | |
| **Coudert Brothers, LLP** | | | | | | | U.S.B.C., Southern District of New York |
| P  Cohen, Edmund S. | NY | 1972 | $650.00 | | 1.5 | $975.00 | *Global Crossing LTD., et al.* |
| P  Reilly, Richard R. | NY | 1980 | 575.00 | | 94.8 | 54,510.00 | |
| P  Koria, Frederick P. | NY | 1959 | 550.00 | | 0.3 | 165.00 | From the fee application covering |
| P  Dean, Richard N. | DC | 1981 | 550.00 | 2 | 74.5 | 40,975.00 | October 1, 2002 through March 31, 2003 |
| P  Dean, Richard N. | DC | 1981 | 495.00 | 1 | 9.1 | 4,504.50 | |
| P  Best, Stephen | DC | 1989 | 535.00 | 2 | 336.7 | 180,134.50 | *NLJ 250 Ranking:* 44 |
| P  Basi, Stephen | DC | 1989 | 475.00 | 1 | 455.8 | 216,410.00 | *Firm Size:* 665 |
| P  Sullivan, William M. | DC | 1985 | 535.00 | 2 | 136.5 | 73,027.50 | |
| P  Sullivan, William M. | DC | 1985 | 425.00 | 1 | 91.5 | 38,887.50 | 1  2002 Rate |
| P  Goldstein, Deborah J. | NY | 1978 | 525.00 | | 0.2 | 105.00 | 2  2003 Rate |
| P  Gunia, Tara | DC | 1986 | 475.00 | 2 | 157.1 | 74,622.50 | |
| P  Gunia, Tara | DC | 1986 | 450.00 | 1 | 611.7 | 275,265.00 | |
| P  Hagler, Marian M. | DC | 1990 | 450.00 | 2 | 162.9 | 73,305.00 | |
| P  Hagler, Marian M. | DC | 1990 | 400.00 | 1 | 413.7 | 165,480.00 | |
| P  Hernandez, Janet | DC | 1992 | 400.00 | 2 | 155.4 | 62,160.00 | |
| P  Hernandez, Janet | DC | 1992 | 400.00 | 1 | 418.0 | 167,200.00 | |
| P  Engel, William K. | CA | 1989 | 360.00 | | 0.5 | 180.00 | |
| A  Roten, Russell | CA | 1977 | 360.00 | | 4.3 | 1,548.00 | |
| A  Futovsky, Cathy J. | CA | 1992 | 400.00 | | 0.5 | 200.00 | |
| A  Mack, Julie N. | DC | 1991 | 400.00 | 2 | 19.1 | 7,640.00 | |
| A  Mack, Julie N. | DC | 1991 | 350.00 | 1 | 55.9 | 19,565.00 | |
| A  Rosenfeld, Nancy J. | DC | 1992 | 400.00 | 2 | 263.2 | 105,280.00 | |
| A  Rosenfeld, Nancy J. | DC | 1992 | 325.00 | 1 | 245.2 | 79,690.00 | |
| A  Maynard, Jo-Ann | CA | 1974 | 390.00 | | 0.8 | 312.00 | |
| A  Maynard, Jo-Ann | CA | 1974 | 390.00 | | 1.0 | 390.00 | |
| A  Flanagan, Pia D. | NY | 1997 | 360.00 | | 132.2 | 47,592.00 | |
| A  Vitale, Matthew J. | CA | 1996 | 360.00 | 2 | 129.7 | 46,692.00 | |
| A  Vitale, Matthew J. | CA | 1996 | 275.00 | 1 | 345.9 | 95,122.50 | |
| A  Winder, Katherine M. | CA | 1992 | 350.00 | 2 | 0.5 | 175.00 | |
| A  Winder, Katherine M. | CA | 1992 | 350.00 | 1 | 21.0 | 7,360.00 | |
| A  Hokowski, Elizabeth | DC | 1998 | 350.00 | 2 | 5.4 | 1,890.00 | |
| A  Hokowski, Elizabeth | DC | 1996 | 255.00 | 1 | 31.1 | 7,930.50 | |

# District of Columbia Regional Report

| FIRM | STATE | ADMITTED | RATE | HOURS | TOTAL | COURT/CASE |
|---|---|---|---|---|---|---|
| **Dickstein Shapiro Morin & Oshinsky, LLP** | | | | | | U.S.B.C., District of Delaware |
| P Oshinsky, Jerold | DC | 1968 | $ 600.00 | 4.8 | $ 2,880.00 | *ANC Rental Corporation, et al.* |
| P Paar, Randy | DC | 1976 | 495.00 | 7.6 | 3,762.00 | |
| A Speckman, Paul | DC | 1999 | 270.00 | 16.0 | 4,320.00 | From the fee application covering March 1, 2003 through March 31, 2003 |
| PP Cardenas, J. | | | 140.00 | 83.5 | 11,690.00 | |
| (20% Holdback) | | | | | (4,530.40) | NLJ 250 Ranking: 130 |
| **TOTAL** | | | | 111.9 | $ 18,121.60 | Firm Size: 311 |
| | | | | | | |
| **Howrey Simon Arnold & White, LLP** | | | | | | U.S.B.C., District of Delaware |
| P Grimaldi, Allen M. | DC | 1972 | $ 565.00 | 2.6 | $ 1,469.00 | *Safety-Kleen Corp., et al.* |
| P Shulman, Robert H. | DC | 1980 | 500.00 | 3.0 | 1,500.00 | |
| P Davis, Mindy G. | DC | 1988 | 450.00 | 40.3 | 18,135.00 | From the fee application covering May 1, 2003 through June 30, 2003 |
| CON Denhardt, Lani | | | 225.00 | 0.5 | 112.50 | |
| PP Hofman, Jeffrey | | | 195.00 | 6.9 | 1,345.50 | NLJ 250 Ranking: 65 |
| **TOTAL** | | | | 53.3 | $ 22,562.00 | Firm Size: 540 |
| | | | | | | |
| **Katten Muchin Zavis Rosenman** | | | | | | U.S.B.C., District of Delaware |
| OC Cohen, Edward H. | NY | 1964 | $ 575.00 | 0.4 | $ 230.00 | *Exide Technologies, et al.* |
| P Calder, James J. | NY | 1978 | 550.00 | 34.6 | 19,030.00 | |
| P Marconi, Merrill A. | NY | 1966 | 495.00 | - | - | From the fee application covering June 1, 2003 through June 30, 2003 |
| P Villacorta, Gilberto | DC | 1982 | 460.00 | - | - | |
| P Halberstadter, David | CA | 1982 | 410.00 | 1.3 | 533.00 | NLJ 250 Ranking: 48 |
| P Wagman, Zachary D. | IL | 1989 | 410.00 | 0.3 | 123.00 | Firm Size: 629 |
| P Bauer, Richard P. | | 1984 | 395.00 | - | - | |
| P Ferber, Leonard A. | IL | 1983 | 395.00 | 23.8 | 9,401.00 | |
| P Furey, Roger P. | DC | 1983 | 395.00 | 63.5 | 25,082.50 | |
| P Werthen, Jeffrey W. | DC | 1979 | 395.00 | 20.3 | 8,018.50 | |
| P Bosch, William | DC | 1992 | 390.00 | 4.1 | 1,699.00 | |
| P Morin, Laura | DC | 1989 | 375.00 | 0.5 | 187.50 | |
| P Acharekul, Kristin J. | IL | 1991 | 360.00 | 2.2 | 792.00 | |
| P Burns, James A. | IL | 1981 | 360.00 | - | - | |
| P Gecker, James M. | IL | 1974 | 360.00 | 3.3 | 1,188.00 | |
| P Riebling, Peter J. | DC | 1982 | 350.00 | 111.2 | 38,920.00 | |
| P Dunbar, David M. | IL | 1989 | 340.00 | 6.5 | 2,210.00 | |
| P Gettleson, Scott M. | IL | 1992 | 340.00 | 0.4 | 136.00 | |
| SC Shubert, Lee W. | DC | 1973 | 390.00 | - | - | |
| SC McDaniel, Katherine L. | CA | 1980 | 385.00 | 8.8 | 3,388.00 | |
| SC Murray, James C. | IL | 1969 | 325.00 | 88.4 | 28,730.00 | |
| A Corcoran, Brian H. | DC | 1982 | 333.00 | - | - | |
| A Smutkowski, Ziemowit T. | IL | 1996 | 315.00 | 0.9 | 283.50 | |
| A Monserino, Lisa-Marie C. | IL | 1997 | 290.00 | - | - | |
| A Rodriguez, Elizabeth | IL | 1994 | 290.00 | 4.0 | 1,160.00 | |
| A Feth, Karri B. | NY | 2001 | 285.00 | - | - | |
| A Julia, Richard S. | NY | 2000 | 285.00 | 41.5 | 11,827.50 | |
| A Penlow, David A. | NY | 2001 | 285.00 | - | - | |
| A Davis, Sylvia D. | DC | 1998 | 270.00 | 17.4 | 4,698.00 | |
| A Grossman, Mark | IL | 1997 | 270.00 | 42.3 | 11,421.00 | |
| A Hayes, Dawn C. | DC | 2001 | 270.00 | 18.8 | 5,078.00 | |
| A Hulbig, Adam F. | DC | 2002 | 195.00 | 26.2 | 5,109.00 | |

## Texas Regional Report

### Andrews & Kurth, LLP

| | Name | STATE | ADMITTED | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| P | Spiers, Jeffrey E. | TX | 1986 | $ 495.00 | 10.3 | $ 5,098.50 |
| P | Rodriguez, Doris D. | TX | 1980 | 475.00 | 0.5 | 237.50 |
| P | Martin, J. Gerald | TX | 1970 | 475.00 | 118.0 | 56,050.00 |
| P | Robinson, Karen W. | TX | 1976 | 450.00 | 1.6 | 720.00 |
| P | Runnels, David G. | TX | 1966 | 450.00 | 25.0 | 11,250.00 |
| P | Zdunkewicz, David A. | TX | 1989 | 450.00 | 128.2 | 57,690.00 |
| P | Brant, Gerald L. | TX | 1976 | 450.00 | 11.4 | 6,130.00 |
| P | Williams, O'Brian | TX | 1983 | 441.00 | 41.4 | 18,218.60 |
| P | Dalborg, Jon L.R. | TX | 1987 | 420.00 | 0.6 | 252.00 |
| P | Rischmann, Blake E. | TX | 1989 | 395.00 | 194.9 | 76,985.50 |
| P | Frazee, Steven V. | TX | 1991 | 395.00 | 7.0 | 2,765.00 |
| P | Hoog, Matthew L. | TX | 1986 | 395.00 | 2.9 | 1,100.50 |
| P | White, Hunter H. | TX | 1989 | 380.00 | 2.3 | 874.00 |
| P | Isoff, James S. | TX | 1983 | 370.00 | 4.2 | 1,554.00 |
| P | Kelly, Mal D. | TX | 1992 | 370.00 | 2.4 | 888.00 |
| P | Beardon, Mary IA. | TX | 1980 | 370.00 | 4.7 | 1,739.00 |
| P | Maier, Christy | TX | 1979 | 370.00 | 28.6 | 10,582.00 |
| P | McMurtry, L. Lee | TX | 1987 | 370.00 | 159.7 | 59,089.00 |
| A | Dugdale, John | GA | 1990 | 385.00 | 1.2 | 426.00 |
| A | Robertson, Pamela M. | TX | 1987 | 385.00 | 6.9 | 2,656.50 |
| A | McNamara, Robert J. | TX | 1997 | 370.00 | 0.8 | 296.00 |
| A | Hom, Anthony T. | TX | 1986 | 365.00 | 14.9 | 5,436.50 |
| A | Blenniy, Tammy W. | TX | 1993 | 235.00 | 102.3 | 24,270.50 |
| A | Ward, Shaxon G. | TX | 1994 | 335.00 | 96.6 | 32,026.00 |
| A | Langakiaapo, Timothy C. | TX | 1997 | 335.00 | 2.3 | 770.50 |
| A | Bowlsw, Christopher T. | TX | 1998 | 285.00 | 9.9 | 2,932.00 |
| A | Thielke, Ann P. | TX | 1998 | 285.00 | 6.5 | 1,852.50 |
| A | Yancy-Hamoz, Christese L. | TX | 2001 | 210.00 | 34.6 | 7,266.00 |
| A | McCravy, Timothy | TX | 2001 | 200.00 | 23.3 | 4,680.00 |
| A | McFadden, Barry E. | TX | 2002 | 180.00 | 61.8 | 11,124.00 |
| A | Patton, Stewart | TX | 2002 | 180.00 | 25.2 | 4,536.00 |
| A | Young, Lisa M. | TX | 2002 | 180.00 | 21.7 | 3,906.00 |
| SC | Davidson, Molly G. | TX | 1987 | 350.00 | 4.1 | 1,435.00 |
| SE | Bear, Adolan S. | TX | 1976 | 290.00 | 2.1 | 609.00 |
| PP | Eversley, T.M. | | | 150.00 | 12.1 | 1,815.00 |
| PP | Agsao, Z. | | | 140.00 | 43.7 | 6,118.00 |
| PP | Ferguson, H.E. | | | 140.00 | 1.1 | 154.00 |
| PP | Leahy, E. | | | 135.00 | 2.7 | 384.50 |
| PP | Vu, C. | | | 120.00 | 25.0 | 3,000.00 |
| PP | Kim, C. | | | 100.00 | 1.2 | 120.00 |
| PS | Pancoip, M. | | | 65.00 | 31.3 | 2,034.50 |
| | (Less Total Adjustments) | | | | | (86,300.60) |
| | (20% Holdback) | | | | | |
| | **TOTAL** | | | | **1,273.8** | **$ 345,322.40** |

U.S.B.C., Southern District of New York
Enron Corp., et al
From the fee application covering
February 1, 2003 through February 28, 2003
NLJ 250 Ranking: 102
Firm Size: 375

### Fulbright & Jaworski, LLP

| | Name | STATE | ADMITTED | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| P | Anglin, Michael W. | TX | 1976 | $ 450.00 | 8.2 | $ 3,690.00 |
| P | Slobecki, Louisa R. | TX | 1983 | 455.00 | 97.3 | 42,335.50 |
| SC | Pedigo, K. Lawson | TX | 1985 | 375.00 | 9.0 | 3,375.00 |
| C | Rosette, Scott M. | TX | 1976 | 250.00 | 15.4 | 3,850.00 |
| C | Todd, Brad H. | TX | 1994 | 315.00 | 0.3 | 94.50 |
| A | Mannweiler, Courtney | TX | 1997 | 295.00 | 2.3 | 678.50 |
| A | Chadha, Jayesh M. | TX | 1997 | 275.00 | 0.1 | 27.50 |
| A | Vogelsang, Craig S. | LA | 1997 | 215.00 | 7.2 | 1,548.00 |
| LA | Hey, Stacey L. | LA | N/A | 135.00 | 52.7 | 7,114.50 |
| LA | Hendricks, Rhoda L. | LA | | 140.00 | 0.7 | 98.00 |
| LA | Reyes, Victoria | LA | | 120.00 | 1.0 | 120.00 |
| | (Voluntary Discount) | | | | | (120.00) |
| | **TOTAL** | | | | **194.2** | **$ 56,628.35** |

U.S.B.C., Northern District of Texas
Coho Energy, Inc., et al
From the fee application covering
January 1, 2003 through February 3, 2003
NLJ 250 Ranking: 29
Firm Size: 776

# CourtEXPRESS

## LEGAL BILLING REPORT

VOLUME 5, NUMBER 2

September, 2003

# BY BILLING RATE

© Copyright 2003 RIS Legal Services, Inc.

# California Rate Report

| ATTORNEY | FIRM | STATE | ADMITTED | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|
| Russell, Faye H. | Clifford Chance US, LLP | CA | 1990 | 595.00 | 22.0 | $13,090.00 |
| Eisenberg, Joseph A. | Jeffer, Mangels, Butler & Marmaro, LLP | CA | 1972 | 587.82 | 36.5 | 21,455.43 |
| Seaver, Patrick T. | Latham & Watkins, LLP | CA | 1978 | 575.00 | 42.1 | 24,207.50 |
| Cartwright, Brian G. | Latham & Watkins, LLP | CA | 1980 | 575.00 | 1.2 | 690.00 |
| Coleman, Kathryn A. | Gibson, Dunn & Crutcher, LLP | CA | 1983 | 560.00 | 32.3 | 18,088.00 |
| Barby, David W. | Latham & Watkins, LLP | CA | 1984 | 550.00 | 3.6 | 1,980.00 |
| Gilhuly, Peter M. | Latham & Watkins, LLP | CA | 1990 | 550.00 | 0.4 | 220.00 |
| Gould, David | McDermott, Will & Emery | CA | 1966 | 535.00 | 38.1 | 20,383.50 |
| Mar, Patricia S. | Morrison & Foerster, LLP | CA | 1970 | 500.00 | 216.0 | 109,000.00 |
| Sendra, Maria P. | Clifford Chance US, LLP | CA | 1992 | 495.00 | 2.2 | 1,089.00 |
| Harris, Ted W. | Thelen Reid & Priest, LLP | CA | 1970 | 490.00 | 8.6 | 4,214.00 |
| Collins, Paul J. | Gibson, Dunn & Crutcher, LLP | CA | 1993 | 485.00 | 36.3 | 17,605.50 |
| Davis, Jeffry A. | Gray Cary Ware & Freidenrich, LLP | CA | 1980 | 475.00 | 4.9 | 2,327.50 |
| Collyer, Glen B. | Latham & Watkins, LLP | CA | 1987 | 475.00 | 135.5 | 64,362.50 |
| Landau, Rodger M. | McDermott, Will & Emery | CA | 1990 | 465.00 | 39.2 | 18,228.00 |
| Spector, Steven M. | Jeffer, Mangels, Butler & Marmaro, LLP | CA | 1972 | 464.29 | 7.0 | 3,250.03 |
| Meckler, David C. | Latham & Watkins, LLP | CA | 1988 | 440.00 | 83.2 | 36,608.00 |
| Clussen, Desmond J. | Gibson, Dunn & Crutcher, LLP | CA | 1990 | 435.00 | 22.6 | 9,831.00 |
| Berman, Joel J. | Jeffer, Mangels, Butler & Marmaro, LLP | CA | 1979 | 430.00 | 0.4 | 172.00 |
| Van Loben Sels, John D. | Gibson, Dunn & Crutcher, LLP | CA | 1995 | 425.00 | 5.4 | 2,295.00 |
| Kaufman, Victoria S. | Jeffer, Mangels, Butler & Marmaro, LLP | CA | 1989 | 411.47 | 187.9 | 77,315.21 |
| Halberstadter, David | Katten Muchin Zavis Rosenman | CA | 1982 | 410.00 | 1.3 | 533.00 |
| Cisz, Louis J. | Thelen Reid & Priest, LLP | CA | 1989 | 410.00 | 6.1 | 2,501.00 |
| Maynard, Jo-Ann | Coudert Brothers, LLP | CA | 1974 | 390.00 | 1.8 | 702.00 |
| McDaniel, Katherine L. | Katten Muchin Zavis Rosenman | CA | 1980 | 385.00 | 8.8 | 3,388.00 |
| Robertson, Pamela M. | Andrews & Kurth, LLP | CA | 1999 | 385.00 | 6.9 | 2,656.50 |
| Isaacs, Michael A. | Luce, Forward, Hamilton & Scripps, LLP | CA | 1981 | 375-360 | 49.1 | 17,910.00 |
| Weir, William J. A. | Luce, Forward, Hamilton & Scripps, LLP | CA | 1969 | 375.00 | 0.7 | 262.50 |
| Calabria, Johanna | Clifford Chance US, LLP | CA | 1999 | 370.00 | 1.8 | 666.00 |
| Roten, Russell | Coudert Brothers, LLP | CA | 1977 | 360.00 | 4.3 | 1,548.00 |
| Magron, Barry | Luce, Forward, Hamilton & Scripps, LLP | CA | 1981 | 360.00 | 0.5 | 180.00 |
| Enger, William K. | Coudert Brothers, LLP | CA | 1989 | 360.00 | 0.5 | 180.00 |
| Beeson, John A. | Latham & Watkins, LLP | CA | 1996 | 360.00 | 161.0 | 57,960.00 |
| Richardson, Kandace W. | Clifford Chance US, LLP | CA | 1998 | 360.00 | 109.6 | 39,456.00 |
| Geller, Thomas M. | Jeffer, Mangels, Butler & Marmaro, LLP | CA | 1987 | 357.81 | 3.2 | 1,144.99 |
| Windler, Katherine M. | Coudert Brothers, LLP | CA | 1992 | 350.00 | 21.5 | 7,525.00 |
| Ulkes, Frederick J. | Kirkpatrick & Lockhart, LLP | CA | 1982 | 350.00 | 93.7 | 32,795.00 |
| Theodore, Mark | Proskauer Rose, LLP | CA | 1991 | 350.00 | 102.1 | 35,735.00 |
| Marshall, Brooks P. | Thelen Reid & Priest, LLP | CA | 1988 | 345.00 | 5.1 | 1,759.50 |
| Maher, Charles P. | Luce, Forward, Hamilton & Scripps, LLP | CA | 1986 | 335-320 | 77.10 | 25,130.00 |
| Kelley, John A. | Morrison & Foerster, LLP | CA | 1998 | 335-320 | 43.7 | 14,201.50 |

## California Rate Report

| | ATTORNEY | FIRM | STATE | ADMITTED | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|
| A | Onatis, Matthew W. | Clifford Chance US, LLP | CA | 1998 | 330.00 | 0.5 | $ 165.00 |
| A | Abrahamson, Scott R. | Latham & Watkins, LLP | CA | 1998 | 330.00 | 175.3 | 57,849.00 |
| A | Garns, Margaret E. | Thelen Reid & Priest, LLP | CA | 1978 | 320.00 | 0.3 | 96.00 |
| A | Brezine, Adam P. | Thelen Reid & Priest, LLP | CA | 1997 | 315.00 | 4.6 | 1,449.00 |
| P | Gebhard, Robert S. | Gray Cary Ware & Freidenrich, LLP | CA | 1986 | 310.00 | 145.0 | 44,950.00 |
| SC | Oh, Sam S. | Luce, Forward, Hamilton & Scripps, LLP | CA | 1993 | 310.00 | 10.6 | 3,286.00 |
| A | Miller, Ann Huang | Latham & Watkins, LLP | CA | 1999 | 305.00 | 94.3 | 28,761.50 |
| A | Bacon, Thomas C. | Jeffer, Mangels, Butler & Marmaro, LLP | CA | 1993 | 296.46 | 20.5 | 6,077.43 |
| A | Danzer, Aaron L. | Thelen Reid & Priest, LLP | CA | 1997 | 295.00 | 0.3 | 88.50 |
| A | Kaye, Q. Scott | McDermott, Will & Emery | CA | 1999 | 295.00 | 63.7 | 18,791.50 |
| A | Fling, Kristin A. | Coudert Brothers, LLP | CA | 1995 | 290.00 | 1.0 | 290.00 |
| A | Weir, Charles E. | Clifford Chance US, LLP | CA | 2000 | 275.00 | 0.7 | 192.50 |
| A | Adams, Michael D. | Brobeck, Phleger & Harrison, LLP | CA | 1996 | 270.00 | 0.3 | 81.00 |
| A | Pharris, Catherine D. | Latham & Watkins, LLP | CA | 2001 | 260.00 | 67.1 | 17,446.00 |
| A | Shen, Paul I. | Latham & Watkins, LLP | CA | 2001 | 260.00 | 8.8 | 2,288.00 |
| A | Kayss, Jeffrey M. | Morrison & Foerster, LLP | CA | 2001 | 250.00 | 10.4 | 2,600.00 |
| A | Biren, Sarah E. | Jeffer, Mangels, Butler & Marmaro, LLP | CA | 2001 | 244.81 | 44.8 | 10,967.49 |
| A | Chan, Leah M. | Clifford Chance US, LLP | CA | 2001 | 240.00 | 15.6 | 3,744.00 |
| A | Feldman, Jennifer M. | Gray Cary Ware & Freidenrich, LLP | CA | 2001 | 240.00 | 4.5 | 1,080.00 |
| A | Johnson, Ashley A. | Latham & Watkins, LLP | CA | 2002 | 225.00 | 130.8 | 29,430.00 |
| A | Abrahams, Adam C. | Proskauer Rose, LLP | CA | 2000 | 210.00 | 132.1 | 27,741.00 |
| A | Currall, Nathaniel S. | Kirkpatrick & Lockhart, LLP | CA | 2000 | 190.00 | 65.18 | 12,384.20 |
| A | Wayne, Jennifer L. | Kirkpatrick & Lockhart, LLP | CA | 2002 | 190.00 | 1.9 | 361.00 |
| A | Padilla, Mark | Coudert Brothers, LLP | CA | 2003 | 165.00 | 1.4 | 231.00 |

**RBZ 2002 Southern California Compensation, Billing Rates, and Benefits Survey**

## 1 - Equity Partners/Shareholders                              Billing Rates

| | Firms | Incumbents | Average | Lowest | First Quartile | Median | Third Quartile | Highest |
|---|---|---|---|---|---|---|---|---|
| All Firms | 130 | 1,191 | 348 | 125 | 295 | 350 | 410 | 700 |
| Size A | 14 | 28 | 374 | 250 | 300 | 363 | 450 | 568 |
| Size B | 43 | 178 | 322 | 130 | 275 | 315 | 379 | 600 |
| Size C | 27 | 177 | 310 | 125 | 285 | 325 | 350 | 595 |
| Size D | 17 | 141 | 318 | 135 | 250 | 325 | 395 | 650 |
| Size E | 9 | 149 | 319 | 147 | 270 | 310 | 355 | 595 |
| Size F | 9 | 154 | 330 | 125 | 264 | 350 | 405 | 585 |
| Size G | 11 | 364 | 408 | 170 | 365 | 400 | 450 | 700 |
| Location 1 | 39 | 464 | 357 | 135 | 300 | 350 | 400 | 650 |
| Location 2 | 24 | 188 | 410 | 165 | 368 | 425 | 450 | 650 |
| Location 3 | 18 | 159 | 366 | 130 | 330 | 375 | 420 | 700 |
| Location 4 | 12 | 75 | 295 | 125 | 260 | 300 | 325 | 475 |
| Location 5 | 3 | 8 | 269 | 185 | 185 | 300 | 325 | 350 |
| Location 6 | 41 | 234 | 310 | 125 | 235 | 315 | 380 | 595 |
| Location 7 | 11 | 63 | 265 | 125 | 240 | 265 | 323 | 450 |
| Headquarters office | 108 | 976 | 332 | 125 | 280 | 330 | 385 | 700 |
| Branch office | 22 | 215 | 419 | 225 | 390 | 420 | 450 | 650 |

## 1 - Equity Partners/Shareholders                              Billable Hours

| | Firms | Incumbents | Average | Lowest | First Quartile | Median | Third Quartile | Highest |
|---|---|---|---|---|---|---|---|---|
| All Firms | 129 | 1,203 | 1,784 | 300 | 1,544 | 1,801 | 2,030 | 4,390 |
| Size A | 13 | 22 | 1,472 | 583 | 1,229 | 1,494 | 1,783 | 2,251 |
| Size B | 42 | 176 | 1,742 | 302 | 1,477 | 1,762 | 2,007 | 3,650 |
| Size C | 25 | 165 | 1,732 | 300 | 1,483 | 1,731 | 1,978 | 3,200 |
| Size D | 17 | 139 | 1,787 | 337 | 1,481 | 1,797 | 2,085 | 4,390 |
| Size E | 9 | 147 | 1,768 | 711 | 1,488 | 1,703 | 2,010 | 3,206 |
| Size F | 11 | 168 | 1,862 | 648 | 1,681 | 1,858 | 2,053 | 3,780 |
| Size G | 12 | 386 | 1,815 | 543 | 1,631 | 1,825 | 2,033 | 2,928 |
| Location 1 | 36 | 460 | 1,791 | 391 | 1,576 | 1,810 | 2,030 | 3,177 |
| Location 2 | 26 | 213 | 1,804 | 302 | 1,570 | 1,865 | 2,052 | 3,206 |
| Location 3 | 17 | 157 | 1,790 | 691 | 1,544 | 1,744 | 2,007 | 4,390 |
| Location 4 | 11 | 72 | 1,666 | 711 | 1,373 | 1,668 | 1,921 | 2,991 |
| Location 5 | 3 | 5 | 1,648 | 583 | 1,400 | 1,999 | 2,098 | 2,160 |
| Location 6 | 30 | 233 | 1,804 | 300 | 1,534 | 1,803 | 2,040 | 3,780 |
| Location 7 | 6 | 63 | 1,728 | 337 | 1,599 | 1,767 | 1,947 | 2,720 |
| Headquarters office | 107 | 969 | 1,767 | 300 | 1,524 | 1,775 | 2,007 | 4,390 |
| Branch office | 22 | 234 | 1,857 | 500 | 1,675 | 1,890 | 2,090 | 2,884 |



Copyright 2002
All rights reserved
Reproduction in any form strictly prohibited

**RBZ 2002 Southern California Compensation, Billing Rates, and Benefits Survey**

## 1 - Equity Partners/Shareholders                    Billing rates by class year

| | Firms | Incumbents | Average | Lowest | First Quartile | Median | Third Quartile | Highest |
|---|---|---|---|---|---|---|---|---|
| 1995 and Later | 4 | 8 | 294 | 165 | 246 | 305 | 334 | 420 |
| 1994 | 6 | 8 | 255 | 125 | 190 | 263 | 334 | 365 |
| 1993 | 6 | 7 | 299 | 161 | 288 | 295 | 350 | 365 |
| 1992 | 17 | 25 | 314 | 215 | 290 | 310 | 335 | 475 |
| 1991 | 26 | 37 | 306 | 138 | 250 | 325 | 360 | 420 |
| 1990 | 16 | 25 | 345 | 125 | 300 | 375 | 390 | 440 |
| 1989 | 24 | 30 | 306 | 135 | 250 | 285 | 379 | 430 |
| 1988 | 27 | 37 | 300 | 150 | 238 | 310 | 350 | 435 |
| 1987 | 34 | 57 | 346 | 165 | 300 | 350 | 405 | 450 |
| 1986 | 26 | 42 | 322 | 150 | 278 | 338 | 380 | 460 |
| 1985 | 39 | 55 | 315 | 145 | 268 | 325 | 368 | 495 |
| 1984 | 34 | 50 | 333 | 125 | 288 | 355 | 380 | 495 |
| 1983 | 28 | 35 | 335 | 131 | 263 | 350 | 423 | 550 |
| 1982 | 42 | 56 | 335 | 125 | 283 | 325 | 400 | 495 |
| 1981 | 34 | 53 | 356 | 140 | 300 | 350 | 430 | 550 |
| 1980 | 36 | 57 | 354 | 125 | 310 | 365 | 380 | 550 |
| 1979 | 38 | 57 | 352 | 169 | 315 | 350 | 390 | 595 |
| 1978 | 48 | 69 | 342 | 125 | 285 | 365 | 400 | 568 |
| 1977 | 34 | 47 | 360 | 130 | 310 | 380 | 425 | 650 |
| 1976 | 35 | 52 | 328 | 130 | 275 | 350 | 396 | 450 |
| 1975 | 40 | 54 | 353 | 125 | 295 | 368 | 425 | 500 |
| 1974 and Earlier | 87 | 330 | 383 | 134 | 325 | 375 | 445 | 700 |

## 1 - Equity Partners/Shareholders                    Billing rates by practice area

| | Firms | Incumbents | Average | Lowest | First Quartile | Median | Third Quartile | Highest |
|---|---|---|---|---|---|---|---|---|
| General Business | 33 | 102 | 371 | 170 | 321 | 373 | 420 | 650 |
| Litigation | 82 | 454 | 347 | 125 | 295 | 340 | 400 | 700 |
| Corp/Tax/Real Estate | 56 | 229 | 372 | 165 | 315 | 375 | 425 | 650 |
| Insurance Defense | 18 | 55 | 186 | 125 | 135 | 161 | 198 | 375 |
| Entertainment | 4 | 20 | 449 | 375 | 389 | 425 | 481 | 700 |
| Bankruptcy | 15 | 47 | 403 | 250 | 350 | 400 | 450 | 595 |
| Workers Compensation | 4 | 18 | 234 | 130 | 140 | 145 | 366 | 435 |
| Patent/Intellectual Property | 10 | 62 | 425 | 165 | 380 | 428 | 475 | 550 |
| Immigration | 3 | 5 | 330 | 240 | 300 | 310 | 380 | 420 |
| Environmental | 9 | 14 | 350 | 225 | 280 | 363 | 400 | 475 |
| Municipal Law | 6 | 29 | 290 | 145 | 225 | 300 | 350 | 440 |
| Plaintiff | 1 | 1 | * | * | * | * | * | * |
| Family Law | 6 | 7 | 379 | 350 | 350 | 350 | 378 | 500 |
| Other | 36 | 141 | 315 | 134 | 250 | 325 | 375 | 545 |

Note:   The number of firms may exceed the total number of firms participating as various firms may be represented in more than
        one practice area.

Copyright 2002
All rights reserved
Reproduction in any form strictly prohibited



LEGAL SERVICES GROUP

**RBZ 2002 Southern California Compensation, Billing Rates, and Benefits Survey**

## 2 - Non Equity Partners/Shareholders                **Total compensation**

|  | Firms | Incumbents | Average | Lowest | First Quartile | Median | Third Quartile | Highest |
|---|---|---|---|---|---|---|---|---|
| All Firms | 66 | 352 | 193,174 | 72,808 | 135,750 | 171,371 | 228,888 | 860,000 |
| Size A | 3 | 4 | 179,934 | 116,203 | * | 174,267 | * | 255,000 |
| Size B | 20 | 46 | 196,774 | 72,808 | 145,891 | 183,500 | 253,547 | 379,368 |
| Size C | 14 | 37 | 201,047 | 75,000 | 152,708 | 190,000 | 220,188 | 490,000 |
| Size D | 10 | 32 | 157,958 | 95,225 | 135,432 | 159,632 | 170,133 | 240,000 |
| Size E | 5 | 71 | 184,998 | 78,636 | 132,656 | 171,371 | 196,939 | 635,796 |
| Size F | 6 | 37 | 159,320 | 110,000 | 123,000 | 145,000 | 175,000 | 400,000 |
| Size G | 8 | 125 | 213,623 | 85,000 | 140,000 | 192,500 | 241,000 | 860,000 |
| Location 1 | 21 | 153 | 153,936 | 78,636 | 125,000 | 160,000 | 200,000 | 420,000 |
| Location 2 | 13 | 76 | 233,334 | 126,800 | 193,009 | 235,500 | 273,375 | 860,000 |
| Location 3 | 9 | 44 | 175,174 | 88,136 | 139,660 | 175,625 | 232,202 | 571,100 |
| Location 4 | 5 | 7 | 120,575 | 123,915 | 149,270 | 200,000 | 244,595 | 335,261 |
| Location 5 | 1 | 4 | 143,956 | 117,920 | * | 144,913 | * | 168,079 |
| Location 6 | 15 | 55 | 112,785 | 72,808 | 118,854 | 145,000 | 179,849 | 316,323 |
| Location 7 | 2 | 13 | 149,045 | 80,000 | 120,000 | 135,000 | 184,526 | 216,420 |
| Headquarters office | 57 | 290 | 186,917 | 72,808 | 130,000 | 164,816 | 219,105 | 860,000 |
| Branch office | 9 | 62 | 222,445 | 79,304 | 165,250 | 211,675 | 250,000 | 825,000 |

| Code | Firm Size | Code | Location |
|---|---|---|---|
| A | 1 - 7 attorneys | 1 | Downtown, Los Angeles and mid-Wilshire area |
| B | 8 - 15 attorneys | 2 | Beverly Hills, Century City, Westwood and related areas |
| C | 16 - 25 attorneys | 3 | Santa Monica, West Los Angeles, Marina del Rey and related areas |
| D | 26 - 35 attorneys | 4 | Pasadena, Glendale, Burbank, Universal City, San Fernando Valley and related areas |
| E | 36 - 50 attorneys | | |
| F | 51 - 75 attorneys | 5 | South Bay, Torrance, Downey, Cerritos, Long Beach and related areas |
| G | 76 or more attorneys | 6 | Orange County |
| | | 7 | Other locations |

Copyright 2002
All rights reserved
Reproduction in any form strictly prohibited


LEGAL SERVICES GROUP

# THE 2003 SURVEY OF LAW FIRM ECONOMICS

## Metropolitan Area Report

Los Angeles-Riverside-Orange County,CA

Conducted by
**ALTMAN WEIL®, INC.**
**CONSULTANTS TO THE LEGAL PROFESSION**

Published by
**ALTMAN WEIL® PUBLICATIONS, INC.**
Two Campus Boulevard, Suite 200
Newtown Square, PA  19073
(610) 886-2000

Visit our website: www.altmanweil.com
Shop our on-line store: https://store.altmanweil.com

Suite 200
Two Campus Boulevard
Newtown Square, PA 19073
610-886-2000

Suite 202
8555 W. Forest Home Avenue
Milwaukee, WI 53228
414-427-5400

Authorization to photocopy information contained in this survey for the internal or personal use of the purchaser, or the internal or personal use of specific individuals in the purchaser's organization, or for use in court proceedings and arbitrations, is granted by Altman Weil Publications, Inc., provided that the source and Altman Weil Publications, Inc., copyright is noted on the reproduction.  Copying for purposes other than internal or personal reference or court/arbitration proceedings requires the express permission of Altman Weil Publications, Inc.  For permission, contact Dan DiLucchio at Altman Weil Publications, Inc., Two Campus Boulevard, Suite 200, Newtown Square, PA  19073.

COPYRIGHT© 2003, ALTMAN WEIL® PUBLICATIONS, INC., NEWTOWN SQUARE, PA 19073

**CONSOLIDATED METROPOLITAN AREA--Los Angeles-Riverside-Orange County, CA**
**STANDARD HOURLY BILLING RATES--As of January 1, 2003**

| Status | Number of Offices | RATE | | | | | |
|---|---|---|---|---|---|---|---|
| | | Number of Lawyers | Average $ | Lower Quartile $ | Median $ | Upper Quartile $ | Ninth Decile $ |
| Equity Partner/Shareholder | 15 | 94 | 315 | 285 | 298 | 345 | 425 |
| Non-Equity Partner | 6 | 12 | 262 | -- | 260 | -- | -- |
| Associates | 13 | 169 | 176 | 130 | 160 | 218 | 250 |
| Of Counsel | 6 | 17 | 303 | 243 | 320 | 378 | 381 |

**EXHIBIT H**

# *Westlaw CourtExpress*

## *LEGAL BILLING REPORT*

**VOLUME 8, NUMBER 1**

**May 2006**

## *BY REGION, BY FIRM*

# Table of Contents (Alphabetical by Firm Name)

| FIRM | PAGE | FIRM | PAGE |
|---|---|---|---|
| Akin Gump Strauss Hauer & Feld LLP | 43 | Kramer Levin Naftalis & Frankel LLP | 41 |
| Alix Partners, LLC | 17 | L Tersigni Consulting P.C. | 22 |
| Analysis Research & Planning Corp. | 17 | Lain, Faulkner & Company, P.C. | 23 |
| Anderson Kil & Olick, P.C. | 43 | Legal Analysis Systems, Inc. | 23 |
| Ashby & Geddes, P.A. | 30 | Lexecon | 23 |
| Bell Boyd & Lloyd | 9 | Leydig, Voit & Mayer | 12 |
| Benderson & Company, LLP | 17 | Lovells | 29 |
| Beveridge & Diamond, P.C. | 30 | Mayer, Brown, Rowe & Maw, LLP | 13-15 |
| Bilzin Sumberg Baena Price & Axelrod | 50 | McGuireWoods LLP | 32 |
| Bracewell & Guiliani LLP | 51 | Meckler Bugler & Tilson LLP | 15 |
| Bridge Associates, LLC | 18 | Mesirow Financial Consulting, LLC | 24 |
| BTB Associates, LLC | 18 | Miller, Canfield, Paddock and Stone, P.L.C. | 39 |
| Cadwalader, Wickersham, Taft LLP | 27 | Morrison & Foerster LLP | 6 |
| Campbell & Levine, LLC | 30 | Moses & Singer LLP | 44 |
| Caplin & Drysdale, Chartered | 27 | Munsch Hardt Kopf & Harr, P.C. | 51 |
| Capstone Advisory Group, LLC | 18 | Nelson Mullins Riley & Scarborough | 50 |
| Casner & Edwards, LLP | 41 | O'Melveny & Myers LLP | 6-7 |
| Cooch and Taylor | 31 | Orrick, Herrington & Sutcliffe LLP | 7 |
| Cooley Godward LLP | 5 | Pachulski Stang Ziehl Young Jones & Weintraub | 32 |
| Covington & Burling | 5 | Pitney Hardin LLP | 42 |
| Dickinson Wright PLLC | 36 | PricewaterhouseCoopers LLP | 24-25 |
| Dickstein Shapiro Morin & Oshinsky LLP | 36 | Proskauer Rose LLP | 45 |
| DLA Piper Rudnick Gray Cary | 9 | Protiviti Inc. | 25 |
| Duane Morris LLP | 43 | Rayburn Cooper & Durham, P.A. | 50 |
| Dykema Gossett PLLC | 36 | Reed Smith LLP | 32 |
| Ernst & Young, LLP | 18-19 | Richards Layton & Finger PA | 33 |
| Ferry, Joseph & Pearce, P.A. | 31 | Schwartz Cooper Greenberger Krauss, Chartered | 15 |
| Foley & Lardner LLP | 9-10 | Shearman & Sterling LLP | 45-46 |
| Foley Hoag LLP | 41 | Sidley Austin Brown & Wood LLP (London) | 29 |
| Frank/Gecker LLP | 10 | Skadden, Arps, Slate, Meagher & Flom LLP | 33 |
| FTI Consulting | 19 | Sonnenschein Nath & Rosenthal LLP | 39-40 |
| GCW Consulting | 19 | Squire, Sanders & Dempsey L.L.P. | 49 |
| Glass & Associates, Inc. | 20 | Stroock & Stroock & Lavan, LLP | 46-47 |
| Grant Thornton LLP | 20 | Stutzman, Bromberg, Esserman & Plifka | 51 |
| Hamilton, Rabinowitz & Alschuler, Inc. | 20 | The Bayard Firm | 34 |
| Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP | 44 | The Hogan Firm | 34 |
| Heller Ehrman White & McAuliffe | 6 | Thelen Reid & Priest LLP | 47 |
| HGH Associates LLC | 21 | Thompson Hine LLP | 49 |
| Honigman Miller Schwartz and Cohn LLP | 37 | Towers Perrin Tillinghast | 25 |
| Huron Consulting Services LLC | 21 | Vedder, Price, Kaufman & Kammholz, PC | 16 |
| Jenner & Block LLP | 10 | Watson Wyatt Worldwide | 25-26 |
| Jones Day | 37-38 | Weil, Gotshal & Manges | 47-48 |
| Kaye Scholer | 44 | Wharton Levin Ehrmantraut & Klein, P.A. | 34 |
| Kirkland & Ellis LLP | 11-12 | White & Case LLP | 8 |
| Kirkpatrick & Lockhart Nicholson Graham LLP | 27 | Wimer Cutler Pickering Hale and Dorr LLP | 28 |
| Klett Rooney Lieber & Schloring | 31 | Young Conaway Stargatt & Taylor, LLP | 35 |
| KPMG LLP | 22 | | |

## California Regional Report

| FIRM | | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | |
|---|---|---|---|---|---|---|---|---|
| **Cooley Godward LLP** | | | | | | | | |
| P | Neal, Stephen | 1973 | 1973 | CA | $ 795.00 | 0.20 | $ 159.00 | U.S.B.C., Delaware |
| P | Kelly, Michael | 1969 | 1969 | CA | 630.00 | 2.20 | 1,386.00 | *USG Corporation 01-02094 (JFK)* |
| P | Atkinson, Gordon | 1981 | 1981 | CA | 630.00 | 0.70 | 441.00 | |
| P | Devereaux, Scott | 1992 | 1992 | CA | 610.00 | 22.50 | 13,725.00 | From the fee application covering |
| P | Goodhart, Kathleen | 1991 | 1991 | CA | 495.00 | 9.00 | 4,455.00 | February 1, 2006 through February 28, 2006 |
| A | Fuentes, Theresa | 1998 | 1998 | CA | 455.00 | 3.10 | 1,410.50 | |
| A | Daniel, Craig | 2000 | 2000 | CA | 435.00 | 14.00 | 6,090.00 | NLJ Ranking: N/A |
| A | Gutkin, Jeffrey | 2000 | 2000 | CA | 435.00 | 7.20 | 3,132.00 | Firm Size: 450 |
| A | Valenzuela Santamaria, Jessica | 2002 | 2002 | CA | 360.00 | 0.70 | 252.00 | |
| A | Penning, James | 2003 | 2003 | CA | 330.00 | 1.90 | 627.00 | |
| A | Armon, Orion | 2003 | 2003 | CO | 330.00 | 1.90 | 627.00 | |
| A | Jao, Florence | 2003 | 2003 | CA | 330.00 | 4.30 | 1,419.00 | |
| A | Ruebush, Susan | 1988 | 1988 | CA | 320.00 | 29.10 | 9,312.00 | |
| PP | Rorrer, Kate | | | | 210.00 | 0.90 | 189.00 | |
| PP | Alvarez, Guillermo | | | | 180.00 | 53.30 | 9,594.00 | |
| | Cachia, Kris | | | | 175.00 | 3.40 | 595.00 | |
| | Kruger, Erik | | | | 155.00 | 31.50 | 4,882.50 | |
| | Loya, Tressa | | | | 155.00 | 0.20 | 31.00 | |
| | Reed, Cassandra | | | | 155.00 | 17.60 | 2,728.00 | |
| | Nieva, Richard | | | | 155.00 | 37.10 | 5,750.50 | |
| | So, Michelle | | | | 125.00 | 44.50 | 5,562.50 | |
| | **TOTAL** | | | | | **285.30** | **$ 72,368.00** | |
| | | | | | | | | |
| **Covington & Burling** | | | | | | | | |
| P | Brown, Donald | 1978 | 1978 | CA | 640.00 | 14.70 | 9,408.00 | U.S.B.C., Delaware |
| | **TOTAL** | | | | | **14.70** | **$ 9,408.00** | *Kaiser Aluminum Corporation, et al 02-10429 (JKF)* |

From the fee application covering
February 1, 2006 through February 28, 2006

NLJ Ranking: 68
Firm Size: 531

## California Regional Report

| FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | |
|------|-----------|----------|-------|------|-------|-------|---|
| **Heller Ehrman White & McAuliffe** | | | | | | | |
| P   Hobel, Lawrence | 1976 | 1976 | CA | 625.00 | 132.00 | 82,500.00 | **U.S.B.C., Delaware** |
| Hayden, Jonathan | 1982 | 1982 | CA | 610.00 | 81.80 | 49,898.00 | *Kaiser Aluminum Corporation, et al 02-10429 (JKF)* |
| Parker, Warrington | 1989 | 1990 | CA | 570.00 | 23.20 | 13,224.00 | |
| SC  Lee, Monika | 1984 | 1984 | CA | 560.00 | 20.40 | 11,424.00 | From the fee application covering |
| SC  Jackson, Celia | 1986 | 1986 | CA | 560.00 | 23.50 | 13,160.00 | January 1, 2006 through January 31, 2006 |
| A   McAweeney, Peter | 1990 | 1990 | CA | 520.00 | 189.40 | 98,488.00 | |
| C   Marsh, Helen | 1984 | 1984 | CA | 520.00 | 2.00 | 1,040.00 | NLJ Ranking: 41 |
| P   Niemann, Angela | 1992 | 1992 | WA | 465.00 | 36.50 | 16,972.50 | Firm Size: 705 |
| A   Thomas, David | 2001 | 2001 | CA | 430.00 | 0.80 | 344.00 | |
| A   MacDonald, Brian | 2003 | 2003 | CA | 385.00 | 120.00 | 46,200.00 | |
| A   Hardcastle, Hilary | 2003 | 2003 | CA | 350.00 | 18.70 | 6,545.00 | |
| PP  Rogers, Kathy | | | | 260.00 | 2.00 | 520.00 | |
| PP  Chiulos, Ellen | | | | 255.00 | 103.50 | 26,392.50 | |
| LIB Marshall, Jennifer | | | | 195.00 | 2.90 | 565.50 | |
| SPC Nichols, Jennifer | | | | 190.00 | 1.00 | 190.00 | |
| PP  Pangialinam, Jason | | | | 180.00 | 107.90 | 19,422.00 | |
| CA  Milano, Liberty | | | | 165.00 | 151.10 | 24,931.50 | |
| CC  Tan, Grace | | | | 130.00 | 47.00 | 6,110.00 | |
| TOTAL | | | | | 1,063.70 | $ 417,927.00 | |
| | | | | | | | |
| **Morrison & Foerster LLP** | | | | | | | |
| P   Offer, Stuart | 1967 | 1967 | CA | 780.00 | 0.30 | 234.00 | **U.S.B.C., California Northern** |
| P   Lewis, Adam | 1979 | 1979 | CA | 610.00 | 0.80 | 488.00 | *Western Water Company 05-42839* |
| OC  Mar, Patricia | 1969 | 1969 | CA | 545.00 | 50.40 | 27,468.00 | |
| P   Liu, Jaclyn | 1998 | 1998 | CA | 485.00 | 16.40 | 7,954.00 | From the fee application covering |
| Liu, Chi | | | | 235.00 | 7.50 | 1,762.50 | January 1, 2006 through February 28, 2006 |
| PP  Perkins, Katherine | | | | 215.00 | 0.80 | 172.00 | |
| TOTAL | | | | | 76.20 | $ 38,078.50 | NLJ Ranking: 16 |
| | | | | | | | Firm Size: 1025 |
| | | | | | | | |
| **O'Melveny & Myers LLP** | | | | | | | |
| P   Kohn, Jeffrey | 1984 | 1985 | NY | 795.00 | 20.10 | 15,979.50 | **U.S.B.C., New York Southern** |
| P   Kohn, Jeffrey | 1984 | 1985 | NY | 755.00 | 33.30 | 25,141.50 | *Delphi Corporation 05-44481* |
| P   Siegel, Robert` | 1974 | 1975 | CA | 735.00 | 44.25 | 32,523.75 | |
| P   Jerman, Tom A. | 1981 | 1981 | CA | 725.00 | 209.10 | 151,597.50 | From the fee application covering |
| P   Krischer, Gordon E. | 1971 | 1972 | CA | 690.00 | 1.00 | 690.00 | October 8, 2005 through January 31, 2006 |
| P   Siegel, Robert` | 1974 | 1975 | CA | 690.00 | 52.00 | 35,880.00 | |
| P   Jerman, Tom A. | 1981 | 1981 | CA | 680.00 | 603.10 | 410,108.00 | NLJ Ranking: 21 |
| A   Kastin, Jessica | | 2002 | NY | 495.00 | 131.60 | 65,142.00 | Firm Size: 1000 |
| C   Janger, Rachel S. | 1998 | 1999 | NY | 495.00 | 85.50 | 42,322.50 | |
| C   Miller, Lani | 1996 | 1996 | CA | 485.00 | 0.70 | 339.50 | |

## California Regional Report

| FIRM | | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | |
|------|---|-----------|----------|-------|------|-------|-------|---|
| **O'Melveny & Myers LLP (cont.)** | | | | | | | | |
| A | Kastin, Jessica | | 2002 | NY | $ 465.00 | 271.45 | $ 126,224.25 | **U.S.B.C., New York Southern** |
| C | Janger, Rachel S. | 1998 | 1999 | NY | 460.00 | 235.25 | 108,215.00 | *Delphi Corporation 05-44481* |
| C | Miller, Lani | 1996 | 1996 | CA | 440.00 | 38.10 | 16,764.00 | |
| A | Son, Heejung | | 2001 | DC | 400.00 | 52.10 | 20,840.00 | From the fee application covering |
| | Janiak-Oliver, Melissa | | | | 310.00 | 50.40 | 15,624.00 | October 08, 2005 through January 31, 2006 |
| A | Ambekar, Deepa | | 2005 | NJ | 310.00 | 38.60 | 11,966.00 | |
| A | Ambekar, Deepa | | 2005 | NJ | 300.00 | 55.10 | 16,530.00 | NLJ Ranking: 21 |
| | Janiak-Oliver, Melissa | | | | 300.00 | 31.90 | 9,570.00 | Firm Size: 1000 |
| A | Hauf, Stacy | | 2006 | NY | 280.00 | 11.20 | 3,136.00 | |
| | Hellman, Adam | | | | 280.00 | 15.90 | 4,452.00 | |
| | Hellman, Adam | | | | 270.00 | 30.70 | 8,289.00 | |
| A | Booher, David | | 2004 | CA | 270.00 | 2.40 | 648.00 | |
| A | Grundeman, Kyra | | 2002 | DC | 270.00 | 41.60 | 11,232.00 | |
| A | Ambekar, Deepa | | 2005 | NJ | 235.00 | 95.80 | 22,513.00 | |
| PP | Mauriello, Steve | | | | 230.00 | 6.60 | 1,518.00 | |
| LIB | Bliss, Heide-Marie | | | | 225.00 | 0.70 | 157.50 | |
| PP | Mauriello, Steve | | | | 220.00 | 101.80 | 22,396.00 | |
| PP | Purohit, Ritvik | | | | 210.00 | 4.50 | 945.00 | |
| | Hellman, Adam | | | | 205.00 | 119.40 | 24,477.00 | |
| A | Hauf, Stacy | | 2006 | NY | 205.00 | 128.80 | 26,404.00 | |
| PP | Holmes, Ben | | | | 200.00 | 0.10 | 20.00 | |
| PP | Neglia, Ross | | | | 180.00 | 1.10 | 198.00 | |
| LIB | Cocker, Martha A. | | | | 175.00 | 0.20 | 35.00 | |
| PP | Woo, Michelle | | | | 160.00 | 38.00 | 6,080.00 | |
| PP | Kasischke, Kelley | | | | 160.00 | 1.00 | 160.00 | |
| PP | Woo, Michelle | | | | 150.00 | 178.70 | 26,805.00 | |
| PP | Kasischke, Kelley | | | | 150.00 | 74.70 | 11,205.00 | |
| LIB | Shinn, Celieta | | | | 125.00 | 0.30 | 37.50 | |
| | **TOTAL** | | | | | **2,807.05** | **$ 1,276,165.50** | |

| FIRM | | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL | |
|------|---|-----------|----------|-------|------|-------|-------|---|
| **Orrick, Herrington & Sutcliffe LLP** | | | | | | | | |
| P | Holden, Jr., Frederick D. | 1974 | 1974 | CA | 605.00 | 9.20 | 5,566.00 | **U.S.B.C., Delaware** |
| | Flores, Christine J. | | | | 120.00 | 84.00 | 10,080.00 | *Kaiser Aluminum Corporation, et al 02-10429 (JKF)* |
| | **TOTAL** | | | | | **93.20** | **$ 15,646.00** | |

From the fee application covering
February 1, 2006 through February 28, 2006

NLJ Ranking: 36
Firm Size: 744

## *California Regional Report*

| FIRM | | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|------|--|-----------|----------|-------|------|-------|-------|
| **White & Case LLP** | | | | | | | |
| P | Carlisle, Linda | 1984 | 1984 | DC | 750.00 | 1.00 | 750.00 |
| P | Engel, Larry | 1972 | 1972 | CA | 660.00 | 7.90 | 5,214.00 |
| P | Engel, Larry | 1972 | 1972 | CA | 630.00 | 20.30 | 12,789.00 |
| C | Kampfner, R | 1995 | 1995 | CA | 520.00 | 43.40 | 22,568.00 |
| C | Kampfner, R | 1995 | 1995 | CA | 480.00 | 148.10 | 71,088.00 |
| A | Novak, Vincent | 2004 | 2004 | CA | 320.00 | 8.80 | 2,816.00 |
| A | Novak, Vincent | 2004 | 2004 | CA | 260.00 | 19.50 | 5,070.00 |
| LA | Susoyev, S | | | | 200.00 | 2.50 | 500.00 |
| LA | Kline, J | | | | 195.00 | 17.10 | 3,334.50 |
| LA | Kline, J | | | | 175.00 | 64.20 | 11,235.00 |
| LA | Gibney, A | | | | 175.00 | 64.20 | 11,235.00 |
| LA | Gibney, A | | | | 155.00 | 2.00 | 310.00 |
| | **TOTAL** | | | | | **399.00** | **$   146,909.50** |

**U.S.B.C., California Northern**

***RDR Resolution LLC 05-32481***

From the fee application covering
August 4, 2005 through January 31, 2006

NLJ Ranking: 4
Firm Size: 1983

## California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| P | Kohn, Jeffrey | O'Melveny & Myers LLP | 1984 | 1985 | NY | $ 795.00 | 20.10 | $ 15,979.50 |
| P | Neal, Stephen | Cooley Godward LLP | 1973 | 1973 | CA | 795.00 | 0.20 | 159.00 |
| P | Offer, Stuart | Morrison & Foerster LLP | 1967 | 1967 | CA | 780.00 | 0.30 | 234.00 |
| P | Kohn, Jeffrey | O'Melveny & Myers LLP | 1984 | 1985 | NY | 755.00 | 33.30 | 25,141.50 |
| P | Carlisle, Linda | White & Case LLP | 1984 | 1984 | DC | 750.00 | 1.00 | 750.00 |
| P | Siegel, Robert` | O'Melveny & Myers LLP | 1974 | 1975 | CA | 735.00 | 44.25 | 32,523.75 |
| P | Jerman, Tom A. | O'Melveny & Myers LLP | 1981 | 1981 | CA | 725.00 | 209.10 | 151,597.50 |
| P | Siegel, Robert` | O'Melveny & Myers LLP | 1974 | 1975 | CA | 690.00 | 52.00 | 35,880.00 |
| P | Krischer, Gordon E. | O'Melveny & Myers LLP | 1971 | 1972 | CA | 690.00 | 1.00 | 690.00 |
| P | Jerman, Tom A. | O'Melveny & Myers LLP | 1981 | 1981 | CA | 680.00 | 603.10 | 410,108.00 |
| P | Engel, Larry | White & Case LLP | 1972 | 1972 | CA | 660.00 | 7.90 | 5,214.00 |
| P | Brown, Donald | Covington & Burling | 1978 | 1978 | CA | 640.00 | 14.70 | 9,408.00 |
| P | Engel, Larry | White & Case LLP | 1972 | 1972 | CA | 630.00 | 20.30 | 12,789.00 |
| P | Kelly, Michael | Cooley Godward LLP | 1969 | 1969 | CA | 630.00 | 2.20 | 1,386.00 |
| P | Atkinson, Gordon | Cooley Godward LLP | 1981 | 1981 | CA | 630.00 | 0.70 | 441.00 |
| P | Hobel, Lawrence | Heller Ehrman White & McAuliffe | 1976 | 1976 | CA | 625.00 | 132.00 | 82,500.00 |
| | Hayden, Jonathan | Heller Ehrman White & McAuliffe | 1982 | 1982 | CA | 610.00 | 81.80 | 49,898.00 |
| P | Devereaux, Scott | Cooley Godward LLP | 1992 | 1992 | CA | 610.00 | 22.50 | 13,725.00 |
| P | Lewis, Adam | Morrison & Foerster LLP | 1979 | 1979 | CA | 610.00 | 0.80 | 488.00 |
| P | Holden, Jr., Frederick D. | Orrick, Herrington & Sutcliffe LLP | 1974 | 1974 | CA | 605.00 | 9.20 | 5,566.00 |
| | Parker, Warrington | Heller Ehrman White & McAuliffe | 1989 | 1990 | CA | 570.00 | 23.20 | 13,224.00 |
| SC | Jackson, Celia | Heller Ehrman White & McAuliffe | 1986 | 1986 | CA | 560.00 | 23.50 | 13,160.00 |
| SC | Lee, Monika | Heller Ehrman White & McAuliffe | 1984 | 1984 | CA | 560.00 | 20.40 | 11,424.00 |
| OC | Mar, Patricia | Morrison & Foerster LLP | 1969 | 1969 | CA | 545.00 | 50.40 | 27,468.00 |
| A | McAweeney, Peter | Heller Ehrman White & McAuliffe | 1990 | 1990 | CA | 520.00 | 189.40 | 98,488.00 |
| C | Kampfner, R | White & Case LLP | 1995 | 1995 | CA | 520.00 | 43.40 | 22,568.00 |
| C | Marsh, Helen | Heller Ehrman White & McAuliffe | 1984 | 1984 | CA | 520.00 | 2.00 | 1,040.00 |
| A | Kastin, Jessica | O'Melveny & Myers LLP | | 2002 | NY | 495.00 | 131.60 | 65,142.00 |
| C | Janger, Rachel S. | O'Melveny & Myers LLP | 1998 | 1999 | NY | 495.00 | 85.50 | 42,322.50 |
| P | Goodhart, Kathleen | Cooley Godward LLP | 1991 | 1991 | CA | 495.00 | 9.00 | 4,455.00 |
| P | Liu, Jaclyn | Morrison & Foerster LLP | 1998 | 1998 | CA | 485.00 | 16.40 | 7,954.00 |
| C | Miller, Lani | O'Melveny & Myers LLP | 1996 | 1996 | CA | 485.00 | 0.70 | 339.50 |
| C | Kampfner, R | White & Case LLP | 1995 | 1995 | CA | 480.00 | 148.10 | 71,088.00 |
| A | Kastin, Jessica | O'Melveny & Myers LLP | | 2002 | NY | 465.00 | 271.45 | 126,224.25 |
| P | Niemann, Angela | Heller Ehrman White & McAuliffe | 1992 | 1992 | WA | 465.00 | 36.50 | 16,972.50 |
| C | Janger, Rachel S. | O'Melveny & Myers LLP | 1998 | 1999 | NY | 460.00 | 235.25 | 108,215.00 |
| A | Fuentes, Theresa | Cooley Godward LLP | 1998 | 1998 | CA | 455.00 | 3.10 | 1,410.50 |
| C | Miller, Lani | O'Melveny & Myers LLP | 1996 | 1996 | CA | 440.00 | 38.10 | 16,764.00 |
| A | Daniel, Craig | Cooley Godward LLP | 2000 | 2000 | CA | 435.00 | 14.00 | 6,090.00 |
| A | Gutkin, Jeffrey | Cooley Godward LLP | 2000 | 2000 | CA | 435.00 | 7.20 | 3,132.00 |

## California Rate Report

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| A | Thomas, David | Heller Ehrman White & McAuliffe | 2001 | 2001 | CA | $ 430.00 | 0.80 | $ 344.00 |
| A | Son, Heejung | O'Melveny & Myers LLP | | 2001 | DC | 400.00 | 52.10 | 20,840.00 |
| A | MacDonald, Brian | Heller Ehrman White & McAuliffe | 2003 | 2003 | CA | 385.00 | 120.00 | 46,200.00 |
| A | Valenzuela Santamaria, Jessica | Cooley Godward LLP | 2002 | 2002 | CA | 360.00 | 0.70 | 252.00 |
| A | Hardcastle, Hilary | Heller Ehrman White & McAuliffe | 2003 | 2003 | CA | 350.00 | 18.70 | 6,545.00 |
| A | Jao, Florence | Cooley Godward LLP | 2003 | 2003 | CA | 330.00 | 4.30 | 1,419.00 |
| A | Armon, Orion | Cooley Godward LLP | 2003 | 2003 | CO | 330.00 | 1.90 | 627.00 |
| A | Penning, James | Cooley Godward LLP | 2003 | 2003 | CA | 330.00 | 1.90 | 627.00 |
| A | Ruebush, Susan | Cooley Godward LLP | 1988 | 1988 | CA | 320.00 | 29.10 | 9,312.00 |
| A | Novak, Vincent | White & Case LLP | 2004 | 2004 | CA | 320.00 | 8.80 | 2,816.00 |
| | Janiak-Oliver, Melissa | O'Melveny & Myers LLP | | | | 310.00 | 50.40 | 15,624.00 |
| A | Ambekar, Deepa | O'Melveny & Myers LLP | | 2005 | NJ | 310.00 | 38.60 | 11,966.00 |
| A | Ambekar, Deepa | O'Melveny & Myers LLP | | 2005 | NJ | 300.00 | 55.10 | 16,530.00 |
| | Janiak-Oliver, Melissa | O'Melveny & Myers LLP | | | | 300.00 | 31.90 | 9,570.00 |
| | Hellman, Adam | O'Melveny & Myers LLP | | | | 280.00 | 15.90 | 4,452.00 |
| A | Hauf, Stacy | O'Melveny & Myers LLP | | 2006 | NY | 280.00 | 11.20 | 3,136.00 |
| A | Grundeman, Kyra | O'Melveny & Myers LLP | | 2002 | DC | 270.00 | 41.60 | 11,232.00 |
| | Hellman, Adam | O'Melveny & Myers LLP | | | | 270.00 | 30.70 | 8,289.00 |
| A | Booher, David | O'Melveny & Myers LLP | | 2004 | CA | 270.00 | 2.40 | 648.00 |
| A | Novak, Vincent | White & Case LLP | 2004 | 2004 | CA | 260.00 | 19.50 | 5,070.00 |
| PP | Rogers, Kathy | Heller Ehrman White & McAuliffe | | | | 260.00 | 2.00 | 520.00 |
| PP | Chiulos, Ellen | Heller Ehrman White & McAuliffe | | | | 255.00 | 103.50 | 26,392.50 |
| A | Ambekar, Deepa | O'Melveny & Myers LLP | | 2005 | NJ | 235.00 | 95.80 | 22,513.00 |
| | Liu, Chi | Morrison & Foerster LLP | | | | 235.00 | 7.50 | 1,762.50 |
| PP | Mauriello, Steve | O'Melveny & Myers LLP | | | | 230.00 | 6.60 | 1,518.00 |
| LIB | Bliss, Heide-Marie | O'Melveny & Myers LLP | | | | 225.00 | 0.70 | 157.50 |
| PP | Mauriello, Steve | O'Melveny & Myers LLP | | | | 220.00 | 101.80 | 22,396.00 |
| PP | Perkins, Katherine | Morrison & Foerster LLP | | | | 215.00 | 0.80 | 172.00 |
| PP | Purohit, Ritvik | O'Melveny & Myers LLP | | | | 210.00 | 4.50 | 945.00 |
| PP | Rorrer, Kate | Cooley Godward LLP | | | | 210.00 | 0.90 | 189.00 |
| A | Hauf, Stacy | O'Melveny & Myers LLP | | 2006 | NY | 205.00 | 128.80 | 26,404.00 |
| | Hellman, Adam | O'Melveny & Myers LLP | | | | 205.00 | 119.40 | 24,477.00 |
| LA | Susoyev, S | White & Case LLP | | | | 200.00 | 2.50 | 500.00 |
| PP | Holmes, Ben | O'Melveny & Myers LLP | | | | 200.00 | 0.10 | 20.00 |
| LA | Kline, J | White & Case LLP | | | | 195.00 | 17.10 | 3,334.50 |
| LIB | Marshall, Jennifer | Heller Ehrman White & McAuliffe | | | | 195.00 | 2.90 | 565.50 |
| SPC | Nichols, Jennifer | Heller Ehrman White & McAuliffe | | | | 190.00 | 1.00 | 190.00 |
| PP | Pangialinam, Jason | Heller Ehrman White & McAuliffe | | | | 180.00 | 107.90 | 19,422.00 |
| PP | Alvarez, Guillermo | Cooley Godward LLP | | | | 180.00 | 53.30 | 9,594.00 |
| PP | Neglia, Ross | O'Melveny & Myers LLP | | | | 180.00 | 1.10 | 198.00 |
| LA | Gibney, A | White & Case LLP | | | | 175.00 | 64.20 | 11,235.00 |

## *California Rate Report*

| | PROFESSIONAL | FIRM | GRADUATED | ADMITTED | STATE | RATE | HOURS | TOTAL |
|---|---|---|---|---|---|---|---|---|
| LA | Kline, J | White & Case LLP | | | | $ 175.00 | 64.20 | $ 11,235.00 |
| | Cachia, Kris | Cooley Godward LLP | | | | 175.00 | 3.40 | 595.00 |
| LIB | Cocker, Martha A. | O'Melveny & Myers LLP | | | | 175.00 | 0.20 | 35.00 |
| CA | Milano, Liberty | Heller Ehrman White & McAuliffe | | | | 165.00 | 151.10 | 24,931.50 |
| PP | Woo, Michelle | O'Melveny & Myers LLP | | | | 160.00 | 38.00 | 6,080.00 |
| PP | Kasischke, Kelley | O'Melveny & Myers LLP | | | | 160.00 | 1.00 | 160.00 |
| | Nieva, Richard | Cooley Godward LLP | | | | 155.00 | 37.10 | 5,750.50 |
| | Kruger, Erik | Cooley Godward LLP | | | | 155.00 | 31.50 | 4,882.50 |
| | Reed, Cassandra | Cooley Godward LLP | | | | 155.00 | 17.60 | 2,728.00 |
| LA | Gibney, A | White & Case LLP | | | | 155.00 | 2.00 | 310.00 |
| | Loya, Tressa | Cooley Godward LLP | | | | 155.00 | 0.20 | 31.00 |
| PP | Woo, Michelle | O'Melveny & Myers LLP | | | | 150.00 | 178.70 | 26,805.00 |
| PP | Kasischke, Kelley | O'Melveny & Myers LLP | | | | 150.00 | 74.70 | 11,205.00 |
| CC | Tan, Grace | Heller Ehrman White & McAuliffe | | | | 130.00 | 47.00 | 6,110.00 |
| | So, Michelle | Cooley Godward LLP | | | | 125.00 | 44.50 | 5,562.50 |
| LIB | Shinn, Celieta | O'Melveny & Myers LLP | | | | 125.00 | 0.30 | 37.50 |
| | Flores, Christine J. | Orrick, Herrington & Sutcliffe LLP | | | | 120.00 | 84.00 | 10,080.00 |

*California Rate Report*

# EXHIBIT I

LINK: 98

FILED
CLERK, U.S. DISTRICT COURT

MAY 22 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS E. BELTRAN,<br><br>               Plaintiff,<br><br>     v.<br><br>COUNTY OF LOS ANGELES, a<br>political subdivision of the State of<br>California; DEPUTY SALIM AIMAQ;<br>MOLLY PAIGE; and DOES 1 through<br>10,<br><br>               Defendants. | Case No. CV 07-0731 GAF (JWJx)<br><br>**ORDER REGARDING MOLLY PAIGE'S<br>MOTION FOR ATTORNEY'S FEES** |

## I.

## INTRODUCTION

In the early evening hours of October 16, 2006, Plaintiff Thomas Beltran was observed by a caretaker entering the residence of Dr. Robert Gutstein (recently deceased) through a bathroom window. Los Angeles Sheriff's Deputies were called to the scene and observed Beltran and a companion, Monita Liu, leaving the house carrying items of personal property. When confronted by the deputies, Beltran claimed that he had permission to be on the property in his capacity as attorney to

1   Ben Wood ("Ben"), one of Dr. Gutstein's heirs.  After initially attempting to resolve

2   Beltran's status at the residence, the deputies transported Beltran and Liu to the

3   sheriff's station for further questioning and inquiry.  Approximately two hours after

4   their initial detention, Beltran and Liu were released.

5           In response to these actions, Beltran filed a civil rights action against Los

6   Angeles County, the sheriff's deputies who were called to the scene, and Molly Paige,

7   Ben Wood's sister and another heir to Dr. Robert Gutstein ("Molly"), who Beltran

8   claimed conspired with the sheriff's deputies to deprive him of his civil rights and

9   various rights under state law.

10          The Court dismissed the state law claims under California's anti-SLAPP

11  statute and awarded attorney's fees to Molly in connection with that motion, but

12  ultimately allowed the civil rights action to go forward after having found that the

13  Complaint met the minimal requirements of Rule 12(b)(6).  Comments by the Court

14  questioning the merits of the civil rights lawsuit fell on deaf ears.

15          After a period of discovery, Molly moved for summary judgment.  In a written

16  memorandum, the Court granted the motion finding, among other things, that:

17          (1) although Beltran apparently had permission from Molly's lawyer to enter

18              the house, neither Molly nor the deputies were aware of that fact;

19          (2) Beltran in fact entered through a window and was observed in the act, a

20              fact that was reported to the deputies;

21          (3) Beltran did not have permission to enter through the window and Liu did

22              not have permission to be on the premises at all, particularly since she was

23              suspected of having taken personal property from the residence without

24              anyone's permission;

25          (4) Beltran and Liu were observed removing items from the residence as they

26              were exiting the front door when the deputies arrived; and

27

28                                          2

(5) Beltran's own client, when contacted on the evening when the arrest occurred, claimed that he had not given Beltran permission to enter the residence.

In short, the undisputed facts established that the deputies had reason to detain Beltran and Liu and that the decision to detain them was not the result of any conspiracy with Molly. A detailed recitation of the events giving rise to the lawsuit is set forth in this Court's March 12, 2008 "Memorandum and Order Regarding County Defendants' Motion For Summary Judgment and Molly Paige's Motion for Summary Judgment." (Docket No. 95.)

Having spent substantial time and effort in defeating Beltran's claim, Molly moves for attorney's fees under 42 U.S.C. § 1988. The Court has now reviewed the moving, opposition and reply memoranda, and the authorities cited therein, and concludes that, because the lawsuit against Molly was without foundation, this is a proper case for an attorney's fee award under Section 1988. Accordingly, as discussed in detail below, the motion for attorney's fees is **GRANTED.**

**II.**

**DISCUSSION**

## A. LEGAL STANDARDS

### 1. AWARDING FEES UNDER SECTION 1988 GENERALLY

Title 42 U.S.C. § 1988 provides, in relevant part, that in an action brought to enforce Section 1983, "the court, in its discretion, may allow the prevailing party, other than the United States, a reasonable attorney's fee . . . ." A prevailing defendant in a civil rights action may be awarded attorney's fees where the plaintiff's claim, even though not brought in subjective bad faith, is "'frivolous, unreasonable, or without foundation.'" Parks v. Watson, 716 F.2d 646, 664 (9th Cir. 1983) (quoting Christiansburg Garment Co. v. EEOC, 434 U.S. 412, 421 (1978)). The fact that a plaintiff ultimately loses his case is not in itself a sufficient justification for the

3

1    assessment of fees..  In assessing a prevailing defendant's motion under Section

2    1988, the Court must carefully consider and balance the competing positions of the

3    litigants because of the potential chilling effect associated with awarding a prevailing

4    defendant attorney's fees on a losing plaintiff's civil rights claim, which could undercut

5    Congress' goal of "vigorous[ly]" enforcing such claims.    Hughes v. Rowe, 449 U.S. 5,

6    14-15 (1980)[1]

7         ## 2. RELEVANT FACTORS

8         If a defendant meets her burden of establishing that a plaintiff's civil rights

9    action was brought "without foundation," the Court must turn to a determination of the

10   amount to be awarded.  The determination commences with a "lodestar" analysis.

11        ### a. Lodestar

12        The Ninth Circuit has held that the "[c]alculation of attorney's fees *begins* with

13   a lodestar figure." Miller v. Los Angeles County Bd. of Educ., 827 F.2d 617, 621 (9th

14   Cir. 1987) (emphasis in original).  The lodestar is a reasonable hourly rate multiplied

15   by the reasonable number of hours expended.  Hensley v. Eckerhart, 461 U.S. 424,

16   433 (1983).  "This lodestar figure can then be *adjusted*" pursuant to the factors

17   outlined below, "although a strong presumption exists that the lodestar represents a

18   reasonable fee." Miller, 827 F.2d at 621 (emphasis in original) (citing Jordan v.

19   Multnomah County, 815 F.2d 1258, 1262-63 (9th Cir. 1987)).

20        ### b. O'Neil/Kerr Factors

21        Although the Civil Rights Act "is silent on the standards to be applied in

22   determining what constitutes a 'reasonable' attorneys' fee," Fountila v. Carter, 571

23   F.2d 487, 496 (9th Cir. 1978), the Ninth Circuit has held that a district court must

24   consider the following "twelve specified guidelines in setting the amount of the award":

25

26   ----------

27   [1]In its March 12, 2008 Order (Docket No. 95), the Court already found this action to be frivolous,
     unreasonable, or without foundation such that Molly was entitled to attorney's fees under
     Section 1988. (3/12/08 Order at 37.)

28

4

(1) the time and labor required, (2) the novelty and difficulty of the questions involved, (3) the skill requisite to perform the legal services properly, (4) the preclusion of other employment by the attorney due to acceptance of the case, (5) the customary fee, (6) whether the fee is fixed or contingent, (7) time limitations imposed by the client or the circumstances, (8) the amount involved and the results obtained, (9) the experience, reputation and ability of the attorneys, (10) the "undesirability" of the case, (11) the nature and length of the professional relationship with the client, and (12) awards in similar cases.

O'Neil v. City of Lake Oswego, 642 F.2d 367, 370 (9th Cir. 1981) (citing Fountila, 571 F.2d at 496 (citing Johnson v. Georgia Highway Express, 488 F.2d 714, 717-19 (5th Cir. 1974))).[2]

### c. Consideration of Losing Plaintiff's Financial Burden

Moreover, the Ninth Circuit has cautioned that in addition to the lodestar figure and the above twelve factors, "a district court in cases involving [Section 1983] should consider the financial resources of the plaintiff in awarding fees to a prevailing defendant." Miller, 827 F.2d at 621 (citations omitted). The Circuit noted that this is particularly true when the fee request against an individual plaintiff is "sizable." Id. The Circuit noted that "[w]hile an award of attorney's fees for a frivolous lawsuit may be necessary to fulfill the deterrent purposes of [Section 1988], the award should not subject the plaintiff to financial ruin." Id. (citation omitted). That being said, "a district court should not **refuse** to award attorney's fees to a prevailing defendant under [Section 1988] solely on the ground of the plaintiff's financial situation." Id. at 621 n.5 (emphasis in original and citation omitted).

### B. ANALYSIS

#### 1. PRELIMINARY ISSUE: BELTRAN REARGUES HIS CASE

At the outset, the Court notes that the majority of Beltran's opposition is devoted to rearguing his case and why the Court supposedly erred in granting

---

[2]These are the same twelve factors identified in Kerr v. Screen Extras Guild, Inc., 526 F.2d 67, 70 (9th Cir. 1975), cert. denied, 425 U.S. 951 (1976). The Court refers to these factors as the "O'Neil/Kerr factors" in this Order.

1   Defendants' motion for summary judgment.  For example, Beltran argues that

2   because this Court denied Molly's earlier motion to dismiss (Docket No. 34), his

3   claims cannot be frivolous and Molly should not be awarded any attorney's fees.

4   (Opp. at 15-16.)  This argument completely misses the mark – merely because one

5   can concoct allegations that will survive a motion to dismiss does not mean that his

6   claims have any merit or "foundation."   Beltran also offers new evidence, some of

7   which contradicts his own sworn testimony, in a belated effort to create a genuine

8   issue of fact for trial.  (Compare Ben Decl. ¶ 2 with SGI to County Defs.' MSJ ¶ 63

9   and Reply, Ex. A [Beltran Depo.] at 109-10.)

10          Beltran attempts to justify his inclusion of these additional facts and

11  arguments by "apologiz[ing] to the [C]ourt for not presenting this evidence" earlier.

12  (Opp. at 6 n.6.)  Beltran claims he did not do so because "he had a good faith belief

13  that the opposition to the summary judgment motions satisfied the burden of

14  producing a genuine issue of material fact."   Beltran was wrong and now requests

15  that the Court consider these additional arguments and purported facts in deciding

16  the attorney's fee motion, although he provides no legal basis for doing so.  (See

17  Opp. at 6 n.6.)  The Court will not consider such evidence because, even if the

18  inclusion of the additional facts and arguments were deemed a motion for

19  reconsideration, it would be denied.  Under Local Rule 7-18, a motion for

20  reconsideration is only warranted on the grounds of: "(a) a material difference in fact

21  or law from that presented to the Court before such decision that in the exercise of

22  reasonable diligence could not have been known to the party moving for

23  reconsideration at the time of such decision, or (b) the emergence of new material

24  facts or a change of law occurring after the time of such decision, or (c) a manifest

25  showing of a failure to consider material facts presented to the Court before such

26  decision." L.R. 7-18. Beltran fails to meet this standard.  Accordingly, the Court will

27  consider only the issue that is properly before the Court – whether or not Molly is

28

1    entitled to recover her attorney's fees incurred in defending against this lawsuit, and if

2    so, how much.[3]

3    ## 2. THE MOTION MEETS THE SECTION 1988 STANDARD

4    Burton asserts that he worked 173.80 hours on this case and that Leonardis,

5    his legal assistant, spent 32.85 hours on this case. (Burton Decl. ¶ 2.) Beltran does

6    not dispute any of the actual hours worked by Burton or Leonardis. Rather, he argues

7    more broadly that any recoverable fees should be limited to the period **after** discovery

8    was completed. This is because, Beltran claims, "there was sufficient evidence of a

9    colorable claim [against Molly] all the way through discovery." (Opp. at 3.)

10    Accordingly, Beltran argues, the Court should limit any award of fees "to those [hours]

11    expended after the deposition of [Molly]" which occurred on December 18, 2007. (Id.

12    at 3, 16; see also Mot., Ex. A [Burton Timesheet indicating Molly Depo. on 12/18/07].)

13    In support, Beltran cites Christiansburg Garment Co. v. Equal Employment

14    Opportunity Comm'n, 434 U.S. 412, 421-22 (1978) where the Supreme Court

15    cautioned that a court should not engage in post hoc reasoning by concluding that a

16    losing plaintiff's claims were meritless and noted that "[d]ecisive facts may not emerge

17    until discovery or trial." (Opp. at 4 (quoting Christiansburg, 434 U.S. at 422).)

18    Beltran's argument, when closely considered, supports the award of attorney's

19    fees for all of the work done on Molly's behalf. Beltran essentially concedes that,

20

21    [3] The Court further notes that it could entirely ignore Beltran's Opposition, which was filed one
22    day late, exceeds the page limits provided for by the Local Rules, and does not even address
   the O'Neil/Kerr factors that the Court in its March 12, 2008 Order, expressly requested be
23    discussed. Though regrettable, this is typical of the manner in which this case has been
   conducted by plaintiff. Despite Beltran's unfounded allegations of this Court's imagined bias
24    against him, this Court continued the hearing on Defendants' summary judgment motions **three**
   **times** in order to hear the motions on their merits after Beltran failed to timely file his
25    Oppositions. (See, e.g., Docket No. 64.) This was done although the Court could have
   proceeded with deciding the motions without affording Beltran an opportunity to file a late
26    Opposition. See L.R. 7-12. In short, although Beltran has repeatedly missed deadlines, ignored
   requests of the Court, and concocted allegations that the Court bears him or his client ill will, the
27    Court has read and considered Beltran's submissions regarding Molly's request for attorney's
   fees.

28   

after discovery was concluded, he had no objective evidence to support a claim of conspiracy. The Court first notes that Beltran's failure to abandon the case against Molly after discovery was concluded gives rise to an inference that the case was not brought in good faith in the first place. Moreover, the argument demonstrates that Beltran could have brought suit against the deputies on his Fourth Amendment claim without naming Molly and could have conducted discovery to determine whether any actual evidence of a conspiracy could be developed. But that he may have had sufficient facts to warrant filing suit against the deputies on a Fourth Amendment claim does not establish the existence of "objective facts" that justify naming Molly as a conspirator in the alleged constitutional violation. What Beltran had and included in his complaint were bare allegations, unsupported by any evidence, that Molly, a private citizen, conspired with the LASD to deprive him of his constitutional rights. (See, e.g., 3/12/08 MSJ Order at 33-34.)

That Beltran hoped, but ultimately failed, to uncover anything in discovery to support his bare allegations should not shield him from paying the whole amount of attorney's fees, including those fees incurred before discovery was complete. Nothing in Christiansburg weighs against such a finding. Beltran even appears to concede that he in fact had no evidence to support his claims against Molly, as he notes that he was "entitled to proceed with his discovery to determine *if* there was evidence to support [his theory of] an abdication of responsibility by the deputies to Paige, such that a conspiracy could be inferred." (Opp. at 24 (emphasis added).) For these reasons, the Court rejects Beltran's argument that any award of attorney's fees should be limited to fees incurred after discovery was complete. The Court therefore turns to a consideration of the fees claimed by Molly's counsel.

### 3. THE LODESTAR COMPUTATION -- TOTAL HOURS

The Court finds that some of Burton's hours should be reduced. Burton's timesheet indicates that he spent at least 15 hours working on the reply to Molly's

8

1  motion for summary judgment. (Mot., Ex. A [Burton Timesheet] at 4.) That reply,

2  however, was only eight pages long and largely reiterated arguments made in her

3  earlier motion for summary judgment. (See Docket No. 77.) The Court does not see

4  how the reply could have reasonably taken so long to complete. Moreover, there

5  appear to be duplicate time entries on 2/3/08 – there are identical entries of 3.5 hours

6  for that day. (See Mot., Ex. A [Burton Timesheet] at 4.)) Accordingly, the Court

7  reduces the hours worked on the reply by half, to 7.5 hours. The eight hours spent

8  working on the reply to this attorney's fee motion are reduced by half for the same

9  reason – that is, the reply mostly reiterates arguments made in his moving papers.

10  The Court finds that the rest of the hours worked appear reasonable and

11  notes that Beltran does not dispute them. Leonardis' work on this case included

12  administrative tasks (scanning and indexing exhibits) and organizing Rule 26

13  documents. (See Mot., Ex. B [Leonardis Timesheet].) Accordingly, the Court reduces

14  Burton's hours worked to 170.3 (181.8 - 7.5 - 4) and keep Leonardis' 32.85 hours

15  intact.

16  **4. HOURLY RATE**

17  The prevailing party seeking attorney's fees under Section 1988 bears the

18  burden of showing that the requested rates are "in line with those prevailing in the

19  community for similar services by lawyers of reasonably comparable skill, experience,

20  and reputation." Sorenson v. Mink, 239 F.3d 1140, 1145 (9th Cir. 2001). The Court

21  finds that Burton is entitled to his requested hourly rate of $500 and that his legal

22  assistant Leonardis is entitled to an hourly rate of $125.

23  This Court already used an hourly rate of $500 for Burton in its earlier order

24  awarding attorney's fees after granting Molly's anti-SLAPP motion. (See 9/4/07 Order

25  re: anti-SLAPP motion [Docket No. 40] at 4.) There, the Court concluded that Burton

26  provided "evidence sufficient to establish that [his hourly rate of] $500 is reasonable."

27  (9/4/07 Order at 4.) Moreover, Burton again provides sufficient evidence in support of

28

9

1  his hourly rate. He has 29 years of legal experience and expertise in police

2  misconduct cases. (Burton Decl. (with Mot.) ¶¶ 31, 36.) Burton earlier provided a

3  declaration from another attorney, Samuel Paz, who competently averred that

4  Burton's hourly rate fell within the range charged by attorneys of similar skill as

5  Burton. (8/13/07 Paz Decl. ¶ 8.) Accordingly, the Court finds that the requested rate

6  for Burton is reasonable and within the range of attorneys with similar skill and

7  experience.

8         Beltran's argument against Burton's $500 hourly rate is unconvincing. Beltran

9  provides information regarding two other attorneys, Paul C. Epstein and Douglas C.

10  Knoll, who Beltran claims have comparable (or perhaps more) experience than

11  Burton. (Opp. at 27-28; see also Opp., Ex. 4 [Epstein Decl. and Attached Exhibits].)

12  Epstein and Knoll are state Deputy Attorneys General, and based on the forms

13  provided (Opp., Ex. 4 [Epstein Decl. and Attached Exhibits]), it appears that they "bill"

14  at a rate of $158.00 per hour. The Court does not find that Epstein and Knoll's billing

15  rates have any bearing on what rate Burton, a private attorney and solo practitioner,

16  charges his clients.[4] If indeed, they charge these rates, they are the lowest this Court

17  has seen in years for attorneys with extensive litigation experience.

18
19
20

___

21  [4]It is, however, important to note that Burton indicated in prior briefing that he might offer his
22  legal services to Molly at a reduced rate. (See 6/25/07 Burton Decl. re: Attorney's Fees for Special Motion to Strike ("6/25/07 Burton Decl.") ¶ 2 (indicating he was charging Molly a $500
23  hourly rate "although I will likely offer her a discount given her community service through Pacifica Radio").) Burton explains that he is requesting his full hourly rate of $500 here because
24  he had agreed to discount his fees up to 50% *if* Molly had to pay them personally but that before doing so, Burton intended to seek recovery of the full amount of his fees from either Beltran or
25  from Dr. Gutstein's estate. (Burton Decl. (submitted concurrently with Reply) ¶ 3.) As Burton is seeking to recover his fees against Beltran here, he is seeking his full hourly rate.
26      Though the Court finds that Burton is *entitled* to his full hourly rate of $500, Burton's apparent flexibility in his hourly rate and Beltran's inability to pay ultimately warrant reducing his
27  hourly rate to $250. These considerations are discussed in greater detail in Section 4., below.

28

1    Beltran does not dispute (or address) Leonardis' requested $125 hourly rate

2    for her legal assistant services.  The Court concludes that Leonardis' requested rate

3    appears reasonable.

4    Accordingly, the Court's revised lodestar calculation is as follows:

|                   | Rate       | Hours                          | Total       |
|-------------------|------------|--------------------------------|-------------|
| John Burton       | $500 / hr  | 170.3 (reduced from 181.8)     | $85,150.00  |
| Sandy Leonardis   | $125 / hr  | 32.85                          | $4,106.25   |
| Total Lodestar    |            |                                | $89,256.25  |

### 5. O'NEIL/KERR FACTORS

Having found a revised lodestar of $89,256.25, the Court now turns to the

O'Neil/Kerr factors by which the lodestar figure may be adjusted.  Any adjustment,

however, "may not be based on factors already subsumed in the initial lodestar

calculation."  Cortes v. Metropolitan Life Ins. Co., 380 F. Supp. 2d 1125, 1129 (C.D.

Cal. 2005) (Manella, J.) (citing Morales v. City of San Rafael, 96 F.3d 359, 363-64

(9th Cir. 1996)).  "Among the subsumed factors presumably taken into account in

either the reasonable hours component or the reasonable rate component of the

lodestar calculation are: (1) the novelty and complexity of the issues, (2) the special

skill and experience of counsel, (3) the quality of representation, (4) the results

obtained, and (5) the contingent nature of the fee agreement."  Morales, 96 F.3d at

364 n.9 (citations and alterations omitted).

The Court concludes that the O'Neill/Kerr factors do not weigh in favor of

adjusting the lodestar in any particular way and accordingly leaves the lodestar

undisturbed.

11

### a. Subsumed Factors

The novelty/difficulty of questions presented, the skill required to perform legal services, the amount involved and results obtained, and the experience and ability of counsel are all factors that appear to have been subsumed by the initial lodestar calculation. Morales, 96 F.3d at 364 n.9. Accordingly, these factors do not weigh in favor of adjusting the lodestar figure.

### b. Time and Labor Required

Molly's counsel was involved in this case for over one year and expended significant time and labor to defend Molly in this frivolous action. (See, e.g., Mot. at 2-5 (detailing amount of work Burton engaged in while defending Molly in this action).) As these factors, however, appear to be amply addressed in the initial lodestar calculation, the time and labor expended by Molly's counsel do not require an upward adjustment in the lodestar figure.

### c. Preclusion of Other Employment by Counsel Due to Acceptance of the Case

While Burton is a sole practitioner, he concedes that his involvement in this case did not preclude him from accepting any other cases. (Mot. at 6; Burton Decl. (with Mot.) ¶¶ 24-25.) Accordingly, this factor does not weigh in favor of adjusting the initial lodestar figure.

### d. Customary Fee

Burton asserts that his customary fee is $500 per hour, which the Court previously granted. (Mot. at 6; Burton Decl. (with Mot.) ¶ 26.) As this is the hourly rate provided for in the initial lodestar calculation, this factor does not weigh in favor of adjusting the initial lodestar figure.

### e. Whether Fee is Fixed or Contingent

Burton concedes that his "underlying fee agreement is hourly" (Burton Decl. (with Mot.) ¶ 27), but attempts to fashion his fee here as contingent based on Molly's

12

1 │ perceived inability to pay. (See id.) In any event, this factor appears to have been

2 │ subsumed by the initial lodestar calculation and accordingly does not weigh in favor of

3 │ adjusting the lodestar figure. Morales, 96 F.3d at 364 n.9 ("the contingent nature of

4 │ the fee agreement" is one of the factors presumably subsumed in the initial lodestar

5 │ calculation).

6 │ **f. Time Limitations Imposed By Client or By Circumstances**

7 │ Burton notes that there were no time limitations set by Molly nor were there

8 │ any other time limits imposed by the Court that he was unable to meet. (Burton Decl.

9 │ (with Mot.) ¶ 28.) Accordingly, this factor does not weigh in favor of adjusting the

10 │ initial lodestar figure.

11 │ **g. Undesirability of the Case**

12 │ This factor "is not applicable to fee awards to prevailing defendants." Miller,

13 │ 827 F.2d at 620 n.4 (citing Durrett v. Jenkins Brickyard, Inc., 678 F.2d 911, 917 (11th

14 │ Cir. 1982)).[5]

15 │ **h. Nature and Length of the Professional Relationship With the**
16 │ **Client**

17 │ Burton indicates that he and Molly have had a relatively brief professional

18 │ relationship and that he took her case after a referral from Jim Lafferty, his friend and

19 │ her boss. (Burton Decl. (with Mot.) ¶ 38.) This factor does not weigh in favor of

20 │ adjusting the initial lodestar calculation.

21 │ **i. Awards in Similar Cases**

22 │ Burton again points to his hourly rate of $500, which the Court previously

23 │ ─────────────────────

24 │ [5]The Eleventh Circuit's rationale is that "[c]ivil rights attorneys face hardships in their communities because of their desire to help the civil rights litigant . . . . Oftentimes his decision

25 │ to help eradicate discrimination is not pleasantly received by the community or his contemporaries. This can have an economic impact on his practice which can be considered

26 │ by the Court." Durrett, 678 F.2d at 917 n.6 (quoting Johnson v. Georgia Highway Express, Inc., 488 F.2d 714, 719 (5th Cir. 1974)). The Eleventh and Fifth Circuits concluded that the same

27 │ hardship does not apply to civil rights defendants and this factor does not apply to prevailing defendants. See id. The Ninth Circuit accepted this position without comment in Miller.

28 │ 13

1 granted. As this is the hourly rate provided for in the initial lodestar calculation, this
2 factor does not weigh in favor of adjusting the initial lodestar figure.

3    In sum, the Court concludes that the O'Neill/Kerr factors do not weigh in favor
4 of adjusting the lodestar figure in any particular way and leaves the lodestar
5 undisturbed.

6    **6. BELTRAN'S FINANCIAL CONDITION / ABILITY TO PAY**

7    Weighed against these considerations is Beltran's financial condition. The
8 Ninth Circuit has cautioned that in addition to the lodestar figure and the above
9 O'Neill/Kerr factors, "a district court in cases involving [Section 1983] should consider
10 the financial resources of the plaintiff in awarding fees to a prevailing defendant."
11 Miller, 827 F.2d at 621 (citations omitted). The Circuit noted that "[w]hile an award of
12 attorney's fees for a frivolous lawsuit may be necessary to fulfill the deterrent
13 purposes of [Section 1988], the award should not subject the plaintiff to financial ruin."
14 Id. (citation omitted).

15    Here, Beltran has provided a sealed declaration indicating that he has limited
16 financial means and that a sizable judgment against him in this case would subject
17 him to financial ruin. Based on Beltran's sealed declaration, which the Court will not
18 detail here, the Court concludes that Beltran likely does not have the financial means
19 to pay the full amount of Molly's attorney's fees without severe financial
20 consequences. Miller, 827 F.2d at 621. Accordingly, while the Court orders Beltran
21 to pay Molly's attorney's fees, this amount will be reduced in light of Beltran's financial
22 condition.

23    Beltran argues for a fee award not to exceed $10,000.00. (See Opp. at 28
24 ("[T]he court should find that a fee of $10,000.00 at most is appropriate.").) Burton
25 also indicated that he was willing to reduce his hourly rate by up to 50% in the event
26 Molly had to pay his fees. (Burton Decl. (with Reply) ¶ 3 ("I agreed that I would
27 discount my fees up to 50 percent if [Molly] had to pay them personally, but that

28
14

1  before doing so[,] I intended to seek recovery of the entire amount from plaintiff or the

2  Estate of Robert Gutstein, M.D.").)  This statement indicates Burton's apparent

3  flexibility in his hourly rate.  While the Court found, in Section 2.b., above, that Burton

4  was entitled to his full $500 hourly rate, the Court concludes that Beltran's inability to

5  pay – coupled with Burton's willingness to charge a reduced rate to Molly – warrants a

6  reduction in Burton's hourly rate to $250.  For the same reasons, the hourly rate of

7  Burton's legal assistant, Sandy Leonardis, is reduced by half.

|  | Rate | Hours | Total |
|---|---|---|---|
| **John Burton (Molly's counsel)** | **$250 / hr** | **170.3** | **$42,575.00** |
| **Sandy Leonardis (Legal assistant)** | **$62.50 / hr** | **32.85** | **$2,053.13** |
| **Total Lodestar** | | | **$44,628.13** |

16  Accordingly, the Court orders Beltran to pay Molly's attorney's fees in the

17  amount of **$44,628.13**, which constitutes 50% of Burton and Leonardis' actual

18  lodestar figure.

19  ### 7. THE PREVIOUS ATTORNEY FEE AWARD

20  The Court's 9/4/07 Order granted $3,625.00 in attorney's fees to Molly for her

21  anti-SLAPP motion.  (Docket No. 40.)  Burton indicates that Beltran still has not paid

22  any of these fees.  (Burton Decl. (with Mot.) ¶ 6.)  Beltran does not dispute this charge

23  and does not even address the issue.  (See generally Opp.)  Molly requests that the

24  Court vacate the 9/4/07 Order and earlier fee award because she has added that

25  amount to the present motion and wants to consolidate all the fees awarded into a

26  single order.  (Burton Decl. (with Mot.) ¶ 6.)  The Court agrees that consolidating all

27  fees awarded to Molly into a single order will make for a cleaner record.  Accordingly,

28

1  to avoid a double recovery (and to make Burton's fee award consistent at $250/hr

2  throughout his representation of Molly), the Court **VACATES** its 9/4/07 Order and

3  consolidates all fees awarded to Molly into this Order.

4  **8. Costs**

5  Last, Molly moves to recover costs in this motion.  Beltran does not address

6  the issue and does not dispute any of these costs.  Upon a review of costs, the Court

7  finds that all requested costs are reasonable and should be awarded.  (See Mot., Ex.

8  C [Itemized Costs].)  A "successful plaintiff may recover not only damages but

9  reasonable attorney's fees *and costs* under 42 U.S.C. § 1988."  City of Rancho Palos

10  Verdes, et al. v. Abrams, 544 U.S. 113, 123 (2005) (emphasis added).  While Molly in

11  this case is the prevailing defendant, there is nothing in the language of Abrams or

12  Section 1988 which limits an award of costs only to the prevailing plaintiff.  See Fed.

13  R. Civ. P. 54(d)(1) ("Unless a federal statute, these rules, or a court order provides

14  otherwise, costs – other than attorney's fees – should be allowed to the prevailing

15  party."); see also Vukadinovich v. McCarthy, 59 F.3d 58, 60 (7th Cir. 1995) (Posner,

16  J.) (finding successful defendant was entitled under Section 1988 to recover costs

17  associated with efforts to recover attorney's fees); 14A C.J.S. Civil Rights § 511 ("As

18  a general rule, reimbursement is allowed under [Section 1988] for all reasonable

19  out-of-pocket expenses incurred by prevailing counsel which normally are charged

20  separately to fee-paying clients and which are not incorporated as part of office

21  overhead into the attorney's billing rates.").  Accordingly, the Court **GRANTS** Molly's

22  request for costs in the full amount of $5,561.55.

23  **III.**

24  **CONCLUSION**

25  For the reasons set forth above, the Court **GRANTS** Molly Paige's request for

26  attorney's fees in the amount of **$44,628.13** and costs in the amount of **$5,561.55**.

27

28  16

1   Accordingly, the Court **GRANTS** Molly Paige's motion for attorney's fees and costs in

2   the sum total of **$50,189.68**.

3

4             IT IS SO ORDERED.

5

6   DATED: May 21, 2008

7

8                                               Judge Gary Allen Feess
                                                United States District Court
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    17

**EXHIBIT J**

1  BARRETT S. LITT, SBN 45527
2  PAUL J. ESTUAR, SBN 167764
   LITT & ASSOCIATES,
3  A LAW CORPORATION
   3435 Wilshire Boulevard, Suite 1100
4  Los Angeles, California 90010-1912
   Telephone: (213) 386-3114
5  Facsimile: (213) 380-4585
   Attorneys for Plaintiffs
6  (Please see attached for additional counsel.)

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

7

8

9

10

11

12

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

13  MUNIQUE WILLIAMS, et al.,

14              Plaintiffs,

15      vs.

16  COUNTY OF LOS ANGELES, et
17  al.,

18              Defendants.

19

20

21

22

Case No.: CV 97-03826-CW

[Consolidated with: CV-98-02475-CW; CV-98-03187-CW; CV-98-09573-CW; CV-98-09574-CW; CV-98-09575-CW; CV-98-09683-CW; CV-98-09695-CW; CV-99-00586-CW.]

[PROPOSED] ORDER
AWARDING CLASS COUNSEL
ATTORNEYS' FEES AND COSTS

Date:   October 28, 2002
Time:   9:00 A.M.
Crtrm:  640

23

24

25

26

27

28

ENTERED ON ICMS

DEC 3   2002

CV

FILED
CLERK, U.S. DISTRICT COURT

Filed
NOV 27 2002
11-27-02

CENTRAL DISTRICT OF CALIFORNIA

DEC   2002

1

331

# ADDITIONAL COUNSEL OF RECORD

1

2

3    JOHN C. BURTON, SBN 86029
     LAW OFFICES OF JOHN C. BURTON
     35 South Raymond Ave., Suite 405
4    Pasadena, CA 91105
     Telephone: (626) 449-8300
5    Facsimile: (626) 449-4417

6    ROBERT MANN, SBN 48293
     DONALD W. COOK, SBN 116666
7    ADAM J. AXELRAD, SBN 148981
     MANN & COOK
8    3435 Wilshire Blvd., Suite 2900
     Los Angeles, CA 90010
9    Telephone: (213) 252-9444
     Facsimile: (213) 252-0091

10   TIMOTHY J. MIDGLEY, SBN 123738
     MANES & WATSON
11   3435 Wilshire Blvd., Suite 2900
     Los Angeles, CA 90010
12   Telephone: (213) 381-7793
     Facsimile: (213) 381-0024

13   MARY ANNA HENLEY, SBN 50015
     ATTORNEY AT LAW
14   2766 Santa Rosa Avenue
     Altadena, CA 91001
15   Telephone:(626)794-9978
     Facsimile:(626)794-9978

16   ROBERT C. MOEST, SBN 062166
     LAW OFFICES OF JOHN C. BURTON
17   35 South Raymond Ave., Suite 405
     Pasadena, CA 91105
18   Telephone: (626) 449-8300
     Facsimile: (626) 449-4417

19   Attorneys for Plaintiffs

20   DAVID D. LAWRENCE, SBN 123039
21   PAUL B. BEACH, SBN 166265
     FRANSCELL, STRICKLAND, et al.
22   100 West Broadway, Suite 1200
     Glendale, CA 91210
23   Telephone: (818) 545-1925
     Facsimile: (818) 545-1937

24   LLOYD W. PELLMAN, SBN 054295
     LOU V. AGUILAR, SBN 053053
25   KEVIN C. BRAZILE, SBN 113355
     OFFICE OF COUNTY COUNSEL
26   500 W. Temple St. #648
     Los Angeles, Calif. 90012
27   Telephone: (213) 974-1904
     Facsimile: (213) 687-7300

28   Attorneys for Defendants

Doc 58614  Client 1171

GOOD CAUSE APPEARING, the Court finds as follows on Class Counsel's Motion for Attorneys' Fees:

1. Class Counsel engaged in protracted efforts in a total of 14 federal and state cases to obtain this settlement, which the Court considers to be an outstanding settlement both in its monetary and in its non-monetary terms. The court considers the results in this case to have been extraordinary.

2. This was very complex litigation, involving novel issues, and the effort that went into the results reflects that fact. There is extensive documentation of the time spent by counsel to attest to the exceptional effort that went into this case, and the Court has reviewed the file, which also reflects the extensive work performed on both sides. Extraordinary effort went into the resolution of these cases, not only through litigation, but through many days of mediation with highly experienced mediators. These cases were hotly contested both on their merits and on whether a class would be certified. Class Counsel's initial class certification motions were denied by two United States District Court, and one California Superior Court. In one, the denial was reversed on appeal, and in another the denial was the subject of a motion for reconsideration at the time of the settlement. Defendants had contested the jurisdiction of the federal courts to adjudicate the claims involved on the ground that the Los Angeles Sheriff's Department was a state agency not suable under 42 U.S.C. §1983, a position appealed to the Ninth Circuit that resulted in a published opinion. At the time of the settlement, there was a contested qualified immunity appeal pending in the Ninth Circuit on the strip search claims.

3. The law was not settled on many of the issues involved in these cases. The outcome of these cases was unclear and subject to serious risk of

lack of success at the time the cases were filed, and during the course of the litigation. Class counsel obviously were cognizant of the litigation risks in these cases, and persevered – by filing additional cases, and pursuing appeal and/or further discovery to assert the basis for reconsideration – even after their class certification motions were initially denied, and when the prospect of no or only partial success had been made clear by the rulings of the courts involved. The Court is aware that cases of this nature are extremely risky and burdensome for plaintiffs' counsel.

4. Class counsel did an outstanding job and obtained exceptional results for the class. The hourly rates defined in Exhibit A do not account for exceptional results, and are based on hourly rates for lawyers of the skill and expertise of Class Counsel independent of the results obtained and of any contingent risk. In determining the appropriate fee, the Court has considered the exceptional results as well as the exceptional risks involved in this litigation.

5. The Court considers that substantial benefits were conferred on the class beyond the monetary recovery for the class, in the form of the significant policy changes in the operation of the County Jail that resulted from this litigation. This is a major factor in the Court's determination to depart from the Ninth Circuit benchmark (when judging the case as a whole, including the prior award of fees to counsel), as are the exceptional results and risks. The policy achievements obtained through this litigation set it apart from many class fund cases, which provide only monetary relief.

6. Class counsel are among the leading civil rights litigators in the state. This fact was established through the evidence presented to the court. In addition, the Court is personally aware of the outstanding reputations of

3

plaintiffs' counsel. Barry Litt is considered one of the outstanding civil rights litigators in California, with special expertise in class actions. His rate of $500 per hour is a reasonable hourly rate for a lawyer of his skill, experience and reputation, as are the rates sought for other attorneys and paralegals in his firm. The other attorneys involved in this litigation on behalf of the class are highly regarded, experienced and capable civil rights attorneys. The Court finds the hourly rates contained in Exhibit A for each of them reasonable for attorneys of their skill, experience, reputation and expertise in the Los Angeles area, before accounting for extraordinary results or contingent risk. The Court also finds the hours expended (which are set forth in Exhibit A through the filing of the motion for attorneys' fees) reasonable for litigation of this complexity and duration.

7. In light of the recovery of fees already obtained by Class Counsel in *Riley*, the Court awards one-half of the total expenses delineated by Class Counsel as a cost award in this case, as it considers that half of the expenses should be allocated to the *Riley* case. Plaintiffs are awarded $34,743 in costs.

8. The Court accordingly finds the lodestar as of the filing of the Motion for an Award of Attorneys' Fees of $4,160,643 reasonable, and the costs and expenses of $34,743 reasonable. The Court also considers it likely that another $100,000 total will be incurred in addition to the approximate lodestar referred to above (some of which has already been incurred since the early August cutoff date for that figure, and some of which will be incurred after this hearing), which will bring the lodestar to $4,260,643.

9. The Court is mindful of the $5.5 Million fee obtained by Class Counsel for settlement of the injunctive relief claims in *Riley v. County of Los Angeles* and has factored that into its decision on the claim here for a

4

1    class fund attorneys' fee award. As a check in determining the attorneys'

2    fee award from the Class Fund of slightly less than $21,000,000 (after

3    interest and expenses), the Court has considered there to be a Total Fund

4    of $27,300,000 (after adding in the fees previously paid to Class Counsel

5    on the injunctive relief claim and the interest), and has analyzed the fee

6    as a percentage of that Total Fund, as well as under a lodestar multiplier.

7    The Court has determined to award 20% of the current Class Fund, after

8    Class Administrator expenses and costs, as an attorneys' fee award in this

9    case rather than the 25% requested by Class Counsel. The table below

10   reflects the Court's analysis, rounded off to the nearest $1000:

| | |
|---|---|
| Total Class Fund (including prior Counsel Fee and Interest) | $27,300,000 |
| Combined Expenses (approximate) (Class Administrator: $845,380; Counsel: $34,743)[1] | $880,000 |
| Post Expense Class Fund (including prior Counsel Fees and interest) | $26,420,000 |
| Post Expense Class Fund (excluding prior Counsel Fees and interest) | $20,920,000 |
| Total Fees to Class Counsel ($5,500,000 plus $4,184,000 [based on 20% of a remaining class fund of $20,920,000]) | $9,684,000 |
| Lodestar (based on fees through motion for attorney's fees plus $100,000 in additional fees)[2] | $4,260,643 |
| Total Fees as % of Total Class Fund | 35.47% |
| Total Fees as % of Post Expense Class Fund | 36.65% |
| Lodestar Multiple | 2.27 |

---

[1] The total expenses are actually $880,123 but, as indicated, this order is based on the rounded numbers.

[2] After the October 28, 2002, hearing, the Court was advised that $50,000 of attorneys' fees were inadvertently included that were separate because they related to the petition for certiorari for one plaintiff that was not part of this settlement. Thus, the correct lodestar is $4,210,643 less $50,000 plus $100,000 for a total of $4,260,643. This slightly alters the calculations stated by the court in the hearing, but not the outcome.

10. Accordingly, the Court awards costs of $34,743, plus an additional fee of $4,184,000, for a combined total of $4,218,743, to be paid in two equal installments, per the provisions of Fairness Hearing Order.

11. The Court believes that the foregoing cost and fee award is reasonable in light of all the factors involved, including the complexity of the case, the novelty of the legal issues, the exceptional efforts made by Class Counsel, the exceptional results obtained by Class Counsel, the extraordinary monetary and non-monetary benefits visited upon the Class and the community at large through Class Counsel's efforts, the extremely risky nature of the litigation for which Class Counsel received no compensation during the many years of litigation, and the market expectation in the Los Angeles legal market for an enhancement in contingent fee cases to compensate for litigation risk.

DATED: November 27, 2002     Carla M. Woehrle

MAGISTRATE JUDGE CARLA M. WOEHRLE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


Submitted by:

LITT & ASSOCIATES
A LAW CORPORATION


By: _____
        Barrett S. Litt
        Lead Class Counsel

6

# EXHIBIT A – HOURLY RATES AND HOURS APPROVED

| *Total Lodestar* | | | |
|---|---|---|---|
| | **Hours** | **Rate/ Hr.** | **Fee** |
| MANN & COOK | | | |
| Robert Mann | 1619.9 | $460 | $  745,154 |
| Donald Cook | 1229.5 | $385 | $  473,358 |
| Adam Axelrad | 385.5 | $310 | $  119,505 |
| Paralegals | 407.1 | $80 | $    32,568 |
| BURTON LAW OFFICE | | | |
| John Burton | 1179.6 | $460 | $  542,616 |
| Mary Anna Henley | 1087.8 | $325 | $  353,535 |
| Burton Paralegals | 119.5 | $150 | $    17,925 |
| MANES & WATSON | | | |
| Tim Midgley | 2004.9 | $385 | $  771,887 |
| ROBERT MOEST | 98.2 | $350 | $    34,370 |
| LITT & ASSOCIATES | | | |
| Barry Litt | 1061.6 | $500 | $  530,800 |
| Senior Associates | 656.7 | $325 | $  213,428 |
| Junior Associates | 938.8 | $250 | $  234,700 |
| Law Clerk | 9.5 | $110 | $      1,045 |
| Litt Paralegals | | | |
| Senior Paralegals | 586.1 | $150 | $    87,915 |
| Intermediate Paralegals | 277.4 | $120 | $    33,288 |
| Junior Paralegals | 206.1 | $90 | $    18,549 |
| | | | |
| *Total* | 11868.2 | | $4,210,643 |

7

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3435 Wilshire Boulevard, Suite 1100, Los Angeles, California 90010-1912.

On November 5, 2002, I served the foregoing document described as [PROPOSED] ORDER RE AWARDING CLASS COUNSEL ATTORNEYS' FEES AND COSTS on the interested parties in this action by placing the true copies thereof in sealed envelopes addressed according to the attached service list.

**[XX]  BY MAIL**

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. postal on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

Executed on November 5, 2002, at Los Angeles, California.

_Julia C. White_
Julia C. White

**WILLIAMS, ET AL. V. COUNTY OF LOS ANGELES, ET AL.**
**SERVICE LIST**

JOHN C. BURTON, SBN 86029
LAW OFFICES OF JOHN C. BURTON
35 South Raymond Ave., Suite 405
Pasadena, CA 91105
Telephone: (626) 449-8300
Facsimile: (626) 449-4417

ROBERT MANN, SBN 48293
DONALD W. COOK, SBN 116666
ADAM J. AXELRAD, SBN 148981
MANN & COOK
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
Telephone: (213) 252-9444
Facsimile: (213) 252-0091

TIMOTHY J. MIDGLEY, SBN 123738
MANES & WATSON
3435 Wilshire Blvd., Suite 2900
Los Angeles, CA 90010
Telephone: (213) 381-7793
Facsimile: (213) 381-0024

MARY ANNA HENLEY, SBN 50015
ATTORNEY AT LAW
2766 Santa Rosa Avenue
Altadena, CA 91001
Telephone:(626)794-9978
Facsimile:(626)794-9978

ROBERT C. MOEST, SBN 062166
LAW OFFICES OF JOHN C. BURTON
35 South Raymond Ave., Suite 405
Pasadena, CA 91105
Telephone: (626) 449-8300
Facsimile: (626) 449-4417

Attorneys for Plaintiffs

DAVID D. LAWRENCE, SBN 123039
PAUL B. BEACH, SBN 166265
FRANSCELL, STRICKLAND, et al.
100 West Broadway, Suite 1200
Glendale, CA 91210
Telephone: (818) 545-1925
Facsimile: (818) 545-1937

LLOYD W. PELLMAN, SBN 054295
LOU V. AGUILAR, SBN 053053
KEVIN C. BRAZILE, SBN 113355
OFFICE OF COUNTY COUNSEL
500 W. Temple St. #648
Los Angeles, Calif. 90012
Telephone: (213) 974-1904
Facsimile: (213) 687-7300

Attorneys for Defendants

Doc 58614   Client 1171