UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

*E-FILED*
TOTAL TIME: 27 mins

CIVIL MINUTES

**Judge:** James Ware
**Date:** December 22, 2008
**Case No.:** C-05-03658 JW
**Related Case No.:** N/A

**Courtroom Deputy:** Elizabeth Garcia
**Court Reporter:** Irene Rodriguez
**Interpreter:** N/A

TITLE

**Betty Lou Heston et al v. City of Salinas et al**

**Attorney(s) for Plaintiff(s)**: Peter Williamson
**Attorney(s) for Defendant(s)**: Susan Matcham (Salinas), Mildred O'Linn, Mike Brave and Julie Fleming (Taser)

PROCEEDINGS

1. Motion for Bill of Costs to be allowed to prevailing Party  [Docs. 338, 380]
2. Motion for Attorney Fees against Taser International, Inc [Docs. 349, 387, 389]

ORDER AFTER HEARING

Hearing held.  The Court took the matter under submission after oral argument.  The Court to issue further order on Motions.

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed**
CC: