1  Mildred K. O'Linn, Esq. (State Bar No. 159055)
**MANNING & MARDER**
2  **KASS, ELLROD, RAMIREZ** LLP
15th Floor at 801 Tower
3  801 South Figueroa Street
Los Angeles, CA 90017
4  Telephone: (213) 624-6900
Facsimile: (213) 624-6999
5  mko@mmker.com and tjk@mmker.com

6  Attorneys for Defendant,
TASER INTERNATIONAL, INC.
7
Michael Brave, Esq.
8  Wisconsin State Bar No. 1012226
National Litigation Counsel
9  TASER International, Inc.
17800 North 85th Street, 3rd Floor
10  Scottsdale, AZ 85255-6311
Telephone: (651) 248-2809
11  Facsimile: (480) 275-3291
brave@laaw.com
12
(Pro Hac Vice) Attorney for Defendant,
13  TASER INTERNATIONAL, INC.

14            UNITED STATES DISTRICT COURT

15           NORTHERN DISTRICT OF CALIFORNIA

16

17  BETTY LOU HESTON, individually, and        ) Case No.: C 05-03658 JW
ROBERT H. HESTON, individually and as         )
18  the personal representatives of ROBERT C.  ) [James Ware, United States
HESTON, deceased,                             ) District Judge]
19                                             )
                        Plaintiffs,           ) **STIPULATION AND**
20                                             ) **[PROPOSED] ORDER RE:**
    vs.                                        ) **PLAINTIFFS' COSTS**
21                                             )
CITY OF SALINAS and SALINAS POLICE            )
22  DEPARTMENT, SALINAS POLICE CHIEF           )
DANIEL ORTEGA, MICHAEL DOMINICI,              )
23  CRAIG FAIRBANKS, JAMES GODWIN,             )
LEK LIVINGSTON, VALENTIN                      )
24  PAREDEZ, JUAN RUIZ, TIM SIMPSON            )
and TASER  INTERNATIONAL, INC., and           )
25  DOES 1 to 10,                             )
                                              )
26                      Defendants.           )
                                              )
27  _____        )

28  TO THE HONORABLE COURT:

IT IS SO ORDERED
Judge James Ware

1    IT IS HEREBY STIPULATED by and between plaintiffs and Defendant, TASER

2    INTERNATIONAL, INC. ("TASER") through their respective counsel of record that

3    the clerk may enter the sum of $50,000 as costs in the judgment by mutual agreement

4    of the parties, at an interest rate of 0.43% annually.

5    DATED: February 23, 2009          THE LAW OFFICES OF JOHN BURTON

6

7

8                                      By:_____/s/ John Burton____
                                            John Burton
9                                      Attorneys for Plaintiffs, BETTY LOU
                                       HESTON, individually and ROBERT H.
10                                     HESTON, individually and as the personal
                                       representatives of ROBERT C. HESTON,
11                                     deceased.

12   DATED: February 23, 2009          WILLIAMSON & KRAUSS

13

14

15                                     By:_____/s/ Peter M. Williamson_____
                                            Peter M. Williamson
16                                     Attorneys for Plaintiffs, BETTY LOU
                                       HESTON, individually and ROBERT H.
17                                     HESTON, individually and as the personal
                                       representatives of ROBERT C. HESTON,
18                                     deceased.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    DATED: February 23, 2009       MANNING & MARDER
2                                     KASS, ELLROD, RAMIREZ LLP

3

4                                   By:____/s/ Mildred K. O'Linn____
5                                         Mildred K. O'Linn
                                     Attorneys for Defendant,
6                                     TASER INTERNATIONAL, INC.

7

8                                  **ORDER**

9    PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:

10         1.      The clerk may enter the sum of $50,000 as costs in the judgment by mutual

agreement of the parties, at an interest rate of 0.43% annually.

11    DATED: March 13, 2009                _____James Ware_____