1  Mildred K. O'Linn, Esq. (State Bar No. 159055)
   **MANNING & MARDER**
2  **KASS, ELLROD, RAMIREZ LLP**
   15th Floor at 801 Tower
3  801 South Figueroa Street
   Los Angeles, CA 90017
4  Telephone: (213) 624-6900
   Facsimile: (213) 624-6999
5  mko@mmker.com and tjk@mmker.com

6  Attorneys for Defendant,
   TASER INTERNATIONAL, INC.
7
   Michael Brave, Esq.
8  Wisconsin State Bar No. 1012226
   National Litigation Counsel
9  TASER International, Inc.
   17800 North 85th Street, 3rd Floor
10 Scottsdale, AZ 85255-6311
   Telephone: (651) 248-2809
11 Facsimile: (480) 275-3291
   brave@laaw.com
12
   (Pro Hac Vice) Attorney for Defendant,
13 TASER INTERNATIONAL, INC.

14              UNITED STATES DISTRICT COURT

15             NORTHERN DISTRICT OF CALIFORNIA

16

17 BETTY LOU HESTON, individually, and     ) Case No.: C 05-03658 JW
   ROBERT H. HESTON, individually and as   )
18 the personal representatives of ROBERT C. ) [James Ware, United States
   HESTON, deceased,                        ) District Judge]
19                                          )
                     Plaintiffs,            ) **STIPULATION AND**
20                                          ) **[PROPOSED] ORDER RE:**
   vs.                                      ) **PLAINTIFFS' COSTS**
21                                          )
   CITY OF SALINAS and SALINAS POLICE       )
22 DEPARTMENT, SALINAS POLICE CHIEF         )
   DANIEL ORTEGA, MICHAEL DOMINICI,         )
23 CRAIG FAIRBANKS, JAMES GODWIN,           )
   LEK LIVINGSTON, VALENTIN                 )
24 PAREDEZ, JUAN RUIZ, TIM SIMPSON          )
   and TASER INTERNATIONAL, INC., and       )
25 DOES 1 to 10,                            )
                                            )
26                   Defendants.            )
                                            )
27 ─────────────────────────────────────── )

28 TO THE HONORABLE COURT:

1    IT IS HEREBY STIPULATED by and between plaintiffs and Defendant, TASER

2    INTERNATIONAL, INC. ("TASER") through their respective counsel of record that

3    the clerk may enter the sum of $50,000 as costs in the judgment by mutual agreement

4    of the parties, at an interest rate of 0.43% annually.

5    DATED: February 23, 2009          THE LAW OFFICES OF JOHN BURTON

6

7

8                                      By:_____/s/ John Burton____
                                              John Burton
9                                      Attorneys for Plaintiffs, BETTY LOU
                                       HESTON, individually and ROBERT H.
10                                     HESTON, individually and as the personal
                                       representatives of ROBERT C. HESTON,
11                                     deceased.

12   DATED: February 23, 2009          WILLIAMSON & KRAUSS

13

14

15                                     By:_____/s/ Peter M. Williamson_____
                                              Peter M. Williamson
16                                     Attorneys for Plaintiffs, BETTY LOU
                                       HESTON, individually and ROBERT H.
17                                     HESTON, individually and as the personal
                                       representatives of ROBERT C. HESTON,
18                                     deceased.

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

1    DATED: February 23, 2009                MANNING & MARDER
                                             KASS, ELLROD, RAMIREZ LLP
2

3

4                                            By:_____/s/ Mildred K. O'Linn_____
                                                  Mildred K. O'Linn
5                                            Attorneys for Defendant,
                                             TASER INTERNATIONAL, INC.
6

7
                                      **ORDER**
8
        PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:
9
            1.    The clerk may enter the sum of $50,000 as costs in the judgment by mutual
10
        agreement of the parties, at an interest rate of 0.43% annually.
11
        DATED: March 13, 2009                _____
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28