1  Vanessa W. Vallarta, City Attorney #142404
   Susan J. Matcham, Assistant City Attorney #79562
2  OFFICE OF THE CITY ATTORNEY
   200 Lincoln Avenue
3  Salinas, CA 93901
   Telephone: (831) 758-7256
4  Facsimile: (831) 758-7257

5  Vincent P. Hurley #111215
   LAW OFFICES OF VINCENT P. HURLEY
6  A Professional Corporation
   38 Seascape Village
7  Aptos, California 95003
   Telephone: (831) 661-4800
8  Facsimile: (831) 661-4804

*IT IS SO ORDERED*
*Judge James Ware*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

9  Attorneys for Defendants
   CITY OF SALINAS, SALINAS POLICE DEPARTMENT, CHIEF DANIEL ORTEGA,
10 MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON,
   VALENTIN PAREDEZ, JUAN RUIZ, and TIM SIMPSON

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16  BETTY LOU HESTON and ROBERT H.           ) Case No. C-05-03658 JW
    HESTON, individually, and MISTY          )
17  KASTNER, as the Administrator of the Estate ) STIPULATION TO DISMISS
    of ROBERT C. HESTON, deceased,           ) DEFENDANTS CITY OF SALINAS,
18                                           ) SALINAS POLICE DEPARTMENT,
                         Plaintiffs,         ) CHIEF DANIEL ORTEGA, MICHAEL
19                                           ) DOMINICI, CRAIG FAIRBANKS,
         vs.                                 ) JAMES GODWIN, LEK LIVINGSTON,
20                                           ) VALENTIN PAREDEZ, JUAN RUIZ,
                                             ) and TIM SIMPSON WITH PREJUDICE
21  CITY OF SALINAS and SALINAS POLICE       )
    DEPARTMENT, SALINAS POLICE CHIEF         )
22  DANIEL ORTEGA, SALINAS POLICE            )
    OFFICERS MICHAEL DOMINICI, CRAIG         )
23  FAIRBANKS, JAMES GODWIN, LEK             )
    LIVINGSTON, VALENTIN PAREDEZ,            )
24  JUAN RUIZ AND TIM SIMPSON, TASER         )
    INTERNATIONAL, INC., and DOES 1 to 10,   )
25                                           )
                         Defendants.         )
26  _____)

27       WHEREAS, Plaintiffs and Defendants, CITY OF SALINAS, SALINAS POLICE

28  DEPARTMENT, CHIEF DANIEL ORTEGA, MICHAEL DOMINICI, CRAIG FAIRBANKS,

                                         1

1  JAMES GODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ, and TIM
2  SIMPSON, have entered into a settlement agreement and general release in which Plaintiffs have
3  agreed to dismiss any right of appeal of the judgment in this matter in favor of the CITY OF
4  SALINAS, SALINAS POLICE DEPARTMENT, CHIEF DANIEL ORTEGA, MICHAEL
5  DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON, VALENTIN
6  PAREDEZ, JUAN RUIZ, and TIM SIMPSON, in exchange for payment to Plaintiffs of the total
7  amount of $20,000.00; and,

8  　　WHEREAS, Defendant TASER International, Inc. agrees that Defendants CITY OF
9  SALINAS, SALINAS POLICE DEPARTMENT, CHIEF DANIEL ORTEGA, MICHAEL
10  DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON, VALENTIN
11  PAREDEZ, JUAN RUIZ, and TIM SIMPSON, may be dismissed with prejudice from any
12  further proceedings;

13  　　THEREFORE, Plaintiffs BETTY LOU HESTON and ROBERT H. HESTON,
14  individually, and MISTY KASTNER, as the Administrator of the Estate of ROBERT C.
15  HESTON, and Defendants, CITY OF SALINAS, SALINAS POLICE DEPARTMENT, CHIEF
16  DANIEL ORTEGA, MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK
17  LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ, and TIM SIMPSON, and Defendant
18  TASER International, Inc. hereby stipulate by and through their respective counsel pursuant to
19  Federal Rule of Civil Procedure 41(a)(1)(ii) and 41(a)(2) to an order dismissing Defendants
20  CITY OF SALINAS, SALINAS POLICE DEPARTMENT, CHIEF DANIEL ORTEGA,
21  MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON,
22  VALENTIN PAREDEZ, JUAN RUIZ, and TIM SIMPSON, with prejudice in United States
23  District Court, Northern District of California Case No. C-05-03658 JW. This STIPULATION
24  / / /
25  / / /
26  / / /
27  / / /
28

1 | includes any proceedings subsequent to appeals of Plaintiffs and/or TASER International, Inc. in
2 | the United States Court of Appeals for the Ninth Circuit.

4 | Dated: 4-3-09

The Law Offices of John Burton

By: _____
JOHN BURTON
Attorneys for Plaintiffs BETTY LOU HESTON and ROBERT H. HESTON, individually, and MISTY KASTNER, as the Administrator of the Estate of ROBERT C. HESTON

Dated: _____

Law Offices of Vincent P. Hurley

By: _____
VINCENT P. HURLEY
Attorneys for Defendants CITY OF SALINAS, SALINAS POLICE DEPARTMENT, CHIEF DANIEL ORTEGA, MICHAEL DOMINICI, CRAIG FAIRBANKS, JAMES GODWIN, LEK LIVINGSTON, VALENTIN PAREDEZ, JUAN RUIZ, and TIM SIMPSON,

Dated: _____

Manning & Marder, Kass, Elrod, Ramirez, LLP

By: _____
MILDRED K. O'LINN
Attorneys for Defendant TASER International, Inc.

IT IS SO ORDERED.

_____
JAMES WARE
Judge of the United States District Court for the Northern District of California

3

Stip to Dismiss City of Salinas With Prejudice | Case No. C 05-03658 JW

1  includes any proceedings subsequent to appeals of Plaintiffs and/or TASER International, Inc. in
2  the United States Court of Appeals for the Ninth Circuit.

4  Dated: _____

                                      The Law Offices of John Burton

                                      By: _____
                                            JOHN BURTON
                                      Attorneys for Plaintiffs BETTY LOU HESTON and
                                       ROBERT H. HESTON, individually, and MISTY
                                       KASTNER, as the Administrator of the Estate of
                                       ROBERT C. HESTON

Dated: April 14, 2009

                                      Law Offices of Vincent P. Hurley

                                       By: /s/ Vincent P. Hurley
                                           VINCENT P. HURLEY
                                       Attorneys for Defendants CITY OF SALINAS,
                                       SALINAS POLICE DEPARTMENT, CHIEF
                                       DANIEL ORTEGA, MICHAEL DOMINICI,
                                       CRAIG FAIRBANKS, JAMES GODWIN, LEK
                                       LIVINGSTON, VALENTIN PAREDEZ, JUAN
                                     RUIZ, and TIM SIMPSON,

Dated: _____

                                      Manning & Marder, Kass, Elrod, Ramirez, LLP

                                      By: _____
                                           MILDRED K. O'LINN
                                       Attorneys for Defendant TASER International, Inc.

IT IS SO ORDERED.

                                      _____
                                        JAMES WARE
                                       Judge of the United States District Court for the
                                       Northern District of California

1 | includes any proceedings subsequent to appeals of Plaintiffs and/or TASER International, Inc. in
2 | the United States Court of Appeals for the Ninth Circuit.

4  Dated: _____

5                                         The Law Offices of John Burton

7                                         By: _____
                                              JOHN BURTON
8                                         Attorneys for Plaintiffs BETTY LOU HESTON and
                                          ROBERT H. HESTON, individually, and MISTY
9                                         KASTNER, as the Administrator of the Estate of
                                          ROBERT C. HESTON
10
11  Dated: _____

12                                        Law Offices of Vincent P. Hurley

14                                        By: _____
                                              VINCENT P. HURLEY
15                                        Attorneys for Defendants CITY OF SALINAS,
                                          SALINAS POLICE DEPARTMENT, CHIEF
                                          DANIEL ORTEGA, MICHAEL DOMINICI,
16                                        CRAIG FAIRBANKS, JAMES GODWIN, LEK
                                          LIVINGSTON, VALENTIN PAREDEZ, JUAN
17                                        RUIZ, and TIM SIMPSON,

18  Dated: April 9, 2009

19                                        Manning & Marder, Kass, Elrod, Ramirez, LLP

21                                        By: _____
                                              MILDRED K. O'LINN
22                                        Attorneys for Defendant TASER International, Inc.

24  IT IS SO ORDERED.

26  Dated: April 28, 2009               _____
                                              JAMES WARE
27                                        Judge of the United States District Court for the
                                          Northern District of California

3