IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| HESTON ET AL, | NO. C 05-03658 |
| Plaintiff(s), | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |
| v. | |
| CITY OF SALINAS ET AL, | |
| Defendant(s). | |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **June 27, 2011 @ 10:00 am,** (30 days from date of remand). On or before **June 17, 2011**, (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: May 12, 2011

JAMES WARE
United States District Chief Judge