1  John Burton, State Bar No. 86029
   THE LAW OFFICES OF JOHN BURTON
2  65 North Raymond Avenue, Suite 300
   Pasadena, California  91103
3
   Telephone:  (626) 449-8300
4  Facsimile:  (626) 449-4417
   E-Mail:     jb@johnburtonlaw.com
5
   PETER M. WILLIAMSON, State Bar No. 97309
6  WILLIAMSON & KRAUSS
   18801 Ventura Boulevard., Suite 206
7  Tarzana, California  91356
8  Telephone:  (818) 344-4000
   Facsimile:  (818) 344-4899
9  E-Mail:     pmw@williamson-krauss.com
10 Attorneys for Plaintiffs Betty Lou Heston and Robert H. Heston,
   individually, and Misty Kastner as the personal representative
11 of Robert C. Heston, deceased
12
13              UNITED STATES DISTRICT COURT
14           NORTHERN DISTRICT OF CALIFORNIA
15
16 BETTY LOU HESTON and ROBERT          Case No. C 05-03658 JW (RS)
   H. HESTON, individually, and MISTY
17 KASTNER, as the personal            NOTICE OF SATISFACTION OF
   representative of ROBERT C.         JUDGMENT
18 HESTON, deceased,
                                       Fed. R. Civ. P. Rule 60 (b) (5)
19                   Plaintiffs,
20       v.
21 TASER INTERNATIONAL, INC.,
22                   Defendant.
23
24       PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. Rule 60 (b) (5), the

25 judgment of the Court in the above-captioned matter, filed and entered in the U.S. District

26 Court for the Northern District of California on January 30, 2009 [Docket no. 402] is

27 hereby acknowledged as satisfied in full.  The judgment is satisfied in accordance with the

28 findings issued by the U.S. District Court of Appeals, Ninth Circuit in its Memorandum of

1    May 5, 2011 in the consolidated matters of *Betty Lou Heston v. Taser International, Inc.*,

2    Case No. 09-15327, and *Misty Kastner, as Administrator of the Estate of Robert C. Heston,*

3    *Deceased, v. Taser International, Inc.*, Case No. 09-5440.

4         The satisfied judgment creditors are Betty Lou Heston, individually and as the

5    successor in interest to Robert H. Heston, deceased, and Misty Kastner, as Administrator

6    of the Estate of Robert C. Heston.  Their address is in care of their attorneys:

7         The Law Offices of John Burton, 65 N. Raymond Ave., Suite 300, Pasadena,

8    California, 91003.

9         The judgment debtor being fully released is Taser International, Inc., 17800 N. 85th

10   Street, Scottsdale, Arizona, 85255.

11

12   Dated: May 18, 2011                     LAW OFFICES OF JOHN BURTON
                                             WILLIAMSON & KRAUSS
13

14
                                             By:_____/s/ John Burton_____
15                                                   Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28